IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 JUL -2  P 4: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B███ C███████ C███, ) ) ) ) ) ) Plaintiffs, ) v. ) ) ) AMBASSADOR PERSONNEL, INC., ) BLUE CROSS AND BLUE SHIELD ) OF GEORGIA, SELF INSURANCE ) PLAN OF AMBASSADOR ) PERSONNEL AND CONE FINANCIAL ) GROUP AS THIRD PARTY ) ADMINISTRATOR, ) ) Defendants. ) | CIVIL ACTION NO. 3:07CV615-MEF |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant, Ambassador Personnel, Blue Cross and Blue Shield of Georgia, Self Insurance Plan of Ambassador Personnel and Cone Financial Group, by certified mail pursuant to Federal Rules of Civil Procedure 4(e) and Alabama Rules of Civil Procedure 4(i)(2)(A)(B)(C).

_____
Alicia K. Haynes ASB-8237-E23A
Attorney for Plaintiff

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
(205) 879-0377