IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually ) <br> and as next friend of her child, ) <br> B███████ C███████ ) <br> C███ ) <br>   ) <br>   Plaintiffs, ) <br> v. ) <br>   ) <br> AMBASSADOR PERSONNEL, INC., ) <br> BLUE CROSS AND BLUE SHIELD ) <br> OF GEORGIA, SELF INSURANCE ) <br> PLAN OF AMBASSADOR ) <br> PERSONNEL AND CONE FINANCIAL ) <br> GROUP AS THIRD PARTY ) <br> ADMINISTRATOR, ) <br>   ) <br>   Defendants. ) | <u>Summons</u> <br> (Issued pursuant to Rule 4 of <br> Procedure or other appropriate <br> the Federal Rules of Civil <br> laws.) <br><br> CIVIL ACTION NO. <br> 3:07CV615-F |

## SUMMONS

TO DEFENDANT:   Ambassador Personnel, Inc.
                P.O. Box 2057
                Thomasville, Georgia 31799

You are hereby summoned and required to serve upon plaintiff's attorney, Alicia K. Haynes, 1600 Woodmere Drive, Birmingham, Alabama 35226, a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 7-5-07                    DEBRA P. HACKETT, CLERK

                                By: _____
                                    Deputy Clerk

(SEAL OF COURT)    CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

**CASE NO.** _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____,
_____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____
_____

☐   By serving a person of suitable age and discretion then residing in the
defendant's usual place of abode. (Give name and address of person served.)
_____
_____

☐   By serving n officer, a managing or general agent, or any other agent
authorized by appointment or by law to receive service of process of the
defendant corporation, partnership, or unincorporated association. (Give
name, capacity and address of person served.)
_____
_____

*I certify under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.*

_____    _____
*Date*            *Authorized or Specially Appointed Process
Server*

Costs of Service:   Service fee: $_____
Expenses:  _____ miles @ _____ cents $_____
TOTAL    $_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, B█████ C███████ C█████, | ) ) ) ) ) | Summons (Issued pursuant to Rule 4 of Procedure or other appropriate the Federal Rules of Civil laws.) |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07 cv 615 |
| AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## SUMMONS

TO DEFENDANT:   Blue Cross and Blue Shield of Georgia
3350 Peachtree Road NE
Atlanta, GA  30326

You are hereby summoned and required to serve upon plaintiff's attorney, Alicia K. Haynes, 1600 Woodmere Drive, Birmingham, Alabama  35226, a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 7-5-07

DEBRA P. HACKETT, CLERK

By: _____
       Deputy Clerk

(SEAL OF COURT)  CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

**CASE NO.** _____

### RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____
_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____
_____

☐   By serving n officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
     *Date*                              *Authorized or Specially Appointed Process Server*

Costs of Service:   Service fee: $_____
                    Expenses:    _____ miles @ _____ cents  $_____
                                                  TOTAL    $_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually ) <br> and as next friend of her child, ) <br> B███ C██████ ) <br> C████ ) <br>   ) <br>   Plaintiffs, ) <br> v. ) <br>   ) <br> AMBASSADOR PERSONNEL, INC., ) <br> BLUE CROSS AND BLUE SHIELD ) <br> OF GEORGIA, SELF INSURANCE ) <br> PLAN OF AMBASSADOR ) <br> PERSONNEL AND CONE FINANCIAL ) <br> GROUP AS THIRD PARTY ) <br> ADMINISTRATOR, ) <br>   ) <br>   Defendants. ) | Summons <br> (Issued pursuant to Rule 4 of <br> Procedure or other appropriate <br> the Federal Rules of Civil <br> laws.) <br><br> CIVIL ACTION NO. <br> 3:07cv615-MEF |

## SUMMONS

TO DEFENDANT:    Cone Financial Group as Third Party Administrator
P.O. Box 2057
Thomasville, Georgia 31799

You are hereby summoned and required to serve upon plaintiff's attorney, Alicia K. Haynes, 1600 Woodmere Drive, Birmingham, Alabama 35226, a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 7-5-07          DEBRA P. HACKETT, CLERK

                      By: _____
                          Deputy Clerk

(SEAL OF COURT)   CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

**CASE NO.** _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____
_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____
_____

☐   By serving n officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
       *Date*                  *Authorized or Specially Appointed Process*
                               *Server*

Costs of Service:   Service fee: $_____
                    Expenses:   _____ miles @ _____ cents $_____
                                          TOTAL     $_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, B█████ C█████ C███ | ) ) ) ) ) ) | **Summons** (Issued pursuant to Rule 4 of Procedure or other appropriate the Federal Rules of Civil laws.) |
| Plaintiffs, | ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07cv615-MEF |
| AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## SUMMONS

TO DEFENDANT:   Self Insurance Plan of Ambassador Personnel
P.O. Box 2057
Thomasville, Georgia  31799

You are hereby summoned and required to serve upon plaintiff's attorney, Alicia K. Haynes, 1600 Woodmere Drive, Birmingham, Alabama 35226, a response to the complaint which is herewith served upon you, within twenty (20) days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 7-5-07

DEBRA P. HACKETT, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)            CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____,
_____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at_____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving n officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     _____
         *Date*            *Authorized or Specially Appointed Process Server*

Costs of Service:   Service fee: $_____
                   Expenses:    _____ miles @ _____cents $_____
                                                 TOTAL    $_____