**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x _Con____ Ce_    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If yes, enter delivery address below:   ☐ No

1. Article Addressed to:

Self Insurance Plan of Ambassador
Personnel
P.O. Box 2057
Thomasville, GA  31799

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:07cv615-MEF STC

2. Article Number
   (Transfer from service label)

7006 0810 0006 5912 1950

102595-02-M-1540

PS Form 3811, February 2004       Domestic Return Receipt