**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cone Financial Group as Third Party Administrator
P.O. Box 2057
Thomasville, GA  31799

3:07cv615-MEF S+C

2. Article Number
(Transfer from service label)

7006 0810 0006 5912 1974

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Connie W Claw
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
THOMASVILLE GA 31799 JUL -9 2007 USPS

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt

102595-02-M-1540