**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **LAUREN COOPER, individually and as next friend of her child**, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **CIVIL ACTION NO. 3:07cv615-MEF** |
| **AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR,** ) ) ) ) ) ) ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 F. R. Civ. P., and the provisions of the Middle District of Alabama General Order No. 3047, Blue Cross and Blue Shield of Georgia advises that it is wholly owned subsidiary of Wellpoint, Inc. It has no other parents, subsidiaries, affiliates, partnership, joint ventures, debtors, committee or other entities reportable under the aforesaid rule and order.

921651.1

        s/Cavender C. Kimble
        Attorney for Blue Cross and Blue Shield of Georgia
        BALCH & BINGHAM LLP
        Post Office Box 306
        Birmingham, AL 35201-0306
        Telephone: (205) 251-8100
        Facsimile: (205) 488-5860
        E-mail: ckimble@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes
Haynes & Haynes
100 Woodmere Drive
Birmingham, AL  35226

        s/Cavender C. Kimble
        OF COUNSEL

921651.1      2