IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LAUREN COOPER, individually**<br>**and as next friend of her child, BCC,**   )<br>                                                                 )<br>       **Plaintiffs,**                                     )<br>                                                                 )<br>v.                                                              )           CASE NO.:  3:07cv615-F<br>                                                                 )<br>**AMBASSADOR PERSONNEL, INC.,**        )<br>**BLUE CROSS AND BLUE SHIELD**            )<br>**OF GEORGIA, SELF INSURANCE**            )<br>**PLAN OF AMBASSADOR**                           )<br>**PERSONNEL AND CONE FINANCIAL** )<br>**GROUP AS THIRD PARTY**                         )<br>**ADMINISTRATOR,**                                      )<br>                                                                 )<br>       **Defendants.**                                    ) | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** the defendants identified in the Complaint as Ambassador Personnel, Inc., Self-Insured Plan of Ambassador Personnel, and Cone Financial Group as Third-party Administrator, in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Ambassador Personnel, Inc.

Blair Staffing

Cone Financial Group, Inc.

Bald Eagle, Inc.

2

/s/    Emily C. Marks
EMILY C. MARKS

/s/    W. Evans Brittain
W. EVANS BRITTAIN

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes
Haynes & Haynes
1600 Woodmere Dr.
Birmingham, AL 35226

/s/    Emily C. Marks
OF COUNSEL