**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 31, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Cooper v. Ambassador Personnel, Inc. et al**

**Case Number:   3:07-cv-00615-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 11  filed on   July 30, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LAUREN COOPER, individually** <br> **and as next friend of her child, BCC,** ) <br>  ) <br> **Plaintiffs,** ) <br>  ) <br> v. ) <br>  ) <br> **AMBASSADOR PERSONNEL, INC.,** ) <br> **BLUE CROSS AND BLUE SHIELD** ) <br> **OF GEORGIA, SELF INSURANCE** ) <br> **PLAN OF AMBASSADOR** ) <br> **PERSONNEL AND CONE FINANCIAL** ) <br> **GROUP AS THIRD PARTY** ) <br> **ADMINISTRATOR,** ) <br>  ) <br> **Defendants.** ) | CASE NO.: 3:07cv615-F |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** the defendants identified in the Complaint as Ambassador Personnel, Inc., Self-Insured Plan of Ambassador Personnel, and Cone Financial Group as Third-party Administrator, in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Ambassador Personnel, Inc.

Blair Staffing

Cone Financial Group, Inc.

Bald Eagle, Inc.

2

      /s/     Emily C. Marks
EMILY C. MARKS

      /s/     W. Evans Brittain
W. EVANS BRITTAIN

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes
Haynes & Haynes
1600 Woodmere Dr.
Birmingham, AL 35226

      /s/     Emily C. Marks
OF COUNSEL

2