IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **LAUREN COOPER, individually** ) <br> **and as next friend of her child,** ) <br> **BENJAMIN CHRISTOPHER** ) <br> **COOPER,** ) <br> ) <br> **Plaintiffs,** ) <br> v. ) <br> ) <br> **AMBASSADOR PERSONNEL, INC.,** ) <br> **BLUE CROSS AND BLUE SHIELD** ) <br> **OF GEORGIA, SELF INSURANCE** ) <br> **PLAN OF AMBASSADOR** ) <br> **PERSONNEL AND CONE FINANCIAL** ) <br> **GROUP AS THIRD PARTY** ) <br> **ADMINISTRATOR,** ) <br> ) <br> **Defendants.** ) | **CIVIL ACTION NO.** <br> **3:07-cv-00615-MEF-WC** |

**MOTION FOR LEAVE TO AMEND**
**PLAINTIFF'S COMPLAINT TO ADD DEFENDANT**

COMES Now the Plaintiff, Lauren Cooper, by and through her attorney, and move this Honorable Court to grant her leave to amend her Complaint in this action. (Doc. 1).  In support of her motion, Plaintiff states the following:

1. Plaintiff listed Kenneth Cone in her original complaint as Defendant in paragraph 6, but inadvertently did not list Mr. Cone in the case style nor serve Mr. Cone with a summons and complaint.

2. No discovery has commenced and depositions have not been taken.

3. The deadline for Plaintiff to add claims per the court's scheduling order is November 19, 2007. Plaintiff is timely in her request. The Defendant will not be prejudiced by Plaintiff serving Mr. Cone in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court grant her leave to amend her Complaint to add Mr. Kenneth Cone as a defendant to this action.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiffs

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cavender C. Kimble, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL  35201-0306

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

                                                /s/Alicia K. Haynes
                                                OF COUNSEL