IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., <br><br>　　　　Plaintiff, <br>v. <br><br>AMBASSADOR PERSONNEL, INC., *et al.,* <br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) )　CASE NO. 3:07-cv-615-MEF |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct Complaint (Doc. #18) filed on November 16, 2007 , it is hereby

ORDERED that the motion is GRANTED.

DONE this the 21st day of November, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE