%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

      MIDDLE        District of       ALABAMA

LAUREN COOPER, individually and as next friend of her child, B.C.C.

V.

AMBASSADOR PERSONNEL, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07cv-00615-MEF

TO: (Name and address of Defendant)

Kenneth Cone
P. O. Box 2057
Thomasville, Georgia 31799

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alicia K. Haynes
1600 Woodmere Drive
Birmingham, AL 35226
205-879-0377

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                         December 7, 2007

CLERK                                     DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              *Date*                    *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage |

3:07cv615-MEF
Am Compt suma
Postmark Here

Sent To: Mr. Kenneth Cone
Street, Apt. No. or PO Box No.: P.O. Box 2057
City, State, Zip: Thomasville, GA 31799

PS Form 3800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.