## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually ) | |
| and as next friend of her child, BCC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.:  3:07cv615-F |
| ) | |
| AMBASSADOR PERSONNEL, INC., ) | |
| BLUE CROSS AND BLUE SHIELD ) | |
| OF GEORGIA, SELF INSURANCE ) | |
| PLAN OF AMBASSADOR ) | |
| PERSONNEL AND CONE FINANCIAL ) | |
| GROUP AS THIRD PARTY ) | |
| ADMINISTRATOR, ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Kenneth Cone, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                                        Relationship to Party

       /s/    Emily C. Marks
EMILY C. MARKS

       /s/    W. Evans Brittain
W. EVANS BRITTAIN

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes
Haynes & Haynes
1600 Woodmere Dr.
Birmingham, AL 35226

Cavender C. (Chris) Kimble
BALCH & BINGHAM, LLP
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, Alabama 35203-2014

       /s/    Emily C. Marks
OF COUNSEL