IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-615-MEF |
| ) | |
| AMBASSADOR PERSONNEL, INC., ) *et al.,* ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #29) filed on January 24, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on February 15, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before February 8, 2008. The defendants may file a reply brief on or before February 15, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 25th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE