# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LAUREN COOPER, individually** ) | |
| **and as next friend of her child,** ) | |
| **BENJAMIN CHRISTOPHER** ) | |
| **COOPER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **3:07-cv-00615-MEF-WC** |
| **AMBASSADOR PERSONNEL, INC.,** ) | |
| **BLUE CROSS AND BLUE SHIELD** ) | |
| **OF GEORGIA, SELF INSURANCE** ) | |
| **PLAN OF AMBASSADOR** ) | |
| **PERSONNEL AND CONE FINANCIAL** ) | |
| **GROUP AS THIRD PARTY** ) | |
| **ADMINISTRATOR,** ) | |
| ) | |
| **Defendants.** ) | |

## UNOPPOSED MOTION TO EXTEND TIME
## TO RESPOND TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT
## BY THREE DAYS

COMES Now the Plaintiff, Lauren Cooper, by and through her attorney, and move this Honorable Court to extend the time for Plaintiff to respond to defendant's motion for summary judgment by an additional three (3) days. In support of her motion, Plaintiff states the following:

1.      Defendants, Ambassador Personnel, Inc., Kenneth Cone, Self Insurance Company Plan of Ambassador Personnel and Cone Financial Group as Third Party Administrator, filed their motion for summary judgment on January 24, 2008.

2.      This Court entered an order on January 25, 2008, allowing Plaintiff until February 8, 2008, to file her response in opposition.

3.      From January 28, 2008, until February 1, 2008, Plaintiff's counsel was ill with the flu and out of the office. Thereafter, Plaintiff's counsel's paralegal and legal assistant were also ill with the flu from February 2, 2008, and returned to work only on February 6, 2008.

4.      On February 7, 2008, Plaintiff's counsel attended a hearing on production of documents in another matter wherein the court granted Plaintiff's request to review documents with the production to take place only on February 8, 2008. As such, counsel for Plaintiff has had no time to finalize her response to Defendant's motion.

5.      Plaintiff's counsel has contacted counsel for defendant and it does not oppose this extension.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court grant her a three-day extension in which to file her response in opposition to Defendants' Motion for Summary Judgment, or until Monday, February 11, 2008.

          Respectfully submitted,

          /s/ Alicia K. Haynes
          Alicia K. Haynes
          Attorney for Plaintiffs

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of February 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cavender C. Kimble, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL  35201-0306

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

                                              /s/Alicia K. Haynes
                                              OF COUNSEL