IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., <br><br> Plaintiff, <br> v. <br><br> AMBASSADOR PERSONNEL, INC., *et al.*, <br> Defendants. | CASE NO. 3:07-cv-615-MEF |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #31) filed on February 8, 2008, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to defendants' motion for summary judgment on or before February 13, 2008. The defendants may file a reply brief on or before February 20, 2008.

DONE this 11th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE