IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually | ) | |
| and as next friend of her child, BCC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:07cv615-F |
| | ) | |
| AMBASSADOR PERSONNEL, INC., | ) | |
| BLUE CROSS AND BLUE SHIELD | ) | |
| OF GEORGIA, SELF INSURANCE | ) | |
| PLAN OF AMBASSADOR | ) | |
| PERSONNEL AND CONE FINANCIAL | ) | |
| GROUP AS THIRD PARTY | ) | |
| ADMINISTRATOR, | ) | |
| | ) | |
| Defendants. | ) | |

UNOPPOSED MOTION TO EXTEND
MOTION FOR SUMMARY JUDGMENT CUTOFF BY NINE DAYS

COME NOW, the defendants designated as Ambassador Personnel, Inc., Self-Insurance Plan of Ambassador Personnel, and Cone Financial Group as Third-party Administrator and Kenneth Cone, and hereby file this unopposed Motion to Extend the cutoff for filing the Motion for Summary Judgment by nine (9) days. In support of said Motion, Defendants submit the following:

1. The Motion for Summary Judgment cutoff is presently set for April 2, 2008. This setting was based on the original pretrial setting of July 1, 2008. The pretrial has been continued nine days until July 10, 2008. The parties are still engaged in

discovery. The deposition of the parties will take place in the latter part of March. A nine day extension for the Motion for Summary Judgment cutoff will enable the parties sufficient time to complete discovery and prepare any needed Motions for Summary Judgment.

WHEREFORE, premises considered, Defendants respectfully request this court to enter an order granting their Motion to Extend the Motion for Summary Judgment Cutoff by Nine Days.

/s/Emily C. Marks
EMILY C. MARKS

/s/W. Evans Brittain
W. EVANS BRITTAIN

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes
Haynes & Haynes
1600 Woodmere Dr.
Birmingham, AL 35226

Cavender C. (Chris) Kimble
BALCH & BINGHAM, LLP
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, Alabama 35203-2014

/s/W. Evans Brittain
OF COUNSEL