IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | CASE NO. 3:07-cv-615-MEF |
| AMBASSADOR PERSONNEL, INC., *et al.,* | ) ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Time (Doc. #36) filed on March 10, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 11th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE