IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, BCC, <br><br> Plaintiffs, <br><br> v. <br><br> AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO.: 3:07cv615-F |

## SECOND MOTION FOR SUMMARY JUDGMENT

**COME NOW,** the Defendants identified in the Complaint as Ambassador Personnel, Inc., Self-Insurance Plan of Ambassador Personnel, Cone Financial Group as Third-party Administrator and Kenneth Cone, individually, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, hereby file this Second Motion for Summary Judgment, as there are no genuine issues of material fact and these Defendants are entitled to judgment as a matter of law. In support of said motion, the Defendants submit the following:

1. Brief in support of Motion for Summary Judgment;

2. Excerpts of the Deposition of Lauren Cooper (Exhibit 1 to Brief); and

3. Affidavit of Donna Whiddon (Exhibit 2 to Brief).

WHEREFORE, premises considered, Defendants respectfully request this court enter judgment in their favor and against the Plaintiff as there are no genuine issues of material fact and these defendants are entitled to judgment as a matter of law.

/s/     W. Evans Brittain
W. EVANS BRITTAIN

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following:

Alicia K. Haynes, Esq.
Haynes & Haynes
1600 Woodmere Dr.
Birmingham, AL 35226

Cavender C. (Chris) Kimble, Esq.
BALCH & BINGHAM, LLP
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, Alabama 35203-2014

/s/     W. Evans Brittain
OF COUNSEL

Cc:     Hon. Mark E. Fuller