IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR, | ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:07cv615-MEF |
| Defendants. | ) ) | |

BLUE CROSS AND BLUE SHIELD OF GEORGIA'S
MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Blue

Cross and Blue Shield of Georgia ("Blue Cross") submits this Motion for Summary

Judgment ("Motion") against Plaintiff Lauren Cooper. Blue Cross is entitled to judgment

as a matter of law, as there exists no genuine issue of material fact in dispute between the

parties. In support of this Motion, Blue Cross relies on the First Amended Complaint and

Blue Cross' Answer to the First Amended Complaint, the Declaration of Toi Jackson,

attached as Exhibit A hereto, the Deposition Testimony of Lauren Cooper, attached as

Exhibit B hereto, and Blue Cross' Brief in Support of the Motion for Summary Judgment,

attached hereto. This Motion is also based on the following narrative statement of

undisputed material facts as to which Blue Cross believes there is no genuine issue to be tried.

## **STATEMENT OF UNDISPUTED MATERIAL FACTS**

## **STATEMENT OF UNDISPUTED MATERIAL FACTS**

1.     Plaintiff Lauren Cooper became an employee of Ambassador Personnel, Inc. ("Ambassador") in February 2003. (Cooper Depo. 89.) Ambassador is a subsidiary wholly owned by Cone Financial Corporation ("Cone Financial Corp.") and Kenneth Cone. (First Amended Compl. ¶ 6) Kenneth Cone is the owner of Cone Financial Group, Inc. ("Cone Financial Group"). (Id. at ¶ 10.)

2.     Blue Cross issued a Preferred Provider Organization ("PPO") group health insurance policy ("the PPO Policy") to Cone Financial Group for the purpose of funding the Cone Financial Group, Inc., Group Health Benefit Plan ("the Plan"). (Answer to First Am. Compl. ¶ 10, Jackson Dec.¶ 2) Cone Financial Group was the Plan sponsors. (Id. at ¶ 12; Jackson Dec. ¶ 2).

3.     The Plan is an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 U.S.C. § 1002(1). (First Am. Compl. ¶ 11)

4.     Through Ms. Cooper's employment with Ambassador, she became enrolled under the PPO Policy effective July 1, 2004. (Jackson Dec. ¶ 3) All claims for medical services submitted for Ms. Cooper for dates of service prior to January 1, 2005, were paid in accordance with the terms of the PPO Policy. (Cooper Depo. 83)

**Ms. Cooper Goes on COBRA**

5.      On September 23, 2004, Blue Cross received a notice from Cone Financial Group, which advised that Ms. Cooper's employment had terminated on September 23, 2004, and provided Blue Cross with the necessary information to send a COBRA notification to Ms. Cooper. (Jackson Dec. ¶ 3)

6.      Ms. Cone received proper COBRA notice. (Jackson Dec. ¶ 3; Cooper Depo. p. 33 and Exh. 1 thereto) Cooper elected to continue her individual coverage under the Plan. (Jackson Dec. 3 and Exh. 4 thereto; Cooper Depo. pp. 35-36 and Exh. 4 thereto)

**Cone Financial Group Retro-Terminates the PPO Policy**

7.      On January 11, 2005, Blue Cross received correspondence from Cone Financial Group requesting cancellation of the PPO Policy effective January 1, 2005. (Jackson Dec. ¶ 5 and Exh. 5 thereto) Cone had chosen to change its method of financing benefits from an insurance policy to a self-funded arrangement administered by a third party administrator. (Id.) The request for cancellation was processed to be effective on January 1, 2005. (Id.) The cancellation appeared on the Blue Cross computer system on January 19, 2005. (Id.) Thus, the effective date coverage terminated under the PPO Policy for all Cone Plan participants, including Ms. Cooper, was January 1, 2005. (Id.)

**Ms. Cooper Delivers Her Child**

8.      On January 13, 2005, a hospital called Blue Cross' customer service department to verify that Lauren Cooper had maternity-related inpatient facility benefits. (Jackson Dec. ¶ 6) The representative outlined those benefits using the information available on Blue Cross' computer system at the time. (Id.) The processing of the

3

retroactive cancellation request was not completed until January 19, 2005; therefore, the PPO Policy was still showing active at the time of this benefits verification call. (Id.) Verifications of benefits are given with a disclaimer stating that the verification is based only upon information in Blue Cross' computer system at that time and is not a promise of payment. (Id.) The disclaimer also advises that any benefits will be dependent upon, among other things, the policy being in effect on the date any services are actually rendered. (Id.)

9.      On February 11, 2005, the COBRA Solutions Division sent Ms. Cooper a notice advising her that the PPO Policy had been terminated. (Jackson Dec. ¶ 7; Cooper Depo. p. 114 and Exh. 8 thereto) Since both Cone Financial Group and Ms. Cooper had already paid premiums that were due under the policy for January 2005, Blue Cross processed and issued refunds of premiums for January 2005 to Cone Financial Group and to Ms. Cooper. (Id.) As a part of the cancellation process, Blue Cross prepared a list of COBRA participants on the Plan and provided that list to Cone Financial Group on January 25, 2005, so that its new third-party administrator could provide a seamless transition from the PPO Policy to the new self-funded arrangement. (Id.)

10.     Ms. Cooper received every notice that she was due from Blue Cross, including timely COBRA notice and timely notice of termination of the PPO policy. (Cooper Depo. 95-96) Ms. Cooper believes there were no notices that she believed herself entitled to which Blue Cross failed to provide. (Id. at 95.) Ms. Cooper testified that she could not think of any other notice that Blue Cross could have given her that would have been helpful to her. (Id. at 96.) Because Blue Cross did not receive notice from Cone Financial Group that the PPO Policy had been terminated until approximately

4

the date that she delivered her child, Ms. Cooper conceded that Blue Cross' notification of termination to her on February 11 constituted timely notice. (Id. at 114.) Ms. Cooper admits that Blue Cross has done nothing wrong in the facts giving rise to this lawsuit. (Cooper Depo. p. 81-82)

11.    Cone Financial immediately replaced the coverage under the PPO policy with self-funded coverage administered by Taylor Benefits. (Cooper Dep. p. 57-58) Ms. Cooper sought to continue her COBRA coverage under the Cone Plan by contacting Taylor Benefit, but was unsuccessful. (Id.) She did not seek to continue or convert her coverage with Blue Cross after notice of termination from Blue Cross. (Cooper Dep. p. 88)

12.    Blue Cross received claims related to Ms. Cooper's delivery, which it denied because coverage did not exist on the dates of service. (Jackson Dec. ¶ 8)

13.    On July 2, 2007, Ms. Cooper brought the instant suit against Blue Cross, and Cone Financial.  On December 7, 2007, Ms. Cooper filed the First Amended Complaint, alleging ERISA and COBRA violations and breach of fiduciary duty premised upon Defendants' alleged failure to notify Ms. Cooper of cancellation of the PPO Policy and of the availability of alternate continuation coverage. (First Am. Comp., ¶¶ 30-45) Ms. Cooper requests relief including payment of her medical bills incurred during the delivery of her child. (Id.)

14.    Ms. Cooper testified that to her knowledge, she did not make a request to Blue Cross for documents that were required to be provided under ERISA, nor did any other party request such documents on her behalf. (Cooper Depo. 113)

15.     When asked during her deposition what Blue Cross had done wrong, Ms. Cooper responded "Nothing". (Cooper Depo. 81)  In addition, Ms. Cooper stated that she does not contend that there was anything wrong with what Blue Cross did following Cone Financial Group's directive to cancel the PPO Policy.  (Id.)

## SUMMARY OF ARGUMENT

Blue Cross did not improperly deny any claims of Ms. Cooper's after January 1, 2005, because it was no longer the insurer after that date.  There was no coverage under the PPO Policy under which Ms. Cooper could claim benefits and under which Blue Cross could pay them.  The PPO Policy was cancelled as of January 1, 2005.  Ms. Cooper delivered her child on January 13, 2005.  By the terms of the policy, Ms. Cooper seeks payment of benefits under a policy that was not in effect at the time services were rendered.  Thus payment is not due under the terms of the PPO Policy.

Similarly, Blue Cross did not violate COBRA.  Blue Cross had no duty to notify Ms. Cooper of the termination of the PPO Policy because termination of an underlying group policy does not represent a "qualifying event" under the COBRA statute giving rise to a duty to notify.  Under COBRA, 29 U.S.C. § 1163, qualifying events include:

(1)  The death of the covered employee.

(2)  The termination. . . or reduction of hours, of the covered employee's employment.

(3)  The divorce or legal separation of the covered employee from the employee's spouse.

(4)  The covered employee becoming entitled to benefits under title XVIII of the Social Security Act [42 U.S.C.A. § 1395 et seq.].

(5)  A dependent child ceasing to be a dependent child under the generally applicable requirements of the plan.

(6) A proceeding in the case under Title 11, commencing on or after July 1, 1986, with respect to the employer from whose employment the covered employee retired at any time.

Termination of the group policy upon which COBRA coverage is based is not a qualifying event included within that list. Even if it were, Ms. Cooper admits that Blue Cross sent her such notice on February 11, 2005, and that the notice was timely. (Cooper Depo. pp. 113-114)

### CONCLUSION

WHEREFORE, for the foregoing reasons, Blue Cross respectfully requests that the Court enter an Order granting summary judgment in its favor and against Plaintiff Lauren Cooper on all claims. There exists no genuine issue of material fact in dispute between the parties, and Blue Cross is entitled to judgment as a matter of law.

s/ Cavender Kimble
One of the Attorneys for Defendant
Blue Cross and Blue Shield of Alabama

OF COUNSEL:
Cavender C. Kimble
AL Bar No.: ASB-3284-E63C
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system and service will be perfected upon the following this the 11th

day of April, 2008.

Alicia K. Haynes
Haynes & Haynes
100 Woodmere Drive
Birmingham, AL  35226

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama  36102-2148

s/Cavender C. Kimble
Of Counsel

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LAUREN COOPER, individually and )
as next friend of her child,        )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )
                                    )
AMBASSADOR PERSONNEL, INC., )      CIVIL ACTION NO.
BLUE CROSS AND BLUE SHIELD  )      3:07cv615-MEF
OF GEORGIA, SELF INSURANCE  )
PLAN OF AMBASSADOR          )
PERSONNEL AND CONE          )
FINANCIAL GROUP AS THIRD    )
PARTY ADMINISTRATOR,        )
                                    )
        Defendants.

## DECLARATION OF TOI JACKSON

1.     My name is Toi Jackson.  I am employed by Blue Cross and Blue

Shield of Georgia ("Blue Cross") as Manager I in our COBRA Solutions Division.

I am over 21 years of age and I make this Declaration based both on my personal

knowledge and a review of business records maintained by Blue Cross in the

ordinary course of business.  The COBRA Solutions Division, which I manage, is

a division of Blue Cross that administers COBRA benefits for those group plan

sponsors like Cone Financial Group, Inc. ("Cone"), who wish to avail themselves

of that service.

964198.2

2.      From March 1, 1999, through December 31, 2004, Cone maintained

in full force and effect a PPO Group Health Benefit Policy issued by Blue Cross

and Blue Shield of Georgia.  A true and correct copy of the master contract and

PPO Certificate are Exhibits 1 and 2, respectively.  Through this policy, Cone's

group health benefit plan (the "Cone Plan") provided group health benefits to its

eligible employees and their dependents.  My department administered COBRA

for the Cone plan while the PPO policy was in effect.  This included providing

required COBRA notices and processing premium payments from COBRA

recipients.

3.      Lauren Smith Cooper became effective under the PPO policy insuring

the Cone Plan on July 1, 2004.  On September 23, 2004, Blue Cross received a

COBRA Solutions notification form from Cone, which advised Ms. Cooper's

employment terminated on September 23, 2004, and provided us the necessary

information to send a COBRA notification to Ms. Cooper.  A true and correct copy

of that form is attached as Exhibit 3.  Ms. Cooper elected to continue her coverage

under the Cone plan.  A true and correct copy of her COBRA election form is

attached as Exhibit 4.

4.      According to the PPO policy, the policy had an in-network deductible

of $500 per calendar year and a $1,000 out of pocket limit per calendar year.  It

then provided maternity related in-patient benefits at 80% of the usual, customary and reasonable charges for covered services.

5.    On January 11, 2005, Blue Cross received correspondence from Cone requesting cancellation of the PPO policy effective January 1, 2005. Cone had chosen to change its method of financing benefits from an insurance policy to a self-funded plan administered by a third party administrator. True and correct copies of the correspondence from Cone and Blue Cross's internal communications regarding the cancellation request are attached hereto collectively as Exhibit 5. The request for retroactive cancellation was processed and keyed into the computer system to be retroactive to January 1, 2005. The cancellation appeared on the computer system on January 19, 2005. Thus, the effective date coverage terminated under the PPO policy for all Cone employees was January 1, 2005.

6.    On January 13, 2005, a hospital called Blue Cross's customer service department to verify that Lauren Cooper Smith had maternity-related inpatient facility benefits. The representative outlined those benefits using the information available on Blue Cross's computer system at the time. The processing of the retroactive cancellation request was not completed until January 19, 2005; therefore, the PPO policy was still showing active at the time of this benefits verification call. Verifications of benefits are given with a disclaimer stating that

the verification is based only upon information in Blue Cross's computer system at that time and is not a promise of payment. The disclaimer also advises that any benefits will be dependent upon, among other things, the policy being in effect on the date any services are actually rendered.

7.    On February 1, 2005, the COBRA Solutions Division sent Ms. Cooper a notice advising her that the PPO policy had been terminated. Since both Cone and Ms. Cooper had already paid premiums that were due under the policy for January 2005, Blue Cross processed and issued refunds of premiums for January 2005 to Cone and to Ms. Cooper. True and correct copies of the COBRA premium refund check Blue Cross sent to Ms. Cooper and the COBRA premium checks that Blue Cross received from Ms. Cooper are attached to my declaration collectively as Exhibit 6. As a part of the cancellation process, the COBRA Solutions Division prepared a list of COBRA participants on the Cone Plan and provided that list to Cone on January 25, 2005, so its new third party administrator could provide a seamless transition from the PPO policy to the new self-funded arrangement.

8.    I am familiar with the allegations in Ms. Cooper's Complaint. According to the Complaint, Ms. Cooper delivered her baby on January 13, 2005. I have reviewed the claims that are in Blue Cross's computer for Ms. Cooper, which would reflect all claims submitted for services rendered to Ms. Cooper after

January 1, 2005. All claims on or after that date that were submitted after January

19, 2005 (the date the cancellation appeared on our computer system) were denied

due to the fact that Cone had cancelled the PPO policy effective January 1, 2005.

Exhibit 7 hereto, consisting of a spreadsheet and a computer print, is a true and

correct summary of the claims information residing on Blue Cross's computer

system, which shows the claims received and processed for Ms. Cooper since her

effective date of July 1, 2004.

I declare under the penalty of the perjury laws of the United States that the

foregoing is true and correct.

Dated: 4-10-08                          Joi Jackson
                                        TOI JACKSON

# EXHIBIT 1

# MASTER CONTRACT

## BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
### An Independent Licensee of the
### Blue Cross and Blue Shield Association
#### (Herein called BCBSGA)

#### IN CONSIDERATION of the Application made by

## THE CORE FINANCIAL GROUP
### 1011190-000
(Herein called the Applicant, Group, or Employer)

a copy of which is attached and made part of this Contract, and in consideration of payment by the Applicant of the required charges, Blue Cross and Blue Shield of Georgia hereby agrees to provide for the employees of the Applicant or Members of the Group, the benefits described in the Certificate Booklet beginning at 12:01 a.m. Eastern Standard Time on March 1, 1999 (herein called the Effective Date) for an initial Contract period extending to March 1, 2000 and from year to year thereafter, unless this Contract is terminated as provided in the attached Group Application. The charges shall be due and payable by the Applicant in advance of the Effective Date and thereafter as provided herein.

This Contract is issued and delivered in the State of Georgia, is subject to terms and provisions recited on subsequent pages hereof, the application of the Applicant, the Certificate Booklet, the endorsements, amendments or riders, if any, and the notices of election of employees of the Applicant indicating their participation in the coverage provided hereunder, all of which are a part of this Contract as fully as if recited over the signatures hereto affixed.

IN WITNESS WHEREOF, Blue Cross and Blue Shield of Georgia, Inc. has caused this Contract to be signed this April 13, 1999.


**Assistant Corporate Secretary**                    **President and CEO**


F-1681.102 7/97

BCBS-058

# Table of Contents

## ARTICLE 1

CONTRACT AND BOOKLET INTEGRITY ................................................................. 1

## ARTICLE 2

ELIGIBILITY ................................................................................................ 1

## ARTICLE 3

PAYMENT OF BENEFITS .................................................................................. 1

## ARTICLE 4

CONDITIONS UNDER WHICH BENEFITS SHALL BE RENDERED .................................... 2

## ARTICLE 5

GENERAL PROVISIONS .................................................................................... 2

## ARTICLE 6

TERMINATION OF COVERAGE ........................................................................... 6

## ARTICLE 7

NOTICE ...................................................................................................... 7

BCBS-059

# ARTICLE 1
## CONTRACT AND BOOKLET INTEGRITY

### 1.1 Contract and Booklet Wording

Eligibility for coverage, effective dates for any Members, levels of benefit payments, exclusions, termination of coverage information and other pertinent data are listed in depth in the attached Certificate Booklet and Group Master Application which is included and a part of the entire Master Contract. Those items listed only in the Certificate Booklet will be controlled by that document and all rights and obligations related thereto will be determined by its integrity and related internal procedures and medical policy documents.

# ARTICLE 2
## ELIGIBILITY

### 2.1 Eligibility

Requirements for eligibility are shown in the Group Application, which is attached and is a part of this Contract. Any application--new group Subscriber, supplemental application, or application for change of coverage--must be received and approved by BCBSGA before an effective date can be assigned.

### 2.2 Late Enrollees

Late enrollees (otherwise eligible employees or dependents who do not enroll when initially eligible, or within 31 days of a qualifying event entitling them to a special enrollment period) may enroll during the annual open enrollment period. The Certificate Booklet contains detailed information regarding this issue.

# ARTICLE 3
## PAYMENT OF BENEFITS

### 3.1 Provider Services

1. Blue Cross and Blue Shield of Georgia's payment to the Provider of services for care a Member receives will be for the total amount of coverage under this Contract. All care must be consistent with the terms of this Contract.

2. All determinations of payment to a Hospital are based on the applicable negotiated rate.

3. No salaried employee of a Hospital will receive direct payment for Physician services. This restriction also includes resident Physicians and interns.

### 3.2 Other Services and Supplies

BCBSGA may pay any amount due under this Contract for other services or supplies to a Member or any provider entitled to such payment. This payment is at BCBSGA's option.

1

Master Contract

## ARTICLE 4
## CONDITIONS UNDER WHICH BENEFITS SHALL BE RENDERED

### 4.1  Hospital Inpatient Benefits

1. Hospital Inpatient Benefits are available only if a Member is admitted as a bed patient to a Hospital on the order of a licensed Physician. The Member must be under the care of this Physician. The Physician must be on the staff of, or acceptable to, the Hospital at which the Member is a patient.

2. The service which the Member gets at a Hospital is subject to all the rules and regulations of the Hospital selected. Such rules also control admission policies.

3. A Member can choose any legally constituted and approved Hospital for care. However, BCBSGA does not guarantee that any particular service or type of room will be available even if requested by the Physician.

### 4.2  Physician Availability

A Member may go to any Physician. BCBSGA does not guarantee that any particular Physician will be available. The level of reimbursement depends on the status of the physician chosen: Participating, Preferred, Non-Participating, or Non-Preferred. These terms are defined in the Certificate Booklet.

### 4.3  Right to Receive Necessary Information

BCBSGA has the right to receive any information necessary in order to determine how much to pay on any claims submitted by a Hospital, Physician, or an individual Member. BCBSGA agrees to hold all such material confidential.

## ARTICLE 5
## GENERAL PROVISIONS

### 5.1  Entire Contract and Changes

This document, the Certificate Booklet, and any future changes, attachments or amendments will be the Entire Contract. No change in this Contract is valid unless signed by the President and Chief Executive Officer of BCBSGA. No agent or employee of BCBSGA may change this Contract or declare any part of it invalid.

### 5.2  Notice of Status Change

The group must notify BCBSGA of changes in coverage status for all affected Members who change the Type of Coverage to cover more or fewer family members. If the group does not notify BCBSGA of such changes within 31 days, the group agrees to repay BCBSGA for all claims payments legally incurred after a Member's eligibility has changed. If any claim is submitted in the interim, BCBSGA will deduct the applicable premium from any claim payment.

### 5.3  Applications for Enrollment

Information will be furnished to BCBSGA for each employee as follows:

1. Enrolling new Members--Application for Coverage

2. A prerequisite to eligibility for coverage is that the employees submitting applications for coverage must have been continuously employed for the length of time stipulated either in the Group Issue Brief or in the Group Application Form: "Eligibility, Length of Service Requirements".

3. If employees do not elect coverage when first eligible to apply and later elect to apply for coverage, a health statement application must be submitted. A post-eligible (late entrant) application for family members also must be in the form of a health statement application.

### 5.4  Enrollment and Payment Procedures

1. The employer agrees that enrollment will be restricted to those on the employer's payroll, and that each new employee will be given an opportunity to apply for coverage at such time as he or she first becomes eligible to do so.

2

BCBS-061

Employees who do not elect to apply for coverage must submit a Waiver of Coverage Card as described in the Group Application.

2. Further, the employer agrees to collect the amount of the employee's contribution, if any, by payroll deduction; and to pay, on or before the due date to BCBSGA, the employer's contribution, plus the employee's contribution, if any, which, when combined, amounts to the total monthly subscription charges.

## 5.5 Subscription Charges for Coverage Selected

1. Initial charges shall be payable in advance of the Effective Date, and coverage shall not be in effect until such payment is received by BCBSGA. Subsequent charges shall be payable monthly on or before the due date designated on the Group Application. Except for the initial payment, a grace period of thirty-one (31) days beyond the due date shall be allowed for payment of charges due. BCBSGA reserves the right to refuse to accept any payment of charges after the expiration of the grace period. If the Employer fails to pay such charges to BCBSGA within the grace period, the Master Contract automatically will be terminated as of the end of the grace period; however, the Employer still shall be liable to BCBSGA in the amount of any claims paid on behalf of the Group after the due date, unless proper notice of termination has been given as provided below.

2. BCBSGA may change the monthly subscription charges whenever the benefits are changed by amendment, or as of any monthly due date upon giving sixty (60) days' prior notice to the employer. BCBSGA may also change the monthly subscription charges when the enrollment falls below the minimum requirement agreed to in the Group Application or a significant enrollment change is made through acquisition of a subsidiary(ies), the employees of which are to be added to this Group.

## 5.6 Certificate Booklets, Miscellaneous Forms and Notices

1. BCBSGA agrees to provide employees a Certificate Booklet outlining the benefits. Such certificate booklet is an integral part of the Master Contract as stated above.

2. The Employer agrees to receive, on behalf of its covered employees, all notices, certificates and membership cards delivered by BCBSGA and to forward such materials to the persons involved.

3. Any notice shall be sufficient if given to the Employer when addressed to its office, as stated in the Group Application and Enrollment Summary Form; if given to BCBSGA when addressed to it as its office; or if given to an employee, when addressed to the employee either his or her address as it appears on his or her records at BCBSGA, or in care of the Employer.

4. The Master Contract may be modified from time to time. BCBSGA will give the Employer sixty (60) days' notice prior to the effective date of any such change.

5. The Master Contract may be terminated by the Employer by giving written notice to BCBSGA at least sixty (60) days prior to the date of termination.

## 5.7 Effective Date of Coverage

The Effective Date of Coverage is stated on the Master Application. The first contract anniversary date is also stated on the Master Application; these two dates do not have to be separated by twelve (12) months. The Master Contract, if issued, shall remain in force unless terminated in accordance with the terms of this Contract. The due date shall be the first of each month.

## 5.8 Time Limit On Certain Defenses

1. Two years after this Contract is issued, no false statements which might have been included on a Subscriber's application can be used to void the Contract. Also, after these same two years no claim can be denied because of any false statement on this application.

2. One year after this Contract is issued, no claim can be reduced or denied simply because a Member had a disease or condition prior to an individual Member's effective date. This section does not remove the limits on services which are excluded from payment.

## 5.9 Reinstatement

1. If a Member's coverage ends in any manner, that Member may be considered for reinstatement.

2. However, if coverage ended because BCBSGA did not receive payments for an individual Member's coverage such coverage under a re-instatement is limited to covering accidental injuries from the date of reinstatement and any illness which begins 10 days after that re-instatement. A Member's rights in all other areas of this Contract remain the same as before the due date of the charges which were not paid.

3. BCBSGA does not require an application for reinstatement. However, if in the future BCBSGA does require an application for re-instatement and issues a conditional receipt for the premium tendered, the contract will be reinstated upon approval of such application by the insurer or lacking such approval, upon the 45th day following the date of such con-ditional receipt unless BCBSGA has previous-ly notified the insured in writing of its disapproval of such application.

### 5.10 Notice of Claim, Proofs of Loss and Claim Forms

1. Claims should be filed on a timely basis. A properly completed claim form must be filed within 90 days of the date of service. Failure to file such claim within the required time will not invalidate or reduce the claim if it was not reasonably possible to file such claim.

2. All notices of claims, proofs of loss, and claim forms should be sent to BCBSGA at the fol-lowing address:

   Blue Cross and Blue Shield of Georgia, Inc.

   Post Office Box 9907

   Columbus, Georgia 31908-9907

3. An identification number must be included to allow BCBSGA to verify that a Member is active.

4. Claim forms are available at Participating and Preferred Hospitals and Physicians' offices. They are also available from BCBSGA to file a proof of loss directly. These forms must be sent within 10 days after BCBSGA receives a request. If a Member does not receive these forms within these 10 days, any written proof of loss submitted (such as a letter with a photocopy of any bills involved) will be hon-ored for payment.

### 5.11 Physical Examinations

If a Member has submitted a claim and BCBSGA needs more health information, BCBSGA can re-quire a physical examination. BCBSGA would pay the cost of any such examination.

### 5.12 Legal Action

A Member cannot file any legal action for pay-ment of a claim until 60 days after the submission of a claim. A Member cannot file any legal action after 3 years from the time the claim was due.

### 5.13 Assignment of Benefits

Benefits under this Contract will be paid directly to providers who have executed participating or preferred agreements with BCBSGA. Benefits un-der this Contract are assignable to Non-Participat-ing or Non-Preferred Providers but it is not a requirement. If benefits are not assigned to Non-Participating or Non-Preferred Providers, any pay-ment due will be sent to the Subscriber.

### 5.14 Unreasonable Charges

If BCBSGA considers a charge unreasonable, it will determine a Customary charge. Payment will be based on the Customary charge.

### 5.15 Compliance with Given Provisions

BCBSGA has the right to waive any part of this Contract for the benefit of the insured. This waiver in no way affects BCBSGA's right to apply that part of the Contract in paying a future claim.

### 5.16 Unpaid Premium

Upon the payment of a claim under this Contract, any premiums then due and unpaid or covered by any note or written order may be deducted from the claim payment.

### 5.17 Applicable Law

This Contract is governed by the laws and regula-tions of the State of Georgia. Nothing in this Contract shall be construed so as to be in violation of any federal or state law or regulation. In the event of state or federally mandated benefits, BCBSGA reserves the right to change the sub-scription charges (rates) with thirty (30) days' proir notice.

### 5.18 Contract Administration

1. For proper adjudication of claims under this Contract, it is agreed, and the Group and its Members consent, that all medical records in-volving any condition for which a claim is presented will be furnished at BCBSGA's re-

quest, and all privileges with respect to such information are waived. The Group and its Members agree to participate and cooperate with BCBSGA in any pre-admission, concurrent or other medical review activity at any hospital or medical facility as BCBSGA deems appropriate. This information will be kept confidential to the extent provided by law. Payment will not be provided where sufficient information cannot be obtained to properly adjudicate a claim.

2. Any person or entity having information about an illness or injury for which benefits are claimed may give BCBSGA at its request, any information (including copies or records) about the illness or injury. In addition, BCBSGA may with the Member's written consent give any person or entity similar information at their request if they are providing similar benefits.

3. In making a decision on claims involving payment for services or supplies or days of care that are determined by BCBSGA to be medically unnecessary, BCBSGA reserves the right to obtain advisory opinions from physician consultants in the appropriate specialty under consideration prior to reaching a decision. On reconsideration of denied medical necessity claims, BCBSGA further reserves the right to refer such cases to an appropriate peer review committee for an advisory opinion before BCBSGA renders its final determination on such claims.

### 5.19  Employee Declaration

The employer attests to the validity of the eligibility and medical information submitted with this application (if any) and declares that all information is accurate and complete. The Employer understands that the information on such forms will be used by BCBSGA to evaluate the actuarial risk of the group and any coverage which may be issued can be rescinded for the entire group if this information is incomplete, misleading or inaccurate.

### 5.20  Right of Recovery

When any payment for covered services has been made by BCBSGA in an amount that exceeds the maximum benefits available for such services under the Contract, or whenever payment has been made in error by BCBSGA for non-covered ser-

vices, BCBSGA shall have the right to recover such payment from the Member or, if applicable, the provider of Covered Services.

### 5.21  Right to Audit

BCBSGA reserves the right to audit a Group's employee roster to verify enrollment participation and eligibility requirements.

### 5.22  Non-Duplication

As a condition precedent to the issuance of this Group Master Contract, the employer agreed that other similar group coverage for Hospital and/or Physician services, if any, which was in effect, would be cancelled on or prior to the Effective Date of this Group Master Contract, and no other group coverage providing benefits for Hospital and/or Physician services would be adopted by the employer during the period of this Contract. In the event the employer adopts such other coverage, he or she will terminate this Contract by giving sixty (60) days' written notice prior to the effective date of the new coverage, except when such other coverage will not duplicate benefits already provided by BCBSGA. After notice by the employer, BCBSGA, at its discretion, may waive this restriction. Such waiver will be in writing and must be signed by the President and Chief Executive Officer of BCBSGA.

### 5.23  Licensed Controlled Affiliate

The Group on behalf of itself and its Members hereby expressly acknowledges its understanding this policy constitutes a contract solely between the Group and BCBSGA which is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the Association), permitting BCBSGA to use the Blue Cross and Blue Shield Service Marks in the state of Georgia, and that BCBSGA is not contracting as the agent of the Association. The Group further acknowledges and agrees that it has not entered into this Contract based upon representations by any person other than BCBSGA and that no person, entity, or organization other than BCBSGA shall be held accountable or liable to the Group for any of BCBSGA's obligation to the Member created under this Contract. This paragraph shall not create any additional obligations whatsoever on the part of BCBSGA other than those obligations created under other provisions of this agreement.

Master Contract

### 5.24 Calculation of Coinsurance and Other Subscriber Liability for Out-of-State Claims

The calculation of Member liability for covered services for claims incurred outside and processed through the BlueCard Program typically will be at the lower of the provider's billed charges or the negotiated rate BCBSGA pays the on-site Blue Cross and/or Blue Shield Plan.

The negotiated rate paid by BCBSGA to the on-site Blue Cross and/or Blue Shield Plan for health care services provided through the BlueCard Program may represent either:

- the actual price paid on the claim; or
- an estimated price that reflects adjusted aggregate payments expected to result from settlements or other non-claims transactions with all of the on-site Plan's health care providers or one or more particular providers; or
- a discount from billed charges representing the on-site Plan's expected savings for all of its providers or for a specified group of providers.

Plans using either the estimated price or average savings factor methods may prospectively adjust the estimated or average price to correct for over- or underestimation of past prices.

In addition, statutes require Blue Cross and/or Blue Shield Plans in a small number of states to use a basis for calculating member liability for covered services that does not reflect the entire savings realized or expected to be realized on a particular claim. Thus, when your members receive covered services in these states, their member liability for covered services will be calculated using these states' statutory methods.

# ARTICLE 6

# TERMINATION OF COVERAGE

1. Initial charges shall be payable in advance of the Effective Date, and coverage shall not be in effect until such payment is received by BCBSGA. Subsequent charges shall be payable monthly on or before the due date designated in the attached Group Application. (The due date is the date on or before which all subscription charges must be received.)

   **Grace Period.** If the Group has not given written notice to BCBSGA that this Contract is to be terminated, a Grace Period of thirty-one (31) days, during which this Contract shall remain in effect, will be allowed for the payment of any subscription charges due after the due date. If no subscription charges are paid within the Grace Period, this Contract will automatically terminate without further notice effective as of the end of the Grace Period; after termination, the Group shall continue to be liable for all unpaid subscription charges due through and including the Grace Period. If written notice is given by the Group to BCBSGA during the Grace Period that this Contract is to be terminated, then termination shall be effective immediately and the Group shall be liable to BCBSGA only for a pro rata amount for the portion of the month prior to the receipt of such notice by BCBSGA.

2. If the Group does not pay the subscription charges for a Member by the end of the Grace Period, that Member's coverage ends automatically at the end of the Grace Period. No benefits for such a Member or covered family members will be paid after this date unless the insured person is on an existing continuing claim. Any premium due for a Member shall be deducted from any Member's claim paid during the Grace Period.

3. If a Subscriber loses eligibility by no longer being a Member of a particular subclass within the Group, that Subscriber's coverage ceases automatically as of the end of the period for which current subscription charges have been paid. Coverage also ends for all other family Members covered under this Subscriber's certificate of coverage.

6

4. If this Group ends (or cancels) this Contract for any reason, coverage for all Subscribers ends automatically as of the cancellation date. No benefits be will paid after this date, except as provided under Extension of Benefits.

5. The Group may cancel this Contract by giving written notice to BCBSGA at least sixty (60) days in advance. Coverage for all Subscribers ends automatically as of the cancellation date. None of the above shall prejudice an existing claim.

6. BCBSGA may cancel this Contract for fraud, nonpayment, noncompliance with contribution or participation requirements, market exit, and service area limitations.

# ARTICLE 7
# NOTICE

7.1    **Member Initiated Changes**

A Member may notify BCBSGA of any changes which would affect coverage at its home office:

Blue Cross and Blue Shield of Georgia, Inc.

3350 Peachtree Road, N.E.

Post Office Box 4445

Atlanta, Georgia 30302

7.2    **Changes Affecting a Member's Coverage**

BCBSGA may notify a Member of any changes at the address as it appears in BCBSGA's records. Please notify BCBSGA of any change in the Group's address.

BCBS-066



HMO Georgia, Inc.*

**\*Independent licensees of the Blue Cross and Blue Shield Association**

# GROUP MASTER APPLICATION

The purpose of this form is for HMO Georgia, Inc. and Blue Cross and Blue Shield of Georgia, Inc. (BCBSGA) to evaluate rating for the company's request for group insurance coverage. Please answer all questions. This form must be signed and dated by an officer of the company.

### SECTION I - EMPLOYER INFORMATION

| | | |
|---|---|---|
| Legal Name of Employer *The Cone Financial Group* | Group's Telephone Number *(912) 226-2909* | |
| Street Address *406 S. Broad St.* | County *Thomas* | What is the nature of the business? *Personal Service* |
| City *Thomasville* | State *GA* | Zip Code *31792* | Number of years in business *3 year* |

Are there other locations to be included? Yes ___ No ___ If yes, please provide the name and number of employees at each location. The Employer certifies that (enter specific number) _____ employees are eligible to make application for coverage on the date of this Group Application, and agrees that _____ or more of all eligible employees will have made application for membership before the Effective Date of Coverage. Otherwise this Group Application will be deemed to have been withdrawn.

### SECTION II - GROUP HEALTH PROFILE

Has anyone incurred health claims in excess of $7,500 in the past 12 months and is the condition ongoing?    Yes ___    No ✓

| Specify: Employee, Dependent or COBRA | Age | Dollar amount of Claim | Diagnosis/Prognosis | Date of Last Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### SECTION III - CURRENT COVERAGE INFORMATION

| Carrier *Medical Assurance* | Effective Date | Type Coverage | Type of Funding |
|---|---|---|---|

| RATES | Current Rates | Renewal Rates | Current Rates | Renewal Rates |
|---|---|---|---|---|
| | Medical | Medical | Dental | Dental |
| EE | | | | |
| EE & SP | | | | |
| EE & Child(ren) | | | | |
| Family | | | | |
| Total Number of Employees? | | 10 | Total Number of Eligible Employees? | 10 |
| Number of Employees Currently Enrolled in the Health Plan? | | | Number of Employees in Employee Waiting Period | |
| Number of COBRA Participants | | | | |

*1 / 10*

KUN&WINELLE          Fax-2292211141          Feb 0 2004 13:10          P.02



BCBS-068

# GROUP MASTER APPLICATION

The purpose of this form is for Blue Cross and Blue Shield of Georgia (BCBSGA) and Blue Cross Blue Shield Healthcare Plan of Georgia (BCBSHP) to evaluate rating for the company's request for group insurance coverage. Please answer all questions. This form must be signed and dated by an officer of the company.

*1011190*

## SECTION I - EMPLOYER INFORMATION

| Legal Name of Employer  Workstaff People | Group's Telephone Number  229-226-2909 |
|---|---|
| Street Address | County Thomas | What is the nature of the business? Personel |
| City Thomasville    State GA | Zip Code 31792 | Number of years in business  1 |

Are there other locations to be included? Yes _____ No _____ If yes, please provide the name and number of employees at each location. The Employer certifies that (enter specific number) _____ employees are eligible to make application for coverage on the date of this Group Application, and agrees that _____ or more of all eligible employees will have made application for membership before the Effective Date of Coverage. Otherwise this Group Application will be deemed to have been withdrawn.

## SECTION II - GROUP HEALTH PROFILE

Has anyone incurred health claims in excess of $7,500 in the past 12 months and is the condition ongoing?    Yes ____ No ____

| Specify: Employee, Dependent or COBRA | Age? | Dollar amount of Claim | Diagnosis/Prognosis | Date of Last Treatment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECTION III - CURRENT COVERAGE INFORMATION

| Carrier | Effective Date | Type Coverage | Type of Funding |
|---|---|---|---|

| RATES | Current Rates  Medical | Renewal Rates  Medical | Current Rates  Dental | Renewal Rates  Dental |
|---|---|---|---|---|
| EE | | | | |
| EE & SP | | | | |
| EE & Child(ren) | | | | |
| Family | | | | |
| Total Number of Employees? | | | | |
| Number of Employees Currently Enrolled in the Health Plan? | | Total Number of Eligible Employees? | | |
| Number of COBRA Participants | | Number of Employees in Employee Waiting Period | | |

Independent licensee of the Blue Cross Blue Shield Association

002929x

F-1561.990

KLINGWITNELLE          Fax:22922/1141          Feb 6 2004 15:10     P.03

## IV - REQUESTED COVERAGE INFORMATION

**1A. Coverages Requested:** (Enter appropriate coverage plan number and attach benefit summary)     Indicate Local Sales Office _____

| Blue Cross Blue Shield Healthcare Plan of Georgia | Blue Cross Blue Shield Healthcare Plan of Georgia | Blue Cross and Blue Shield of Georgia | Blue Cross and Blue Shield of Georgia | Blue Cross and Blue Shield of Georgia | Blue Cross and Blue Shield of Georgia |
|---|---|---|---|---|---|
| HMO Plan _____ | POS Plan _____ | PPO Plan _101_ | Traditional Health Plan (THP) _____ | Dental Plan _____ Replacement? _____ | Vision Plan _____ |

| RX Copay | | | | Blue Cross Blue Shield Healthcare Plan of Georgia BlueChoice Platinum | |
|---|---|---|---|---|---|
| Generic $____ | Generic $____ | Generic $____ | Generic $____ | | |
| Brand $____ | Brand $____ | Brand $____ | Brand $____ | Plan _____ | |
| In Formulary $____ | In Formulary $____ | In Formulary $____ | In Formulary $____ | | |
| Not In Formulary $____ | Not In Formulary $____ | Not In Formulary $____ | Not In Formulary $____ | | |
| PTD $____ | PTD $____ | PTD $____ | PTD $____ | | |

**1B. Comments**

Please change our plan to PPO # 101.

Neil Fennell, CFO

Neil Fennell

**2.** Maternity coverage is included with HMO and POS plans, and with PPO and THP plans for groups with 15 or more employees. Maternity coverage is optional for groups with less than 15 employees for PPO and THP plans. If you have less than 15 employees, do you wish to select maternity coverage? (If rejected, it cannot be added at a later date.)    Yes _____    No _____

**3.** Mental health/substance abuse options are based on your group proposal or other supplemental forms. Please indicate the Lifetime Maximum. ($10,000 and $25,000 choices are only available for PPO and THP groups 2-50. HMO and POS are unlimited automatically.)    $Unlimited    $10,000    $25,000

**4.** Indicate the percentage of the premium to be paid by the employer | Employee Health ____% | Dependent Health ____% |
| | Employee Dental ____% | Dependent Dental ____% |

**5.** What period of continuous service (employee waiting period) on a full-time basis must be completed by an employee before becoming eligible for coverage?     Will coverage be effective date of hire? Yes ___ No ___

|  | Health | Dental |
|---|---|---|
| **6A.** Will the coverage be effective on the first day following the employee waiting period? | Yes _____ | No _____ |
| **6B.** Or will the coverage be effective on the first day of the month following the employee waiting period? | Yes _____ | No _____ |
| **6C.** Do you wish to waive the employee waiting period at initial enrollment? | Yes _____ | No _____ |

## EFFECTIVE DATE OF COVERAGE

The proposed Effective Date of the Group Master Contract, if issued, is 12:01 a.m. (Eastern Standard time) on the _1_ day of _3_ (month). _04_ (year).

The first Contract anniversary date shall be _Mar_ (month), _04_ (year) whether or not the two dates are separated by twelve (12) months. The Group Master Contract, if issued, shall remain in force unless terminated in accordance with the terms of the Group Master Contract. The due date shall be the first of each month.

Signed at _Thomasville GA_ on _2-6_ (month, date), _04_ (year).

_Ron Kim_                                    _Neil Fennell_
Agent, Broker or Consultant of record        Official of The Employer (Company Name)

_Rebecca Shaffer_                            Employer's Authorized Representative and Title
Representative of BCBSGA / BCBSGP

0027/93x

BCBS-069

**EXHIBIT 2**

# BlueChoice® *PPO*

# *Certificate Booklet*

## PPO 101

*Cone Financial Group, Inc.*

**Except for Accidental Injury or Medical Emergency treatment, Out-of-Pocket expenses are up to 30% higher when you receive care from a Non-Preferred Provider.**



**BlueCross BlueShield** of Georgia

F-1681.792 07/02                                           BCBS-001

**NOTICE:  YOUR OUT-OF-POCKET EXPENSES ARE HIGHER WHEN
YOU RECEIVE CARE FROM NON-PREFERRED PROVIDERS**

CERTIFICATE OF COVERAGE

**BLUE CHOICE PPO**
**(herein called BCBSGA)**

**An Independent Licensee of the
Blue Cross and Blue Shield Association
having issued a
Group Master Contract
To**

**PPO 101**
**hereby certifies that**

1.  The persons and their eligible family members (if any) whose names are on file at the office of the Plan Administrator as being eligible for coverage have had the required application for coverage accepted and subscription charge received by BCBSGA.  These persons are covered under and subject to all the exceptions, limitations, and provisions of said Group Master Contract for the benefits described herein;
2.  Benefits will be paid in accordance with the provisions and limitations of the Group Master Contract; and
3.  BCBSGA has delivered to the Plan Administrator the Group Master Contract covering certain persons and their eligible family members (if any) as Members of this Group program.

The Group Master Contract (which includes this Certificate Booklet, and any riders and amendments) constitutes the entire Contract.  All rights which may exist, arise from and are governed by the Group Master Contract and this Certificate Booklet does not constitute a waiver of any of the terms.  The Group Master Contract may be inspected at the office of the Plan Administrator.

Coverage under this Certificate will be effective and will continue in effect in accordance with the terms, provisions and conditions of the Group Master Contract.  This Certificate of Coverage replaces and supersedes all contracts and/or certificates which may have been issued previously by BCBSGA through the Plan Administrator.

John Watts
Senior Vice President
Large Group Services

David Fields
General Manager
Consumer Services

F-1681.792  07/02

BCBS-002

## Table of Contents

Summary of Benefits ................................................................................................................ ii

Important Phone Numbers ....................................................................................................... ix

Eligibility .................................................................................................................................. 1

How Your Benefits Work For You ........................................................................................... 4

Pre-Admission Certification (PAC) ......................................................................................... 5

Benefits .................................................................................................................................... 6

Mental Health Care and Substance Abuse Treatment ........................................................... 17

Prescription Drug Program ..................................................................................................... 17

Limitations and Exclusions ..................................................................................................... 19

Coordination of Benefits (COB) ............................................................................................. 23

Right of Recovery .................................................................................................................... 25

Claims and General Information .............................................................................................. 25

When Your Coverage Terminates ........................................................................................... 30

Definitions ............................................................................................................................... 34

Statement of ERISA Rights ..................................................................................................... 43

BCBS-003

<u>**Summary of Benefits**</u>                                                          <u>**In-Network**</u>

All In-Network care must be received from a Preferred Provider.

**Lifetime Maximum Benefits**
All benefits combined: In-Network and Out-of-Network.................................................................... $5,000,000

**Lifetime Maximum Benefits for TMJ (included in total maximum)**
In-Network and Out-of-Network Combined .............................................................................. $15,000

**Lifetime Maximum Benefits for Hospice Care (included in total maximum)**
In-Network and Out-of-Network Combined .............................................................................. $10,000

**Calendar Year Deductible (In-Network and Out-of-Network Combined)**
One per Employee; One per spouse; One for all eligible children combined.......................................$500

> All Eligible Charges are subject to the Deductible, except those with Copayments, unless otherwise
> specified in this booklet.  All surgical procedures are subject to Deductible and Coinsurance.

**Percentage Payable (Unless Otherwise Specified)**
All payments are based on Eligible Charges and negotiated fees.
The program pays ...........................................................................................................80%
The Member pays ..........................................................................................................20%
The percentage payable after the Out-of-Pocket Limit is met ..........................................100%

**Out-of-Pocket Limit Per Calendar Year (in addition to the Deductible and Copayment)**
One per Employee; One per spouse; One for all eligible children combined.................................... $1,000

> Amounts satisfied toward the Out-of-Network Out-of-Pocket Limit will also be applied toward the In-
> Network Out-of-Pocket Limit.  Amounts satisfied toward the In-Network Out-of-Pocket will not be applied
> toward the Out-of-Network Out-of-Pocket Limit.

**Accidental Injury or Medical Emergency**
Emergency Room Copayment...........................................................................................$100
Percentage payable after Copayment..............................................................................100%

> Initial services rendered for the onset of symptoms for a life-threatening medical condition or serious
> Accidental Injury which requires immediate medical care.  A Medical Emergency is a condition of recent
> onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson,
> possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or
> Injury is of such a nature that failure to obtain immediate medical care could place his or her life in danger
> or cause serious harm.  The emergency room Copayment is waived if admitted to the Hospital.

**Non-Accidental Injury or Non-Medical Emergency**
Emergency Room Copayment...........................................................................................$100
Percentage payable after Copayment and calendar year Deductible .................................... 80%

**Inpatient Mental Health Care and Substance Abuse Treatment**
Days/Visits maximum per calendar year ..............................................................................30
Hospital/Physician Services .............................................................................................80%

**Outpatient Mental Health Care and Substance Abuse Treatment**
Maximum visits per calendar year.........................................................................................20
Copayment per visit...........................................................................................................$25

F-1681.792  07/02

BCBS-004

## Summary of Benefits                                                    In-Network

**Copayment**
Unless specifically stated, all services obtained as an outpatient at a Hospital (e.g., lab tests, x-rays, etc.) are covered subject to your Deductible and Coinsurance. Surgical procedures performed in the office are covered subject to your Deductible and Coinsurance.

The following procedures may be performed by a Preferred Physician or Specialist Preferred Physician.
Preferred Physician – per office visit ........................................................................................................$15
Specialist Preferred Physician – per office visit ...........................................................................................$15
       Immunizations
       Periodic Health Assessment
       Flu Injections
       Diagnostic X-ray and Lab
       Annual Gynecological Exam
       Mammograms, Pap Smears, and Prostate Screening
       Second Surgical Opinion
       Treatment of Accidental Injury
       Injections for the Treatment of a Specific, Non-Chronic Medical Condition

**Home Health Care Services**
Visits per calendar year ....................................................................................................................... 120
Copayment per visit...............................................................................................................................$20

**Maternity Services** (includes pre- and post-natal and delivery) ....................................................................$100
Eligible Charges for Hospital maternity services are subject to the Deductible and Coinsurance.

**Verification of Benefits**
Verification of Benefits is available for Members or authorized healthcare providers on behalf of Members. You may call Customer Service with a benefits **inquiry** or **Verification of Benefits** during normal business hours (7a.m. to 7p.m.). Please remember that a benefits **inquiry** or **Verification of Benefits** is Not a Verification of Coverage of a specific medical procedure.

- **Verification of Benefits is Not a guarantee of payment.**
- **If the verified service requires pre-certification, please call 1-800-722-6614.**

**Pre-Admission Certification (PAC)** ................................................................................................... Required
- Required for ALL Hospital admissions except emergency or maternity delivery admissions. Please notify us within 48 hours of an emergency or maternity admission.
- Pre-Admission Certification (PAC) determinations are available by phone through BCBSGA's pre-certification staff 24 hours a day, seven days a week for urgent/non-elective care that must be performed within 24 hours after the PAC request, without which a significant threat to the patient's health or well-being will be posed.
- Non-urgent/elective pre-certifications can be requested during normal business hours (7a.m.-7p.m.).
- The phone number for pre-certification is **1-800-722-6614.**
- Emergency services do NOT require pre-certification.

**PAC is a guarantee of payment as described in this section** (and BCBSGA will pay up to the reimbursement level of this Contract when the Covered Services are performed within the time limits assigned by PAC) **except for the following situations:**
- The Member is no longer covered under this Contract at the time the services are received;
- The benefits under this Contract have been exhausted (examples of this include day limits or maximum amounts);
- No benefits will be paid in cases of fraud.

iii

BCBS-005

## Summary of Benefits                                                          In-Network

Pre-certification approvals apply only to services which have been approved in the pre-certification process and only as described in the approval. Such approval does not apply to any other services. Payment or authorization of such a service does not require or apply to payment of claims at a later date regardless of whether such later claims have the same, similar or related diagnoses.

**Special Features:**
- **Allergy Testing, Shots and Serum** ................................................................................................. 80%
- Hospice Care Services: (not subject to the Deductible) ................................................................. 100%
- **Physical Therapy, Occupational Therapy, Chiropractic Care and Services of Athletic Trainers**
  (as set out in the "Benefits" section): 20 visits per calendar year............................................... 80%
- **Private Duty Nursing (RN or LPN):** $2,500 maximum benefit per calendar year ................................... 80%
- **Respiratory Therapy:** 30 visits per calendar year...................................................................... 80%
- **Skilled Nursing Facility:** 30 days per calendar year................................................................... 80%
- **Speech Therapy:** 20 visits per calendar year........................................................................... 80%

**Prescription Drug Copayment (Participating Pharmacies) 30-day supply**
Prescription Drug Copayment (Preferred Generic), per prescription .........................................................$15
Prescription Drug Copayment (Preferred Brand Name), per prescription......................................................$25
Prescription Drug Copayment (Non-Preferred), per prescription...............................................................$40

A limited number of Prescription Drugs require pre-authorization for Medical Necessity. If pre-authorization is not approved, then the designated drug will not be eligible for coverage. To determine if a Prescription Drug requires pre-authorization, please call Customer Service.

**Calendar Year Benefit Maximums**
The In-Network calendar year benefit maximums are **combined** with the Out-of-Network calendar year benefit maximums. They are **not** separate benefit maximums.

All services and all calendar year maximums--whether for a number of days or visits, treatments or a yearly dollar limit--are subject to the Lifetime Maximum Benefit.

F-1681.792  07/02

BCBS-006

## Summary of Benefits _____ Out-of-Network

**Lifetime Maximum Benefits**
All benefits combined: In-Network and Out-of-Network......................................................$5,000,000

**Lifetime Maximum Benefits for TMJ (included in total maximum)**
In-Network and Out-of-Network Combined ...........................................................................$15,000

**Lifetime Maximum Benefits for Hospice Care (included in total maximum)**
In-Network and Out-of-Network Combined ...........................................................................$10,000

**Calendar Year Deductible (In-Network and Out-of-Network Combined)**
One per Employee; One per spouse; One for all eligible children combined............................$500

> All Eligible Charges are subject to the Deductible, except those with Copayments, unless otherwise
> specified in this booklet. This includes all surgical procedures.

**Percentage Payable (Unless Otherwise Specified)**
All payments are based on Eligible Charges.
The program pays....................................................................................................................60%
The Member pays.....................................................................................................................40%
The percentage payable after Out-of-Pocket Limit is met....................................................100%

**Out-of-Pocket Limit Per Calendar Year (in addition to the Deductible and Copayment)**
One per Employee; One per spouse; One for all eligible children combined........................$2,000

> Amounts satisfied toward the Out-of-Network Out-of-Pocket Limit will also be applied toward the In-
> Network Out-of-Pocket Limit. Amounts satisfied toward the In-Network Out-of-Pocket Limit will not be
> applied toward the Out-of-Network Out-of-Pocket Limit.

**Accidental Injury or Medical Emergency**
Emergency Room Copayment..................................................................................................$100
Percentage payable after Copayment....................................................................................100%
> Initial services rendered for the onset of symptoms for a life-threatening medical condition or serious
> Accidental Injury which requires immediate medical care. A Medical Emergency is a condition of recent
> onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson,
> possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or
> Injury is of such a nature that failure to obtain immediate medical care could place his or her life in danger
> or cause serious harm. The emergency room Copayment is waived if admitted to the Hospital.

**Non-Accidental Injury or Non-Medical Emergency**
Emergency Room Copayment..................................................................................................$100
Percentage payable after Copayment and calendar year Deductible .......................................60%

**Inpatient Mental Health Care and Substance Abuse Treatment**
Days/Visits maximum per calendar year.....................................................................................30
Hospital/Physician Services .......................................................................................................60%

**Outpatient Mental Health Care and Substance Abuse Treatment**
Maximum visits per calendar year..............................................................................................20
Percentage payable per visit .......................................................................................................60%

v

BCBS-007

**Summary of Benefits** _____ **Out-of-Network**

**Verification of Benefits**
Verification of Benefits is available for Members or authorized healthcare providers on behalf of Members. You may call Customer Service with a benefits inquiry or **Verification of Benefits** during normal business hours (7a.m. to 7p.m.). Please remember that a benefits **inquiry** or **Verification of Benefits** is Not a Verification of Coverage of a specific medical procedure.

- **Verification of Benefits is Not a guarantee of payment.**
- If the verified service requires pre-certification, please call 1-800-722-6614.

Pre-Admission Certification (PAC) ................................................................................................................ Required
- Required for ALL Hospital admissions except emergency or maternity delivery admissions. Please notify us within 48 hours of an emergency or maternity admission.
- Pre-Admission Certification (PAC) determinations are available by phone through BCBSGA's pre-certification staff 24 hours a day, seven days a week for urgent/non-elective care that must be performed within 24 hours after the PAC request, without which a significant threat to the patient's health or well-being will be posed.
- Non-urgent/elective pre-certifications can be requested during normal business hours (7a.m.-7p.m.).
- The phone number for pre-certification is 1-800-722-6614.
- Emergency services do NOT require pre-certification.

**PAC is a guarantee of payment as described in this section** (and BCBSGA will pay up to the reimbursement level of this Contract when the Covered Services are performed within the time limits assigned by PAC) **except for the following situations:**
- The Member is no longer covered under this Contract at the time the services are received;
- The benefits under this Contract have been exhausted (examples of this include day limits or maximum amounts);
- No benefits will be paid in cases of fraud.

Pre-certification approvals apply only to services which have been approved in the pre-certification process and only as described in the approval. Such approval does not apply to any other services. Payment or authorization of such a service does not require or apply to payment of claims at a later date regardless of whether such later claims have the same, similar or related diagnoses.

Special Features:
- Allergy office visits, shots, serum, testing ................................................................................. 60%
- Home Health Care Services:  120 visits per calendar year ......................................................... 60%
- Hospice Care Services:  (not subject to the Deductible).............................................................. 100%
- Physical Therapy, Occupational Therapy, Chiropractic Care and Services of Athletic Trainers
  (as set out in the "Benefits" section):  20 visits per calendar year............................................ 60%
- Private Duty Nursing (RN or LPN): $2,500 maximum benefit per calendar year...................... 60%
- Respiratory Therapy: 30 visits per calendar year ...................................................................... 60%
- Skilled Nursing Facility:  30 days per calendar year.................................................................. 60%
- Speech Therapy:  20 visits per calendar year.............................................................................. 60%

**Prescription Drug Copayment  (30-day supply)**
Prescription Drug Copayment (Preferred Generic), per prescription ......................................................$15
Prescription Drug Copayment (Preferred Brand Name), per prescription................................................$25
Prescription Drug Copayment (Non-Preferred), per prescription...........................................................$40

A limited number of Prescription Drugs require pre-authorization for Medical Necessity.  If pre-authorization is not approved, then the designated drug will not be eligible for coverage.  To determine if a Prescription Drug requires pre-authorization, please call Customer Service.

If a non-participating pharmacy is used, the Member must file a claim for reimbursement; the Member may be responsible for the difference between the BCBSGA negotiated rate and the pharmacy's actual charge.

F-1681.792  07/02

BCBS-008

## Summary of Benefits                                    Out-of-Network

**Calendar Year Benefit Maximums**

The In-Network calendar year benefit maximums are combined with the Out-of-Network calendar year benefit maximums.  They are not separate benefit maximums.

All services and all calendar year maximums—whether for a number of days or visits, treatments or a yearly dollar limit—are subject to the Lifetime Maximum Benefit.

F-1681.792  07/02

BCBS-009

## <u>BlueChoice PPO</u>

**Types of Coverage**
Your type of coverage is determined by your selection at the time of enrollment through the Group.


**Note: These benefits are valid for your Group's current Contract period.  You will receive
a revised Summary of Benefits if there is a change in your Group benefits.**

F-1681.792  07/02

BCBS-010

# BlueChoice PPO

### Summary Notice and Important Phone Numbers

This Certificate Booklet summarizes your employer's health care benefit program. This Certificate Booklet is written in an easy-to-read language to help you and your Dependents understand your health care benefits. It is issued as part of your employer's Group Master Contract and governs your Group's coverage.

A thorough understanding of your coverage will enable you to use your benefits wisely. Please read this Certificate Booklet carefully. If you have any questions about your benefits as presented in this Certificate Booklet, please contact your employer's Employee benefit specialist or call the BCBSGA Customer Service Department.

This Certificate Booklet is an integral part of your employer's Group Master Contract. Its purpose is to help you understand your coverage and to provide an explanation of certain other benefits that your employer may offer. Certain administrative details and legal rights provisions are included in a separate document which is held by your employer.

### Pre-Admission Certification (PAC)
The Hospital, your Physician, or you should call:
     1-800-722-6614

### Customer Service
If you have a customer-service question, please call one of these numbers:
     Atlanta Calling Area (404) 233-1649
     All Other Areas 1-800-441-CARE (2273)

### Mental Health Care and Substance Abuse Treatment
You may access the mental health network in complete confidence by calling:
     1-800-292-2879

### BlueCard PPO
If you are out of state and need service, simply dial this number:
     1-800-810-BLUE (2583)

### Special Phone Numbers

Please check your ID Card for telephone numbers unique to your Group coverage.

### NOTICE:
The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

ix

# BlueChoice PPO

## Eligibility

This health program contains a 12-month pre-existing condition waiting period except for maternity benefits. If a Member enrolls within 31 days of being eligible and has 12 months of prior Creditable Coverage with no significant break in coverage, the pre-existing condition waiting period will not apply. Members who do not enroll within 31 days of being eligible are considered Late Enrollees. Please refer to the "Late Enrollees" provision in this section.

## Coverage for You

This booklet describes the benefits you may receive under your health care program. You are called the Subscriber or Member.

## Coverage for Your Dependents

If you're covered by this program, you may enroll your eligible Dependents. Your Covered Dependents are also called Members.

If the wrong birthdate of a child is entered on an application, the child has no coverage for the period for which he or she is not legally eligible. Any overpayments made for coverage for any child under these conditions will be refunded by either you or BCBSGA.

## Your Eligible Dependents Include:
- Your wife or husband;
- Your unmarried dependent children until attaining age 19, legally adopted children from the date you assume legal responsibility, children for whom you assume legal guardianship and stepchildren. Also included are your children (or children of your spouse) for whom you have legal responsibility resulting from a valid court decree. Children may be covered until attaining age 26 provided they remain your Dependents and, in each calendar year since reaching age 19, are enrolled as full-time students in a post-secondary institution of higher learning for five calendar months or more; or, if not enrolled, would have been eligible to enroll, but were prevented due to illness or Injury;
- Unmarried children who are mentally or physically handicapped and totally dependent on you for support, regardless of age with the exception of incapacitated children age 19 or older. To be eligible for

coverage as an incapacitated Dependent, the Dependent must have been covered under this Contract or prior Creditable Coverage prior to reaching age 19. Certification of the handicap is required within 31 days of attainment of age 19. A certification form is available from your employer or from BCBSGA and may be required periodically but not more frequently than annually after the two year period following the child's attainment of the limiting age.

## Initial Enrollees

Initial Enrollees and eligible Dependents who were previously enrolled under group coverage which this Contract replaces are eligible for coverage on the Effective Date of this coverage. Any employer or pre-existing exclusion waiting periods which were not satisfied under previous Creditable Coverage must be satisfied under this Contract. However, credit will be given for the length of time already served.

## New Hires

Applications for enrollment must be submitted within 31 days from the date you are eligible to enroll as set by the employer. Applications for membership may be obtained from your employer. Your coverage will be effective based on the waiting period chosen by your employer. If you or your Dependents do not enroll when first eligible, you will be treated as a Late Enrollee. Please refer to the " Late Enrollees" provision listed below.

## Late Enrollees

If you or your Dependents do not enroll when first eligible, it will be necessary to wait for the next open enrollment period. However, you may be eligible for special enrollment as set out below.

## Special Enrollment Periods

There are special enrollment periods for Employees or Dependents who:
1. Originally declined coverage because of other coverage, and
2. Who exhausted COBRA benefits, lost eligibility for prior coverage, or employer contributions toward coverage were terminated.
3. An individual who declined coverage must have certified in writing that they are covered by another health program when they initially declined coverage under this

BCBS-012

# BlueChoice PPO

Group in order to later qualify under this special enrollment. Persons declining coverage will be given notice of the consequences when they originally decline coverage.

In addition, there are also special enrollment periods for new Dependents resulting from marriages, births or adoptions. If a birth or adoption occurs and the new Dependent is enrolled within 31 days of the birth or adoption, then no twelve (12) month pre-existing condition waiting period will apply. An unenrolled Member may enroll within 31 days of such a special qualifying event.

## Important Notes:
1. Individuals enrolled during special enrollment periods are **not** Late Enrollees and are subject to the normal 12 month pre-existing condition requirements unless enrolled under prior Creditable Coverage (excluding newborns, adoptions and pregnancies).
2. Individuals or Dependents must request coverage within 31 days of a qualifying event (i.e., marriage, exhaustion of COBRA, etc.).
3. Evidence of prior Creditable Coverage is required and must be furnished by you or your prior carrier.

## When Your Coverage Begins
If you apply when first eligible, your coverage will be effective on the date your Group's length-of-service requirement has been met. The Effective Date of coverage is subject to any length-of-service provision your employer requires; however, you will receive credit toward your pre-existing condition waiting period for any employee length-of-service requirement which you must serve.

## Changing Your Coverage
There may be an annual re-enrollment period during which time Members may elect to change their options. Employees and Dependents enrolled in another option may be required to complete an unfulfilled waiting period from prior Creditable Coverage.

## Types of Coverage
The types of coverage available to you are indicated at the time of enrollment through the Group.

For the purpose of this Contract, a spouse is defined as a person of the opposite sex from that of the enrolling Subscriber.

## Changing Your Coverage (Adding a Dependent)
As your family increases, you may add new Dependents by contacting your Plan Administrator. You or the Plan Administrator must notify BCBSGA in writing. The Plan Administrator is the person named by your Employer to manage the program and answer questions about program details.

Coverage is provided only for those Dependents you have reported to BCBSGA and added to your coverage by completing the correct application.

## Marriage and Stepchildren
A Member may add a spouse and eligible stepchildren within 31 days of the date of marriage by submitting a change-of-coverage form. The Effective Date will be the date of marriage. Remember, there will be an additional charge.

If a Member does not apply for coverage to add a spouse and stepchildren within 31 days of the date of marriage, the spouse and stepchildren are considered Late Enrollees. Please refer to the "Late Enrollees" provision in this section.

## Newborn and Adopted Children
A newborn or an adopted child is covered automatically for 31 days from the moment of birth or date of assumption of legal responsibility up to age 19. If additional Premium is required to continue coverage beyond the 31-day period, the Member must notify BCBSGA of the birth or adoption and pay the required Premium within the 31-day period or coverage will terminate. Types of coverage requiring additional Premium include One-Person Coverage and Two-Person Coverage.

If a Member has Family Coverage or Multi-Person Coverage, no additional Premium is required and coverage automatically continues. However, the Member should notify BCBSGA of the birth or adoption within 31 days to ensure accurate records and timely payment of claims.

Extending coverage for a newborn child or an adopted child being added to One-Person or

BCBS-013

## BlueChoice PPO

Two-Person Coverage beyond the 31-day period requires late enrollment. Please refer to the "Late Enrollees" provision in this section.

### Foster Children

Foster children are children of those whose parental rights have been terminated by the state and who have been placed in an alternative living situation by the state. A child does not become a foster child when the parents voluntarily relinquish parental power to a third party.

Foster children for whom a Member assumes legal responsibility are not covered automatically. In order for a foster child to have coverage, a Member must provide confirmation of a valid foster parent relationship to BCBSGA. Such confirmation must be furnished at the Member's expense. When the application is processed, the Effective Date will be the first of the month following your Group's Employee waiting period.

### OBRA 1993 and Qualified Medical Child Support Orders

The Omnibus Budget Reconciliation Act of 1993 (OBRA 1993) provides specific rules for the coverage of adopted children and children subject to a Qualified Medical Child Support Order (QMCSO).

An eligible Dependent child includes:
*   An adopted child, regardless of whether or not the adoption has become final. Pre-existing condition limitations will not apply to the child as long as the adoption (or placement for adoption) occurs while the Employee is eligible for coverage.
    *   An "adopted child" is any person under the age of 18 as of the date of adoption or placement for adoption. "Placement for adoption" means the assumption and retention by the Employee of the legal obligation for the total or partial support of a child to be adopted. Placement ends whenever the legal support obligation ends.
*   A child for whom an Employee has received a MCSO (a "Medical Child Support Order") which has been determined by the employer or Plan Administrator to be a Qualified Medical Child Support Order ("QMCSO").
    *   Upon receipt of an MCSO, the employer or Plan Administrator will

inform the Employee and each affected child of its receipt of the order and will explain the procedures for determining if the order is a QMCSO. The employer will subsequently notify the Employee and the child(ren) of the determination.

A QMCSO cannot require the employer to provide any type or form of benefit that it is not already offering.

### Family and Medical Leave

For groups with 50 or more Employees, if a covered Employee ceases active employment due to an employer-approved medical leave of absence, in accordance with the Family and Medical Leave Act of 1993 (FMLA), coverage will be continued for up to 12 weeks under the same terms and conditions which would have applied had the Employee continued in active employment. The Employee must pay his or her contribution share toward the cost of coverage, if any contribution is required.

### Changing Your Coverage or Removing a Dependent

When any of the following events occur, notify your employer and ask for appropriate forms to complete:
*   Divorce;
*   Death of an enrolled family member (a different type of coverage may be necessary);
*   Dependent child reaches age 19 or marries (see "When Your Coverage Terminates");
*   Enrolled Dependent child becomes totally or permanently disabled.

### Employee Not Actively at Work

### Initial Enrollees

After a group takeover, if a Member (or a Dependent) had coverage under a prior carrier and is now covered under an extension of benefits provision, the Member (or Dependent) will be enrolled for coverage under this Contract. However, the prior carrier's extension of benefits provision makes the prior carrier responsible for payment of benefits and services relating to disabilities in accordance with the terms of its coverage and state law. To the extent benefits and services are not covered by the prior carrier's extension of benefits provision, payment will be made under this Contract in

BCBS-014

## BlueChoice PPO

accordance with the ordinary Contract rules covering such benefits and services.

### New Hires
Generally, if an Employee is not actively at work on the date his or her coverage is to be effective, the Effective Date will be postponed until the date the Employee returns to active status. If an Employee is not actively at work due to health status, this provision will not apply. An Employee is also a person still employed by the Group but not currently active due to health status.

### Portability Provision
Any newly eligible Employee, Member, Subscriber, enrollee or Dependent who has had similar coverage under another health benefit plan within the previous 90 days is eligible for coverage immediately. The Effective Date of coverage is subject to any length-of-service provision your employer requires; however, any pre-existing condition waiting period will run concurrently. A newly eligible person is an individual who was not previously eligible for coverage under this Group Contract. There is a 12 month pre-existing condition waiting period imposed following the Effective Date of coverage; however, this period is waived to the extent that an individual had prior Creditable Coverage.

## How Your Benefits Work For You

**Note: Capitalized terms such as Covered Services, Medical Necessity, Preferred Provider and Out-of-Pocket Limit are defined in the "Definitions" Section.**

### Introduction
Your Preferred Provider Health Contract is a comprehensive program. The Contract is divided into two set of benefits: In-Network and Out-of-Network. If you choose a Preferred Provider, you will receive In-Network benefits. Utilizing this method means you will not have to pay as much money; your Out-of-Pocket expenses will be higher when you use Non-Preferred Providers.

Providers are compensated using a variety of payment arrangements, including fee for service,

per diem, discounted fees, and global reimbursement.

All Covered Services must be Medically Necessary, and coverage or certification of services that are not Medically Necessary may be denied.

### Copayment
Whether you choose In-Network or Out-of-Network benefits, you will be charged a Copayment amount for certain services that may be a flat-dollar amount or a percentage of the total charge.

Copayments are the responsibility of the Member. Any Copayment amounts required are shown in the **Summary of Benefits**. Preferred Provider's services which are not specifically identified in this Certificate Booklet as being subject to Copayment, are subject to the **calendar year Deductible and payable at the percentage payable in the Summary of Benefits.**

The emergency room Copayment is waived if a Member is admitted to the Hospital through the emergency room.

### Calendar Year Deductible
Before your program begins to pay benefits (except certain benefits which are subject to Copayment instead of Deductible), you must meet any Deductible required. Deductible requirements are stated in the **Summary of Benefits.**

You must satisfy one Deductible for each type of coverage as explained in the **Summary of Benefits.**

**Carry over.** Eligible Charges during the last three months of a calendar year applied to that year's Deductible can carry over and also apply toward the next year's Deductible.

### What Your Program Pays

### Coinsurance and Out-of-Pocket Limit

The percentage payable by BCBSGA is stated in the **Summary of Benefits**. The portion which you must pay (the Coinsurance) is stated in the **Summary of Benefits**. After you reach your **Out-of-Pocket Limit** (plus any required

BCBS-015

## BlueChoice PPO

Deductible), your Contract pays 100% of Eligible Charges for the remainder of the calendar year. The Out-of-Pocket Limit benefit does not apply to:

- Any Copayment; or
- Any mental health care and Substance Abuse treatment.

**These services are never paid at 100%.**

### Eligible Charges

Eligible Charges are determined by: (a) BCBSGA's Usual, Customary, and Reasonable (UCR) Fees; (b) a provider's contracted fee schedule; (c) the applicable Reimbursement Rate; or (d) negotiated fees. Reimbursement for Preferred, Participating and Non-Participating Providers is based on Eligible Charges for the type of service a Member receives for example, Hospital or Physician services.

Out-of-Pocket Limits are accumulated for Preferred and Non-Preferred Providers as shown in the **Summary of Benefits.**

### Mental Health Care and Substance Abuse Treatment

There are some exceptions to what your coverage pays. One is for mental health care and Substance Abuse treatment. After the Deductible is met, BCBSGA will pay In-Network or Out-of-Network benefits based on the **percentage payable** stated in the **Summary of Benefits.** Limitations, if any, are stated in the **Summary of Benefits.**

### Lifetime Maximum Benefit

Any eligible Member is covered under the Group Contract to a total Lifetime Maximum Benefit as stated in the **Summary of Benefits.** This total amount of coverage includes certain services which have smaller lifetime maximums that are included within the total Lifetime Maximum Benefit. These maximums are also stated in the **Summary of Benefits.**

The Lifetime Maximum Benefit outlined in the **Summary of Benefits** includes all payments made under this Contract with BCBSGA or its affiliates.

All services and all calendar year maximums—whether for a number of days or visits, treatments or a yearly dollar limit—are subject to the Lifetime Maximum Benefit.

## Pre-Admission Certification (PAC)

### Hospital Pre-certification

**PAC is a requirement for both In-Network and Out-of-Network benefits.**

### The Pre-Admission Certification Process

- Length-of-Stay Assignment indicates the number of Inpatient days usually Medically Necessary to treat a condition;
- Continued Stay Review/Concurrent Review to determine whether a continued Inpatient stay is Medically Necessary;
- Admission Review to determine whether an unscheduled Inpatient admission or an admission not subject to pre-certification was Medically Necessary;
- Discharge Planning to assess the Member's need for additional treatment after Hospital discharge.

### In-Network Care

- If you are hospitalized other than for an emergency or a maternity delivery admission and Pre-Admission Certification was not obtained, all charges will be denied. You will be held harmless if all network guidelines are followed and you were admitted to a Preferred or Participating Hospital. This means you will not be responsible for any bill in excess of the related Deductible, Coinsurance that applies, and Non-Covered Services.

  If your stay exceeds the number of days assigned under this program, the Hospital's charge for additional days beyond the assigned length of stay will not be paid. If all In-Network guidelines are followed, you will not be responsible for any Eligible Charges except the normal Deductible, Coinsurance and Non-Covered Services.
- Ineligible Charges and Non-Covered Services are always the Member's responsibility.
- PAC is the responsibility of the Preferred Hospital or Preferred Physician.

BCBS-016

## BlueChoice PPO

### Out-of-Network Care

- You, the Physician or the Hospital must obtain approval for all Hospital admissions except for an emergency or a maternity delivery admission.
- If you are hospitalized other than for an emergency or a maternity delivery admission and Pre-Admission Certification was not obtained, there will be a $500 penalty applied before payment can be made. You will be responsible for this $500 in addition to any related Deductible, Coinsurance, charges above UCR Fees and Non-Covered Services which may apply.
- If you obtained PAC but exceed the number of days allowed through the PAC process, you will be responsible for all of the charges for those days.

If you are admitted to a Preferred or Non-Preferred Hospital and the admission is determined not to be Medically Necessary, all charges for that admission and related Physician charges will be Ineligible Charges. Out-of-Network Providers are under no obligation to hold you harmless for those charges, so you may be responsible for the full amount of all of those charges.

Ineligible Charges are always the Member's responsibility.

**Pre-Admission Certification is a guarantee of payment.** Admissions are approved only when the appropriateness of the Inpatient setting can be substantiated. Actual payment is based upon eligibility for coverage and the Effective Date for any Member and also will be dependent on, but not limited to, specific Group coverage and the status of the coverage on the date services are rendered. The program will not cover services related to specific Contract exclusions and limitations, including but not limited to, Custodial Care, Experimental and Investigational procedures, pre-existing conditions during the waiting period and services determined not Medically Necessary.

### Benefits

**Payment terms apply to all Covered Services. The following services are applicable to In-Network and Out-of-Network benefits.**

All Covered Services must be Medically Necessary, whether provided through In-Network Providers or Out-of-Network Providers.

### Physician Services

You may receive treatment from a Preferred or Non-Preferred Physician. However, payment is significantly reduced if services are received from a Non-Preferred Physician. Such services are subject to your Deductible and Out-of-Pocket requirements.

### Preventive Care

- Covered Services in the Physician's office include, but are not limited to:
  - Treatment or preventive services including periodic health examinations for adults and Dependent children under the age of 19. Routine physical examinations and employment or insurance-related physicals are not covered;
  - Treatment of Accidental Injury;
  - Well child care for the following:
    - Birth to 1 year: six office visits a year and immunizations for hepatitis b, diphtheria, polio, measles, mumps, red measles, and influenza;
    - One year to age three: two office visits per year and necessary immunizations as stated above;
    - Three years through age 5: one visit a year and necessary immunizations as stated above; and
    - Two blood and urine tests and 3 TB tests are covered during the birth to 5 year period.
  - Immunizations for dependent children under the age of 19;
  - Flu injections;
  - Gynecological tissue examinations and prostate screenings are covered at the same frequency guidelines listed below;
  - One annual Chlamydia screening test for female Members who are not more than 29 years old; or covered females

BCBS-017

## BlueChoice PPO

who are more than 29 years of age, if ordered by a Physician.

### Mammogram

- Benefits will be provided for mammograms when provided by an eligible provider and performed with the following frequency:
  - Once as a base-line mammogram for any female between 35 and 40 years of age;
  - Once every two years for any female between 40 and 50 years of age;
  - Once every year for any female age 50 or above; and
  - When recommended by a Physician for a female considered at risk. Female at risk means a female:
    - Who has a personal history of breast cancer;
    - Who has a personal history of biopsy-proven benign breast disease;
    - Whose grandmother, mother, sister, or daughter has had breast cancer; or
    - Who has not given birth prior to age 30.

### Pap Smear

One pap smear tissue examination per year or more often when ordered by a Physician.

### Prostate Antigen Test

Annual prostate specific antigen tests for covered males who are 45 years of age or older; or covered males who are 40 years of age or older, if ordered by a Physician.

### Child Wellness Services

Child wellness services from birth through age five. These services are **not subject to the calendar year** Deductible. Covered Services are based on the standards for preventive pediatric health care published by the American Academy of Pediatrics.

Child wellness services include:

- Periodic Health Assessments (includes a medical history and appropriate physical exam);
- Development assessment of the child;
- Age appropriate immunizations;
- Laboratory testing.

### Hospital Services

You may receive treatment at a Preferred or Non-Preferred Hospital. However, payment is significantly reduced if services are received at a Non-Preferred Hospital. Your Contract provides Covered Services when the following services are Medically Necessary.

### Preferred Inpatient Hospital Services

- Inpatient room charges. Covered Services include Semiprivate Room and board, general nursing care and intensive or cardiac care. If you stay in a private room, Eligible Charges are based on the Hospital's prevalent semiprivate rate. If you are admitted to a Hospital that has only private rooms, Eligible Charges are based on the Hospital's prevalent room rate.

### Service and Supplies

- Services and supplies provided and billed by the Hospital while you're an Inpatient, including the use of operating, recovery and delivery rooms. Laboratory and diagnostic examinations, intravenous solutions, basal metabolism studies, electrocardiograms, electroencephalograms, x-ray examinations, and radiation and speech therapy are also covered.
- Convenience items (such as radios, TV's, record, tape or CD players, telephones, visitor's meals, etc.) will not be covered.

### Length of Stay

- Determined by Medical Necessity.

### Non-Preferred Hospital Benefits

If you are confined in a Non-Preferred Hospital, your benefits will be significantly reduced, as explained in the "How Your Benefits Work For You" section.

### Outpatient Hospital Services

### Outpatient Services

Your Contract provides Covered Services when the following outpatient services are Medically Necessary: pre-admission tests, surgery, diagnostic X-rays and laboratory services. Certain procedures require pre-certification from BCBSGA.

BCBS-018

# BlueChoice PPO

## Emergency Room Care

### Life-threatening Medical Emergency or Serious Accidental Injury

Coverage is provided for hospital emergency room care for initial services rendered for the onset of symptoms for a life-threatening condition or serious Accidental Injury which requires immediate medical care. A Medical Emergency is a condition of recent onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or Injury is of such a nature that failure to obtain immediate medical care could place his or her life in danger or cause serious harm.

A Copayment is required for In-Network and Out-of-Network care. The Copayment is waived if the patient is admitted to the Hospital through the emergency room. The Copayment and percentage payable are shown in the **Summary of Benefits** and are the same for both In-Network and Out-of-Network care.

## Non-Participating Freestanding Ambulatory Facility

Any services rendered or supplies provided while you are a patient or receive services at or from a Non-Participating Freestanding Ambulatory Facility will be payable at 60% of eligible billed charges.

## Other Covered Services

Your Contract Provides Covered Services when the following services are Medically Necessary:

## Medical and Surgical Care

General care and treatment of illness or Injury, and surgical diagnostic procedures including the usual pre- and post-operative care.

## Assistant Surgery

Services rendered by an assistant surgeon are covered based on Medical Necessity.

## Treatment of Accidental Injury in a Physician's Office

All outpatient surgical procedures related to the treatment of an Accidental Injury, when provided in a Physician's office, will be covered under the Member's Physician office Copayment if services are rendered by a Preferred Provider; services rendered by Non-Preferred Providers are subject to Deductible and Coinsurance requirements.

## Registered Nurse First Assistant

Covered Services are provided for eligible registered nurse first assistants. Benefits are payable directly to a registered nurse first assistant if such services are payable to a surgical first assistant and such services are performed at the request of a Physician and within the scope of a registered nurse first assistant's professional license. No benefits are payable to a registered nurse first assistant who is employed by a Physician or Hospital.

## Outpatient CT scans and MRIs

These services will be subject to the Member's Deductible and Coinsurance regardless of the provider setting – Physician's office or Hospital setting.

## Reconstructive Surgery

Pre-certification is required. Reconstructive surgery does not include any service otherwise excluded in this Certificate Booklet. (See "Limitations and Exclusions.")

Reconstructive surgery is covered only to the extent Medically Necessary:
- To restore a function of any body area which has been altered by disease, trauma, congenital/developmental anomalies or previous therapeutic processes;
- To correct congenital defects of a dependent child that lead to functional impairment; and
- To correct medical complications or post-surgical deformity, unless the previous surgery was not a Covered Service.

## Breast Cancer Patient Care

Covered Services are provided for Inpatient care following a mastectomy or lymph node dissection until the completion of an appropriate period of stay as determined by the attending Physician in consultation with the Member. Follow-up visits are also included and may be

BCBS-019

# BlueChoice PPO

conducted at home or at the Physician's office as determined by the attending Physician in consultation with the Member.

## Breast Reconstructive Surgery

Covered Services are provided following a mastectomy for reconstruction of the breast on which the mastectomy was performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, and prostheses and treatment of physical complications, including lymphedemas.

## Ovarian Cancer Surveillance Tests

1. Covered Services are provided for at risk women 35 years of age or older. At risk women are defined as: (a) having a family history (i) with one or more first or second-degree relatives with ovarian cancer, (ii) of clusters of women relatives with breast cancer, (iii) of nonpolysis colorectal cancer; or (b) testing positive for BRCA1 or BRCA2 mutations.
2. Surveillance tests means annual screening using: (a) CA-125 serum tumor marker testing, (b) transvaginal ultrasound, and (c) pelvic examinations.

## Obesity

Covered Services for obesity include up to two nutritional counseling visits when referred by your Physician. Prescription Drugs and any other services or supplies for the treatment of obesity are not covered. Surgical treatment of obesity is only covered for patients meeting Medical Necessity criteria, as defined by BCBSGA. Pre-certification is required, and coverage is only provided for gastric bypass or vertically banded gastroplasty.

## Oral Surgery

Pre-certification is required by BCBSGA and must be obtained by the Member. Covered Services include only the following:

- Fracture of facial bones;
- Lesions of the mouth, lip, or tongue which require a pathological exam;
- Incision of accessory sinuses, mouth salivary glands or ducts;
- Dislocations of the jaw;
- Removal of impacted teeth and associated hospitalization, but only if pre-certified by BCBSGA; Pre-certification must be obtained by the Member;

- Treatment of Temporomandibular Joint Syndrome (TMJ) or myofacial pain including only removable appliances for TMJ repositioning and related surgery and diagnostic services. Covered Services do **not** include fixed or removable appliances which involve movement or repositioning of the teeth, or operative restoration of teeth (fillings), or prosthetics (crowns, bridges, dentures). TMJ is subject to a Lifetime Maximum Benefit per Member as stated in **the Summary of Benefits**;
- Plastic repair of the mouth or lip necessary to correct traumatic Injuries or congenital defects that will lead to functional impairments; and
- Initial services, supplies or appliances for dental care or treatment required as a result of, and directly related to, accidental bodily Injury to sound natural teeth or structure occurring while a Member is covered by this Contract and performed within 180 days after the accident.

## Private Duty Nursing Services

Pre-certification of Medical Necessity is required from the Physician and must be confirmed by BCBSGA.

### Limitations for both Inpatient and Outpatient RN and LPN

- Eligible Charges for services of an RN or LPN, whether on an Inpatient or outpatient basis, are limited to the calendar year maximum per Member as shown in the **Summary of Benefits**.
- Inpatient care is covered only when no intensive or cardiac care unit is available, and the care needed is beyond the capabilities of the Hospital's floor nurses. Services may be performed by either a Preferred or Non-Preferred Provider.
- Eligible Charges do not include services when:
  - requested by, or for the convenience of, the patient or the patient's family;
  - services consist primarily of bathing, feeding, exercising, homemaking, moving the patient, giving oral medication, or acting as a companion or sitter;
  - the private duty nurse is a relative by blood or marriage or member of the household of the Member;

BCBS-020

# BlueChoice PPO

- Inpatient services could have been rendered by the Hospital's general nursing staff; or
- outpatient services could be safely rendered by an individual other that a RN or LPN.

## Use of Operating and Treatment Rooms and Equipment

## Medical Treatment of Attention Deficit Disorder

Pre-certification is required from a mental health care provider. Only legend Prescription Drugs will be covered (if the Contract covers Prescription Drugs).

## Diagnostic X-ray and Laboratory Procedures

## Chemotherapy and Radioisotope, Radiation and Nuclear Medicine Therapy

## Oxygen, Blood and Components, and Administration

## Dressings, Splints, Casts When Provided by a Physician

## Pacemakers and Electrodes

## Dialysis Treatment

Dialysis treatment is covered for care when pre-certification approval has been obtained from BCBSGA. BCBSGA will pay secondary to Medicare Part B, even if a Member has not applied for eligible coverage available through Medicare.

## Clinical Trial Programs for Treatment of Children's Cancer

Covered Services include routine patient care costs incurred in connection with the provision of goods, services, and benefits to Members who are dependent children in connection with approved clinical trial programs for the treatment of children's cancer. Routine patient care costs means those Medically Necessary costs as provided in Georgia law (OCGA 33-24-59.1).

## Colorectal Cancer Examinations and Laboratory Tests

Covered Services include colorectal cancer examinations and laboratory tests specified in current American Cancer Society guidelines for colorectal cancer screening. Benefits shall be provided for Members who are 50 years of age or older and less than 50 years of age and at high risk for colorectal cancer according to the current colorectal cancer screening guidelines of the American Cancer Society.

## Diabetes

Equipment, supplies, pharmacological agents, and outpatient self-management training and education, including nutritional therapy for individuals with insulin-dependent diabetes, insulin-using diabetes, gestational diabetes, and non-insulin-using diabetes as prescribed by the Physician. Covered Services for outpatient self-management training and education must be provided by a certified, registered or licensed health care professional with expertise in diabetes.

## Osteoporosis

Benefits will be provided for qualified individuals for reimbursement for scientifically proven bone mass measurement (bone density testing) for the prevention, diagnosis and treatment of osteoporosis for Members meeting BCBSGA criteria.

## Cardiac Rehabilitation

Programs require pre-certification and individual case management.

## Nutritional Counseling

Nutritional counseling related to the medical management of a disease state (subject to pre-certification by BCBSGA).

## Durable Medical Equipment

This program will pay the rental charge up to the purchase price of the equipment. In addition to meeting criteria for Medical Necessity, and applicable pre-certification requirements, the equipment must also be used to improve the functions of a malformed part of the body or to prevent or slow further decline of the patient's medical condition. The equipment must be ordered and/or prescribed by a Physician and be appropriate for in-home use.

BCBS-021

## BlueChoice PPO

The equipment must meet the following criteria:

- It can stand repeated use;
- It is manufactured solely to serve a medical purpose;
- It is not merely for comfort or convenience;
- It is normally not useful to a person not ill or Injured;
- It is ordered by a Physician;
- The Physician certifies in writing the Medical Necessity for the equipment. The Physician also states the length of time the equipment will be required. BCBSGA may require proof at any time of the continuing Medical Necessity of any item;
- It is related to the patient's physical disorder.

### Ambulance Service

Local service to a Hospital in connection with care for a Medical Emergency or if otherwise Medically Necessary. Such service also covers your transfer from one Hospital to another if Medically Necessary. Air ambulance is covered subject to Medical Necessity.

### Prosthetic Appliances

Prosthetic devices to improve or correct conditions resulting from Accidental Injury or illness are covered if Medically Necessary and ordered by a Physician.

Prosthetic devices include: artificial limbs and accessories; artificial eyes, lenses for eyes used after surgical removal of the lens(es) of the eye(s); arm braces, leg braces (and attached shoes); external breast prostheses used after breast removal.

The following items are **excluded**: corrective shoes; dentures; replacing teeth or structures directly supporting teeth, except to correct traumatic Injuries; electrical or magnetic continence aids (either anal or urethral); hearing aids or hearing devices; implants for cosmetic purposes except for reconstruction following a mastectomy.

### Hospital Visits

The Physician's visits to his or her patient in the Hospital. Covered Services are limited to one daily visit for each Physician during the covered period of confinement.

### Consultation Services

Covered when the special skill and knowledge of a consulting Physician is required for the diagnosis or treatment of an illness or Injury. Second surgical opinion consultations are covered and payable at regular Contract benefits.

Staff consultations required by Hospital rules are excluded. Referrals, the transfer of a patient from one Physician to another for treatment, are not consultations under this Contract.

### General Anesthesia Services

Covered when ordered by the attending Physician and administered by another Physician who customarily bills for such services, in connection with a covered procedure.

Such anesthesia service includes the following procedures which are given to cause muscle relaxation, loss of feeling, or loss of consciousness:

- spinal or regional anesthesia;
- injection or inhalation of a drug or other agent (local infiltration is excluded).

Anesthesia services administered by a Certified Registered Nurse Anesthetist (CRNA) are also covered.

### Anesthesia Services for Certain Dental Patients

General anesthesia and associated Hospital or ambulatory surgical facility charges are covered in conjunction with dental care provided to the following:

1. Patients age 7 or younger or developmentally disabled.
2. An individual for whom a successful result cannot be expected by local anesthesia due to neurological disorder.
3. An individual who has sustained extensive facial or dental trauma, except for a Workers' Compensation claim.

Pre-certification is required.

### Optometrist's Services

Services within the lawful scope of practice of and rendered personally by a licensed optometrist (O.D.), for which payment would be made under this Contract to a Physician providing the same services.

BCBS-022

## BlueChoice PPO

**Physical Therapy, Occupational Therapy, Chiropractic Care or Services of Athletic Trainers**

Services by a Physician, a registered physical therapist (R.P.T.), a licensed occupational therapist (O.T.), licensed chiropractor (D.C.), or qualified athletic trainers, limited to a combined total maximum visits per calendar year as outlined in the **Summary of Benefits**. All services rendered must be within the lawful scope of practice of, and rendered personally by, the individual provider. No coverage is available when such services are necessitated by Developmental Delay.

**Licensed Speech Therapist Services**

The visits must be pre-certified by BCBSGA. Services must be ordered and supervised by a Physician as outlined in the **Summary of Benefits**. Developmental Delay will be covered when it is more than two standard deviations from the norm as defined by standardized, validated developmental screening tests such as the Denver Developmental Screening Test. Services will be covered only to treat or promote recovery of the specific functional deficits identified.

**Outpatient Surgery**

Preferred Hospital outpatient department or Preferred Freestanding Ambulatory Facility charges are covered at regular Contract benefits. These benefits are subject to both Deductible and percentage payable requirements. Benefits for treatment by a Non-Preferred Hospital are explained under "Hospital Services".

**Maternity Care**

Covered Services are provided for In-Network Maternity Care subject to the Copayment stated in the **Summary of Benefits**. If you choose an Out-of-Network provider, benefits are subject to the Deductible and percentage payable provisions as stated in the **Summary of Benefits**.

Maternity benefits are provided for a female Employee and any eligible female Dependent.

Routine newborn nursery care is part of the mother's maternity benefits. Benefits are provided for well baby pediatrician visits performed in the Hospital.

Should the newborn require other than routine nursery care, the baby will be admitted to the Hospital in his or her own name. (See "Changing Your Coverage" to add a newborn to your coverage.)

Under federal law, the Contract may not restrict the length of stay to less than the 48/96 hour periods or require pre-certification for either length of stay. The length of hospitalization which is Medically Necessary will be determined by the Member's attending Physician in consultation with the mother. Should the mother or infant be discharged before 48 hours following a normal delivery or 96 hours following a cesarean section delivery, the Member will have access to two post-discharge follow-up visits within the 48- or 96-hour period. These visits may be provided either in the Physician's office or in the Member's home by a Home Health Care Agency. The determination of the medically appropriate place of service and the type of provider rendering the service will be made by the Member's attending Physician.

**Complications of Pregnancy**

Benefits are provided for Complications of Pregnancy (see "Definitions"), resulting from conditions requiring Hospital confinement when the pregnancy is not terminated. The diagnoses of the complications are distinct from pregnancy but adversely affected or caused by pregnancy. Benefits for a normal or difficult delivery are not covered under this provision. Such benefits are determined solely by the maternity section if maternity is listed as covered in this booklet.

**Skilled Nursing Facility Care**

Benefits are provided as outlined in the **Summary of Benefits**. This care must be ordered by the attending Physician. All Skilled Nursing Facility admissions must be pre-certified. Claims will be reviewed to verify that services consist of Skilled Convalescent Care that is medically consistent with the diagnosis.

Skilled Convalescent Care during a period of recovery is characterized by:

- A favorable prognosis;
- A reasonably predictable recovery time; and
- Services and/or facilities less intense than those of the acute general Hospital, but greater than those normally available at the patient's residence.

BCBS-023

# BlueChoice PPO

Covered Services include:
- Semiprivate or ward room charges including general nursing service, meals, and special diets. If a Member stays in a private room, this program pays the amount of the semiprivate room rate toward the charge for the private room;
- Use of special care rooms;
- Pathology and Radiology;
- Physical or speech therapy;
- Oxygen and other gas therapy;
- Drugs and solutions used while a patient;
- Gauze, cotton, fabrics, solutions, plaster and other materials used in dressings, bandages, and casts.

This benefit is available only if the patient requires a Physician's continuous care and 24-hour-a-day nursing care.

Benefits will not be provided when:
- A Member reaches the maximum level of recovery possible and no longer requires other than routine care;
- Care is primarily Custodial Care, not requiring definitive medical or 24-hour-a-day nursing service;
- Care is for mental illness including drug addiction, chronic brain syndromes and alcoholism, and no specific medical conditions exist that require care in a Skilled Nursing Facility;
- A Member is undergoing senile deterioration, mental deficiency or retardation, and has no medical condition requiring care;
- The care rendered is for other than Skilled Convalescent Care.

## Home Health Care Services

Home Health Care provides a program for the Member's care and treatment in the home. Your coverage is outlined in the **Summary of Benefits**. A visit consists of up to 4 hours of care. The program consists of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the Member's attending Physician. Services may be performed by either Preferred or Non-Preferred Providers.

Some special conditions apply:
- The Physician's statement and recommended program must be pre-certified.
- Claims will be reviewed to verify that services consist of skilled care that is medically consistent with the diagnosis.
- A Member must be essentially confined at home.

**Covered Services:**
1. Visits by an RN or LPN. Benefits cannot be provided for services if the nurse is related to the Member.
2. Visits by a qualified physiotherapist or speech therapist and by an inhalation therapist certified by the National Board of Respiratory Therapy.
3. Visits to render services and/or supplies of a licensed Medical Social Services Worker when Medically Necessary to enable the Member to understand the emotional, social, and environmental factors resulting from or affecting the Member's illness.
4. Visits by a Home Health Nursing Aide when rendered under the direct supervision of an RN.
5. Nutritional guidance when Medically Necessary.
6. Administration of prescribed drugs.
7. Oxygen and its administration.

**Covered Services for Home Health Care do not include:**
1. Food, housing, homemaker services, sitters, home-delivered meals;
2. Home Health Care services which are not Medically Necessary or of a non-skilled level of care.
3. Services and/or supplies which are not included in the Home Health Care plan as described.
4. Services of a person who ordinarily resides in the patient's home or is a member of the family of either the patient or patient's spouse.
5. Any services for any period during which the Member is not under the continuing care of a Physician.
6. Convalescent or Custodial Care where the Member has spent a period of time for recovery of an illness or surgery and where skilled care is not required or the services being rendered are only for aid in daily living, i.e., for the convenience of the patient.

BCBS-024

# BlueChoice PPO

7. Any services or supplies not specifically listed as Covered Services.
8. Routine care and/or examination of a newborn child.
9. Dietitian services.
10. Maintenance therapy.
11. Dialysis treatment.
12. Purchase or rental of dialysis equipment.
13. Private duty nursing care.

## Hospice Care Services

Hospice benefits cover Inpatient and outpatient services for patients certified by a Physician as terminally ill with a life expectancy of six months or less.

Your Contract provides Covered Services for Inpatient and outpatient Hospice care as stated in the **Summary of Benefits**. The Hospice treatment program must:
- Be recognized as an approved Hospice program by BCBSGA;
- Include support services to help covered family members deal with the patient's death; and
- Be directed by a Physician and coordinated by an RN with a treatment plan that:
  - provides an organized system of home care;
  - uses a Hospice team; and
  - has around-the-clock care available.

To qualify for Hospice care, the attending Physician must certify that the patient is not expected to live more than six months. Also, the Physician must design and recommend a Hospice Care Program. The Physician's statement and recommended program must be pre-authorized.

## Individual Case Management

The individual case management program is designed to ensure and provide payment of benefits to eligible Members who, with their attending Physician, agree to treatment under an alternative benefit plan intended to provide quality health care under lower cost alternatives. Such benefits will be determined on a case-by-case basis, and payment will be made only as agreed to under a written alternative benefit plan for each program participant.

The program includes:
- the identification of potential program participants through active casefinding and referral mechanisms;
- eligibility screening;
- preparation of alternative benefit plans;
- subsequent to the approval of the parties, transfer to alternative treatment settings in which quality care will be provided.

## Eligibility

A Member receiving benefits under an alternative benefit plan may, at any time, elect to discontinue the plan and revert to regular Contract benefits.

BCBSGA is responsible for determining eligibility for cases to be included in the program.

The Member—or legal guardian or family member, if applicable—and the attending Physician must consent to explore with BCBSGA the possibilities of transfer to an alternative treatment setting and, prior to implementation, agree to the alternative benefit plan.

## Benefits

Benefits will be determined on a case-specific basis, depending on the plan of treatment, and may include Covered Services under the applicable Contract.

Services will be covered and payable as long as the treatment is required as outlined in the alternative benefit plan, and is less expensive than the original treatment plan which otherwise would have been followed. BCBSGA will determine the maximum approved payments allowable under the program.

Benefits under the program are furnished as an alternative to other Contract benefits and are limited to the following:
1. Services, equipment and supplies which are approved as Medically Necessary for the treatment and care of the Member.
2. Non-structural modifications to the home which are required to meet minimum standards for safe operation of equipment.
3. When necessary for the long term care of the Member in the home setting, Respite Care to relieve family members or other persons caring for the Member at home.

F-1681.792 07/02

14

BCBS-025

# BlueChoice PPO

(The Respite Care benefit can be credited at a rate of 24 hours for every month of care rendered in the home setting, and may be reimbursed for up to 6 consecutive days at a time. BCBSGA may approve on an exception basis up to 5 days per month of Respite Care when medical review of the case indicates that such action is appropriate. Payments for Respite Care will be deducted from the Member's remaining available benefits under the program.)

The Member must obtain pre-certification from BCBSGA regarding the treatment plan and proposed setting to be utilized during the Respite Care period.

Potential cases include but are not limited to:

- spinal cord Injury;
- severe head trauma/coma;
- respiratory dependence;
- degenerative    muscular/neurological disorders;
- long term IV antibiotics;
- premature birth;
- burns;
- cardiovascular accident;
- cancer;
- accidents;
- terminal illnesses;
- other cases at BCBSGA's discretion.

## Covered Services

- Services covered under individual case management will be determined by BCBSGA, at its sole discretion on a case-by-case basis. Benefits may be provided for the rehabilitation of a Member on an Inpatient, outpatient, or out-of-hospital basis, as long as they are Medically Necessary, support the plan of treatment, and ensure quality of care.
- The program may provide or coordinate any of the types of Covered Services provided pursuant to this Certificate Booklet.
- At its sole discretion, in the context of an individual case management program, BCBSGA may also provide or arrange for alternative services or extra-contractual benefits which are either (i) excluded by this Certificate Booklet; (ii) neither excluded nor defined as Covered Services under this Certificate Booklet; or (iii) exceeding the

maximum for any Covered Service under this Certificate Booklet.

## Utilization

- Benefits will be provided only when and for as long as BCBSGA deems they are Medically Necessary. The approved alternative benefit plan of treatment will establish which benefits will be provided and for how long, and shall be subject to pre-certification and continuing review for Medical Necessity as set forth in such plan for treatment.
- The total benefits paid under this program will not exceed those which the Member would otherwise have received in the absence of individual case management benefits.

## Exclusions

- Rehabilitation or Custodial Care for chronic (recurring) conditions that do not, in BCBSGA's sole discretion, significantly improve in an observable way within a reasonable period of time will not be a covered benefit under the individual case management program.

## Individual    Case    Management Definitions

### Case Manager

The person designated by BCBSGA to manage and coordinate the Member's medical benefits under the individual case management program. The Case Manager's role is determined by BCBSGA.

### Provider

A Provider may be any facility or practitioner, including but not limited to Ineligible Providers, licensed or certified to give services or supplies consistent with the Plan of Treatment and approved by BCBSGA.

## Termination    of    Individual    Case Management

Services in the alternative benefit plan approved by BCBSGA under individual case management will cease to be Covered Services under this Contract when:

1. Extra-contractual benefits or alternative services are no longer Medically Necessary,

BCBS-026

## BlueChoice PPO

as determined by BCBSGA due to a change in the patient's condition, or

2. The total amount of benefits paid for such services and for all other Covered Services equals the Lifetime Maximum Benefit.

### Organ/Tissue/Bone Marrow Transplant

Covered Services include certain services and supplies not otherwise excluded in this Certificate Booklet and rendered in association with a covered transplant, including pre-transplant procedures such as organ harvesting (Donor Costs), post-operative care (including antirejection drug treatment, if Prescription Drugs are covered under the Contract) and transplant related chemotherapy for cancer limited as follows.

A transplant means a procedure or series of procedures by which an organ or tissue is either:

- removed from the body of one person (called a donor) and implanted in the body of another person (called a recipient); or
- removed from and replaced in the same person's body (called a self-donor).

A covered transplant means a Medically Appropriate transplant of one of the following organs or tissues only and no others.

- Human organ or tissue transplants for cornea, lung, heart or heart/lung, liver, kidney, pancreas or kidney and pancreas when transplanted together in the same operative session.
- Autologous (self-donor) bone marrow transplants with high-dose chemotherapy is considered eligible for coverage on a prior approval basis, but only if required in the treatment of:
  - Non-Hodgkin's lymphoma, intermediate or high grade Stage III or IVB;
  - Hodgkin's disease (lymphoma), Stages IIIA, IIIB, IVA, or IVB;
  - Neuroblastoma, Stage III or Stage IV;
  - Acute lymphocytic or nonlymphocytic leukemia patients in first or subsequent remission, who are at high risk for relapse and who do not have an HLA-compatible donor available for allogenic bone marrow support;
  - Germ cell tumors (e.g., testicular, mediastinal, retroperitoneal, ovarian) that are refractory to standard dose

chemotherapy, with FDA-approved platinum compounds;

- Metastatic breast cancer that (a) has not been previously treated with systemic therapy, (b) is currently responsive to primary systemic therapy, or (c) has relapsed following response to first-line treatment;
- Newly diagnosed or responsive multiple myeloma, previously untreated disease, those in a complete or partial remission, or those in a responsive relapse.
- Homogenic/allogenic (other donor) or syngeneic hematopoietic stem cells whether harvested from bone marrow peripheral blood or from any other source, but only if required in the treatment of:
  - aplastic anemia;
  - acute leukemia;
  - severe combined immunodeficiency **exclusive** of acquired immune deficiency syndrome (AIDS);
  - infantile malignant osteoporosis;
  - chronic myelogenous leukemia;
  - lymphoma (Wiscott-Aldrich syndrome);
  - lysosomal storage disorder;
  - myelodysplastic syndrome.

"Donor Costs" means all costs, direct and indirect (including program administration costs), incurred in connection with:

- medical services required to remove the organ or tissue from either the donor's or the self-donor's body;
- preserving it; and
- transporting it to the site where the transplant is performed.

In treatment of cancer, the term "transplant" includes any chemotherapy and related courses of treatment which the transplant supports.

For purposes of this benefit, the term transplant does not include transplant of blood or blood derivatives (except hematopoietic stem cells) which will be considered as nontransplant related under the terms of the Contract.

"Facility Transplant" means all Medically Necessary services and supplies provided by a health care facility in connection with a covered transplant except donor costs and antirejection drugs.

BCBS-027

## BlueChoice PPO

"Medically Appropriate" means the recipient or self-donor meets the criteria for a transplant established by BCBSGA.

"Professional Provider Transplant Services" means all Medically Necessary services and supplies provided by a professional provider in connection with a covered transplant except Donor Costs and antirejection drugs.

**Benefits for Antirejection Drugs**
For antirejection drugs following the covered transplant, BCBSGA will pay according to the benefits for Prescription Drugs, if any, under the Contract.

**Pre-certification Requirement**
All transplant procedures must be pre-certified for type of transplant and be Medically Appropriate according to criteria established by BCBSGA. To pre-certify, call the BCBSGA office using the telephone number on your Identification Card.

The pre-certification requirements are a part of the benefit administration of the Contract and are not a treatment recommendation. The actual course of medical treatment the Member chooses remains strictly a matter between the Member and his or her Physician.

Your Physician must submit a complete medical history, including current diagnosis and name of the surgeon who will perform the transplant. The surgery must be performed at a recognized transplant center. The donor, donor recipient and the transplant surgery must meet required medical selection criteria as defined by BCBSGA.

If the transplant involves a living donor, benefits are as follows:
- If a Member receives a transplant and the donor is also covered under this Contract, payment for the Member and the donor will be made under each individual's coverage.
- If the donor is not covered under this Contract, payment for the Member and the donor will be made under this Contract but will be limited by any payment which might be made under any other hospitalization coverage plan.
- If the Member is the donor and the recipient is not covered under this Contract, payment for the Member will be made under this Contract limited by any payment which

might be made by the recipient's hospitalization coverage with another company. No payment will be made under this Contract for the recipient.

**Please see the "Limitations and Exclusions" section for Non-Covered Services.**

# Mental Health Care and Substance Abuse Treatment

Benefits are **not** credited toward the Out-of-Pocket Limit and are never paid at 100%.

## Hospital Inpatient Care
Benefits for Inpatient Hospital and Physician charges are subject to the Deductible, Coinsurance requirements and may be limited as shown in the **Summary of Benefits**.

## Professional Outpatient Care
Benefits for outpatient charges may be limited as stated in the **Summary of Benefits**. These services are subject to the calendar year Deductible and percentage payable provisions stated in the **Summary of Benefits**. Covered Services include:
- Professional care in the outpatient department of a Hospital;
- Physician's office visits; and
- Services within the lawful scope of practice of a licensed, approved provider.

Note: To be reimbursable, care must be given by a psychiatrist or a licensed clinical psychologist.

# Prescription Drug Program

Under this program, you pay the Prescription Drug Copayment shown in the **Summary of Benefits** per prescription or prescription refill and BCBSGA pays the balance.

Your benefit design, as shown in the Summary of Benefits, will determine the Copayment of your Prescription Drug Program for preferred Formulary Drugs and non-preferred drugs.

At the time the prescription is dispensed, present your Identification Card at the participating pharmacy, along with other information needed

BCBS-028

## BlueChoice PPO

to complete the claim form. The participating pharmacist will complete and submit the claim for you. If you do not go to a participating pharmacy, you will need to submit the itemized bill to be processed.

### Benefits

The Prescription Drug Program provides coverage for drugs which, under federal law, may only be dispensed with a prescription written by a Physician. Insulin, which can be obtained over the counter, will only be covered under the Prescription Drug Program when accompanied by a prescription.

Under the Prescription Drug Program, up to a maximum of a 30-day supply may be dispensed at one time. Covered prescription inhalants will not be subject to a day limit.

This program allows for refills of a prescription within one year of the original prescription date, as authorized by your Physician.

A limited number of Prescription Drugs require pre-authorization for Medical Necessity. If pre-authorization is not approved, then the designated drug will not be eligible for coverage. To determine if a drug requires pre-authorization, please call Customer Service.

### Drug Formulary

Retail prescription medications shall, in all cases, be dispensed according to the Preferred Drug Formulary for prescriptions written and filled In- and Out-of-Network. The Preferred Drug Formulary may be amended from time to time by BCBSGA.

A Member or prospective member shall be entitled upon request, to a copy of the Preferred Drug Formulary, available through the Member Guide or the BCBSGA Website.

**The following are not Covered Services under this Contract:**

1. Prescription Drug products for any amount dispensed which exceed the FDA clinically recommended dosing schedule.
2. Prescription Drugs received through an Internet pharmacy provider.
3. Non-Legend Vitamins.
4. Smoking cessation products (including the use of Wellbutrin SR for this purpose).
5. Over-the-counter items.
6. Cosmetic Drugs (e.g., Propecia).
7. Appetite Suppressants (Anorexiants).
8. Weight Loss Products.
9. Diet supplements.
10. Syringes (for use other than insulin).
11. Non-contraceptive injectables (except with pre-certification).
12. The administration or injection of any Prescription Drug or any drugs or medicines.
13. Prescription Drugs which are entirely consumed or administered at the time and place where the prescription order is issued.
14. Prescription refills in excess of the number specified by the Physician, or any refill dispensed after one year from the date of the prescription order.
15. Prescription Drugs for which there is no charge.
16. Charges for items such as therapeutic devices, artificial appliances, or similar devices, regardless of their intended use.
17. Prescription Drugs for use as an Inpatient or outpatient in a Hospital and Prescription Drugs provided for use in a convalescent care facility or nursing home which are ordinarily furnished by such facility for the care and treatment of Inpatients.
18. Charges for delivery of any Prescription Drugs.
19. Drugs and medicines which do not require a prescription order and which are not Prescription Drugs.
20. Prescription Drugs provided by a Physician whether or not a charge is made for such Prescription Drugs.
21. Prescription Drugs which are not Medically Necessary or which BCBSGA determines are not consistent with the diagnosis.
22. Prescription Drugs which BCBSGA determines are not provided in accordance with accepted professional medical standards in the United States.
23. Any services or supplies which are not specifically listed as covered under this Prescription Drug program.
24. Prescription Drugs which are Experimental or Investigational in nature as explained in the "Limitations and Exclusions" section.

BCBS-029

## BlueChoice PPO

## Limitations and Exclusions

### Pre-existing Conditions

Until coverage for a Member enrolled under this Contract (or any prior Creditable Coverage) has been in force for twelve consecutive months (except for Maternity Care), benefits for services to be paid by this program shall not be available for any illness, Injury or other condition for which:

- Medical advice, diagnosis, care, or treatment was recommended or received within the previous six months preceding the Effective Date of coverage of an individual Member.
- The Effective Date of coverage is subject to any length-of-service provision your employer requires; however, you will receive credit toward your pre-existing condition waiting period for any employee length-of-service requirement which you must serve.

### Unsatisfied Waiting Period Requirements

- Any remaining portion of pre-existing waiting-period requirements not satisfied under prior Creditable Coverage must be fulfilled.

### What's Not Covered

Your coverage does not provide benefits for:

1. Care, supplies, or equipment not Medically Necessary, as determined by BCBSGA, for the treatment of an Injury or illness.
2. Services rendered or supplies provided before coverage begins, i.e., before a Member's Effective Date, or after coverage ends. Such services and supplies shall include but not be limited to Inpatient Hospital admissions which begin before a Member's Effective Date, continue after the Member's Effective Date, and are covered by a prior carrier.
3. Any services rendered or supplies provided while you are confined in an Ineligible Hospital.
4. Any services rendered or supplies provided while you are a patient or receive services at or from an Ineligible Provider.
5. Any portion of a provider's fee or charge which is ordinarily due from a Member but which has been waived. If a provider routinely waives (does not require the

Member to pay) a Deductible or Out-of-Pocket amount, BCBSGA will calculate the actual provider fee or charge by reducing the fee or charge by the amount waived.

6. Care for any condition or Injury recognized or allowed as a compensable loss through any Workers' Compensation, occupational disease or similar law. **Exception:** Benefits are provided for actively employed partners and small business owners not covered under a Workers' Compensation Act or similar law, if elected by the Group and additional Premium is paid.
7. Any disease or Injury resulting from a war, declared or not, or any military duty or any release of nuclear energy. Also excluded are charges for services directly related to military service provided or available from the Veterans' Administration or military medical facilities as required by law.
8. Any item, service, supply or care not specifically listed as a Covered Service in this Certificate Booklet.
9. Care given by a medical department or clinic run by your employer.
10. Admission or continued Hospital or Skilled Nursing Facility stay for medical care or diagnostic studies not medically required on an Inpatient basis.
11. Shoe inserts, orthotics (except for care of the diabetic foot), and orthopedic shoes (except when an orthopedic shoe is joined to a brace).
12. Care of corns, bunions (except capsular or related surgery), callouses, toenail (except surgical removal or care rendered as treatment of the diabetic foot or ingrown toenails), flat feet, fallen arches, weak feet, chronic foot strain, or asymptomatic complaints related to the feet.
13. Daily room charges while the Contract is paying for an Intensive Care, cardiac care, or other special care unit.
14. Vision care services and supplies, including but not limited to eyeglasses, contact lenses, and related examinations and services. Eye Refractions. Analysis of vision or the testing of its acuity. Service or devices to correct vision or for advice on such service.
15. Hearing aids, hearing devices and related or routine examinations and services.
16. Routine physical examinations, screening procedures, and immunizations necessitated by employment, foreign travel or participation in school athletic programs, recreational camps or retreats, which are not

BCBS-030

# BlueChoice PPO

called for by known symptoms, illness or Injury except those which may be specifically listed as covered in this Certificate Booklet.

17. The following items related to Durable Medical Equipment are specifically excluded:

   - Air conditioners, humidifiers, dehumidifiers, or purifiers;
   - Arch supports and orthopedic or corrective shoes;
   - Heating pads, hot water bottles, home enema equipment, or rubber gloves;
   - Sterile water;
   - Deluxe equipment, such as motordriven chairs or beds, when standard equipment is adequate;
   - Rental or purchase of equipment if you are in a facility which provides such equipment;
   - Electric stair chairs or elevator chairs;
   - Physical fitness, exercise, or ultraviolet/tanning equipment;
   - Residential structural modification to facilitate the use of equipment;
   - Other items of equipment which BCBSGA feels do not meet the listed criteria.

18. Custodial Care, domiciliary care, rest cures, or travel expenses even if recommended for health reasons by a Physician. Inpatient room and board charges in connection with a Hospital or Skilled Nursing Facility stay primarily for environmental change, Physical Therapy or treatment of chronic pain, except as specifically stated as Covered Services. Transportation to another area for medical care is also excluded except when Medically Necessary for you to be moved by ambulance from one Hospital to another Hospital. Ambulance transportation from the Hospital to the home is not covered.

19. Services provided by a rest home, a home for the aged, a nursing home or any similar facility.

20. Services provided by a Skilled Nursing Facility, except as specifically stated as Covered Services.

21. Care, supplies, or equipment not Medically Necessary for the treatment of an Injury or illness. Non-covered supplies are inclusive of but not limited to band-aids, tape, non-sterile gloves, thermometers, heating pads and bed boards. Other non-covered items

include household supplies, including but not limited to, the purchase or rental of exercise cycles, water purifiers, hypo-allergenic pillows, mattresses, or waterbeds, whirlpool, spa or swimming pools, exercise and massage equipment, air purifiers, central or unit air conditioners, humidifiers, dehumidifiers, escalators, elevators, ramps, stair glides, emergency alert equipment, handrails, heat appliances, improvements made to a Member's house or place of business, and adjustments made to vehicles.

22. Cosmetic Surgery, reconstructive surgery, pharmacological services, nutritional regimens or other services for beautification, or treatment relating to the consequences of, or as a result of, Cosmetic Surgery, unless treatment relating to such consequences is Medically Necessary. This exclusion includes, but is not limited to, surgery to correct gynecomastia and breast augmentation procedures, and otoplasties. Reduction mammoplasty and services for the correction of asymmetry, except when determined to be Medically Necessary by BCBSGA, is not covered.

   - This exclusion does not apply to surgery to restore function if any body area has been altered by disease, trauma, congenital/developmental anomalies, or previous therapeutic processes. This exclusion does not apply to surgery to correct the results of Injuries when performed within 2 years of the event causing the impairment, or as a continuation of a staged reconstruction procedure, or congenital defects necessary to restore normal bodily functions, including but not limited to, cleft lip and cleft palate.
   - This exclusion does not apply to Breast Reconstructive Surgery. Please see the "Benefits" section of this Certificate Booklet.

23. Complications of non-covered procedures are not covered.

24. Dental care and treatment and oral surgery (by Physicians or dentists) including dental surgery; dental appliances; dental prostheses such as crowns, bridges, or dentures; implants; orthodontic care; operative restoration of teeth (fillings); dental extractions (except impacted teeth); endodontic care; apicoectomies; excision of radicular cysts or granuloma; treatment of dental caries, gingivitis, or periodontal

BCBS-031

## BlueChoice PPO

disease by gingivectomies or other periodontal surgery; vestibuloplasties; alveoplasties; dental procedures involving teeth and their bone or tissue supporting structures; frenulectomy; or other dental procedures except those specifically listed as covered in this Certificate Booklet.

25. Care prescribed and supervised by someone other than a Physician unless performed by other licensed health care providers as listed in this Certificate Booklet.

26. Except as provided in the "Benefits" section, any services or supplies for the treatment of obesity, including but not limited to, weight reduction, medical care or Prescription Drugs, or dietary control (except as related to covered nutritional counseling). Nutritional supplements; services, supplies and/or nutritional sustenance products (food) related to enteral feeding except when it's the sole means of nutrition. Food supplements. Services of Inpatient treatment of bulimia, anorexia or other eating disorders which consist primarily of behavior modification, diet and weight monitoring and education. Any services or supplies that involve weight reduction as the main method of treatment, including medical or psychiatric care or counseling. Weight loss programs, nutritional supplements, appetite suppressants, and supplies of a similar nature. Procedures including but not limited to liposuction, gastric balloons, jejunal bypasses, and wiring of the jaw.

27. Surgical or medical treatment or study related to the modification of sex (transsexualism) or medical or surgical services or supplies for treatment of sexual dysfunctions or inadequacies, including treatment for impotency (except male organic erectile dysfunction.)

28. Transportation provided by other than a state licensed professional ambulance service, and ambulance services other than in a Medical Emergency.

29. Hair transplants, hair pieces or wigs (except when necessitated by disease), wig maintenance, or prescriptions or medications related to hair growth.

30. Advice or consultation given by any form of telecommunication.

31. Treatments, procedures, equipment, drugs, devices, or supplies (hereafter called "services") which are, in BCBSGA's judgment, Experimental or Investigational

for the diagnosis for which the Member is being treated. An Experimental or Investigational service is not made eligible for coverage by the fact that other treatment is considered by a Member's Physician to be ineffective or not as effective as the service or that the service is prescribed as the most likely to prolong life.

32. Services and supplies for which you have no legal obligation to pay, or for which no charge has been made or would be made if you had no health insurance coverage.

33. Charges for failure to keep a scheduled visit or for completion of claim forms; for Physician or Hospital's stand-by services; for holiday or overtime rates.

34. Services rendered by a provider who is a close relative or member of your household. Close relative means wife or husband, parent, child, brother or sister, by blood, marriage or adoption.

35. Services for outpatient therapy or rehabilitation other than those specifically listed in this Certificate Booklet. Excluded forms of therapy include, but are not limited to, vestibular rehabilitation, primal therapy, chelation therapy, rolfing, psychodrama, megavitamin therapy, purging, bioenergetic therapy, cognitive therapy, electromagnetic therapy, vision perception training (orthoptics), salabrasion, chemosurgery and other such skin abrasion procedures associated with the removal of scars, tattoos, actinic changes and/or which are performed as a treatment for acne, services and supplies for smoking cessation programs and treatment of nicotine addiction, and carbon dioxide.

36. Radial keratotomy; and surgery, services or supplies for the surgical correction of nearsightedness and/or astigmatism or any other correction of vision due to a refractive problem.

37. Treatment where payment is made by any local, state, or federal government (except Medicaid), or for which payment would be made if the Member had applied for such benefits. Services that can be provided through a government program for which you as a member of the community are eligible for participation. Such programs include, but are not limited to, school speech and reading programs.

38. Services paid under Medicare or which would have been paid if the Member had applied for Medicare and claimed Medicare

## BlueChoice PPO

benefits. With respect to end-stage renal disease (ESRD), Medicare shall be treated as the primary payor whether or not the Member has enrolled in Medicare Part B.

39. Expenses in excess of Usual, Customary and Reasonable Fees (as determined by BCBSGA).

40. Services related to or performed in conjunction with artificial insemination, in-vitro fertilization, reverse sterilization or a combination thereof.

41. Biofeedback, recreational, educational or sleep therapy or other forms of self-care or self-help training and any related diagnostic testing.

42. Personal comfort items such as those that are furnished primarily for your personal comfort or convenience, including those services and supplies not directly related to medical care, such as guest's meals and accommodations, barber services, telephone charges, radio and television rentals, homemaker services, travel expenses, and take-home supplies.

43. Inpatient Hospital care for mental health conditions when the stay is:
    - determined to be court-ordered, custodial, or solely for the purpose of environmental control;
    - rendered in a home, halfway house, school, or domiciliary institution;
    - associated with the diagnosis(es) of acute stress reaction, childhood or adolescent adjustment reaction, and/or related marital, social, cultural or work situations.

44. Educational services and treatment of behavioral disorders, together with services for remedial education including evaluation or treatment of learning disabilities, minimal brain dysfunction, developmental and learning disorders, behavioral training, and cognitive rehabilitation. This includes services, treatment or educational testing and training related to behavioral (conduct) problems, Developmental Delay (when it is less than two standard deviations from the norm as defined by standardized, validated developmental screening tests, such as the Denver Developmental Screening Test), including but not limited to services for conditions related to autistic disease of childhood (except to the same extent that the Contract provides for neurological disorders), hyperkinetic syndromes, including attention deficit disorder and

attention deficit hyperactivity disorder, learning disabilities, behavioral problems, and mental retardation. Neither physical nor occupational therapy is covered for Developmental Delay. Special education, including lessons in sign language to instruct a Member, whose ability to speak has been lost or impaired, to function without that ability, is not covered.

45. Inpatient rehabilitation in the Hospital or Hospital-based rehabilitation facility, when the Member is medically stable and does not require skilled nursing care or the constant availability of a Physician or:
    - the treatment is for maintenance therapy; or
    - the Member has no restorative potential; or
    - the treatment is for congenital learning or neurological disability/disorder; or
    - the treatment is for communication training, educational training or vocational training.

46. Injuries received while committing a crime.

47. Biomicroscopy, field charting or aniseikonic investigation.

48. Orthoptics (a technique of eye exercises designed to correct the visual axes of eyes not properly coordinated for binocular vision) or visual training.

49. Methadone is excluded for coverage when used (1) for any maintenance program and/or for the treatment of drug addiction or dependency (unless the Contract has mental health outpatient benefits) and (2) for the management of chronic, non-malignant pain and/or any off-label usage which does not meet established off-label coverage guidelines. Such maintenance programs must meet Medical Necessity requirements.

50. Non-emergency treatment of chronic illnesses received outside the United States performed without authorization.

51. Any drug or other item which does not require a prescription.

52. The following services and supplies rendered in connection with organ/tissue/bone marrow transplants:
    - Surgical or medical care related to animal organ transplants, animal tissue transplants, (except for porcine heart valves) artificial organ transplants or mechanical organ transplants;

## BlueChoice PPO

- Transportation, travel or lodging expenses for non-donor family members;
- Donation related services or supplies, including search, associated with organ acquisition and procurement;
- Chemotherapy with autologous, allogenic or syngenic hematopoietic stem cells transplant for treatment of any type of cancer not specifically named as covered;
- Any transplant not specifically listed as covered.

53. Acupuncture and acupuncture therapy.
54. Private room, except as specified as Covered Services.
55. Care furnished to provide a safe surrounding, including the charges for providing a surrounding free from exposure that can worsen the disease or Injury.
56. Court-ordered services, or those required by court order as a condition of parole or probation.
57. Hypnotherapy.
58. Religious, marital and sex counseling, including services and treatment related to religious counseling, marital/relationship counseling and sex therapy.
59. Specific non-standard allergy services and supplies, including but not limited to, skin titration (Rinkle method), cytotoxicity testing (Bryan's Test), treatment of non-specific candida sensitivity, and urine autoinjections.
60. Specific medical reports, including those not directly related to treatment of the Member, e.g., employment or insurance physicals, and reports prepared in connection with litigation.
61. Thermograms and thermography.

## Coordination of Benefits (COB)

If you, your spouse, or your Dependents have duplicate coverage under another BCBSGA group program, any other group medical expense coverage, or any local, state or governmental program, (except school accident insurance coverage and Medicaid) then benefits payable under this Contract will be coordinated with the benefits payable under the other program. BCBSGA's liability in coordinating will not be more than 100% UCR or the contracted amount.

Allowable Expense means any necessary, reasonable and customary expense at least a portion of which is covered under at least one of the programs covering the person for whom claim is made. The claim determination period is the calendar year.

### Order of Benefit Determination

When you have duplicate coverage, claims will be paid as follows:

- **Automobile Insurance.** Medical benefits available through automobile insurance coverage will be determined before that of any other program if the automobile coverage has either no order of benefit determination rules or it has rules which differ from those permitted under applicable Georgia Insurance Regulations.
- **Non-Dependent/Dependent.** The benefits of the program which covers the person as an Employee (other than as a Dependent) are determined before those of the program which covers the person as a Dependent.
- **Dependent Child/Parents Not Separated or Divorced.** Except as stated below, when this program and another program cover the same child as a Dependent of different persons, called "parents":
  - The benefits of the program of the parent whose birthday falls earlier in a year are determined before those of the program of the parent whose birthday falls later in that year.
  - If both parents have the same birthday, the benefits of the program which covered the parent longer are determined before those of the program which covered the other parent for a shorter period of time.

However, if the other program does not have the rule described above, but instead has a rule based on the gender of the parent, and if, as a result, the

BCBS-034

## BlueChoice PPO

programs do not agree on the order of benefits, the rule in the other program will determine the order of benefits.

- **Dependent Child/Parents Separated or Divorced.** If two or more programs cover a person as a dependent child of divorced or separated parents, benefits for the child are determined in this order:
  - first, the program of the parent with custody of the child;
  - then, the program of the spouse of the parent with the custody of the child; and
  - finally, the program of the parent not having custody of the child.

However, if the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses, and the company obligated to pay or provide the benefits of the program of that parent has actual knowledge of those terms, the benefits of that program are determined first. This paragraph does not apply with respect to any claim determination period or program year during which any benefits are actually paid or provided before the company has that actual knowledge.

- **Joint Custody.** If the specific terms of a court decree state that the parents shall have joint custody, without stating that one of the parents is responsible for the health care expenses of the child, the programs covering the child shall follow the order of benefit determination rules outlined above for "Dependent Child/Parents not Separated or Divorced".
- **Active/Inactive Employee.** The benefits of a program that covers a person as an Employee who is neither laid off nor retired (or as that Employee's Dependent) are determined before those of a program that covers that person as a laid-off or retired Employee (or as that Employee's Dependent). If the other program does not have this rule, and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.
- **Longer/Shorter Length of Coverage.** If none of the above rules determine the order of benefits, the benefits of the program which covered an Employee or Member longer are determined before those of the program that covered that person for the shorter time.

**Effects on the Benefits of This Program**

This section applies when, in accordance with the Order of Benefit Determination Rules, this program is a secondary program to one or more other programs. In that event the benefits of this program may be reduced under this section. Such other program or programs are referred to as "the other programs" below.

**Reduction in this program's benefits.** The benefits of this program will be reduced when the sum of:

- the benefits that would be payable for the Allowable Expenses under this program in the absence of this COB provision; and
- the benefits that would be payable for the Allowable Expenses under the other programs, in the absence of provisions with a purpose like that of this COB provision, whether or not claim is made, exceed those Allowable Expenses in a claim determination period. In that case, the benefits of this program will be reduced so that they and the benefits payable under the other programs do not total more than those Allowable Expenses.

When the benefits of this program are reduced as described above, each benefit is reduced in proportion. It is then charged against any applicable benefit limit of this program.

**Miscellaneous Rights**

- **Right to Receive and Release Necessary Information.** Certain facts are needed to apply these COB rules. BCBSGA has the right to decide which facts it needs. It may get needed facts from or give them to any other organization or person as necessary to coordinate benefits. BCBSGA need not tell, or get the consent of, any person to do this. Each person claiming benefits under this program must give BCBSGA any facts it needs to pay the claim.
- **Facility of Payment.** A payment made under another program may include an amount which should have been paid under this program. If it does, BCBSGA may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under this program. BCBSGA will not have to pay that amount again.
- **Right of Recovery.** If the amount of the payment made by BCBSGA is more than it

BCBS-035

## BlueChoice PPO

should have paid under this COB provision, it may recover the excess from one or more of:

- the persons it has paid or for whom it has paid,
- insurance companies; or
- other organizations.

## Right of Recovery

If you or your Covered Dependents have a claim for damages or a right to reimbursement from a third party or parties for any condition, illness or Injury for which benefits are paid under this program, BCBSGA shall have a right of recovery. BCBSGA's right of recovery shall be limited to the amount of any benefits paid for covered medical expenses under this program, but shall not include non-medical items. Money received for future medical care or pain and suffering may not be recovered. BCBSGA's right of recovery shall include compromise settlements. You or your attorney must inform BCBSGA of any legal action or settlement discussion, ten days prior to settlement or trial. BCBSGA will then notify you of the amount it seeks, and the amount of your legal expenses it will pay.

## Claims and General Information

### Member Rights and Responsibilities

### Your rights as a Blue Cross and Blue Shield of Georgia Member.

As a Member, you have the right to:

- Receive information about the Plan, its services, its providers, and about your Rights and Responsibilities as a Member.
- Choose your personal Physician from BCBSGA's network directory listing Preferred Providers and change your personal Physician.
- Receive considerate and courteous service with respect for personal privacy and human dignity through the Plan in a timely manner.
- Expect the Plan to implement policies and procedures to ensure the confidentiality of all your personal health information.
- Understand where your consent is required and you are unable to give consent,

BCBSGA will seek your designated and/or guardian/representative to provide this consent.

- Participate in full discussion with your provider concerning the diagnosis, appropriate or Medically Necessary treatment options, and the prognosis of your conditions, regardless of whether or not the information represents a covered treatment or benefit.
- Receive and be informed about where, when, and how to obtain all benefits to which your are entitled under your Contract including access to routine services, as well as after-hours and emergency services.
- Be informed of your Premiums, Deductibles, Copayments, Coinsurance and any maximum limits on out-of-pocket expenses for items and services (both In and Out-of-Network).
- Receive Plan rules regarding Copayments, and pre-certification; concurrent review, post service review, or post payment review that could result in your being denied coverage of a specific service.
- Participate with providers in the decision-making process concerning your health care.
- Refuse treatment and be informed by your Physician of the medical consequences.
- Receive specific information, upon your request, from Preferred and Participating Providers including, but not limited to, accreditation status, accessibility of translation or interpretation services, and credentials of providers of direct care (limited to contracted providers). BCBSGA encourages Preferred and Participating Providers to disclose such information upon Member request.
- Receive, upon request, a summary of how Physicians, Hospitals and other providers are compensated using a variety of methodologies, including fee-for-service, per diem, discounted charges and global reimbursement.
- Express your opinions, concerns, or complaints about BCBSGA and the care provided by Preferred and Participating Providers in a constructive manner to the appropriate people within the Plan and be given the right to register your complaints and to appeal BCBSGA's decisions.
- Receive, upon request, a summary of the number, nature and outcome of all formally

BCBS-036

# BlueChoice PPO

filed grievances filed with BCBSGA in the previous three years.

- Receive timely access to medical records and health information maintained by BCBSGA in accordance with applicable federal and state laws.

## Your Responsibilities as a Blue Cross and Blue Shield of Georgia Member

As a Member, you have the responsibility to:

- Maintain your health and participate in the decisions concerning treatment.
- Ask questions and make certain that you understand the explanations and instructions you are given by your Physician, and comply with those conditions.
- Identify yourself as a Member when scheduling appointments or seeking specialty care, and pay any applicable Physician office Copayments at the time of service and Coinsurance or out-of-pocket expenses in a timely manner.
- Keep scheduled appointments or give adequate notice of delay or cancellation.
- Furnish information regarding other health insurance coverage.
- Treat all Preferred and Participating Physicians and personnel respectfully and courteously as partners in good health care.
- Permit BCBSGA to review your medical records as part of quality management initiatives in order to comply with regulatory bodies.
- Provide, to the extent possible, information that BCBSGA and its providers need in order to care for you.
- Follow the plans and instructions for care that you have agreed on with your Physicians.

## How to File Claims

Under normal conditions, BCBSGA should receive the proper claim form within 90 days after the service was provided. This section of your booklet describes when to file a benefits claim and when a Hospital or Physician will file the claim for you.

Each person enrolled through the Group's Contract receives an Identification Card. Remember, in order to receive full benefits, you must receive treatment from a Preferred Provider. When admitted to a BCBSGA Preferred Hospital, present your Identification

Card. Upon discharge, you will be billed only for those charges not covered by your Group program. If you are admitted to a Non-Preferred Hospital that does have a Participating agreement with BCBSGA, inform the admitting personnel of your BCBSGA coverage. The Hospital will bill BCBSGA directly for Covered Services.

When you receive Covered Services from a Preferred Physician or other preferred licensed health care provider, ask him or her to complete a Physician's Service Report form. Payment for Covered Services will be made directly to the provider.

For health care expenses other than those billed by a Preferred Provider, use the Subscriber Health Expense Report (SHER) to report your expenses. You may obtain these from your employer or BCBSGA. Claims should include your name, Contract and Group numbers exactly as they appear on your Identification Card. Attach all bills to the claim form and file directly with BCBSGA. Be sure to keep a photocopy of all forms and bills for your records. The address is on the SHER claim form.

Save all bills and statements related to your illness or Injury. Make certain they are itemized to include dates, places and nature of services or supplies. If you use a network pharmacy, the pharmacy will file the claim for you. If you do not use a network pharmacy, you must file the claim. Prescription Drug receipts must show the prescription number and name of the drug, date of purchase, quantity, charge and the prescribing Physician's name.

## Balance Billing

Preferred and Participating Physicians are prohibited from balance billing. Preferred and Participating Physicians have signed an agreement with BCBSGA, to accent its determination of the Usual, Customary and Reasonable Fee for Covered Services rendered to a Member who is his or her patient. A Member is not liable for any fee in excess of this determination or negotiated fee except what is due under the Contract, e.g., Copayments, Deductibles or Coinsurance.

BCBS-037

## BlueChoice PPO

### Processing Your Claim

You are responsible for submitting your claims for expenses not normally billed by and payable to a Hospital or Physician. Always make certain you have your Identification Card with you. Be sure Hospital or Physician's office personnel copy your name, Group and Member ID numbers accurately when completing forms relating to your coverage.

If you are hospitalized outside Georgia, the claim for Hospital services is usually handled in the same manner as within the state and the Hospital files the claim through its local Blue Cross and Blue Shield office. It may, however, be necessary for you to pay the Physician for his services and then submit an itemized statement to the BCBSGA office when you return home.

### Timeliness of Filing

To receive benefits, a properly completed claim form with any necessary reports and records must be filed within 90 days of the date of service. Payment of claims will be made as soon as possible following receipt of the claim, unless more time is required because of incomplete or missing information. In this case, you will be notified within 15 working days of the reason for the delay and will receive a list of all information needed to continue processing your claim. After this data is received, BCBSGA has 15 working days to complete claims processing. BCBSGA shall pay interest at the rate of 18% per year to you or the assigned provider if it does not meet these requirements.

### Necessary Information

In order to process your claim, BCBSGA may need information from the provider of the service. As a Member, you agree to authorize the Physician, Hospital, or other provider to release necessary information.

BCBSGA will consider such information confidential. However, BCBSGA has the right to use this information to defend or explain a denied claim.

### Unauthorized Use of Identification Card

If you permit a BCBSGA Identification Card to be used by someone else or if you use the card before coverage is in effect or after coverage has ended, you will be liable for payment of any expenses incurred resulting from the unauthorized use. Fraudulent misuse could also result in termination of the coverage.

### Questions About Coverage or Claims

If you have questions about your coverage, contact your Plan Administrator or BCBSGA's Customer Service Department. Be sure to always give your Member ID number. If you wish to get a full copy of the Utilization Review program procedures, contact the Customer Service Department.

### Write

Customer Service Department
Blue Cross and Blue Shield of Georgia, Inc.
P.O. Box 7368
Columbus, Georgia 31908

When asking about a claim, give the following information:
- Member ID number;
- patient name; Subscriber name and address;
- date of service; type of service received; and
- provider name and address (Hospital or Physician).

To find out if a Hospital or Physician is a BCBSGA Preferred Provider, call them directly or call BCBSGA.

### Right to Appeal

For all claims submitted by you or in your behalf, you will receive a notice (Explanation of Benefits) showing the amount charged; the amount paid by the program; and, if payment is partially or wholly denied, the reason.

If your claim is denied, you can appeal as outlined below. Any legal action must be brought within three years after the date the services or supplies were provided.

### We Want You to be Satisfied

BCBSGA hopes that you will always be satisfied with the level of service provided to you and your family. BCBSGA realizes, however, that there may be times when problems arise and miscommunications occur which lead to feelings of dissatisfaction.

### Complaints about BCBSGA Service

As a BlueChoice PPO Member, you have a right to express dissatisfaction and expect unbiased resolution of issues. The following represents the process established to ensure that BCBSGA

BCBS-038

# BlueChoice PPO

gives its fullest attention to your concerns. Please utilize it to tell BCBSGA when you are displeased with any aspect of services rendered.

1. Call the Customer Service Department. The phone number is on your ID Card. Tell the representative your problem and he or she will work to resolve it for you as quickly as possible.

2. If you are not satisfied with the answer, you may file a formal complaint, preferably, but not necessarily, in writing. This request for a further review of your concerns should be addressed to the location provided by the Customer Service Representative at the number on your ID Card.

3. If, depending on the nature of your complaint, you remain dissatisfied after receiving BCBSGA's response, you will be offered the right to appeal the decision. BCBSGA will acknowledge receipt of your appeal request (written appeal preferred), within 5 working days. At the conclusion of this formalized re-review of your specific concerns, a final written response will be generated to you, which will hopefully bring the matter to a satisfactory conclusion for you.

## Summary of Grievances

A summary of the number, nature and outcome results of grievances filed in the previous three years is available for your inspection. You may obtain a copy of any such summary at a reasonable cost from BCBSGA.

## Complaints about Provider Service

If your complaint involves care received from a provider, please call the Customer Service number. Your complaint will be resolved in a timely manner.

## Terms of Your Coverage

BCBSGA provides the benefits described in this booklet only for eligible Members. The health care services are subject to the limitations, exclusions, Copayments, Deductible, and Coinsurance requirements specified in this booklet. Any group BCBSGA contract or certificate which you received previously will be replaced by this Contract.

Benefit payment for Covered Services or supplies will be made directly to Preferred or Participating Providers. A Member may assign benefits to a provider who is not a Preferred or Participating Provider, but it is not required. If a Member does not assign benefits to a Non-Preferred or Non-Participating Provider, any benefit payment will be sent to the Member.

BCBSGA does not supply you with a Hospital or Physician. In addition, BCBSGA is not responsible for any Injuries or damages you may suffer due to actions of any Hospital, Physician or other person.

In order to process your claims, BCBSGA may request additional information about the medical treatment you received and/or other group health insurance you may have. This information will be treated confidentially.

An oral explanation of your benefits by a BCBSGA employee is not legally binding.

Any correspondence mailed to you will be sent to your most current address. You are responsible for notifying BCBSGA of your new address.

## General Information

Fraudulent statements on Subscriber application forms or on electronic submissions will invalidate any payment or claims for services and be grounds for voiding the Subscriber's coverage.

Both parties to this Contract (the employer and BCBSGA) are relieved of their responsibilities without breach, if their duties become impossible to perform by acts of God, war, terrorism, fire, etc.

BCBSGA will adhere to the employer's instructions and allow the employer to meet all of the employer's responsibilities under applicable state and federal law. It is the employer's responsibility to adhere to all applicable state and federal laws and BCBSGA does not assume any responsibility for compliance.

## Small Group Rating

A Member covered under a small group contract (from 2 to 50 employees) is entitled to receive upon request certain rating information which documents the benefit design, demographic factors and Group experience factors since the pool rate utilized in the small Group's previous rating period. BCBSGA will respond to such

BCBS-039

# BlueChoice PPO

request within ten (10) business days of the request for information.

## Changes in Coverage
Your employer and BCBSGA may mutually agree to change the benefits described in this booklet. Fees charged for benefits described in this booklet may be changed:
- if the level of benefits changes; or
- if the ratio of benefits to fees exceeds an established level.

## Acts Beyond Reasonable Control (Force Majeure)
Should the performance of any act required by this coverage be prevented or delayed by reason of any act of God, strike, lock-out, labor troubles, restrictive government laws or regulations, or any other cause beyond a party's control, the time for the performance of the act will be extended for a period equivalent to the period of delay, and non-performance of the act during the period of delay will be excused. In such an event, however, all parties shall use reasonable efforts to perform their respective obligations.

## Licensed Controlled Affiliate
The Member hereby expressly acknowledges his/her understanding that this policy constitutes a contract solely between the Member Group and BCBSGA, which is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association"), permitting BCBSGA to use the Blue Cross and Blue Shield Service Marks in the state of Georgia, and that BCBSGA is not contracting as the agent of the Association. The Member Group further acknowledges and agrees that it has not entered into this policy based upon representations by any person other than BCBSGA and that no person, entity, or organization other than BCBSGA shall be held accountable or liable to the Member for any of BCBSGA's obligation to the Member created under this policy. This paragraph shall not create any additional obligations whatsoever on the part of BCBSGA other than those obligations created under other provisions of this agreement.

## Blue Card PPO
When you obtain health care services through BlueCard outside the geographic area BCBSGA serves, the amount you pay for Covered Services is usually calculated on the lower of:
- The billed charges for your Covered Services, or
- The negotiated price that the on-site Blue Cross and/or Blue Shield Plan ("Host Blue") passes on to BCBSGA.

Often this "negotiated price" will consist of a simple discount which reflects the actual price paid by the Host Blue. But sometimes it is an estimated price that factors into the actual price expected settlements, withholds, any other contingent payment arrangements and non-claims transactions with your health care provider or with a specific group of providers. The negotiated price may also be billed charges reduced to reflect an average expected savings with your health care provider or with a specified group of providers. The price that reflects average savings may result in greater variation (more or less) from the actual price paid than will the estimated price. The negotiated price may also be adjusted in the future to correct for over- or underestimation of past prices. However, the amount you pay is considered a final price.

Statutes in a small number of states may require the Host Blue to use a basis for calculating Member liability for Covered Services that does not reflect the entire savings realized or expected to be realized on a particular claim or to add a surcharge. Should any state statutes mandate Member liability calculation methods that differ from the usual BlueCard method noted above or require a surcharge, BCBSGA would then calculate your liability for any Covered Services in accordance with the applicable state statute in effect at the time you received your care.

## Accessing Care via the Blue Card PPO Network
When you are out of state and need service, simply dial 1-800-810-BLUE. After you provide your ID number, alpha prefix and zip code in which you are seeking service, you will be given the name of at least three PPO providers in the area. You can decide which one to visit. In case of an emergency, you should seek immediate care from the closest health care provider.

BCBS-040

## BlueChoice PPO

If you have to be admitted to a Hospital when you are out of state, remember you are responsible for receiving pre-certification/prior authorization from your Blue Cross and Blue Shield plan. If the required authorizations are not preformed and penalties are applied to the claim, you will be liable for the penalty amounts.

### Care Received Outside the United States

You will receive Contract benefits for care and treatment received outside the United States. Contract provisions will apply. Any care received must be a Covered Service. Please pay the provider of service at the time you receive treatment and obtain appropriate documentation of services received including bills, receipts, letters and medical narrative. This information should be submitted with your claim. All services will be subject to appropriateness of care. BCBSGA will reimburse you directly. Payment will be based on Eligible Charges and based on the UCR of the Member's legal residence (i. e., local UCR). Assignments of benefits to foreign providers or facilities cannot be honored.

## When Your Coverage Terminates

### Termination of Coverage (Group)

BCBSGA may cancel this Contract on the renewal date in the event of any of the following:
1. The Group fails to pay Premiums in accordance with the terms of this Contract.
2. The Group performs an act or practice that constitutes fraud or intentional misrepresentation of material fact in applying for or procuring coverage.
3. The Group has fallen below BCBSGA's minimum member contribution or Group participation rules.
4. BCBSGA terminates, cancels or non-renews all coverage under a particular policy form, provided that:
   - BCBSGA provides at least 90 days notice of the termination of the policy form to all Members
   - BCBSGA offers the Group all other small group (employer) or large group (employer) policies, depending on the size of the Group, currently being offered or renewed by BCBSGA for which they are otherwise eligible; and

- BCBSGA acts uniformly without regard to the claims experience or any health status related factor of the individuals insured or eligible to be insured.

### Termination of Coverage (Individual)

Group program membership for you and your enrolled family members may be continued as long as you are employed by the Group and meet eligibility requirements. It ceases if your employment ends, if you no longer meet eligibility requirements, if the Group Contract ceases, or if you fail to make any required contribution toward the cost of your coverage. In any case, your coverage would end at the expiration of the period covered by your last contribution.

Coverage of an enrolled child ceases automatically when the child marries or attains age 19 (except students covered to age 26), whichever occurs first. Coverage of an unmarried handicapped child over age 19 ceases if the child is found to be no longer totally or permanently disabled. Coverage of the spouse of a Member terminates automatically as of the date of divorce or death.

Should you or any family members be receiving covered care in the Hospital at the time your membership terminates for reasons other than your employer's cancellation of this Contract, or failure to pay the required subscription charges, benefits for Hospital Inpatient care will be provided only to the extent available for that Hospital stay.

### Continuation of Coverage (Georgia Law)

Any Employee insured in Georgia under a company welfare benefit plan whose employment is terminated other than for cause, may be entitled to certain continuation benefits. If you have been continuously enrolled for at least six months under this Contract, or this and its immediately preceding health insurance contract, you may elect to continue Group health coverage for yourself and your enrolled family members for the rest of the month of termination and three additional months by paying the appropriate Premium.

BCBS-041

# BlueChoice PPO

This benefit entitles each member of your family who is enrolled in the company's Employee welfare benefit plan to elect continuation independently.

## Cost

These continuation benefits are available without proof of insurability at the same Premium rate charged for similarly insured Employees. To elect this benefit you must notify the company's Group health benefit Plan Administrator within 30 days of the date your coverage would otherwise cease that you wish to continue your coverage and you must pay all the required monthly Premiums in advance.

This continuation benefit is not available if:

- your employment is terminated for cause; or
- your health plan enrollment was terminated for your failure to pay a Premium or Premium contribution; or
- your health plan enrollment is terminated and replaced without interruption by another group contract; or
- health insurance is terminated for the entire class of Employees to which you belong; or
- the Group terminates health insurance for all Employees.

## Termination of Benefits

Continuation coverage terminates if you do not pay the required Premium on time or you enroll for other group insurance or Medicare.

## Conversion

Conversion rights during the continuation period are the same as for insured Employees. If the Group terminates its health insurance Contract during an Employee's continuation period, the Plan Administrator must notify continuing Employees that conversion rights must be exercised within 31 days.

## Continuation of Coverage (Federal Law-COBRA)

If your employer normally employs 20 or more people, and your employment is terminated for any reason other than gross misconduct, instead of the three months continuation benefit described above, you may elect from 18-36 months of continuation benefits, regardless of whether the Group is insured or self-funded.

This benefit entitles each member of your family who is enrolled in the company's Employee welfare benefit plan to elect continuation independently. A child born to, or placed for adoption with, a covered Employee during the period of continuation coverage is also eligible for election of continuation coverage.

If your employment is terminated for any reason except your gross misconduct, or your hours of employment are reduced so that you do not qualify to participate in the company's Employee health care plan, you and your enrolled family members may continue your health care benefits for as long as 18 months.

If you die, your enrolled survivors may continue their Group benefits for as long as 36 months. Your enrolled spouse or Dependents may continue Group benefits for as long as 36 months if coverage would otherwise terminate by divorce or legal separation or because you become entitled to Medicare benefits. Your Dependents may continue Group benefits for as long as 36 months if coverage would otherwise cease because they fail to meet the Contract definition of Dependent (for instance because of age or marriage).

To continue enrollment, you or an eligible family member must make an election within 60 days of the date your coverage would otherwise end, or the date the company's benefit Plan Administrator notifies you or your family member of this right, whichever is later. You must pay the total Premium appropriate for the type of benefit coverage you choose to continue. The Premium you must pay cannot be more than 102% of the Premium charged for Employees with similar coverage, and it must be paid to the company's benefit Plan Administrator within 30 days of the date due, except that the initial Premium payment must be made before 45 days after the initial election for continuation coverage, or your continuation rights will be forfeited.

For Employees who are determined, at the time of the qualifying event, to be disabled under Title II (OASDI) or Title XVI (SSI) of the Social Security Act, and Employees who become disabled during the first 60 days of COBRA continuation coverage, coverage may continue from 18 to 29 months. These Employee's Dependents are also eligible for the 18 to 29-month disability extension. This provision

31

BCBS-042

## BlueChoice PPO

would only apply if the qualified beneficiary provides notice of disability status within 60 days of the disabling determination. In these cases, the employer can charge 150% of Premium for months 19 through 29. This would allow health coverage to be provided in the period between the end of 18 months and the time that Medicare begins coverage for the disabled at 29 months.

If a continuing beneficiary becomes enrolled for other group health care benefits, coverage may continue under this Contract only if the new group health plan contains pre-existing condition exclusions or limitations, and may continue only until these limitations cease.

Continuation coverage stops before the end of the maximum continuation period if the Member becomes entitled to Medicare benefits. If a continuing beneficiary becomes entitled to Medicare benefits, then a qualified beneficiary – other than the Medicare beneficiary – is entitled to continuation coverage for no more than a total of 36 months.

These benefits are available without proof of insurability and terminate if a continuing beneficiary:
- fails to pay a required Premium on time; or
- the Group terminates all benefits under this Employee welfare benefit plan for all Employees.

In the event of your termination, lay-off, reduction in work hours or Medicare entitlement, your employer must notify the company's benefit Plan Administrator within 30 days. You must notify the company's benefit Plan Administrator within 60 days of your divorce, legal separation or the failure of your enrolled Dependents to meet the program's definition of Dependent. Thereafter, the Plan Administrator will notify qualified beneficiaries of their rights within 14 days.

### Continuation of Coverage (Age 60 and Over)

An Employee (and eligible Dependents), insured in Georgia under a company's welfare benefit plan, who has exhausted the continuation benefits listed above, is eligible for additional continuation rights if that Employee was age 60 or older and covered for continuation benefits under the regular continuation provision.

There are certain requirements which must be met:
- you must have been covered under a group plan which covers 20 or more employees; and
- you must have been continuously enrolled for at least six months under this Contract.

This continuation benefit is not available if:
- your employment is terminated voluntarily for other than health reasons;
- the health plan enrollment was terminated because you failed to pay a Premium or Premium contribution;
- the health plan enrollment is terminated and replaced without interruption by another group contract;
- health insurance is terminated for the entire class of Employees to which you belong;
- the company terminated health insurance for all Employees;
- your employment was terminated due to reasons which would cause a forfeiture of unemployment compensation (Chapter 8 of Title 34 "Employment Security Law").

The following eligibility requirements apply:
- you must have been 60 years of age or older on the date coverage began under the continuation provision;
- your Dependents are eligible for coverage if you meet the above requirements;
- your spouse and any Covered Dependent children whose coverage would otherwise terminate because of divorce, legal separation, or your death may continue if the surviving spouse is 60 years of age or older at the time of divorce, legal separation or death.

The monthly charge (Premium) for this continuation coverage will not be greater than 120% of the amount you would be charged as a normal Group Member. You must pay the first Premium for this continuation of coverage under this provision on the regular due date following the expiration of the period of coverage provided under COBRA or state continuation.

Your continuation rights terminate on the earliest of the following:
- the date you fail to pay any required Premium when due;

F-1681.792 07/02

BCBS-043

## BlueChoice PPO

- the date the Group Contract is terminated; (If the Group Contract is replaced, coverage will continue under the new group plan.)
- the date you become insured under any other group health plan; or
- the date you or your divorced or surviving spouse becomes eligible for Medicare.

### Extension of Benefits in Case of Total Disability

If the Group Contract is terminated for non-payment of subscription charges, or if the Group terminates the Contract for any reason; or if the Contract is terminated by BCBSGA (with 60 days written notice), then in such event the coverage of a totally disabled Subscriber will be as follows:

> Contract benefits for the care and treatment of the specific illness, disease or condition that caused the total disability will be extended up to twelve (12) months from the date of termination of the Group Contract or to the maximum of the amount payable under this Contract during the extension period.

NOTE: BCBSGA considers total disability a condition resulting from disease or Injury where:
- the Member is not able to perform the major duties of his or her occupation and is not able to work for wages or profit; or
- the Member's Dependent is not able to engage in most of the normal activities of a person of the same age and sex.

### Special Requirements for COBRA and Conversion Rights

- COBRA is the first available option for continuing coverage.
- Any COBRA benefits must be exhausted for the entire COBRA eligibility period before conversion coverage will be provided.
- No conversion rights are available if a Member is enrolled or eligible for other group coverage.

### Extended Benefit

If a Member's coverage ends and he or she is totally disabled, under a Physician's care, and not covered by another plan of group benefits, BCBSGA extends major medical benefits for that Member under this Contract as explained below. This is done at no cost to the Member.

BCBSGA only extends benefits for Eligible Charges due to the disabling condition. The Eligible Charges must be incurred before the extension ends. What BCBSGA pays is based on all the terms of this Contract.

BCBSGA does not pay for charges due to other conditions. BCBSGA does not pay for charges incurred by other covered Dependents.

The extension ends on the earliest of: (a) the date the total disability ends or (b) one year from the date the Member's coverage under this Contract ends. It also ends if the Member has reached the payment limit for his or her disabling condition.

NOTE: BCBSGA considers total disability a condition resulting from disease or Injury where: The Member is not able to perform the major duties of his or her occupation and is not able to work for wages or profit.

### Enhanced Conversion Rights

You and/or your Dependents may be a "qualifying eligible individual" for an enhanced conversion product if:
- your most recent coverage was under a group plan or continuation coverage;
- coverage under this Contract has been terminated for any reason other than fraud or failure to pay a required Premium;
- all continuation (COBRA) coverage has been exhausted;
- there is 18 months of prior Creditable Coverage immediately prior to termination;
- you are not eligible for, nor have declined, any of the following:
  1. Any group health policy (including continuation under COBRA or state continuation);
  2. Medicare;
  3. Medicaid or a similar program;
- you are not covered under any other creditable health insurance coverage, including individual or student health coverage.

You must file a substantially completed application for such enhanced conversion coverage, and pay the first Premium, no later than 63 consecutive days after a qualifying event, or the date of notice of enhanced conversion rights, whichever is later.

## BlueChoice PPO

If you do not qualify for enhanced conversion rights, you may qualify for standard conversion rights as set out below.

### Conversion Rights

NOTE: This section applies after you have exhausted any applicable continuation rights. A Member must have been covered under this Group Contract for six consecutive months in order to be eligible for conversion.

A direct pay, billed-at-home contract providing Hospital and surgical benefits may be obtained, without medical examination or other evidence of insurability by:

- you, when your employment is terminated (group conversion contract only);
- your surviving spouse, when your coverage is terminated due to your death;
- your child/children no longer eligible under your coverage (group conversion contract only); or
- your spouse, when coverage is lost due to termination of the marriage;

provided BCBSGA is notified within 31 days after termination of insurance. Information as to the coverage available and Premium rates can be obtained from BCBSGA.

Any divorced spouse or widow/widower may apply within 31 days for a direct pay coverage contract most nearly similar to this Contract or any contract providing lesser coverage then being offered by BCBSGA. This new contract will be issued without evidence of insurability and will become effective on payment of the charge for the new coverage. Time you have earned toward waiting periods under this Contract would carry over to the new contract.

### Governmental Health Care Programs

If you are enrolled in a group with fewer than 20 employees, your benefits will be reduced if you are eligible for coverage (even if you did not enroll) under any federal, state (except Medicaid) or local government health care program. Such coverage includes Medicare Part A and B and other similar programs. This reduction in payment will be equal to the amount that was paid or would have been paid (if you had been enrolled) by the other program.

Under federal law, for groups with 20 or more employees, all active employees (regardless of age) can remain on the group's health plan and receive group benefits as primary coverage. Also, spouses (regardless of age) of active employees can remain on the group's health plan and receive group benefits as primary coverage.

Direct questions about Medicare eligibility and enrollment to your local Social Security Administration office.

## Definitions

### Accidental Injury

Bodily Injury sustained by a Member as the result of an unforeseen event and which is the direct cause (independent of disease, bodily infirmity or any other cause) for care which the Member receives. Such care must occur while this Contract is in force. It does not include injuries for which benefits are provided under any Workers' Compensation, employer's liability or similar law.

### Applicant

The corporation, partnership, sole proprietorship, other organization or Group which applied for this Contract.

### Application for Enrollment

The original and any subsequent forms completed and signed by the Subscriber seeking coverage. Such Application may take the form of an electronic submission.

### Benefit Period

One year, January 1 – December 31 (also called year or the calendar year). It does not begin before a Member's Effective Date. It does not continue after a Member's coverage ends.

### Brand Name Drug

A drug item which is under patent by its original innovator or marketer. The patent protects the drug from competition from other drug companies. There are two types of Brand Name Drugs:

- Single Source Brand: those drugs that are produced by only one manufacturer and do not have a generic equivalent available.
- Multi-Source Brand: those drugs that are produced by multiple pharmaceutical manufacturers and do have a generic equivalent available on the market.

F-1681.792 07/02

34

BCBS-045

## BlueChoice PPO

### Certificate
A short written statement which defines BCBSGA's legal obligation to the individual Members. It is part of this Certificate Booklet.

### Chemical Dependency (Substance Abuse)
The total psycho-physical state of mind that involves feelings of satisfaction and a drive to periodic or continuous administration of the chemical (drug) to produce pleasure or avoid discomfort.

### Chemical Dependency Treatment Facility
An institution established to care for and treat chemical dependency, on either an Inpatient or outpatient basis, under a prescribed treatment program. The institution must have diagnostic and therapeutic facilities for care and treatment provided by or under the supervision of a licensed Physician. The institution must be licensed, registered or approved by the appropriate authority of the State of Georgia or must be accredited by the Joint Commission on Accreditation of Hospitals.

### Coinsurance
If a Member's coverage is limited to a certain percentage, for example 80%, then the remaining 20% for which the Member is responsible is the Coinsurance amount. The Coinsurance may be capped by the Out-of-Pocket Limit. Compare to Copayment.

### Combined Limit
The maximum total of In-Network and Out-of-Network Benefits available for designated health service in the Summary of Benefits.

### Complications of Pregnancy
Complications of Pregnancy result from conditions requiring Hospital confinement when the pregnancy is not terminated. The diagnoses of the complications are distinct from pregnancy but adversely affected or caused by pregnancy.

Such conditions include acute nephritis, nephrosis, cardiac decompensation, missed or threatened abortion, preeclampsia, intrauterine fetal growth retardation and similar medical and surgical conditions of comparable severity. An ectopic pregnancy which is terminated is also considered a Complication of Pregnancy.

Complications of Pregnancy shall not include false labor, caesarean section, occasional spotting, Physician prescribed rest during the period of pregnancy, morning sickness, hypermesis gravidarum and similar conditions associated with the management of a difficult pregnancy which are not diagnosed distinctly as Complications of Pregnancy.

### Congenital Anomaly
A condition or conditions that are present at birth regardless of causation. Such conditions may be hereditary or due to some influence during gestation.

### Contract
This Certificate Booklet in conjunction with the Group Master Contract, the Group Master Contract Application, the BCBSGA Formulary, any amendment or rider, your Identification Card and your Application for Enrollment constitutes the entire Contract. If there is any conflict between either this Certificate Booklet or the Group Master Contract and any amendment or rider, the amendment or rider shall control. If there is any conflict between this Certificate Booklet and the Group Master Contract, the Group Master Contract shall control.

### Contract Year
A period of one year commencing on the Effective Date (or renewal date) and ending at 12:00 midnight on the last day of the one year period.

### Coordination of Benefits
A provision that is intended to avoid claims payment delays and duplication of benefits when a person is covered by two or more plans providing benefits or services for medical, dental or other care or treatment. It avoids claims payment delays by establishing an order in which plans pay their claims and providing an authority for the orderly transfer of information needed to pay claims promptly. It may avoid duplication of benefits by permitting a reduction of the benefits of a plan when, by the rules established by this provision, it does not have to pay its benefits first.

### Copayment
A cost-sharing arrangement in which a Member pays a specified charge for a Covered Service, such as $15 for an office visit. The Member is usually responsible for payment of the

BCBS-046

## BlueChoice PPO

Copayment at the time the health care is rendered. Typical Copayments are fixed or variable flat amounts for Physician office visits, Prescription Drugs or Hospital services. Copayments are distinguished from Coinsurance as flat dollar amounts rather than percentages of the charges for services rendered. Copayments may be collected by the provider of service or BCBSGA.

### Cosmetic Surgery
Any non-medically necessary surgery or procedure, the primary purpose of which is to improve or change the appearance of any portion of the body, but which does not restore bodily function, correct a disease state, physical appearance or disfigurement caused by an accident, birth defect, or correct or naturally improve a physiological function. Cosmetic Surgery includes but is not limited to rhinoplasty, lipectomy, surgery for sagging or extra skin, any augmentation or reduction procedures (e.g., mammoplasty, liposuction, keloids, rhinoplasty and associated surgery) or treatment relating to the consequences or as a result of Cosmetic Surgery.

### Covered Dependent
Any Dependent in a Subscriber's family who meets all the requirements of the Eligibility section of this Certificate Booklet, has enrolled in the program, and is subject to Premium requirements set forth in the Group Master Contract.

### Covered Services
Medically Necessary health care services and supplies that are (a) defined as Covered Services in the Member's Contract, (b) not excluded under such Contract, (c) not Experimental or Investigational and (d) provided in accordance with such Contract.

### Creditable Coverage
Coverage under another health benefit program is medical expense coverage with no greater than a 90 day gap in coverage under any of the following: (a) Medicare or Medicaid; (b) an employer-based accident and sickness insurance or health benefit arrangement; (c) an individual accident and sickness insurance policy; (d) a spouse's benefits or coverage under Medicare or Medicaid or an employer-based health insurance benefit arrangement; (e) a conversion policy; or

(f) similar coverage as defined in OCGA 33-30-15.

### Custodial Care
Any type or care, including room and board, that (a) does not require the skills of professional or technical personnel; (b) is not furnished by or under the supervision of such personnel or does not otherwise meet the requirements of post-hospital Skilled Nursing Facility care; (c) is a level such that the Member has reached the maximum level of physical or mental function and is not likely to make further significant improvement. Custodial Care includes, but is not limited to, any type of care the primary purpose of which is to attend to the Member's activities of daily living which do not entail or require the continuing attention of trained medical or paramedical personnel. Examples of Custodial Care include, but are not limited to, assistance in walking, getting in and out of bed, bathing, dressing, feeding, using the toilet, changes of dressings of non-infected, post-operative or chronic conditions, preparation of special diets, supervision of medication that can be self-administered by the Member, general maintenance care of colostomy or ileostomy, routine services to maintain other services which, in the sole determination of BCBSGA, can be safely and adequately self-administered or performed by the average non-medical person without the direct supervision of trained medical and paramedical personnel, regardless of who actually provides the service, residential care and adult day care, protective and supportive care including educational services, rest care and convalescent care.

### Deductible
The portion of the bill you must pay before your medical expenses become Eligible Charges. It usually is applied on a calendar year basis.

### Dependent
The spouse and all unmarried children until attaining age 19. Children include natural children, legally adopted children and stepchildren. Also included are your children (or children of your spouse) for whom you have legal responsibility resulting from a valid court decree. Foster children whom you expect to raise to adulthood and who live with you in a regular parent-child relationship are considered children. However, for the purposes of this Contract, a parent-child relationship does not

F-1681.792 07/02

36

BCBS-047

## BlueChoice PPO

exist between you and a foster child if one or both of the child's natural parents also live with you. In addition, BCBSGA does not consider as a Dependent, welfare placement of a foster child, as long as, the welfare agency provides all or part of the child's support.

Children who are full-time students (after high school) in an institution of higher learning at least five months each year (or were prevented from being enrolled due to illness or Injury) remain covered until attaining age 26. Mentally retarded or physically handicapped children remain covered no matter what age. You must give BCBSGA evidence of your child's incapacity within 31 days of attainment of age 19. The certification form may be obtained from BCBSGA or your employer. This proof of incapacity may be required annually by BCBSGA. Such children are not eligible under this Contract if they are already 19 or older at the time coverage is effective.

### Detoxification
The process whereby an alcohol or drug intoxicated or alcohol or drug dependent person is assisted, in a facility licensed by the appropriate regulatory authority, through the period of time necessary to eliminate, by metabolic or other means, the intoxicating alcohol or drug, alcohol or drug dependent factors or alcohol in combination with drugs as determined by a licensed Physician, while keeping the physiological risk to the patient to a minimum.

### Developmental Delay
The statistical variation, as defined by standardized, validated developmental screening tests, such as the Denver Developmental Screening Test, in reaching age appropriate verbal/growth/motor skill developmental milestones when there is no apparent medical or psychological problem. It alone does not constitute an illness or an Injury. Services rendered should be to treat or promote recovery of the specific functional deficits identified.

### Durable Medical Equipment
Equipment, as determined by BCBSGA, which is (a) made to withstand prolonged use; (b) made for and mainly used in the treatment of a disease of Injury; (c) suited for use while not confined as an Inpatient at a Hospital; (d) not normally of use to persons who do not have a disease or Injury; (e) not for exercise or training.

### Effective Date
The date for which BCBSGA approves an individual application for coverage. For individuals who join this Group after the first enrollment period, the Effective Date is the date BCBSGA approves each future Member according to its normal procedures.

### Elective Surgical Procedure
A surgical procedure that is not considered to be an emergency, and may be delayed by the Member to a later point in time.

### Eligible Charges
Those charges for services and supplies (a) defined as Covered Services and not excluded under the Member's Contract; (b) that are Medically Necessary; and (c) that are provided in accordance with the Member's Contract. Eligible Charges are determined by: (a) BCBSGA's Usual, Customary and Reasonable (UCR) Fees; (b) a provider's contracted fee schedule; (c) the applicable Reimbursement Rate; or (d) negotiated fees. All payment determinations for Hospital services are based on the applicable Reimbursement Rate. Reimbursement for Preferred, Participating and Non-Participating Providers is based on Eligible Charges for the type of service a Member receives, for example, Hospital or Physician services.

### Employee
A person who is engaged in active employment with the Group and is eligible for Group coverage with BCBSGA under the employment regulations of the Group.

### Experimental or Investigational
Services which are considered Experimental or Investigational include services which (1) have not been approved by the Federal Food and Drug Administration or (2) for which medical and scientific evidence does not demonstrate that the expected benefits of the proposed treatment would be greater than the benefits of any available standard treatment and that adverse risks of the proposed treatment will not be substantially increased over those standard treatments. Such determination must result from prudent professional practices and be supported by at least two documents of medical and

F-1681.792 07/02

37

BCBS-048

## BlueChoice PPO

scientific evidence.    Medical and scientific evidence means:

1. Peer-reviewed scientific studies published in or accepted for publication by medical journals that meet nationally recognized requirements for scientific manuscripts and that submit most of their published articles for review by experts who are not part of the editorial staff;

2. Peer-reviewed literature, biomedical compendia, and other medical literature that meet the criteria of the National Institutes of Health's National Library of Medicine for indexing in Index Medicus, Excerpta Medikcus (EMBASE), Medline, and MEDLARS data base or Health Services Technology Assessment Research (HSTAR);

3. Medical journals recognized by the United States Secretary of Health and Human Services, under Section 18961 (t)(2) of the Social Security Act;

4. The following standard reference compendia: the American Hospital Formulary Service-Drug Information, the American Medical Association Drug Evaluation, the American Dental Association Accepted Dental Therapeutics, and the United States Pharmacopoeia-Drug Information;

5. Findings, studies, or research conducted by or under the auspices of federal government agencies and nationally recognized federal research institutes including the Federal Agency for Health Care Policy and Research, National Institutes of Health, National Cancer Institute, National Academy of Sciences, Health Care Financing Administration, and any national board recognized by the National Institutes of Health for the purpose of evaluating the medical value of health services; or

6. It meets the Technology Assessment Criteria as determined by BCBSGA as outlined in the "Definitions" section of this Certificate Booklet.

## Formulary, Preferred Drug List, Preferred Drug Formulary, BCBSGA Formulary or Drug Formulary

A document setting forth certain rules relating to the coverage of pharmaceuticals by BCBSGA, that may include but not be limited to (1) a listing of preferred prescription medications that are covered and/or prioritized in order of preference by BCBSGA, and are dispensed to Members through pharmacies that are Network Providers, and (2) pre-certification rules. This list is subject to periodic review and modification by BCBSGA, at its sole discretion. Charges for medications may be Ineligible Charges, in whole or in part, if a Member selects a medication not included in the Formulary.

## Freestanding Ambulatory Facility (Surgi-Center)

A facility, with a staff of Physicians, at which surgical procedures are performed on an outpatient basis--no patients stay overnight. The facility offers continuous service by both Physicians and Registered Nurses (R.N.s). It must be licensed by the appropriate state agency. A Physician's office does not qualify as a Freestanding Ambulatory Facility.

## Generic Drugs

Prescription Drugs that are not Brand Name Drugs but which are made of equivalent ingredients. Generic Drugs are just as effective as Brand Name Drugs, but are less costly.

## Group

The Subscriber's employer, which has entered the Group Master Contract with BCBSGA. The Group shall act only as an agent of Members who are Subscribers of the Group and their Covered Dependents.

## Home Health Care

Care, by a state-licensed program or provider, for the treatment of a patient in the patient's home, consisting of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with diagnosis, established and approved in writing by the patient's attending Physician.

## Home Health Care Agency

A provider who renders care through a program for the treatment of a patient in the patient's home, consisting of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the patient's attending Physician. It must be licensed by the appropriate state agency.

BCBS-049

## BlueChoice PPO

**Hospice**
A provider which provides care for terminally ill patients and their families, either directly or on a consulting basis with the patient's Physician. It must be licensed by the appropriate state agency.

**Hospice Care Program**
A coordinated, interdisciplinary program designed to meet the special physical, psychological, spiritual and social needs of the terminally ill Member and his or her covered family members, by providing palliative and supportive medical, nursing and other services through at-home or Inpatient care. The Hospice must be licensed by the appropriate state agency and must be funded as a Hospice as defined by those laws. It must provide a program of treatment for at least two unrelated individuals who have been medically diagnosed as having no reasonable prospect of cure for their illnesses.

**Hospital**
An institution licensed by the appropriate state agency, which is primarily engaged in providing diagnostic and therapeutic facilities on an Inpatient basis for the surgical and medical diagnosis, treatment and care of injured and sick persons by or under the supervision of a staff of Physicians duly licensed to practice medicine, and which continuously provides 24-hour-a-day nursing services by registered graduate nurses physically present and on duty. "Hospital" does not mean other than incidentally:

- An extended care facility; nursing home; place for rest; facility for care of the aged;
- A custodial or domiciliary institution which has as its primary purpose the furnishing of food, shelter, training or non-medical personal services; or
- An institution for exceptional or handicapped children.

**Identification Card**
The latest card given to you showing your member and Group numbers, the type coverage you have and the date coverage became effective.

**Ineligible Charges**
Charges for health care services that are not Eligible Charges because the services are not Medically Necessary or pre-admission certification was not obtained. Such charges are not eligible for payment.

**Ineligible Hospital**
A facility which does not meet the minimum requirements to become a Participating Hospital. Services rendered to a Member by such a Hospital are not eligible for payment.

**Ineligible Provider**
A provider which does not meet the minimum requirements to become a Participating Provider or with which BCBSGA does not directly contract. Services rendered to a Member by such a provider are not eligible for payment.

**Infertile or Infertility**
The condition of a presumably healthy Member who is unable to conceive or produce conception after a period of one year of frequent, unprotected heterosexual vaginal intercourse. This does not include conditions for men when the cause is a vasectomy or orchiectomy or for women when the cause is tubal ligation or hysterectomy.

**Initial Enrollee**
A person actively employed by the Group (or one of that person's Covered Dependents) on the original Effective Date of the Group Master Contract between BCBSGA and the Group or currently enrolled through the Group under a BCBSGA Contract.

**Injury**
Bodily harm from a non-occupational accident.

**Inpatient**
A Member who is treated as a registered bed patient in a Hospital and for whom a room and board charge is made.

**Intensive Care Unit**
A special unit of a Hospital that: (1) treats patients with serious illnesses or Injuries; (2) can provide special life-saving methods and equipment; (3) admits patients without regard to prognosis; and (4) provides constant observation of patients by a specially trained nursing staff.

**Late Enrollees**
Late Enrollees means Employees or Dependents who request enrollment in a health benefit plan after the initial open enrollment period. An individual will not be considered a Late Enrollee if: (a) the person enrolls during his/hers initial enrollment period under the Contract; (b) the

BCBS-050

## BlueChoice PPO

person enrolls during a special enrollment period; or (c) a court orders that coverage be provided for a minor covered Dependent under a Member's Contract, but only as long as the Member requests enrollment for such Dependent within thirty-one (31) days after the court order is so issued. Late Enrollees are those who declined coverage during the initial open enrollment period and did not submit a certification to BCBSGA that coverage was declined because other coverage existed.

### Lifetime Maximum Benefit

The Lifetime Maximum Benefit includes all payments made under this and previous contracts with BCBSGA, its affiliates, successors and assigns, which this Contract replaces, amends, extends, or succeeds. All services and all calendar year maximums- -whether for a number of days or visits, treatments or a yearly dollar limit - - are subject to the Lifetime Maximum Benefit.

### Maternity Care

Obstetrical care received both before and after the delivery of a child or children. It also includes care for miscarriage or abortion. It includes regular nursery care for a newborn infant as long as the mother's Hospital stay is a covered benefit and the newborn infant is an eligible Member under the Contract.

### MCSO-Medical Child Support Order

An MCSO is any court judgment, decree or order (including a court's approval of a domestic relations settlement agreement) that:

- provides for child support payment related to health benefits with respect to the child of a group health plan participant or requires health benefit coverage of such child in such plan, and is ordered under state domestic relations law; or
- enforces a state law relating to medical child support payment with respect to a group health plan.

### Medical Emergency

"Emergency services," "emergency care," or "Medical Emergency" means those health care services that are provided for a condition of recent onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson, possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or Injury is of such a nature that failure to obtain immediate medical care could result in: (a) placing the patient's health in serious jeopardy; (b) serious impairment to bodily functions; or (c) serious dysfunction of any bodily organ or part. Such conditions include but are NOT limited to, chest pain, stroke, poisoning, serious breathing difficulty, unconsciousness, severe burns or cuts, uncontrolled bleeding, or convulsions and such other acute conditions as may be determined to be Medical Emergencies by BCBSGA.

### Medical Facility

Any Hospital, Freestanding Ambulatory Facility, Chemical Dependency Treatment Facility, Skilled Nursing Facility, Home Health Care Agency or mental health facility, as defined in this Certificate Booklet. The facility must be licensed, registered or approved by the Joint Commission on Accreditation of Hospitals or meet specific requirements established by BCBSGA.

### Medical Necessity or Medically Necessary

BCBSGA reserves the right to determine whether a service or supply is Medically Necessary. The fact that a Physician has prescribed, ordered, recommended or approved a service or supply does not, in itself, make it Medically Necessary. BCBSGA considers a service Medically Necessary if it is:

- appropriate and consistent with the diagnosis and the omission of which could adversely affect or fail to improve the patient's condition;
- compatible with the standards of acceptable medical practice in the United States;
- not provided solely for your convenience or the convenience of the Physician, health care provider or Hospital;
- not primarily Custodial Care; and
- provided in a safe and appropriate setting given the nature of the diagnosis and the severity of the symptoms. For example, a Hospital stay is necessary when treatment cannot be safely provided on an outpatient basis.

### Member

The Subscriber and each Dependent, as defined in this booklet, while such person is covered by this Contract.

BCBS-051

## BlueChoice PPO

**Mental Health Disorders**
Includes (whether organic or non-organic, whether of biological, non-biological, genetic, chemical or non-chemical origin, and irrespective of cause, basis or inducement) mental disorders, mental illnesses, psychiatric illnesses, mental conditions, psychiatric conditions and drug, alcohol or chemical dependency. This includes, but is not limited to, psychoses, neurotic disorders, schizophrenic disorders, affective disorders, chemical dependency disorders, personality disorders, and psychological or behavioral abnormalities associated with transient or permanent dysfunction of the brain or related neurohormonal systems. This is intended to include disorders, conditions, and illnesses listed in the Diagnostic and Statistical Manual of Mental Disorders.

**New Hire**
A person who is not employed by the Group on the original Effective Date of the Group Master Contract.

**Non-Covered Services**
Services that are not benefits specifically provided under the Contract, are excluded by the Contract, are provided by an Ineligible Provider, or are otherwise not eligible to be Covered Services, whether or not they are Medically Necessary.

**Non-Participating Provider**
A Hospital, Physician, Freestanding Ambulatory Facility (Surgi-Center), Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services or supplies, that does not have a participating agreement with BCBSGA to provide services to its Members at the time services are rendered.

**Non-Preferred Provider**
A Hospital, Freestanding Ambulatory Facility (Surgical Center), Physician, Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services or supplies, that does not have a Preferred Provider Contract with BCBSGA.

Benefit payments and other provisions of this Contract are limited when a Member uses the services of Non-Preferred Providers.

**Out-of-Pocket Limit** (May apply to In-Network or Out-of-Network—Refer to Summary of Benefits)
The maximum amount of a Member's Coinsurance payments during a given calendar year. Such amount does not include Deductible and Copayment amounts or charges in excess of providers' reasonable fees. When the Out-of-Pocket Limit is reached, the level of benefits is increased to 100% of Eligible Charges for Covered Services, exclusive of Copayments and other scheduled charges.

**Participating Hospital**
A Hospital located in Georgia which is a party to a written agreement with, and in a form approved by, BCBSGA; or a Hospital outside of Georgia which is a party to an agreement with a Blue Cross and Blue Shield in another area; or a Hospital outside Georgia located in an area not served by a Blue Cross and/or Blue Shield plan.

**Participating Provider**
A Hospital, Physician, Freestanding Ambulatory Facility (Surgical Center), Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services or supplies that has signed a Participating Agreement with BCBSGA to accept its determination of the Usual, Customary and Reasonable Fee (UCR) or other payment provisions for Covered Services rendered to a Member who is his or her patient.

**Periodic Health Assessment**
A medical examination that provides for age-specific preventive services that improve the health and well-being of a patient being examined.

**Physical Therapy**
The care of disease or Injury by such methods as massage, hydrotherapy, heat, or similar care.

**Physician**
Any licensed Doctor of Medicine (M.D.) legally entitled to practice medicine and perform surgery, any licensed Doctor of Osteopathy (D.O) approved by the Composite State Board of Medical Examiners, any licensed Doctor of Podiatric Medicine (D.P.M.) legally entitled to practice podiatry, and any licensed Doctor of Dental Surgery (D.D.S.) legally entitled to perform oral surgery. Optometrists and Clinical Psychologists are also considered covered

BCBS-052

## BlueChoice PPO

providers when acting within the scope of their licenses, and when rendering services covered under this Contract.

**Plan Administrator**
The person named by your employer to manage the program and answer questions about program details.

**Preferred Provider**
A Hospital, Physician, Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services and supplies that has a Preferred Provider Contract with BCBSGA to provide Covered Services to Members.

**Premium**
The amount that the Group or Member is required to pay BCBSGA to continue coverage.

**Prescription Drug**
A drug which cannot be purchased except with a prescription from a Physician.

**Professional Ambulance Service**
A state-licensed emergency vehicle which carries via the public streets injured or sick persons to a Hospital. Services which offer non-emergency, convalescent or invalid care do not meet this definition.

**QMCSO – Qualified Medical Child Support Order**
A QMCSO creates or recognizes the right of a child who is recognized under the order as having a right to be enrolled under the health benefit plan to receive benefits for which the Employee is entitled under the plan; and includes the name and last known address of the Employee and each such child, a reasonable description of the type of coverage to be provided by the plan, the period for which coverage must be provided and each plan to which the order applies.

**Reimbursement Rate**
The percentage of Eligible Charges calculated each year by BCBSGA for any Participating Hospital. The payment rate will be applied to all Hospital Inpatient and outpatient claims during the payment period, including Non-Participating Hospitals.

**Respite Care**
Care furnished during a period of time when the Member's family or usual caretaker cannot, or will not, attend to the Member's needs.

**Semiprivate Room**
A Hospital room which contains two or more beds.

**Skilled Convalescent Care**
Care required, while recovering from an illness or Injury, which is received in a Skilled Nursing Facility. This care requires a level of care or services less than that in a Hospital, but more than could be given at the patient's home or in a nursing home not certified as a Skilled Nursing Facility.

**Skilled Nursing Facility**
An institution operated alone or with a Hospital which gives care after a Member leaves the Hospital for a condition requiring more care than can be rendered at home. It must be licensed by the appropriate state agency and accredited by the Joint Commission on Accreditation of Health Care Organizations or the Bureau of Hospitals of the American Osteopathic Association, or otherwise determined by BCBSGA to meet the reasonable standards applied by any of the aforesaid authorities.

**Subscriber**
The individual who signed the Application for Enrollment and in whose name the Identification Card is issued.

**Substance Abuse**
Any use of alcohol and/or drugs which produces a pattern of pathological use causing impairment in social or occupational functioning or which produces physiological dependency evidenced by physical tolerance or withdrawal.

**Substance Abuse Rehabilitation**
Services, procedures and interventions to eliminate dependence on or abuse of legal and/or illegal chemical substances, according to individual treatment plans.

BCBS-053

## BlueChoice PPO

### Technology Assessment Criteria

Five criteria all investigative procedures must meet in order to be Covered Services under this Contract.

1. The technology must have final approval from the appropriate government regulatory bodies.
2. The scientific evidence must permit conclusions concerning the effect of the technology on health outcomes.
3. The technology must improve the net health outcome.
4. The technology must be as beneficial as any established alternative.
5. The technology must be beneficial in practice.

### Usual-Customary-Reasonable (UCR) Fees (as determined by BCBSGA):

Usual Fee: The fee a Physician most frequently receives as reimbursement for the procedure performed.

Customary Fee: Based on a competitive profile of the usual fees received as reimbursement by similar Physicians in a given geographic area for the procedure performed, according to BCBSGA's records.

Reasonable Fee: The fee different from usual or customary fees because of unusual circumstances involving complications requiring additional time, skill and experience.

If it does not pay at contracted rates, BCBSGA may pay up to the usual fee not to exceed the customary fee, unless special circumstances or complications occur, in which case BCBSGA may consider the reasonable fee.

All payments are based on the UCR applicable to the Member's actual residence (i.e., local UCR).

### Utilization Review

A function performed by BCBSGA or by an organization or entity selected by BCBSGA to review and approve whether the services provided are Medically Necessary, including but not limited to, whether acute hospitalization, length of stay, outpatient care or diagnostic services are appropriate.

### Statement of ERISA Rights

The Employee Retirement Income Security Act of 1974 (ERISA) entitles you, as a Member of the Group under this Contract, to:

1. Examine, without charge, at the Plan Administrator's office and at other specified locations such as worksites and union halls, all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by this plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions;
2. Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for these copies; and
3. Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary financial report.

In addition to creating rights for you and other Employees, ERISA imposes duties on the people responsible for the operation of your Employee benefit plan. The people who operate your plan are called plan fiduciaries. They must handle your plan prudently and in the best interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your right under ERISA. If your claim for welfare benefits is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claims reviewed and reconsidered.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide you the materials and pay you up to $110 a day until you receive the materials, unless the materials are not sent because of reasons beyond the control of the Plan Administrator. If your claim for benefits is denied or ignored, in whole or in part, you may file suit in a state or federal court. If plan fiduciaries misuse the plan's

BCBS-054

## BlueChoice PPO

money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or may file suit in a federal court. The court will decide who should pay court costs and legal fees. It may order you to pay these expenses, for example, if it finds your claim is frivolous. If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**Claims Disclosure Notice**
This Certificate Booklet contains information on reporting claims, including the time limitations on submitting a claim. Claim forms may be obtained from the Plan Administrator or BCBSGA. In addition to this information, if this *plan* is subject to ERISA, ERISA applies some additional claim procedure rules. The additional rules required by ERISA are set forth below. To the extent that the ERISA claim procedure rules are more beneficial to you, they will apply in place of any similar claim procedure rules included in this Certificate Booklet.

**Urgent Care.** BCBSGA must notify you, within 72-hours after receiving your request for benefits, that the request has been received and what your benefits are determined to be. If your request for benefits does not contain all the necessary information, BCBSGA must notify you within 24-hours after receiving it and tell you what information is missing. Any notice to you by BCBSGA will be orally by telephone or in writing by facsimile or other fast means. You have at least 48-hours to give BCBSGA the additional information needed to process your request for benefits. You may give BCBSGA the additional information needed orally by telephone or in writing by facsimile or other fast means.

If your request for benefits is denied in whole or in part, you will receive a notice of the denial within 72-hours after BCBSGA's receipt of the request for benefits or 48 hours after receipt of all the information needed to process your request for benefits, if the information is

received in a timely manner as stated above. The notice will explain the reason for the denial and the plan provision upon which the decision is based. You have 180-days to appeal the decision. You may appeal the decision orally by telephone or in writing by facsimile or other fast means. Within 72-hours after BCBSGA receives your appeal, if your claim is still considered urgent under the circumstances at the time of the appeal, BCBSGA must notify you of the decision. BCBSGA will notify you orally by telephone or in writing by facsimile or other fast means. If your claim is no longer considered urgent, it will be handled in the same manner as a Non-Urgent Care Pre-Service or Post-Service appeal, depending upon the circumstances.

**Non-Urgent Care Pre-Service (when care has not yet been received).** BCBSGA must notify you, within 15-days after receiving your request for benefits, that the request has been received and what your benefits are determined to be. If BCBSGA needs more than 15-days to determine your benefits, due to reasons beyond BCBSGA's control, BCBSGA must notify you within that 15-days period that more time is needed to determine your benefits. But, in any case, even with an extension, BCBSGA cannot take more than 30-days to determine your benefits. If you do not properly submit all the necessary information for your claim, BCBSGA must notify you, within 5-days after receiving it and tell you what information is missing. You have 45-days to provide BCBSGA with the information needed to process your request for benefits. The time period during which BCBSGA is waiting for receipt of the necessary information is not counted toward the time frame in which BCBSGA must make the benefit determination.

If your claim is denied in whole or in part, you will receive a written notice of the denial within the time frame noted above after BCBSGA has all the information needed to process your request for benefits, if the information is received in a timely manner as stated above. The written notice will explain the reason for the denial and the plan provisions upon which the decision was made. You have 180-days to appeal an adverse benefit determination. Your appeal must be in writing. Within 30-days after an appeal is received, BCBSGA must notify you of the decision. BCBSGA's notice of the decision will be in writing.

BCBS-055

## BlueChoice PPO

**Concurrent Care Decisions.** If, after approving a request for benefits in connection with your illness or Injury, BCBSGA decides to reduce or end the benefits that had been approved for you, in whole or in part:

- BCBSGA must notify you sufficiently in advance of the reduction in benefits, or the end of benefits, to allow you the opportunity to appeal the decision before the reduction in benefits or end of benefits occurs. In the notice to you, BCBSGA must explain the reason for reducing or ending your benefits and the plan provisions upon which the decision was made.

- To keep the benefits you already have approved, you must successfully appeal the decision to reduce or end those benefits. You must make your appeal to BCBSGA at least 24-hours prior to the occurrence of the reduction or ending of benefits. If you appeal the decision to reduce or end your benefits when there is less than 24-hours to the occurrence of the reduction or ending of benefits, your appeal will be treated as if you were appealing an urgent care denial of benefits (see "Urgent Care" above).

- If your appeal for benefits is received at least 24-hours prior to the occurrence of the reduction or ending of benefits, BCBSGA must notify you of the decision regarding your appeal within 24-hours of the receipt of your appeal. If your appeal of the decision to reduce or end your benefits is denied, in whole or in part, BCBSGA must explain the reason for the denial of benefits and the plan provisions upon which the decision was made. You may further appeal the denial of benefits according to the rules for appeal of an urgent care denial of benefits (see "Urgent Care" above).

**Non - Urgent Care Post-Service (reimbursement for cost of medical care).** BCBSGA must notify you, within 30-days after receiving your request for benefits, that the request has been received and what your benefits are determined to be. (In order to comply with Georgia law, BCBSGA will address claims for services already rendered within 15 business days of receipt.) If more than 30-days are needed to determine your benefits, due to reasons beyond BCBSGA's control, BCBSGA must notify you within that 30-day period that

more time is needed to determine your benefits. But, in any case, even with an extension, BCBSGA cannot take more than 45-days to determine your benefits. If you do not submit all the necessary information for your claim, BCBSGA must notify you, within 30-days after receiving it and tell you what information is missing. You have 45-days to provide the information needed to process your claim. The time period during which BCBSGA is waiting for receipt of the necessary information is not counted toward the time frame in which BCBSGA must make the benefit determination.

If your claim is denied in whole or in part, you will receive a written notice of the adverse benefit determination within the time frame stated above after BCBSGA has all the information needed to process your request for benefits, if the information is received within the time frame noted above. The written notice will explain the reason for the adverse benefit determination and the plan provisions upon which the decision was made. You have 180-days to appeal the adverse benefit determination. Your appeal must be in writing. Within 60-days after receiving your appeal, BCBSGA must notify you of the decision. The notice to you of the decision will be in writing.

**Note: You, your beneficiary, or a duly authorized representative may appeal any denial of a claim for benefits with BCBSGA and request a review of the adverse benefit determination.** In connection with such a request, documents pertinent to the administration of the plan may be reviewed free of charge; and issues outlining the basis of the appeal may be submitted. You may have representation throughout the appeal and review procedure.

Medical information BCBSGA has regarding your case will be released to you or an attorney only by written authorization from your provider and/or the Hospital.

BCBS-056

# BlueChoice®
## *PPO*

Underwritten by Blue Cross and Blue Shield
of Georgia, an Independent Licensee of
the Blue Cross and Blue Shield Association

GID: July 2002
PPO101B072002V102002WITOVER50

F-1681.792  07/02

BCBS-057

# EXHIBIT 3

# COBRA SOLUTIONS MEMBER NOTIFICATION FORM

DATE: 9-23-04

YOUR GROUP NAME: Dora Financial
10111900 000

YOUR GROUP NUMBER: 10111900 000

SEQUENTIAL FORM #

PLEASE COMPLETE ALL INFORMATION REQUESTED

**REDACTED**

| EMPLOYEE NAME | DOB | CONT. #/ SS # | TYPE COV- ERAGE | ADDRESS | CODE | DATE (A) |
|---|---|---|---|---|---|---|
| Lauren Smith | 79 | 658 (5) | BChoice PPO | 114 Morgan St Valley AL 36854 | (1) | 9-23-04 |
| | | | | | Lx 9-15 | |
| | | | | | | APU |

EVENT CODES:
01- Termination
02- Retirement
03- Termination/ Retirement/ Medicare
04- Death
05- No Longer an Eligible Dependent
06- Reduce Hours
07- Leave Of Absence
08- Divorce/ Separation
09- Loss of Coverage
10- Other/ Please Explain

(A) If a member is disabled as determined by Social Security at the time of the qualifying event, please check here.

THIS COBRA NOTIFICATION FORM IS TO BE USED TO NOTIFY COBRA ADMINISTRATION OF ELIGIBLE MEMBERS. PLEASE COMPLETE AND MAIL TO:

COBRA Solutions
P.O. BOX 8689
COLUMBUS, GEORGIA 31908

PHONE: (706) 257-1300
FAX: (706) 257-1369

BCBS-079

# EXHIBIT 4

## HEALTH BENEFITS CONTINUATION PLAN ENROLLMENT FORM
### CONE FINANCIAL GROUP, INC.

PQB NAME:       MS LAUREN SMITH
ADDRESS:        114 MORGAN ST
                VALLEY, AL 36854-

MEMBER NO.      ███████
EMPLOYEE:       LAUREN SMITH
BRANCH:
BILLING DATE:   09/15/2004
QUALIFYING EVENT:       Termination        COVERAGE EFFECTIVE DATE: 09/15/2004

**REDACTED**

LIST ELIGIBLE PERSONS TO BE COVERED: (PERSONS PREVIOUSLY COVERED ONLY)

| NAME LAST   FIRST MIDDLE | BIRTH DATE | SEX | SOC. SEC # |
|---|---|---|---|
| Cooper Lauren Smith | ██ 79 | F | ██-██-0658 |

| Plan Description | Coverage Level | Premium |
|---|---|---|
| 1011190-051 PPO/RX | EMPLOYEE ONLY | $264.87 |
| Total Monthly Premium: | | $264.87 |

I HEREBY REQUEST ENROLLMENT IN THE HEALTH BENEFITS CONTINUATION PLAN FOR MYSELF AND ELIGIBLE QUALIFIED DEPENDENTS LISTED ON THIS FORM AND AGREE TO PAY THE PREMIUM AS REQUIRED. I UNDERSTAND THAT CONTINUATION COVERAGE WILL TERMINATE UNDER SEVERAL CIRCUMSTANCES, INCLUDING: THE DATE I OR A CONTINUED DEPENDENT BECOME COVERED UNDER MEDICARE OR ANOTHER GROUP HEALTH/DENTAL PLAN, OR ON THE DATE ON WHICH THE GROUP HEALTH/DENTAL PLAN ENDS. I ALSO UNDERSTAND THAT IF I WAS DISABLED AT THE TIME OF MY QUALIFYING EVENT, I MAY BE ELIGIBLE FOR EXTENDED CONTINUATION COVERAGE AND THAT ANY BREAK IN CONTINUED COVERAGE OF MORE THAN SIXTY-THREE DAYS MAY CAUSE LOSS OF COVERAGE "PORTABILITY". I ALSO UNDERSTAND THIS COBRA CONTINUATION IS NOT EXTENDED FOR LIFE INSURANCE COVERAGE I MAY HAVE HAD THROUGH MY EMPLOYER GROUP I ALSO UNDERSTAND THAT I MUST PAY RETROACTIVELY TO THE CANCELLATION OF MY REGULAR GROUP COVERAGE AND NO COVERAGE IS IN FORCE UNTIL I SEND THE APPROPRIATE PREMIUMS.

UNDER THE COBRA RULES YOU ARE ALLOWED TO CHOOSE COVERAGE FOR YOURSELF OR ANY COMBINATION OF OTHER FAMILY MEMBERS COVERED AT THE TIME OF THE QUALIFYING EVENT. IF YOU WISH TO COVER ANY INDIVIDUAL OR GROUP OF THESE FAMILY MEMBERS INCLUDING OR EXCLUDING YOURSELF, PLEASE CONTACT OUR OFFICE TO DISCUSS THE RATES THAT WOULD APPLY.

_Lauren Smith Cooper_   DATE: 10.22.04
Signature of MS LAUREN SMITH

NOTE: In order to be enrolled in the Health Benefits Continuation Plan this ENROLLMENT FORM must be received no later than 11/23/2004.

Please send completed form and check to:
        BLUE CROSS BLUE SHIELD
        PO BOX 404145
        ATLANTA, GA  30384

# EXHIBIT 5



**CONE FINANCIAL GROUP**

*"The Business Management People"*

To Whom It May Concern:

Please be advised that we are canceling our coverage (Group ID 101119000) through Blue Cross Blue Shield of Ga. effective January 1, 2005. Please refund premium payment submitted in November 05 for $35,502.68.

Thank you,

*[signature]*

Neil G. Fennell
CFO
Cone Financial Group, Inc.

*000,057*

BCBS-083

406 South Broad Street ▪ P.O. Box 2057 ▪ Thomasville, Georgia 31799
Phone 229-226-2909 ▪ Fax 229-226 2351

```
VMLT410  OPID 0822 --------------*  Q/CARE  *------------- REG 01  SITE 000
01/14/05              COMMUNICATIONS LOG - EMPLOYER GROUP ENTRY            10:
==================================================================================
EMP GR ID: 1011190000        NAME: CONE FINANCIAL GROUP, INC
I OPID  : 0822  STUBBS ROBIN          INT DATE: 01 13 2005   TIME: 14 19 2
  DEPT  : MKXX  MARKETING (GENERAL)   DUE DATE: 01 13 2005   TIME: 14 19
  REASON: CX    CANCELLATIONS, BOTH FOR P CLAIM ID:                    INQ:

  ROUTE : SCAN  GENERIC SNEW CANELLATIONS  CORR CD :
  INQ NM:                                  INQ TYPE: L   LAWYER
  $VALUE:                    .00           CON TYPE: G   NEW GROUP
D OPID  :                                  DEPT    :
  REASON:                                  DIS DATE:             TIME:
================= TRACKING ID: LAPP 20050113 140713 02 ==================
   COMMENTS ADDED BY:  LAPP - SLAPPEY REBECCA L - 01/13/2005 14:17:08
EFFECTIVE 01-01-05 PLEASE CANCEL THE COVERAGE FOR THIS GROUP SUB 000,051.
THE GROUP RENEWED IN DECEMBER MAKING A PLAN CHANGE NO CONCESSION WAS REQUESTI
   AGENT ADVISED THAT THE GROUP HAS GONE TO A SELF INSURED PLAN .  GROUP IS RI
ESTING A 35,502.68 REFUND OF OVERPAYMENT MADE IN NOVEMBER.
        >>> ADDITIONAL COMMENTS EXIST  -  PRESS PF8 TO CONTINUE <<<
TOP OF COMMENTS
==================================================================================
ENT-EDIT/ADD  F21-INQUIRY  F4-SCRL TOP  F7-SCRL BWD  F10-PRV SEQ#  F6-CLAIM I
CLR-MAINMENU  F3-PRV SCRN  F5-SCRL BOT  F8-SCRL FWD  F11-NXT SEQ#  F9-CORR LC
```

BCBS-084

**Stubbs, Robin**

| | | |
|---|---|---|
| From: | Eform Servlet-BCBSGA (Shared Mailbox) | Sent:Fri 2005-01-14 10:59 AM |
| To: | dl-ef.cancelsmallbill; Johnson, Sherman; Harris, Sheri; Stubbs, Robin | |
| Cc: | Stubbs, Robin | |
| Subject: | Cancellation Request - Small G (EForm ID 391048) | |
| Attachments: | | |

| Cancellation Request for Employer Group - **Small** | | | 1/14/2005,10:59:41 |
|---|---|---|---|
| Cancellation for* | Entire Group Small Group | Submitted by*(required) | Robin Stubbs |
| Is this group active on Employer Access for Web Enrollment? Yes, employeraccess.forms will receive a copy. Not sure, please call 1-800-682-9597* | | | No |
| Will this cancellation affect the dental product?* | | | No |
| Will this cancellation affect the Life product?* | | | Yes |
| Will this cancellation affect the Avesis vision product? | | | No |
| Type Account | Georgiabased, | | |
| Group Name* | CONE FINANCIAL GROUP, INC | | |
| Base Group Number* | 1011190 | Sub Group Numbers (List all sub group numbers to be canceled) | 000/051 |
| ComLog Number | LAPP 20050113 140713 02 | Broker's Name | Ron Arline |
| Sales Rep. Name* | N/A | Sales Rep. Number* | N/A |
| Service Rep. Name* | Becky Slappey | Service Rep. Number* | 103 |
| Cancel Date* (YYYY/MM/DD) | 2005/01/01 | Date Request Received* | 2005/01/13 |
| Original Effective Date* | 1999/03/01 | Renewal Date* | 2005/03/01 |
| Total Contracts* | 102 | Loss Ratio | 109% |
| County | THOMAS | Cancel Reason Code | 87 |
| Cancel Reason* | Rates | | |
| | EFFECTIVE 01-01-05 PLEASE CANCEL THE COVERAGE FOR THIS GROUP SUB 000,051. THE GROUP RENEWED IN DECEMBER MAKING A PLAN CHANGE NO CONCESSION WAS REQUESTED. AGENT ADVISED THAT THE GROUP HAS GONE TO A SELF INSURED PLAN . GROUP IS REQU ESTING A 35,502.68 REFUND OF OVERPAYMENT MADE IN NOVEMBER. | | |
| New Carrier | | | |
| Copies of this form were sent to: dl-ef.cancelsmallbill@wellpoint.com,sherman.johnson@bcbsga.com,sheri.harris@bcbsga.com,rstubbs@bcbsga.com rstubbs@bcbsga.com | | | |

Feedback: Klothilde Luna

BCBS-085

## Carsten, Bill

**From:** Eform Servlet-BCBSGA (Shared Mailbox)
**Sent:** Friday, January 14, 2005 11:00 AM
**To:** dl-ef.cancelsmallbill; Johnson, Sherman; Harris, Sheri; Stubbs, Robin
**Cc:** Stubbs, Robin
**Subject:** Cancellation Request - Small G (EForm ID 391048)

| Cancellation Request for Employer Group - **Small** | | | 1/14/2005, 10:59:4 |
|---|---|---|---|
| Cancellation for* | Entire Group Small Group | Submitted by*(required) | Robin Stubbs |
| Is this group active on Employer Access for Web Enrollment? Yes, employeraccess.forms will receive a copy. Not sure, please call 1-800-682-9597* | | | No |
| Will this cancellation affect the dental product?* | | | No |
| Will this cancellation affect the Life product?* | | | Yes |
| Will this cancellation affect the Avesis vision product? | | | No |
| Type Account | Georgiabased, | | |
| Group Name* | CONE FINANCIAL GROUP, INC | | |
| Base Group Number* | 1011190 | Sub Group Numbers (List all sub group numbers to be canceled) | 000/051 |
| ComLog Number | LAPP 20050113 140713 02 | Broker's Name | Ron Arline |
| Sales Rep. Name* | N/A | Sales Rep. Number* | N/A |
| Service Rep. Name* | Becky Slappey | Service Rep. Number* | 103 |
| Cancel Date* (YYYY/MM/DD) | 2005/01/01 | Date Request Received* | 2005/01/13 |
| Original Effective Date* | 1999/03/01 | Renewal Date* | 2005/03/01 |
| Total Contracts* | 102 | Loss Ratio | 109% |
| County | THOMAS | Cancel Reason Code | 87 |
| Cancel Reason* | Rates | | |
| | EFFECTIVE 01-01-05 PLEASE CANCEL THE COVERAGE FOR THIS GROUP SUB 000,051. THE GROUP RENEWED IN DECEMBER MAKING A PLAN CHANGE NO CONCESSION WAS REQUESTED. AGENT ADVISED THAT THE GROUP HAS GONE TO A SELF INSURED PLAN . GROUP IS REQU ESTING A 35,502.68 REFUND OF OVERPAYMENT MADE IN NOVEMBER. | | |
| New Carrier | | | |

Copies of this form were sent to:
dl-ef.cancelsmallbill@wellpoint.com,sherman.johnson@bcbsga.com,sheri.harris@bcbsga.com,rstubbs@bcbsga.com
rstubbs@bcbsga.com

Feedback: Klothilde Luna

BCBS-086

# EXHIBIT 6

4/3/2008    7:44:55 AM

BlueCross
BlueShield
of Georgia

An Independent Licensee of the
Blue Cross Blue Shield Association

P.O. BOX 5035
THOUSAND OAKS, CA 91359

BANK OF AMERICA
ATLANTA, DEKALB COUNTY, GA

64-1278
611

CHECK NUMBER
00381150
VOID AFTER SIX MONTHS

C252

Date    04/05/2005    Pay Amount    ***264.88

Pay    ****TWO HUNDRED SIXTY-FOUR AND 88 / 100 DOLLAR****

To The Order Of

104·16

LAUREN SMITH
114 MORGAN ST
VALLEY, AL 36854

⑈00381150⑈ ⑆061112788⑈ 329 996 8794⑈    ⑈000026488⑈

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW. THIS CHECK IS VOID IF COLORED BACKGROUND IS ABSENT.

1055064

BANK OF AMERICA ATL
861000052  ES894 24 PGS
04/14/V6

0900546930

0914005510
04142005
0510-0914-6 GA WATERS/G
BKA 04898  TRC=0836171889
04-13-2005    >261170876<

**REDACTED**

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

4/3/2008     7:44:56 AM

| Location | Acct # | Check # | Amount | Issue Date |
|---|---|---|---|---|
| CD | 3299968794 | 381150 | $264.88 | |
| Paid Date | Sequence | Customer Data | Bank # | GL Category |
| 4/14/2005 | 900546930 | | 0 | 000000000000 |
| CD VolID/CIMS Key | CD Label | | Process Control | |
| 20050502042301 | 20050502042301 | | | |

onshd: /usr/zen+1/data/5/404145/rd/20041027/outputs/pti.1769-CTRL/ATL-404145-p0-wf.g1 WU: D-1769 on 10/27/2004  Page C-47

BCBSGA, Cobra                    ATL-404145          Ledger Date  10/27/2004



| | | | | | | |
|---|---|---|---|---|---|---|
| TR# | 261170876 | Acct# | 25131776 | Ser# | 1012 | Check Amount | $406.14 |
| TID | Y-1097162 | Batch | 3 | Item | 45 | Batch Total | $21,037.70 |
| | | | | | | Trans Source | Check |

REDACTED

:Gazette COMPANY:

| | | | |
|---|---|---|---|
| Amount: | $264.87 | Sequence Number: | 0900135090 |
| Account: | | Capture Date: | 11/29/2004 |
| Bank Number: | 26117087 | Check Number: | C |



REDACTED

:Gazzette  COMPANY :

| | | | |
|---|---|---|---|
| Amount: | $264.87 | Sequence Number: | 0400447920 |
| Account: | | Capture Date: | 12/01/2004 |
| Bank Number: | 26117087 | Check Number: | 0 |

**KEVIN COOPER**
**LAUREN S. COOPER**
114 MORGAN ST
VALLEY, AL 36854
PH. 334-756-0321

*for the joy of the Lord is your strength*
*Nehemiah 8:1*

1049

Date 11.29.04

Pay to the
Order of BCBS                                    $264.87

two hundred sixty four 87/100 ————————— Dollars

**Charter**BANK
West Point, LaGrange, GA
Valley, Auburn, AL

*Lauren S. Cooper*

For _____

⑆261170876⑆ ▪▪▪▪ ⑈1049 ⑇000001 6487⑇

REDACTED

0400447920



**REDACTED**

# EXHIBIT 7

## LAUREN COOPER SMITH
### Blue Cross Blue Shield of Georgia, Inc. Member ID: XKC807A65253
### Claims Incurred After Cancellation Date of 1/1/05; Submitted to and Denied through Blue Cross Blue Shield of Alabama

Prepared by smos / bcbsga / 3-27-08 / source: ITS

| SCCF Number Provider Name Patient Name | DOS | Charge | Allowed | Provider Liability | Not Covd | Member Liability Deductible | Coinsurance | Copay | Amount Paid | Date Pd/Denied | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 010200504717660 Lee Pathology Laboratory Lauren Cooper | 2/10/2005 | $50.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/3/2005 | 0010 |
| 010200502514567 East Alabama Healthcare Lauren Cooper | 1/12/2005 - 1/15/2005 | $5,188.89 | $0.00 | $0.00 | $5,188.89 | $0.00 | $0.00 | $0.00 | $0.00 | 2/3/2005 | 0010 |
| 010200504910940 Pediatric Clinic Benjamin Cooper | 1/13/2005 - 1/15/2005 | $239.00 | $0.00 | $0.00 | $239.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/3/2005 | 1027 |
| 010200502110345 East Alabama Womens Clinic Lauren E. Smith | 1/13/2005 | $2,100.00 | $0.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/3/2005 | 0010 |
| 010200502110346 Anesthesia Associates of East Alabama Lauren E. Cooper | 1/12/2005 | $1,200.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/3/2005 | 0010 |
| | | $8,777.89 | $0.00 | $0.00 | $8,777.89 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Remark Codes:
0010 - The member is not effective on this date of service.
1027 - Our records indicate that this dependent is not an eligible dependent.

BCBS-106

REDACTED

PAGE 1 OF 5    1GLO10U2

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

RUN 03/27/08

| MP CONTROL NBR / CLM NBR / PROVIDER NAME / PROVIDER ADDRESS | PAT FIRST / LAST NAME | SRVC FROM / SRVC THRU / PAID DATE | CHRG AMOUNT / ELIG AMOUNT / PAID AMOUNT / *ENC AMOUNT | COB AMOUNT / PROV DISCNT / PROV NONCOV | PAT AMOUNT / PAT DEDUCT / PAT COINS / PAT NONCOV | DENY CODE | PR CTTP DC TS / ---DIAGNOSIS CODES--- / ---PROCEDURE CODES--- | MBR SC WP |
|---|---|---|---|---|---|---|---|---|
| 6 2004202600049<br>0004901<br>WHEELER PHARMACY<br>1709 VETERANS MEM PARKWAY<br>LANETT AL36863 | LAUREN SMITH | 07/13/2004<br>07/13/2004<br>07/23/2004 | 25.39<br>25.39<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00 | 0.00<br>25.39<br>25.39 | | P PB1 1 K | 01 Q P |
| 9 2004239900560<br>0056001<br>ITS PPO PROVIDER *<br>3350 PEACHTREE RD NE<br>ATLANTA GA30326 | LAUREN SMITH | 08/20/2004<br>08/20/2004<br>08/31/2004 | 36.00<br>36.00<br>1.18<br>0.00 | 0.00<br>11.88<br>11.88 | 24.12<br>0.00<br>24.12 | | P CB1 1 5 V7389<br>V222 V222 | 01 Q P |
| 9 2004243900510<br>0051001<br>ITS PPO PROVIDER *<br>3350 PEACHTREE RD NE<br>ATLANTA GA30326 | LAUREN SMITH | 08/23/2004<br>09/30/2004 | 250.00<br>250.00<br>6.25<br>0.00 | 0.00<br>82.50<br>82.50 | 167.50<br>0.00<br>167.50 | | P CB1 1 4<br>V288 V286 | 01 Q P |
| 9 2004244902212<br>0221201<br>ITS PPO PROV-EMERGENCY MEDICIN **<br>3350 PEACHTREE RD NE<br>ATLANTA GA30326 | LAUREN SMITH | 08/23/2004<br>09/30/2004 | 122.00<br>40.00<br>48.20<br>0.00 | 0.00<br>82.00<br>82.00 | 0.00<br>0.00<br>0.00 | | P SB1 1 4<br>V288<br>76805 | 01 Q P |
| 6 2004247600055<br>0005901<br>WHEELER PHARMACY<br>1709 VETERANS MEM PARKWAY<br>LANETT AL36863 | LAUREN SMITH | 08/27/2004<br>08/27/2004<br>09/10/2004 | 25.39<br>25.39<br>0.00<br>0.00 | 0.00<br>0.00<br>0.00 | 0.00<br>25.39<br>25.39 | | P PB1 1 K | 01 Q P |

\* East Alabama Healthcare, 2000 Pepperell Pkwy, Opelika AL 36801-5452
\*\* Alabama Imaging PC, Medical Arts Ctr-Bldg 22, 122 N 20th St, Opelika AL 36801-5442

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
BCBSGa Proprietary and Confidential

BCBS-107

PAGE 2 OF 5    LGLO10R2

**REDACTED**    RUN 03/27/08

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2006

| MF CONTROL NBR / CLM NBR / PROVIDER NAME / PROVIDER ADDRESS | PAT FIRST / LAST NAME | SRVC FROM / SRVC THRU / PAID DATE | CHRG AMOUNT / ELIG AMOUNT / PAID AMOUNT / *SRVC AMOUNT | COB AMOUNT / PROV DISCNT / PROV NONCOV | PAT DEDUCT / PAT COINS / PAT NONCOV | DENY CODE | PR CTYP DC TS MBR SC WP / DIAGNOSIS CODES / PROCEDURE CODES |
|---|---|---|---|---|---|---|---|
| 9 200431190050 6<br>00506 01<br>ITS PPO PROVIDER *<br>3350 PEACHTREE RD NE | LAUREN<br>SMITH | 11/10/2004<br>11/10/2004<br>11/30/2004<br>ATLANTA | 14.00<br>14.00<br>0.63<br>0.00<br>GA30326 | 0.00<br>6.30<br>6.30 | 7.70<br>0.00<br>7.70 |  | P CBI 1    S    01 Q P<br>2875 2875 |
| 9 200432290205 2<br>020520 1<br>ITS PPO PROV-CARDIO DISEASE **<br>3350 PEACHTREE RD NE | LAUREN<br>SMITH ** | 11/15/2004<br>11/15/2004<br>11/30/2004<br>ATLANTA | 214.00<br>138.00<br>130.60<br>0.00<br>GA30326 | 0.00<br>76.00<br>76.00 | 0.00<br>15.00<br>15.00 |  | P SB1 1    3    01 Q P<br>7851<br>99244 |
| 9 200432290205 2<br>020520 2<br>ITS PPO PROV-CARDIO DISEASE **<br>3350 PEACHTREE RD NE | LAUREN<br>SMITH ** | 11/15/2004<br>11/15/2004<br>11/30/2004<br>ATLANTA | 68.00<br>43.00<br>45.50<br>0.00<br>GA30326 | 0.00<br>25.00<br>25.00 | 0.00<br>0.00<br>0.00 |  | P SB1 1    1    01 Q P<br>7851<br>93000 |
| 9 200432490206 8<br>020680 1<br>ITS PPO PROV-CARDIO DISEASE **<br>3350 PEACHTREE RD NE | LAUREN<br>SMITH ** | 11/15/2004<br>11/15/2004<br>11/30/2004<br>ATLANTA | 178.00<br>0.00<br>17.80<br>0.00<br>GA30326 | 0.00<br>178.00<br>0.00 | 0.00<br>0.00<br>0.00 |  | P SB1 1    1    01 Q P<br>7851 7850<br>93325 |
| 9 200432490206 8<br>020680 2<br>ITS PPO PROV-CARDIO DISEASE **<br>3350 PEACHTREE RD NE | LAUREN<br>SMITH ** | 11/15/2004<br>11/15/2004<br>11/30/2004<br>ATLANTA | 252.00<br>0.00<br>25.20<br>0.00<br>GA30326 | 0.00<br>252.00<br>0.00 | 0.00<br>0.00<br>0.00 |  | P SB1 1    1    01 Q P<br>7851 7850<br>93320 |

\* East Alabama Healthcare, 2000 Pepperell Pkwy, Opelika AL 36801-5442
\*\* W. Ross Davis MD PC, 2123 Executive Park Dr, Opelika AL 36801-6041

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
BCBSGA Proprietary and Confidential

BCBS-108

REDACTED

PAGE 3 OF 5    LGL010R2

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER ▬▬▬▬▬
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

RUN 03/27/08

| MF CONTROL NBR / CLM NBR / PROVIDER NAME / PROVIDER ADDRESS | PAT FIRST LAST NAME | SRVC FROM / SRVC THRU / PAID DATE | CHRG AMOUNT / ELIG AMOUNT / PAID AMOUNT / *ENC AMOUNT | COB AMOUNT / PROV DISCNT / PROV NONCOV | PAT DEDUCT / PAT COINS / PAT NONCOV | DENY CODE | PR CTYP DC TS MBR SC WP / --DIAGNOSIS CODES-- / --PROCEDURE CODES-- |
|---|---|---|---|---|---|---|---|
| 9 2004324902068 0206903 ITS PPO PROV-CARDIO DISEASE ✱ 3350 PEACHTREE RD NE | LAUREN SMITH | 11/15/2004 11/15/2004 11/30/2004 ATLANTA GA30326 | 410.00 256.00 271.40 0.00 | 0.00 154.00 154.00 | 0.00 0.00 0.00 | | P SB1 1 1 01 Q P 7851 7850 93307 |
| 9 2004324902066 0206601 ITS PPO PROV-INTERNAL MEDICINE ✱ 3350 PEACHTREE RD NE | LAUREN SMITH | 11/17/2004 11/17/2004 11/30/2004 ATLANTA GA30326 | 433.00 277.00 292.60 0.00 | 0.00 156.00 156.00 | 0.00 0.00 0.00 | | P SB1 1 1 01 Q P 7851 7850 93224 |
| 9 2004334902772 0277201 ITS PPO PROV-CARDIO DISEASE ✱ 3350 PEACHTREE RD NE | LAUREN SMITH | 11/19/2004 11/19/2004 12/31/2004 ATLANTA GA30326 | 63.00 47.00 33.60 0.00 | 0.00 16.00 16.00 | 0.00 15.00 15.00 | | P SB1 1 1 01 Q P 42789 7851 99213 |
| 6 2004333600091 0009101 WHEELER PHARMACY 1709 VETERANS MEM | LAUREN SMITH | 11/22/2004 11/22/2004 12/03/2004 LANETT AL36863 | 51.43 44.02 29.02 0.00 | 0.00 0.00 7.41 | 0.00 15.00 15.00 | | P PB1 1 K 01 Q P |
| 6 2004333600092 0009201 WHEELER PHARMACY 1709 VETERANS MEM | LAUREN SMITH | 11/22/2004 11/22/2004 12/03/2004 LANETT AL36863 | 9.11 9.11 0.00 0.00 | 9.11 9.11 0.00 | 0.00 9.11 9.11 | | P PB1 1 K 01 Q P |

✱    W. Ross Davis MD PC, 2123 Executive Park Dr, Opelika AL 36801-6041

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
BCBSGA Proprietary and Confidential

BCBS-109

**REDACTED**

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC
CLAIMS PROCESSED FOR CONTRACT NUMBER ▓▓▓▓▓▓▓▓
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

RUN 03/27/08

| MF CONTROL NBR CLM NBR PROVIDER NAME PROVIDER ADDRESS | PAT FIRST LAST NAME | SRVC FROM SRVC THRU PAID DATE | CHRG AMOUNT ELIG AMOUNT *ENC AMOUNT | COB AMOUNT PROV DISCNT PROV NONCOV | PAT DEDUCT PAT COINS PAT NONCOV | DENY CODE | PR | CTYP | DC | TS | NBR ----DIAGNOSIS CODES---- ----PROCEDURE CODES---- | SC | WP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 2005012900606 0060601 | LAUREN SMITH | 01/06/2005 01/06/2005 01/31/2005 | 26.50 26.50 0.95 0.00 | 0.00 9.54 9.54 | 16.96 0.00 16.96 | | P | CB1 | 1 | 5 | 01 V0251 V0251 | Q | P |
| ITS PPO PROVIDER ✶ 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |
| 6 2005023600065 0006501 | LAUREN SMITH | 01/17/2005 01/17/2005 02/04/2005 | 11.14 0.00 0.00 0.00 | 0.00 0.00 0.00 | 0.00 0.00 11.14 | 011 | P | PB1 | 1 | K | 01 | Q | P |
| WHEELER PHARMACY 1709 VETERANS MEM | PARKWAY | LANETT | AL36863 | | | | | | | | | | |
| TOTAL | LAUREN SMITH | | 2,188.96 1,231.41 904.93 0.00 | 0.00 1,049.22 626.63 | 216.28 104.89 332.31 | | | | | | | | |

*  East Alabama Healthcare, 2000 Pepperell Pkwy, Opelika AL 36801-5452

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
*BCBSGA Proprietary and Confidential*

BCBS-110

REDACTED

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CODE DESCRIPTIONS FOR CLAIMS PERTAINING TO CONTRACT NUMBER ██████
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

| TYPE | CODE | DESCRIPTION |
|------|------|-------------|
| DENY CODE | 011 | THE MEMBER IS NOT EFFECTIVE ON THIS DATE OF SERVICE. |
| DIAGNOSIS | 2875 | THROMBOCYTOPENIA, UNSPECIFIED |
| DIAGNOSIS | 42789 | OTHER SPECIFIED CARDIAC DYSRHYTHMIAS |
| DIAGNOSIS | 7850 | TACHYCARDIA, UNSPECIFIED |
| DIAGNOSIS | 7851 | PALPITATIONS |
| DIAGNOSIS | V0251 | CARRIER OR SUSPECTED CARR- IER OF GROUP B STREPTOCOCCUS |
| DIAGNOSIS | V222 | PREGNANT STATE, INCIDENTAL |
| DIAGNOSIS | V280 | OTHER SPECIFIED ANTENATAL SCREENING |
| DIAGNOSIS | V7389 | SPECIAL SCREENING FOR OTHERSPECIFIED VIRAL DISEASES |
| PROCEDURE | 76805 | U/S,PREGNANT UTERUS, REAL TIME WITH IMAGE DOCUMENTATION,FETAL AND     MATERNAL EVAL;AFTER 1ST TRI(>/-14WKS0DAYS)TRANSABD APPROACH,SINGLE/1ST GESTATI |
| PROCEDURE | 93000 | ELECTROCARDIOGRAM (EKG/EKG) WITH INTERPRETATION AND REPORT |
| PROCEDURE | 93224 | EKG MONITORIN FOR 24HRS BY CONTIN ORIGINAL ECG WAVEFORM RECORDING STORAGE,W VISUAL SUPERIMPOSITION SCAN;INCL RECORD,SCAN ANALYS,REP,MD REV &INTERPRE |
| PROCEDURE | 93307 | ECHOCARDIOGRAPHY,REAL TIME SCAN WITH IMAGE DOCUMENTATION(2) WITHOR WITHOUT M-MODE RECORDING,COMPLETE |
| PROCEDURE | 93320 | DOPPLER ECHOCARDIOGRAPHY,PULSED WAVE AND/OR CONTINUOUS WAVE WITH SPECTRAL DISPLAY,COMPLETE |
| PROCEDURE | 93325 | DOPPLER COLOR FLOW VELOCITY MAPPING(LIST SEPARATELY IN ADDITION TO CODE FOR ECHOCARDIOGRAPHY (SEE MANUAL FOR CODES) |
| PROCEDURE | 99213 | OFFICE OR OTHER OUTPATIENT VISIT,ESTABLISHED PATIENT; 15 MINUTES |
| PROCEDURE | 99244 | OFFICE OR OTHER OUTPATIENT CONSULATION,NEW OR ESTABLISHED   PATIENT; 60 MINUTES |

END OF REPORT LGL010R2

BCBSGa Proprietary and Confidential

## LAUREN COOPER SMITH
### Blue Cross Blue Shield of Georgia, Inc. Member ID: XKC807A65253
Claims Incurred After Cancellation Date of 1/1/05; Submitted to and Denied through Blue Cross Blue Shield of Alabama

Prepared by smos / bcbsga / 3-27-08 / source:ITS

| SCCF Number / Provider Name / Patient Name | DOS | Charge | Allowed | Provider Liability | Not Covd | Member Liability | | | Amount Paid | Date Pd/Denied | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Deductible | Coinsurance | Copay | | | |
| 01020050471760 Lee Pathology Laboratory Lauren Cooper | 2/10/2005 | $50.00 | $0.00 | $0.00 | $50.00 | $0.00 | | $0.00 | $0.00 | 3/3/2005 | 0010 |
| 0102005251456 East Alabama Healthcare Lauren Cooper | 1/12/2005 - 1/15/2005 | $5,188.89 | $0.00 | $0.00 | $5,188.89 | $0.00 | | $0.00 | $0.00 | 2/3/2005 | 0010 |
| 0102005049109 Pediatric Clinic Benjamin Cooper | 1/13/2005 - 1/15/2005 | $239.00 | $0.00 | $0.00 | $239.00 | $0.00 | | $0.00 | $0.00 | 3/3/2005 | 1027 |
| 0102005021103 East Alabama Womens Clinic Lauren E. Smith | 1/13/2005 | $2,100.00 | $0.00 | $0.00 | $2,100.00 | $0.00 | | $0.00 | $0.00 | 2/3/2005 | 0010 |
| 0102005021103 Anesthesia Associates of East Alabama Lauren E. Cooper | 1/12/2005 | $1,200.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | 2/3/2005 | 0010 |
| | | $8,777.89 | $0.00 | $0.00 | $8,777.89 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Remark Codes:
0010 - The member is not effective on this date of service.
1027 - Our records indicate that this dependent is not an eligible dependent.

Page 1 of 1

BCBS-106

REDACTED

PAGE 1 OF 5    LGL010R2

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER ████████
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

RUN 03/27/08

| MP CONTROL NBR CLM NBR PROVIDER NAME PROVIDER ADDRESS | PAT FIRST LAST NAME | SERVC FROM SERVC THRU PAID DATE | CHRG AMOUNT ELIG AMOUNT PAID AMOUNT *ENC AMOUNT | COB AMOUNT PROV DISCNT PROV NONCOV | PAT AMOUNT PAT COINS PAT NONCOV | DENY CODE | PR | CTYP | DC | TS | MBR | SC | WP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | -----DIAGNOSIS CODES----- | | | |
| | | | | | | | | | | -----PROCEDURE CODES----- | | | |
| 6  2004202600049 0004901 WHEELER PHARMACY 1709 VETERANS MEM PARKWAY | LAUREN SMITH LANETT AL36863 | 07/13/2004 07/13/2004 07/23/2004 | 25.39 25.39 0.00 0.00 | 0.00 0.00 0.00 | 0.00 25.39 25.39 | | P | PB1 | 1 | K | 01 | Q | P |
| 9  2004123990560 0056001 ITS PPO PROVIDER * 3350 PEACHTREE RD NE | LAUREN SMITH ATLANTA GA30326 | 08/20/2004 08/20/2004 08/31/2004 | 36.00 36.00 1.18 0.00 | 0.00 11.88 11.88 | 24.12 0.00 24.12 | | P V222 | CB1 V222 | 1 V7389 | S | 01 | Q | P |
| 9  2004243900510 0051001 ITS PPO PROVIDER * 3350 PEACHTREE RD NE | LAUREN SMITH ATLANTA GA30326 | 08/23/2004 08/23/2004 09/30/2004 | 250.00 250.00 6.25 0.00 | 0.00 82.50 82.50 | 167.50 0.00 167.50 | | P V288 | CB1 V288 | 1 | 4 | 01 | Q | P |
| 9  2004244902212 0221201 ITS PPO PROV-EMERGENCY MEDICIN ** 3350 PEACHTREE RD NE | LAUREN SMITH ATLANTA GA30326 | 08/23/2004 08/23/2004 09/30/2004 | 122.00 40.00 48.20 0.00 | 0.00 82.00 82.00 | 0.00 0.00 0.00 | | P V288 76805 | SB1 | 1 | 4 | 01 | Q | P |
| 6  2004247600059 0005901 WHEELER PHARMACY 1709 VETERANS MEM PARKWAY | LAUREN SMITH LANETT AL36863 | 08/27/2004 08/27/2004 09/10/2004 | 25.39 25.39 0.00 0.00 | 0.00 0.00 0.00 | 0.00 25.39 25.39 | | P | PB1 | 1 | K | 01 | Q | P |

*    East Alabama Healthcare, 2000 Pepperell Pkwy, Opelika AL 36801-5452
**   Alabama Imaging PC, Medical Arts Ctr-Bldg 22, 122 N 20th St, Opelika AL 36801-5442

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
BCBSGA Proprietary and Confidential

BCBS-107

REDACTED

RUN 03/27/08

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER ████████
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

| MP CONTROL NBR CLM NBR PROVIDER NAME PROVIDER ADDRESS | PAT FIRST LAST NAME | SRVC FROM SRVC THRU PAID DATE | CHRG AMOUNT ELIG AMOUNT PAID AMOUNT *ENC AMOUNT | COB AMOUNT PROV DISCNT PROV NONCOV | PAT DEDUCT PAT COINS PAT NONCOV | DENY CODE | PR | CTYP | DC | TS | MBR | SC | MP — DIAGNOSIS CODES — — PROCEDURE CODES — |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9  200431210900506 0050601 | LAUREN SMITH | 11/10/2004 11/10/2004 11/30/2004 | 14.00 14.00 0.63 0.00 | 0.00 6.30 6.30 | 7.70 0.00 7.70 | | P | CB1 | 1 | S | 01 | Q | P  2875  2875 |
| ITS PPO PROVIDER * 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |
| 9  200412290202052 0205201 | LAUREN SMITH | 11/15/2004 11/15/2004 11/30/2004 | 214.00 138.00 130.60 0.00 | 0.00 76.00 76.00 | 0.00 15.00 15.00 | | P | SB1 | 1 | 3 | 01 | Q | P  7851  93244 |
| ITS PPO PROV-CARDIO DISEASE ** 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |
| 9  200412290202052 0205202 | LAUREN SMITH | 11/15/2004 11/15/2004 11/30/2004 | 68.00 43.00 45.50 0.00 | 0.00 25.00 25.00 | 0.00 0.00 0.00 | | P | SB1 | 1 | 1 | 01 | Q | P  7851  93000 |
| ITS PPO PROV-CARDIO DISEASE ** 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |
| 9  200432490202066 0206801 | LAUREN SMITH | 11/15/2004 11/15/2004 11/30/2004 | 178.00 0.00 17.80 0.00 | 0.00 178.00 0.00 | 0.00 0.00 0.00 | | P | SB1 | 1 | 1 | 01 | Q | P  7851  93325 |
| ITS PPO PROV-CARDIO DISEASE ** 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |
| 9  200432490202068 0206802 | LAUREN SMITH | 11/15/2004 11/15/2004 11/30/2004 | 252.00 0.00 25.20 0.00 | 0.00 252.00 0.00 | 0.00 0.00 0.00 | | P | SB1 | 1 | 1 | 01 | Q | P  7851  93320 |
| ITS PPO PROV-CARDIO DISEASE ** 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |

*   East Alabama Healthcare, 2000 Pepperell Pkwy, Opelika AL 36801-5442
**  W. Ross Davis MD PC, 2123 Executive Park Dr, Opelika AL 36801-6041

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
BCBSGA Proprietary and Confidential

BCBS-108

REDACTED

RUN 03/27/08

PAGE 3 OF 5    LGL0108Z

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER ▮
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

| MF CONTROL NBR CLM NBR PROVIDER NAME PROVIDER ADDRESS | PAT FIRST LAST NAME | SRVC FROM SRVC THRU PAID DATE | CHRG AMOUNT ELIG AMOUNT PAID AMOUNT *ENC AMOUNT | COB AMOUNT PROV DISCNT PROV NONCOV | PAT DEDUCT PAT COINS PAT NONCOV | DENY CODE | PR CTYP DC TS | MBR SC WP | DIAGNOSIS CODES PROCEDURE CODES |
|---|---|---|---|---|---|---|---|---|---|
| 9 2004324902068 0206803 ITS PPO PROV-CARDIO DISEASE * 3350 PEACHTREE RD NE | LAUREN SMITH | 11/15/2004 11/15/2004 11/30/2004 ATLANTA | 410.00 256.00 271.40 0.00 GA30326 | 0.00 154.00 154.00 | 0.00 0.00 0.00 | | P SB1 1 1 7851 7850 93307 | 01 Q P | |
| 9 2004324902066 0206601 ITS PPO PROV-INTERNAL MEDICINE * 3350 PEACHTREE RD NE | LAUREN SMITH | 11/17/2004 11/17/2004 11/30/2004 ATLANTA | 433.00 277.00 292.60 0.00 GA30326 | 0.00 156.00 156.00 | 0.00 0.00 0.00 | | P SB1 1 1 7851 7850 93224 | 01 Q P | |
| 9 2004334902772 0277201 ITS PPO PROV-CARDIO DISEASE * 3350 PEACHTREE RD NE | LAUREN SMITH | 11/19/2004 11/19/2004 12/31/2004 ATLANTA | 63.00 47.00 33.60 0.00 GA30326 | 0.00 16.00 16.00 | 0.00 15.00 15.00 | | P SB1 1 1 42789 7851 99213 | 01 Q P | |
| 6 2004333600091 0009101 WHEELER PHARMACY 1709 VETERANS MEM | LAUREN SMITH | 11/22/2004 11/22/2004 12/03/2004 LANETT | 51.43 44.02 29.02 0.00 AL36863 | 0.00 0.00 7.41 | 0.00 15.00 15.00 | | P PB1 1 K | 01 Q P | |
| 6 2004333600092 0009201 WHEELER PHARMACY 1709 VETERANS MEM | LAUREN SMITH | 11/22/2004 11/22/2004 12/03/2004 LANETT | 9.11 9.11 0.00 0.00 AL36863 | 0.00 0.00 0.00 | 0.00 9.11 9.11 | | P PB1 1 K | 01 Q P | |

* W. Ross Davis MD PC, 2123 Executive Park Dr, Opelika AL 36801-6041

*Enc Amount - amount that would have been paid had services not been paid under provider capitation agreement
BCBSGA Proprietary and Confidential

BCBS-109

REDACTED

PAGE 4 OF 5    LGLO1OR2

RUN 03/27/08

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CLAIMS PROCESSED FOR CONTRACT NUMBER ███████
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

| MF CONTROL NBR | PAT FIRST | SRVC FROM | CHRG AMOUNT | COB AMOUNT | PAT AMOUNT | DENY | PR | CTYP | LC | TS | MBR | SC | WP |
| CLM NBR | LAST NAME | SRVC THRU | ELIG AMOUNT | PROV DISCNT | PAT COINS | CODE | | | DIAGNOSIS CODES | | | | |
| PROVIDER NAME | | PAID DATE | PAID AMOUNT | PROV NONCOV | PAT NONCOV | | | | PROCEDURE CODES | | | | |
| PROVIDER ADDRESS | | | *ENC AMOUNT | | | | | | | | | | |

| 9 200501290060 | LAUREN | 01/06/2005 | 26.50 | 0.00 | 16.96 | | P | CB1 | 1 | S | 01 | Q | P |
| 0060601 | SMITH | 01/06/2005 | 26.50 | 9.54 | 0.00 | | V0251 V0251 | | | | | | |
| | | 01/31/2005 | 0.95 | 9.54 | 16.96 | | | | | | | | |
| ITS PPO PROVIDER ✶ | | | 0.00 | | | | | | | | | | |
| 3350 PEACHTREE RD NE | | ATLANTA | GA30326 | | | | | | | | | | |

| 6 200502360065 | LAUREN | 01/17/2005 | 11.14 | 0.00 | 0.00 | 011 | P | PB1 | 1 | K | 01 | Q | P |
| 00065O1 | SMITH | 01/17/2005 | 0.00 | 0.00 | 0.00 | | V0251 V0251 | | | | | | |
| | | 02/04/2005 | 0.00 | 0.00 | 11.14 | | | | | | | | |
| WHEELER PHARMACY | | | 0.00 | | | | | | | | | | |
| 1709 VETERANS MEM | PARKWAY | LANETT | AL36863 | | | | | | | | | | |

✶  East Alabama Healthcare, 2000 Pepperell Pkwy, Opelika AL 36801-5452

| TOTAL | LAUREN | 2,188.96 | 0.00 | 216.28 |
| | SMITH | 1,231.41 | 1,049.22 | 104.89 |
| | | 904.93 | 626.63 | 332.31 |
| | | 0.00 | | |

*Enc Amount - amount that would have been paid had services not been covered under provider capitation agreement
BCBSGA Proprietary and Confidential

BCBS-110

REDACTED

PAGE 5 OF 5          LGL010R2

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.
CODE DESCRIPTIONS FOR CLAIMS PERTAINING TO CONTRACT NUMBER ▬▬▬
FOR DATES OF SERVICE FROM 01-JUL-2004 THRU 27-MAR-2008

| TYPE | CODE | DESCRIPTION |
|------|------|-------------|
| DENY CODE | 011 | THE MEMBER IS NOT EFFECTIVE ON THIS DATE OF SERVICE. |
| DIAGNOSIS | 2875 | THROMBOCYTOPENIA, UNSPECIFIED |
| DIAGNOSIS | 42789 | OTHER SPECIFIED CARDIAC DYSRHYTHMIAS |
| DIAGNOSIS | 7850 | TACHYCARDIA, UNSPECIFIED |
| DIAGNOSIS | 7851 | PALPITATIONS |
| DIAGNOSIS | V0251 | CARRIER OR SUSPECTED CARR- IER OF GROUP B STREPTOCOCCUS |
| DIAGNOSIS | V222 | PREGNANT STATE, INCIDENTAL |
| DIAGNOSIS | V286 | OTHER SPECIFIED ANTENATAL SCREENING |
| DIAGNOSIS | V7389 | SPECIAL SCREENING FOR OTHERSPECIFIED VIRAL DISEASES |
| PROCEDURE | 76805 | U/S, PREGNANT UTERUS, REAL TIME WITH IMAGE DOCUMENTATION,FETAL AND MATERNAL EVAL),AFTER 1ST TRI(>/-14WKS0DAYS)TRANSABD APPROACH,SINGLE/1ST GESTATI |
| PROCEDURE | 93000 | ELECTROCARDIOGRAM (ECG/EKG; WITH INTERPRETATION AND REPORT |
| PROCEDURE | 93224 | EKG MONITORIN FOR 24HRS BY CONTIN ORIGINAL ECG WAVEFORM RECORDING STORAGE,W VISUAL SUPERIMPOSITION SCAN;INCL RECORD, SCAN NNLYS,REP,MD REV &INTERPRE |
| PROCEDURE | 93307 | ECHOCARDIOGRAPHY,REAL TIME SCAN WITH IMAGE DOCUMENTATION(2) WITHOR WITHOUT M-MODE RECORDING,COMPLETE |
| PROCEDURE | 93320 | DOPPLER ECHOCARDIOGRAPHY, PULSED WAVE AND/OR CONTINOUS WAVE WITH SPECTRAL DISPLAY;COMPLETE |
| PROCEDURE | 93325 | DOPPLER COLOR FLOW VELOCITY MAPPING(LIST SEPARATELY IN ADDITION TO CODE FOR ECHOCARDIOGRAPHY (SEE MANUAL FOR CODES) |
| PROCEDURE | 99213 | OFFICE OR OTHER OUTPATIENT VISIT,ESTABLISHED PATIENT; 15 MINUTES |
| PROCEDURE | 99244 | OFFICE OR OTHER OUTPATIENT CONSULTATION,NEW OR ESTABLISHED   PATIENT; 60 MINUTES |

END OF REPORT LGL010R2

# EXHIBIT B

# DEPOSITION OF LAUREN COOPER

## April 2, 2008

## Pages 1 through 131

## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
**566 South Perry Street**
**Post Office Box 62**
**Montgomery, AL 36104**
**Phone: (334) 263-4455**
**Fax: (334) 263-9167**
**E-mail: haislipragan@charter.net**

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE MIDDLE DISTRICT OF ALABAMA
 3                 EASTERN DIVISION
 4
 5   LAUREN COOPER, et al.,
 6        Plaintiffs,
 7   Vs.            CIVIL ACTION NO.
                    3:07-CV-00615-MEF-WC
 8   AMBASSADOR PERSONNEL, INC.;
     BLUECROSS and BLUESHIELD of
 9   GEORGIA, self insurance plan of
     AMBASSADOR PERSONNEL and CONE
10   FINANCIAL GROUP as third party
     administrator,
11
          Defendants.
12
13
14        * * * * * * * * * * * * *
15
16   DEPOSITION OF LAUREN COOPER, taken pursuant
17   to stipulation and agreement before Haley A.
18   Phillips, Certified Court Reporter, ACCR # 151, and
19   Commissioner for the State of Alabama at Large, in
20   the Law Offices of Haynes & Haynes, 1600 Woodmere
21   Drive, Birmingham, Alabama, on Wednesday, April 2,
22   2008, commencing at approximately 10:15 a.m.
23
```

**Page 2**

```
 1              APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4   Alicia K. Haynes, Esq.
     Haynes & Haynes
 5   Attorneys at Law
     1600 Woodmere Drive
 6   Birmingham, Alabama 35226
 7   FOR THE DEFENDANT:
 8   W. Evans Brittain, Esq.
     Ball, Ball, Matthews & Novak
 9   Attorneys at Law
     Suite 204
10   2000 Interstate Park Drive
     Montgomery, Alabama 36109
11
     Cavender C. Kimble, Esq.
12   Balch & Bingham
     Suite 2600
13   1901 6th Avenue North
     Birmingham, Alabama 35203
14
15        * * * * * * * * * * * * *
16
17         EXAMINATION INDEX
```

```
18   BY MR. BRITTAIN . . . . . . . . . .  5
     BY MR. KIMBLE . . . . . . . . . . . 81
18   BY MR. BRITTAIN . . . . . . . . . 116
19   BY MR. KIMBLE . . . . . . . . . . 124
     BY MR. BRITTAIN . . . . . . . . . 128
20
          DEFENDANT'S EXHIBIT INDEX
21
     1  Letter to Ms. Lauren Smith from      27
22      BlueCross BlueShield of Georgia
23
```

**Page 3**

```
      DEFENDANT'S EXHIBIT INDEX (cont'd)
 2  2  Plaintiff's Responses to Defendants'   27
       Ambassador Personnel, Inc.
 3     Self-Insurance Plan of Ambassador
       Personnel and Cone Financial Group as
 4     Third Party Administrator's Request for
       Production of Documents
 5
    3  Copy of check                          30
 6
    4  Health Benefits Continuation Plan      35
 7     Enrollment Form from Cone Financial
       Group, Inc.
 8
    5  Premium Computation Form               38
 9
    6  Notice of COBRA/Continuation Coverage  42
10     Rate Change
11  7  First Amended Complaint                49
12  8  Letter to Ms. Lauren Smith from        52
       BlueCross BlueShield of Georgia
13
    9  Member Enrollment Application          76
14
   10  BlueChoice Certificate Booklet         94
15
   11  Verification of Benefits Document     107
16
   12  Certificate of Health Plan Coverage   108
17
18        * * * * * * * * * * * * *
19
20
21
22
23
```

**Page 4**

```
 1              STIPULATION
 2       It is hereby stipulated and agreed by and
 3   between counsel representing the parties that the
 4   deposition of LAUREN COOPER is taken pursuant to
 5   the Federal Rules of Civil Procedure and that said
 6   deposition may be taken before Haley A. Phillips,
 7   Certified Court Reporter, ACCR # 151, and
 8   Commissioner for the State of Alabama at Large,
 9   without the formality of a commission, that
10   objections to questions other than objections as to
11   the form of the question need not be made at this
12   time but may be reserved for a ruling at such time
13   as the said deposition may be offered in evidence
14   or used for any other purpose by either party
15   provided for by the Statute.
16       It is further stipulated and agreed by and
17   between counsel representing the parties in this
18   case that the filing of said deposition is hereby
19   waived and may be introduced at the trial of this
20   case or used in any other manner by either party
21   hereto provided for by the Statute regardless of
22   the waiving of the filing of the same.
23       It is further stipulated and agreed by and
```

Page 5

1  between the parties hereto and the witness that the
2  signature of the witness to this deposition is
3  hereby not waived.
4          * * * * * * * * * * * * *
5              LAUREN COOPER
6      The witness, after having first been duly
7  sworn to speak the truth, the whole truth and
8  nothing but the truth testified as follows:
9              EXAMINATION
10 BY MR. BRITTAIN:
11     Q.  If you'll state your full name.
12     A.  Lauren Smith Cooper.
13     Q.  And you have given a deposition before so
14         you kind of know what we're going to do
15         here today.
16     A.  Yes, sir.
17     Q.  Other than the lawsuit -- the previous
18         lawsuit against Ambassador or Workstaff,
19         have you ever been involved in any other
20         lawsuits?
21     A.  No, sir.
22     Q.  Have you ever given a deposition other than
23         on that occasion?

Page 6

1      A.  No, sir.
2      Q.  Have you ever had to testify in court or
3          under any other circumstances other than on
4          the occasion associated with that lawsuit?
5      A.  No, sir.
6      Q.  And your maiden name is Smith; is that
7          correct?
8      A.  Yes.
9      Q.  When were you married?
10     A.  I got married January -- I mean, excuse
11         me -- April 25, 2003.
12     Q.  Other than Smith and Cooper, have you gone
13         by any other last names?
14     A.  No, sir.
15     Q.  And what's your date of birth?
16     A.  September 1, '79.
17     Q.  Where do you live now?
18     A.  In Valley, Alabama.
19     Q.  What's the physical address?
20     A.  I'm sorry. 1903 51st Street, Valley,
21         Alabama.
22     Q.  Who lives there with you?
23     A.  My son.

Page 7

1      Q.  What's his name?
2      A.  Benjamin Cooper.
3      Q.  And when was he born?
4      A.  January 13, 2005.
5      Q.  Just the two of y'all there?
6      A.  Yes, sir.
7      Q.  Are you still married to Mr. Cooper?
8      A.  No, sir.
9      Q.  When did y'all -- Did that marriage end in
10         divorce?
11     A.  Yes.
12     Q.  When did that divorce take place?
13     A.  Legally divorced maybe two weeks. I just
14         received the papers in the mail, so ...
15     Q.  Two weeks ago?
16     A.  Right.
17     Q.  Is that over with?
18     A.  Yes, sir.
19     Q.  When was that divorce proceeding initiated,
20         the best you can tell me?
21         MS. HAYNES:  When did he move out
22             or when did he ...
23     Q.  When were you -- When were any legal papers

Page 8

1      filed on -- initiating that divorce?
2      A.  Maybe two months ago.
3      Q.  And who initiated the divorce?
4      A.  Kevin.
5      Q.  Let me ask you this. I don't care to get
6          into any of that if that doesn't have
7          anything to do with this lawsuit.
8      A.  Right.
9      Q.  Is it your contention that that divorce had
10         anything to do with any of the facts
11         surrounding this lawsuit?
12     A.  No, sir.
13     Q.  How long have you lived at that 51st Street
14         address?
15     A.  Since December 1st.
16     Q.  12/1/07 to present; is that correct?
17     A.  Yes, sir.
18     Q.  And where did you live before the 51st
19         Street address?
20     A.  702 Crest Club Drive.
21     Q.  Where is that?
22     A.  Valley.
23     Q.  And who lived at that address?

Page 9

1    A.  Me and my son.
2    Q.  And how long did you live at that Crest
3        Club Drive address?
4    A.  About two years.
5    Q.  So we're looking at December of '05 through
6        December of '07 roughly?
7    A.  Right.
8    Q.  Where did you live before that?
9    A.  114 Morgan Street.  And that's in Valley
10       also.
11   Q.  How long did you live at that Valley -- at
12       that address in Valley?
13   A.  Since April of '03.
14   Q.  So April of '03 through roughly December of
15       '05 you were at 114 Morgan Street?
16   A.  Yes, sir.
17   Q.  And tell me -- And then we'll go back in
18       specifics in a second, but who all lived at
19       that address over that time frame?
20   A.  At 114 Morgan Street?
21   Q.  Yes, ma'am.
22   A.  Myself and Kevin until Benjamin was born.
23       And in January '05 when Ben was born until

Page 10

1        December we all lived there.
2    Q.  Tell me that again now.  I'm sorry.
3    A.  Myself and Kevin lived there from April
4        2003.  And then Ben was born January 2005,
5        and then we all lived there until
6        December -- around December 2005.
7    Q.  So you and Kevin were there the entire time
8        and then Ben was there from the time he was
9        born until the time y'all moved?
10   A.  Yes, sir.
11   Q.  Did anybody else live there over that time
12       period other than the three of y'all?
13   A.  No, sir.
14   Q.  And have you always lived in Valley or the
15       Valley area --
16   A.  Yes, sir.
17   Q.  -- Chambers County area?
18   A.  Yes, sir.
19   Q.  Did you go to high school there?
20   A.  Yes, sir.
21   Q.  Where did you go to high school?
22   A.  Valley High.
23   Q.  Did you graduate from Valley High?

Page 11

1    A.  Yes, sir.
2    Q.  What year?
3    A.  '97.
4    Q.  Did you do any college or any other
5        educational training or anything like that
6        after high school?
7    A.  I took a few classes at the community
8        college, but that was it.
9    Q.  Did you get any certificates or degrees or
10       anything?
11   A.  No, sir.
12   Q.  Do you have any relatives over the age of
13       19 in Chambers County?
14   A.  Under the age of 19?
15   Q.  Over the age of 19.
16   A.  I do.
17   Q.  Do you have a bunch of them?
18   A.  I do.
19   Q.  What are their last names?
20   A.  Smith.
21   Q.  That's your mama and daddy?  Is that -- Are
22       your mama and daddy still there?
23   A.  Right.

Page 12

1        Ennis.
2    Q.  E-N-N?
3    A.  I-S.
4    Q.  All right.
5    A.  Fetner.
6    Q.  How do you spell that?
7    A.  F-E-T-N-E-R.
8    Q.  All right.
9    A.  And that's all.
10   Q.  What are your parents' names?
11   A.  Denise and Chris Smith.
12   Q.  And do they work over there in Chambers
13       County?
14   A.  Yes, sir.
15   Q.  Where do they work?
16   A.  My dad is retired.
17   Q.  Where is he retired from?
18   A.  WestPoint Stevens.
19   Q.  Okay.  What about your mother?
20   A.  And she works for Patricia Reynolds.
21   Q.  What does Patricia Reynolds do?
22   A.  Social security disability.
23   Q.  Is she a lawyer?

Page 13

| | |
|---|---|
| 1 | A.  No, sir. |
| 2 | Q.  I'm talking about Patricia Reynolds.  Is |
| 3 | Patricia Reynolds a lawyer? |
| 4 | A.  No, she's not. |
| 5 | Q.  Do you have any aunts or uncles by the name |
| 6 | of Smith over in Chambers County? |
| 7 | A.  Yes. |
| 8 | Q.  Tell me their names. |
| 9 | A.  Mark and Melissa Smith. |
| 10 | Q.  Melissa or Alissa? |
| 11 | A.  Melissa.  Melissa. |
| 12 | Regina Smith. |
| 13 | Q.  All right. |
| 14 | A.  That's all. |
| 15 | Q.  Do you have any first cousins over the age |
| 16 | of 19 with the last name Smith in Chambers |
| 17 | County? |
| 18 | A.  I do. |
| 19 | Q.  And what are their names? |
| 20 | A.  Bradley and Matthew. |
| 21 | Q.  All right.  Anybody else? |
| 22 | A.  That's all. |
| 23 | Q.  What about the Ennises?  Are those aunts, |

Page 14

| | |
|---|---|
| 1 | uncles?  Who's that? |
| 2 | A.  Aunt and uncle.  Sheila and Rusty. |
| 3 | Q.  Do they have any children over the age of |
| 4 | 19? |
| 5 | A.  Anna and Emma. |
| 6 | Q.  Any other Ennises in Chambers County? |
| 7 | A.  No, sir. |
| 8 | Q.  What about Fetner? |
| 9 | A.  Mel and Karen. |
| 10 | Q.  Is that aunt and uncle? |
| 11 | A.  Yes, it is. |
| 12 | Q.  Do they have any children? |
| 13 | A.  Jessica. |
| 14 | Q.  Are any of your grandparents still living? |
| 15 | A.  Yes. |
| 16 | Q.  Are they in Chambers County? |
| 17 | A.  Yes, sir. |
| 18 | Q.  What are their names? |
| 19 | A.  Jerry and Pat Smith. |
| 20 | Q.  Is that it? |
| 21 | A.  That's it. |
| 22 | Q.  Is that everybody you can think of that |
| 23 | lives in Chambers County that's over the |

Page 15

| | |
|---|---|
| 1 | age of 19 that you're related to? |
| 2 | A.  Right. |
| 3 | Q.  What about -- Do you have any relatives in |
| 4 | Tallapoosa County, Macon County, Lee |
| 5 | County?  We'll stick with those right now. |
| 6 | A.  No, sir. |
| 7 | Q.  What about Russell County? |
| 8 | A.  No, sir. |
| 9 | Q.  Where are you working now? |
| 10 | A.  Intercall. |
| 11 | Q.  Spell that for me. |
| 12 | A.  I-N-T-E-R-C-A-L-L. |
| 13 | Q.  And what are you doing over there at |
| 14 | Intercall? |
| 15 | A.  I'm a web and video technician. |
| 16 | Q.  How long have you been working there? |
| 17 | A.  Six months. |
| 18 | Q.  And do you have any health insurance over |
| 19 | there? |
| 20 | A.  Yes, sir. |
| 21 | Q.  Who is that through? |
| 22 | A.  BlueCross. |
| 23 | Q.  Is your son covered under that? |

Page 16

| | |
|---|---|
| 1 | A.  Yes, sir. |
| 2 | Q.  Do you have to pay for that out of your |
| 3 | check?  Do you know how that's -- how that |
| 4 | works? |
| 5 | A.  Yes, I do pay for that. |
| 6 | Q.  Do you know how much of your check is taken |
| 7 | out to pay for that? |
| 8 | A.  About 120 to 30 dollars a pay period. |
| 9 | Q.  And what are your pay periods? |
| 10 | A.  Every two weeks. |
| 11 | Q.  All right.  What -- Tell me about the |
| 12 | deductible, copay, all of that.  Do you |
| 13 | know what all that is? |
| 14 | A.  I don't.  I just received the insurance, so |
| 15 | I don't. |
| 16 | Q.  All right.  What do you do over there at |
| 17 | Intercall? |
| 18 | A.  Intercall is a teleconferencing service, |
| 19 | web and audio.  And I work on the web side. |
| 20 | Q.  Okay. |
| 21 | A.  So tech support is what we really are. |
| 22 | Q.  Where did you work before going to |
| 23 | Intercall? |

Page 17

1    A.  For Pediatric Associates.
2    Q.  Where is that?
3    A.  In Valley.
4    Q.  I don't know if I asked you or not but is
5         Intercall in Valley?
6    A.  Yes, sir.
7    Q.  What doctor is that over there at Pediatric
8         Associates?
9    A.  Dr. Casarona.
10   Q.  All right.  And how long had -- how long
11        did you work for Dr. Casarona?
12   A.  March 2005 till September 2007.
13   Q.  Did you go straight to video -- or
14        Intercall from Dr. Casarona's office?
15   A.  Yes, sir.
16   Q.  What was your reason for leaving
17        Dr. Casarona's office?
18   A.  To go to Intercall.
19   Q.  And was that, what, higher pay, better
20        benefits?  What was --
21   A.  Both.
22   Q.  Did you have any health benefits over there
23        at Pediatric Associates?

Page 18

1    A.  Yes, sir, I did.
2    Q.  Who was that through?
3    A.  United Healthcare.
4    Q.  All right.  Were you ever on your husband's
5         plan?
6    A.  Yes, sir.
7    Q.  When were you on his plan?
8    A.  When he was a police officer in March 2005
9         maybe till May 2005.  And then I was on his
10        railroad insurance when he went to work
11        there in May 2005.
12   Q.  When did -- How long were you on the
13        railroad insurance?
14   A.  Until December 2007.
15   Q.  Did -- So the entire time you were with
16        Pediatric Associates, you were on your
17        husband's program?
18   A.  Yes, sir.
19   Q.  I mean, did you have to take out anything
20        additional to cover your son or anything
21        like that?
22   A.  He was covered on the railroad insurance.
23   Q.  Do you know what the cost was for the

Page 19

1         coverage under the railroad insurance
2         program?
3    A.  No, sir, I don't.
4    Q.  And I'm not familiar with that.  Is there a
5         name of that company, or is it just
6         railroad insurance?
7    A.  It's -- CSX is the railroad that he worked
8         for.  And I believe it was United
9         Healthcare.
10   Q.  Is that who he was with through the police
11        department, or was he with somebody else?
12   A.  BlueCross BlueShield.
13   Q.  Do you know what the payments were on that?
14   A.  I don't remember.
15   Q.  Before Pediatric Associates, where did you
16        work?
17   A.  I was unemployed for about six months, and
18        then I worked for Cone Financial Workstaff
19        Personnel.
20   Q.  All right.  And you may or may not know
21        this.  Do you know what -- as far as the
22        structure of Cone Financial, what, if
23        anything, has changed in it as of December

Page 20

1         31, '04 as far as, you know, being
2         Ambassador Personnel, Cone Financial?  Do
3         you know anything about any of that?
4    A.  I don't remember if I did.
5    Q.  I mean, do you know anything about it
6         changing names from Workstaff to Ambassador
7         or anything like that?
8    A.  It was Workforce Personnel.  Then it was
9         Workstaff Personnel.  And I know he had
10        some offices that were Ambassador Personnel
11        and a few other different names.  We were
12        all under Cone Financial.
13   Q.  When you were married, who was -- were
14        either one of y'all responsible for paying
15        the bills?
16   A.  Both.
17   Q.  Okay.  Were there any bills that you were
18        responsible for paying that -- And when I
19        say responsible, I'm talking about that
20        actually gets the bills, signs the check,
21        sends it off.  That's what I mean by
22        responsible.  Was anybody in your house --
23        For example, my wife -- The mail comes, she

Page 21

1    gets it, she writes the check, she mails it
2    off and that's it.
3    A.  That was me.
4    Q.  You were the one that would get the bills
5    in, write the checks and send them off?
6    A.  Yes, sir.
7    Q.  Were there any bills that your husband
8    would get in and send off and pay?
9    A.  Not usually.
10   Q.  Did all of y'all's bills come to y'all's
11   address at 114 Morgan Road?
12   A.  Yes.
13   Q.  Nothing --
14        MS. HAYNES:  For that period of
15             time that they lived there.
16   Q.  Right.  At the time that y'all lived
17   there.
18   A.  Yes, sir.
19   Q.  None of the bills went to, for example, his
20   work at the police office -- police station
21   or nothing like that?
22   A.  No, sir.
23   Q.  And let me ask you this.  Before going to

Page 22

1    work at Cone Financial, where did you work?
2    A.  I did temporary work for Cone Financial for
3    Workforce Personnel.
4    Q.  And was that your first job out of high
5    school?
6    A.  No, sir.  I had worked at a recreation
7    department when I lived in Atlanta.
8    Q.  Is that where you worked immediately before
9    working under Cone Financial or Ambassador
10   or whichever -- Workforce?
11   A.  Yes, sir.
12   Q.  And before you went to work -- I guess you
13   were a temp over there originally; is that
14   correct?
15   A.  Yes, sir.
16   Q.  Before going over there as a temp, had you
17   had any dealings with insurance; be it
18   automobile insurance, health insurance,
19   life insurance, anything like that?
20   A.  No, sir.
21        MS. HAYNES:  Object to the form.
22   Q.  All right.  Did you not have any automobile
23   insurance before you went to work over

Page 23

1    there at Cone?
2    A.  Yes.
3    Q.  Did you take that out yourself?
4    A.  I believe my parents handled all that at
5    that time.
6    Q.  Did -- Let me ask you this.  While you were
7    working for Cone, did you have automobile
8    insurance?
9    A.  Yes, sir.
10   Q.  And was that in your name?
11   A.  Yes, sir.
12   Q.  Did you -- Were you responsible for paying
13   the bills?
14   A.  Yes, sir.
15   Q.  And did you go to the -- an insurance agent
16   or call on the phone and buy that
17   insurance?
18   A.  Yes, sir.
19   Q.  Other than automobile insurance, had you
20   had any other insurance while you were
21   working over there at Cone?
22   A.  Health insurance.
23   Q.  And that was through who?

Page 24

1    A.  You want the name of the company or through
2    Cone Financial?
3    Q.  Right.  Whoever -- Whatever your
4    understanding is as to whoever provided you
5    the health insurance.
6    A.  Cone Financial.
7    Q.  When you say Cone Financial, did they -- at
8    some point you understand they become
9    self-insured?
10   A.  Right.
11   Q.  Were you -- At some point, I believe, you
12   were covered under the BlueCross BlueShield
13   policy while you were working over there at
14   Cone or Ambassador, or whatever we want to
15   call it.
16   A.  Yes, sir.
17   Q.  Did you have any dealings with taking out
18   the insurance with BlueCross BlueShield or
19   with Cone?
20        MS. HAYNES:  Object to the form.
21             What do you mean?
22   Q.  Well, did you have to fill out any
23   paperwork?

Page 25

1    A.  Yes.  Provided by Cone Financial's
2        corporate office.
3    Q.  And were you required to make monthly
4        payments?  Was that taken out of your
5        check?  Or tell me how that worked.
6    A.  I believe it was taken out of my check.
7    Q.  Okay.  And would that be the case whether
8        it was with BlueCross BlueShield or with
9        the self-funded plan?
10   A.  Yes, sir.
11   Q.  When you made any claims under your
12       insurance, did you ever have to submit any
13       receipts to get reimbursed or do anything
14       like that to, you know --
15   A.  No, sir.
16   Q.  It's my understanding that you were
17       terminated from Cone Financial in September
18       of 2004; is that right?
19   A.  Yes, sir.
20   Q.  When did you first -- And I'm not asking
21       you what you said to a lawyer, but when did
22       you first contact a lawyer after you were
23       terminated from what I'll call Cone

Page 26

1        Financial or Ambassador?
2    A.  I don't remember exactly when.
3    Q.  Let me ask you this.  Your son was born on
4        January 13, '05; correct?
5    A.  Yes, sir.
6    Q.  Had you contacted a lawyer before he was
7        born?
8    A.  Honestly I don't remember.
9    Q.  Did you file for unemployment compensation
10       benefits?
11   A.  Yes, sir.
12   Q.  Do you remember whether you had contacted
13       an attorney before filing for those?
14   A.  It was after.
15   Q.  After that?
16   A.  Yes, sir.
17   Q.  Does that help jog your memory as far as
18       whether it's after that but before your son
19       was born?
20   A.  Yes, sir.  It was before Benjamin was born.
21   Q.  And do you remember whether it was in 2004
22       or 2005?
23   A.  It would have been 2004.

Page 27

1            (Defendant's Exhibit 1 was marked
2             for identification.)
3    Q.  Okay.  Let me show you what I'm going to
4        mark as Defendant's Exhibit 1.  Before I do
5        that, I want to go through these requests
6        for production.  I'll mark this Exhibit 2.
7            (Defendant's Exhibit 2 was marked
8             for identification.)
9    Q.  If you'll flip over to number seven.
10       You're asked to produce a copy of any and
11       all notes, correspondence, letters,
12       documents or other things that the
13       plaintiff or her representative sent to any
14       defendant to this lawsuit.  It says,
15       plaintiff has no documents responsive to
16       this request.
17           There have been some documents produced
18       both by y'all and by BlueCross BlueShield.
19       So aside from those -- Well, have you
20       turned over all the documents you have in
21       your possession that you either wrote to or
22       received from any defendant in this
23       lawsuit?

Page 28

1    A.  Yes, sir.
2    Q.  All right.  Number eight here says, a copy
3        of any and all notes, correspondence,
4        letters, documents or other things that
5        were sent to the plaintiff or
6        representative by or on behalf of any of
7        the defendants in this lawsuit.  Again,
8        have you turned over everything that you
9        have that would be responsive to that
10       request?
11   A.  Yes, sir.
12   Q.  Number nine asked for a copy of any and all
13       checks written by or on behalf of the
14       plaintiff as payment for premiums for the
15       health insurance that the plaintiff claims
16       she was to receive through any defendant of
17       this lawsuit.  The response says, plaintiff
18       has no documents responsive to this
19       request.  BlueCross, I'll tell you, has
20       produced a check, the original check in
21       the amount of $406.  Do you have any other
22       checks that would be responsive to this
23       request?

Deposition of Lauren Cooper

Page 29

```
1        MS. HAYNES: I thought we sent you
2        something. I had that in
3        there. Is it just medical
4        records we've sent?
5   MR. KIMBLE: That's all I got.
6   THE WITNESS: I've seen a copy of
7        a check somewhere.
8   MS. HAYNES: I've seen a copy of a
9        check, and maybe it's what
10       Chris sent.
11  (Off-the-Record discussion.)
12  MR. BRITTAIN: Do y'all -- Alicia,
13       are y'all looking to see if
14       y'all have any other checks?
15  MS. HAYNES: I just remember
16       seeing one. It could be that
17       it was produced by Chris.
18  MR. BRITTAIN: There was one
19       produced by Chris. But do
20       you --
21  MS. HAYNES: Had her name at the
22       top of it?
23  MR. BRITTAIN: Right.
```

Page 30

```
1        MS. HAYNES: That's probably what
2        I'm thinking about, then.
3   Q. Let me just go ahead and I'll mark that as
4        Exhibit 3.
5        (Defendant's Exhibit 3 was marked
6        for identification.)
7        (Off-the-Record discussion.)
8   Q. Let me ask you about this first. I had
9        asked you about any checks that you had
10       written. And do you have in your
11       possession -- I'll show you what I've
12       marked as Exhibit 3, which is a copy of the
13       check that was produced by BlueCross
14       BlueShield. But do you have in your
15       possession any other checks that were
16       written either to BlueCross BlueShield or
17       Taylor Benefit Resource or anybody else for
18       health insurance while you were employed
19       with Cone Financial or Ambassador?
20  A. No, sir, I don't have that today.
21  Q. When you say you don't have it today, do
22       you have it -- I mean, do you have it at
23       your house?
```

Page 31

```
1   A. No, sir. I mean, I could get copies from
2        the bank.
3        MS. HAYNES: I'm sorry. I didn't
4        hear. What was your
5        question? I was typing. I
6        apologize.
7   MR. BRITTAIN: She -- I asked her
8        if she had it at her house and
9        she said, no, that she could
10       get it from the bank.
11  MS. HAYNES: The financials?
12  MR. BRITTAIN: No. The checks.
13       Well, yeah, the checks.
14  MS. HAYNES: I did ask her about
15       that, and it was going to be
16       pretty costly for her to go
17       and get it, and it seemed like
18       it was going to be better for
19       us to subpoena that. And she
20       can tell you about that. But
21       she did try to make the
22       effort. Her financial
23       situation right now just did
```

Page 32

```
1        not present itself so she
2        could go pay the search fee
3        and the monthly fee and
4        everything else. The bank --
5   THE WITNESS: Because it was so
6        long ago. That's why it was,
7        like, a big research fee and
8        stuff like that.
9   MS. HAYNES: That's fine.
10       (Off-the-Record discussion.)
11  Q. What I've identified as Exhibit 1, look
12       through those right there. And then y'all
13       have produced two more documents today that
14       are Bates numbered 232 and 233. And are
15       you aware of any other documents that you
16       received from BlueCross BlueShield from
17       September of '03 -- excuse me -- September
18       '04 through today's date other than what's
19       identified -- what you have right there in
20       front of you and what y'all produced to us
21       today that are 232 and 233?
22  A. No, sir. This is it.
23  Q. Looking at that September 25, 2004 letter
```

Page 33

1  from BlueCross BlueShield -- Do you see
2  where it's dated that on the top?
3  A.  Yes, sir.
4  Q.  And is this something that you received
5  from BlueCross BlueShield after you were
6  terminated from Ambassador?
7  A.  Yes, sir.
8  Q.  And I believe in the EEOC charge you put
9  down that your date of termination was
10  September 10th.  Does that sound about
11  right?
12  A.  Yes, sir.
13  Q.  You received this letter dated September
14  25, 2004 from BlueCross BlueShield; is that
15  correct?
16  A.  Yes, sir.
17  Q.  And that was mailed to the 114 Morgan
18  Street address; is that correct?
19  A.  Yes, sir.
20  Q.  And in this letter they notify you of
21  certain things in order for you to be able
22  to continue with your health insurance; is
23  that right?

Page 34

1  A.  Correct.
2  Q.  And if you look on down, it says one of the
3  things you have to do is complete the
4  enrollment form and return it to them by
5  November 23, 2004.
6  A.  Yes, sir.
7  Q.  All right.  And also says you had to pay
8  the premiums for this health insurance to
9  be in effect; is that right?
10  A.  Yes, sir.
11  Q.  And you understood when you received this
12  letter that if you did not notify them on
13  time as they required you to do or if you
14  did not make your premium payments that you
15  would not receive any health insurance
16  through BlueCross BlueShield; is that
17  correct?
18  A.  Correct.
19  Q.  If you will look at the ...
20      (Off-the-Record discussion.)
21  Q.  If you'll look at the last page of Exhibit
22  1.  Tell me what that is, if you will.
23  A.  A copy of my insurance card.

Page 35

1  Q.  And you received that from BlueCross
2  BlueShield?
3  A.  Yes, sir.
4  Q.  Do you remember when you would have
5  received that?
6  A.  No, sir.
7  Q.  Let me ask it to you like this.  Would you
8  have received it with this September 25
9  letter or would you have received it after
10  the September 25 letter?
11  A.  I made a copy of this card.  This is the
12  card I had from when I signed up for
13  insurance.
14  Q.  And when was that?
15  A.  I guess around July 1, 2004.
16  Q.  It looks like along with the September 25
17  letter you received an enrollment form,
18  which I'm going to mark as Exhibit 4.
19      (Defendant's Exhibit 4 was marked
20      for identification.)
21      (Off-the-Record discussion.)
22  Q.  What I've marked as Exhibit 4, did you
23  receive that along with that September 25

Page 36

1  letter from BlueCross BlueShield?
2  A.  Yes, sir.
3  Q.  All right.  And is that your handwriting on
4  that letter?
5  A.  Yes, sir.
6  Q.  And you completed that on or about October
7  22, '04; is that correct?
8  A.  Correct.
9  Q.  And did you mail that in to BlueCross
10  BlueShield?
11  A.  Correct.
12  Q.  And did you send along with that this check
13  that we have previously marked Exhibit 3?
14  A.  Correct.
15  Q.  And, again, I mean, you did that because
16  you knew that if you did not do that you
17  wouldn't have any health insurance?
18  A.  Yes, sir.
19  Q.  This check that's marked Exhibit 3, is that
20  your signature on the bottom?
21  A.  Yes, sir.
22  Q.  And both you and your husband wrote checks
23  out of this checking account?

Deposition of Lauren Cooper

April 2, 2008

Page 37

1  A.  Yes, sir.
2  Q.  Did -- How did y'all -- How did y'all go
3      about keeping the checkbook balanced?
4  A.  I did all that.  I did the -- keeping up
5      with the bank account.
6  Q.  I mean, did he ever write any checks out of
7      this account?
8  A.  He did.
9  Q.  Was it a rare occasion, or would he write
10     them as frequently as you would?
11 A.  It was rare.
12 Q.  Okay.  So did you have, like, a check
13     ledger where you hand write in the checks
14     to keep up with what was owed and what had
15     been paid and all of that?
16 A.  Yes, sir.
17 Q.  And you had a pretty good idea at any given
18     time about what you had in the bank; is
19     that right?
20 A.  Yes, sir.
21 Q.  Did you ever -- I mean, there are other
22     ways -- I think you can call in to them or
23     you can look at it online.  Did you ever

Page 38

1      check your balance that way?
2  A.  Yes, sir.
3  Q.  Both those ways or ...
4  A.  Correct.
5  Q.  Was there any preferred method you had to
6      keep up with what your balance was in your
7      checking account?
8  A.  No, sir.
9          (Defendant's Exhibit 5 was marked
10             for identification.)
11 Q.  Let me show you what I'll mark as Exhibit
12     5, and this says Premium Computation Form
13     up top.
14 A.  Yes, sir.
15 Q.  Do you see that?
16         And it's got the date of September 25,
17     '04.  Do you see that?
18 A.  Yes, sir.
19 Q.  Do you know whether or not you received
20     that along with that letter that we had
21     marked as Exhibit 1?
22 A.  I think I did.
23 Q.  And the reason why I'm asking, on the -- on

Page 39

1      this enrollment form it's got the total
2      monthly payments of $264.87; right?
3  A.  Right.
4  Q.  And you understood that's what you had to
5      pay every month to maintain your insurance
6      through BlueCross BlueShield?
7  A.  Yes, sir.
8  Q.  And the original check that was written was
9      written for $406.14.
10 A.  Correct.
11 Q.  And it looks like -- I was wondering where
12     that came from.  Now that we've gotten that
13     right there, it looks like BlueCross
14     BlueShield told you that's what was owed
15     under the --
16 A.  Right.
17 Q.  -- for the first payment?
18 A.  Right.
19 Q.  And you're looking -- Tell me if this is
20     right or wrong.  It may not be correct.
21     But was that -- did you pay 406 because
22     that provided you insurance from September
23     15 through September 30 and then October 1

Page 40

1      through October 31st?
2  A.  Correct.
3  Q.  And then after that your payment would be
4      the $264.87 figure; is that correct?
5  A.  Yes, sir.
6  Q.  Did you ever write any checks out of any
7      account other than that account, Charter
8      Bank, that we've marked as Exhibit 3?
9  A.  No, sir.
10 Q.  When you would write a check to BlueCross
11     BlueShield for your insurance, did -- did
12     they ever send you a bill or anything or
13     would you just have to remember it?  Or how
14     did that work?
15 A.  I remember getting something like this
16     every month.
17 Q.  And you're -- What exhibit is that, Exhibit
18     5?
19 A.  Yes, sir.
20 Q.  So you'd get that and then you'd send a
21     check to them?
22 A.  Yes, sir.
23 Q.  Do you remember when the next time you sent

Page 41

1    them a check after October 22, '04 was?
2    A.  I don't remember when.
3    Q.  When -- Would your premium -- Were you ever
4    behind on any of your payments to BlueCross
5    BlueShield?
6    A.  No, sir.
7    Q.  Do you remember how many checks you wrote
8    to BlueCross BlueShield after the one that
9    we've marked as Exhibit 3?
10   A.  I know I paid through January 2005, but I
11   don't remember how many checks I wrote.
12   Q.  And when you say you paid through, do you
13   mean you paid through the end of January
14   2005 or through January 1, '05?
15   A.  I paid through the end of January 2005.
16   Q.  So then you would have probably have to
17   have written a check for November of '04,
18   December of '04 and January of '05; is that
19   correct?
20   A.  Correct.
21   Q.  And that would have been three checks?
22   A.  Yes, sir.
23   Q.  Do you know whether those checks were

Page 42

1    written by you or by your husband?
2    A.  I'm pretty sure I wrote the checks.
3    Q.  Okay.  At the time that -- Well, from
4    September 10th through the birth of your
5    son, were you pretty much at home every
6    day?
7    A.  Yes, sir.
8          MR. BRITTAIN:  Chris, do you know
9          if y'all have on file the
10         other checks?
11         MR. KIMBLE:  I don't know, to
12         answer your question.  I can
13         find out.
14         MR. BRITTAIN:  All right.
15         (Defendant's Exhibit 6 was marked
16         for identification.)
17   Q.  Let me show you what I'm going to mark as
18   Exhibit 6, and this will be a two-page
19   exhibit.  This is the January 15, 2005
20   letter from -- I'm sorry.  I didn't make
21   copies.  I didn't even make any copies for
22   myself.
23         MR. KIMBLE:  That's a two page?

Page 43

1         MR. BRITTAIN:  Right.
2         Off-the-Record discussion.)
3    Q.  Let me show you Exhibit 6.  You see that's
4    a January 15, 2005 letter from Taylor
5    Benefit Resource addressed to you?
6    A.  Okay.
7    Q.  And first question, is that -- it's
8    addressed to Lauren Smith; is that correct?
9    A.  It is.
10   Q.  And, like I said, I didn't bring another
11   copy.  I don't mean to stand over you.
12       But the address here, 114 Morgan
13   Street, is that where you were living at
14   the time?
15   A.  Yes, sir.
16   Q.  Valley, Alabama, that's where you were;
17   right?
18   A.  Yes, sir.
19   Q.  Is that the correct ZIP code?
20   A.  36854.  It is.
21   Q.  Have you ever seen this before, this
22   Exhibit 6?
23   A.  Not until today.

Page 44

1    Q.  I want you to look at it, and take, you
2    know -- if you need to take however long to
3    look at it.  Just look at it, and then I
4    want to ask you a few questions about it.
5    A.  Okay.
6    Q.  And you also see there's a second page to
7    that?
8    A.  Yes, sir.
9    Q.  Is today the first day that you've seen
10   that second page?
11   A.  Yes, sir.
12   Q.  You see that the letter on the first
13   page -- Will you agree with me that that is
14   a notification that the plan with BlueCross
15   BlueShield is being changed to a
16   self-administered plan?
17         MS. HAYNES:  Object to the form.
18   A.  Yes, sir.
19   Q.  And that letter is kind of like the
20   BlueCross BlueShield letter that we --
21   dated September of '04 that we went over
22   with you.  It tells you certain things
23   you've got to do to continue your health

Page 45

1    insurance coverage; right?
2    A.   It does.
3    Q.   And along the same lines as this BlueCross
4         BlueShield letter, it tells you you've got
5         to provide them notice that you wish to
6         continue in this program; is that correct?
7    A.   Correct.
8    Q.   And it tells you you've got to provide a
9         premium payment; correct?
10   A.   Correct.
11   Q.   Now, putting aside the fact of whether or
12        not you received this or not, will you
13        agree with me that what that letter says is
14        if you don't provide notice of your desire
15        to stay in this plan and you don't provide
16        a premium payment, you will no longer be
17        covered under this health insurance?
18   A.   It does say that.
19   Q.   And it's your testimony that you never
20        received that?
21   A.   Correct.
22   Q.   Do you know Donna Whiddon, the person whose
23        name is on the bottom of that letter?

Page 46

1    A.   No, sir.
2    Q.   Other than the fact you -- it's your
3         testimony that you did not receive this
4         letter, do you have any reason to believe
5         that she didn't mail the letter?
6              MS. HAYNES:  Object to the form.
7    A.   No, sir.
8    Q.   Do you have any reason to believe that she
9         didn't put the proper postage on it --
10   A.   No, sir.
11   Q.   -- other than the fact that you didn't
12        receive it?
13   A.   No, sir.
14   Q.   And do you have any reason to believe that
15        it wasn't put in a mailbox, or whatever,
16        and sent to your address other than the
17        fact that you did not receive it?
18   A.   Right.
19   Q.   You're agreeing with me on that; correct?
20   A.   Correct.
21   Q.   And can you think of any reason why Donna
22        Whiddon or anybody over there at Taylor
23        Benefit Resource would have to

Page 47

1    intentionally fail to notify you of this
2    change?
3    A.   No, sir.
4    Q.   I mean, you don't know anybody over there;
5         right?
6    A.   No, I don't.
7    Q.   And you can't think of any reason they
8         would have to hold anything against you to,
9         you know, intentionally try to prevent you
10        from continuing your coverage; is that
11        correct?
12   A.   Correct.
13   Q.   And, again, aside from the fact you didn't
14        receive this letter, do you have any reason
15        to doubt the letter was sent on the date
16        that it's represented on there of January
17        15, '05?
18   A.   No, sir.
19   Q.   I mean, you don't know of anybody else --
20        and if you do, tell me -- but you don't
21        know of anybody else that's in the same
22        situation you're in where they worked for
23        Ambassador, were covered under BlueCross

Page 48

1    BlueShield, swapped over to this
2    self-administered plan and ended up with no
3    insurance?  Are you aware --
4    A.   I'm sorry.
5    Q.   Do you know of anybody else like that?
6    A.   No, sir.
7    Q.   And at the time this letter was sent, it
8         was you and your now ex-husband Kevin were
9         living at that address?
10   A.   Correct.
11   Q.   Do you think there's any chance Kevin could
12        have gotten this letter and not known what
13        it was and disposed of it?
14   A.   No, sir.
15   Q.   Tell me why that is.
16   A.   He always gave me junk mail and everything.
17   Q.   Do you think that there's any chance that
18        you received this letter and didn't know
19        what it was and disposed of it?
20   A.   No, sir.
21   Q.   Let me -- I'm going to refer to your
22        complaint -- the amended complaint.  I'll
23        mark this as Exhibit 7.

Page 49

1    (Defendant's Exhibit 7 was marked
2    for identification.)
3  Q.  If you will, flip over to the fifth page.
4    MR. KIMBLE:  What are we looking
5    at?
6    MR. BRITTAIN:  This is her first
7    amended complaint.
8  Q.  If you'll flip over to the fifth page of
9    the complaint.
10 A.  Oh, I'm sorry.
11 Q.  That's all right.
12 A.  I thought you were talking to him.
13 Q.  Look down at the last numbered paragraph on
14   there, number 18.  It says, shortly before
15   the birth of her child, plaintiff learned
16   for the first time that her insurance plan
17   had been terminated and she was no longer
18   entitled to health insurance benefits under
19   the Cone Financial Group insurance plan.
20   MR. KIMBLE:  You're on page five?
21   MR. BRITTAIN:  Correct.
22   MR. KIMBLE:  What paragraph?
23   MR. BRITTAIN:  18, which runs from

Page 50

1    the bottom over to page six.
2    MS. HAYNES:  That's a typo.  It
3    should be after.
4  Q.  Let me ask you.  So that's incorrect in
5    there.  It was not before the birth of your
6    child.  It was after the birth of your
7    child that you learned that you were not
8    covered?
9  A.  Yes, sir, after.
10 Q.  So paragraph 18 is incorrect?
11 A.  Yes, sir.
12   MS. HAYNES:  Well, that word.
13   Should be after instead of
14   before.
15 Q.  I believe that -- I believe that from your
16   previous testimony it is your initial
17   belief that Ken Cone or somebody at
18   Ambassador had just flat out canceled this
19   policy; is that correct?
20 A.  Yes, sir.
21 Q.  When you first learned that, that's what
22   you thought, that they had just canceled it
23   without telling you; is that right?

Page 51

1  A.  Yes, sir.
2  Q.  And you later came to find out that they
3    just -- they changed plans for not only you
4    but for everybody that was similarly
5    situated; is that right?
6  A.  Yes, sir.
7  Q.  Tell me, when you first found out, though,
8    that you weren't covered and you thought
9    that Ken Cone or somebody over there at
10   Ambassador had just canceled your coverage
11   without telling you, were you upset, mad?
12   I mean, tell me what -- How did that make
13   you feel?
14 A.  I was just upset that myself and my son no
15   longer had insurance.
16 Q.  Okay.
17 A.  And I had just had my son, so I knew that
18   was lots of medical bills.
19 Q.  And, I mean, were you mad at anybody over
20   there?
21 A.  No.
22 Q.  Did you think that anybody over there had
23   done anything intentionally?

Page 52

1  A.  No, sir.  I was just upset about it.
2  Q.  You didn't think that it was some kind of
3    payback or anything like that?
4  A.  No, sir.
5  Q.  How did you come to find out that you were
6    not covered?
7  A.  The letter dated February 11.
8    (Defendant's Exhibit 8 was marked
9    for identification.)
10 Q.  Let me show you what I'll mark as Exhibit
11   8.  Is this a copy of that letter?
12 A.  Yes, sir.
13 Q.  And you believe you would have received
14   that shortly after February 11th?
15 A.  Yes, sir.
16 Q.  That's how you came to first find out that
17   there was no coverage?
18 A.  I don't remember if I received the bill the
19   day before or if I received this and then
20   the bill the day after.
21 Q.  Let me ask you this.  Do you think -- And
22   you just tell me.  I don't know.  But do
23   you think you had gotten the bill, you

Page 53

1    know, not knowing why you didn't have
2    coverage and then called BlueCross
3    BlueShield and this letter was generated in
4    response to that phone call?
5 A.  No. I didn't call BlueCross until I
6    received this letter.
7 Q.  Okay.
8         MS. HAYNES: Defendant's Exhibit
9    8, is that what you're saying?
10        THE WITNESS: Yes, ma'am.
11 Q.  And let me ask you this. Did you think
12   that -- Well, did you call anybody after
13   you got the bill from the hospital like the
14   hospital and say, why am I getting charged
15   this; I have insurance?
16 A.  I don't believe I did.
17 Q.  Okay.
18 A.  I know I called BlueCross after this
19   letter, but I didn't call anyone else
20   immediately.
21        MR. KIMBLE: Did I understand you
22        to say before or after you got
23        a bill?

Page 54

1         THE WITNESS: I don't remember if
2         I received the bill, like, the
3         day before or the day after.
4         It was somewhere right in --
5         when I received this, Exhibit
6         Number 8.
7         MR. KIMBLE: What bill are you
8         talking about?
9         THE WITNESS: From the hospital.
10 Q.  The -- And I'm just trying to -- You tell
11   me. I mean, when you got the bill -- If
12   you had gotten that bill first, would you
13   have picked up the phone and called
14   somebody, or do you remember picking up the
15   phone and calling anybody saying why am I
16   getting a bill for this?
17 A.  I'm sure I would have. But I did not call
18   the hospital. I immediately called
19   BlueCross.
20 Q.  And that's what I'm trying -- And you
21   may -- Like I said, you may not know the
22   answer to this. I'm trying to find out why
23   this letter was generated, if you know.

Page 55

1    And I'm trying to figure out if it was
2    generated because you called them or if --
3    after you got the hospital bill or if it
4    had been submitted to the hospital and they
5    sent this out. I don't know. Do you have
6    any idea?
7 A.  I know that I called BlueCross when I
8    received this letter, so I know I didn't
9    call the hospital.
10 Q.  And what did -- what did the folks at
11   BlueCross BlueShield tell you?
12 A.  That my account -- that the -- had been
13   terminated and that I would receive my
14   payment back but it took, like, 30 days to
15   process or something. I don't remember the
16   exact -- what they told me.
17 Q.  Okay. And that would have been the payment
18   from --
19 A.  January.
20 Q.  -- for the month of January?
21 A.  Yes, sir.
22 Q.  And would that have been $264 and change?
23 A.  Yes, sir.

Page 56

1 Q.  Do you remember anything else that that
2    person told you?
3 A.  I don't.
4 Q.  Did you call anybody else that day?
5 A.  I do not remember how I found out about
6    Taylor Benefit. A friend of mine was still
7    working at Workstaff, and she might have
8    told me about Taylor Benefit.
9 Q.  Who is your friend?
10 A.  Leslie Yancey.
11 Q.  Okay. And you called -- Do you think you
12   would have called her the same day that you
13   talked to BlueCross BlueShield?
14 A.  Yes, sir.
15 Q.  And Leslie is -- you believe Leslie is the
16   person that told you we're going through
17   Taylor Benefit now?
18 A.  I believe so, because that's the only
19   person I talked to from Workstaff.
20 Q.  Okay. Do you believe that she would have
21   told you that in the same conversation
22   that -- the same initial conversation that
23   y'all had?

Page 57

1  A.  I don't understand.  I'm sorry.
2  Q.  When you called her on that day, which
3      would have been about the same day that you
4      received this letter, was it that day that
5      she told you that Taylor Benefit Resource
6      was handling the insurance now?
7          MS. HAYNES:  Object to the form.
8          And that letter --
9          MR. BRITTAIN:  Excuse me.  I'm
10         sorry.
11         MS. HAYNES:  -- is Defendant's
12         Exhibit 8.
13 Q.  Let me -- Defendant's Exhibit 8, when you
14     received that, I believe you testified that
15     you called Leslie that day.
16 A.  Correct.
17 Q.  All right.  And --
18         MS. HAYNES:  And just for the
19         Record, I mean, the letter is
20         dated February 11th.  I don't
21         think she would have called
22         that day.
23         MR. BRITTAIN:  Right.  My first

Page 58

1          question was --
2          MS. HAYNES:  Some mailing time.
3  A.  I believe it was February 15th, the day I
4      received the letter.
5  Q.  All right.  Is there any reason why you
6      pick that day?  I mean, how do you remember
7      that?
8  A.  I just remember that's the day I found out
9      my insurance was canceled.
10 Q.  Okay.  Did -- So you would have called
11     Leslie on about February 15th?
12 A.  Yes, sir.
13 Q.  And she would have told you on that
14     occasion that Taylor Benefit was now
15     handling the insurance?
16 A.  Correct.
17 Q.  Did you call Taylor Benefit on that day?
18 A.  Immediately I called Taylor Benefit.
19 Q.  Would it have been that day?
20 A.  Yes, sir.
21 Q.  And --
22         MS. HAYNES:  That day meaning ...
23         MR. BRITTAIN:  The 15th.

Page 59

1          MS. HAYNES:  Okay.
2  Q.  What else, if anything, do you remember
3      talking to Leslie about?
4  A.  I don't remember anything else.
5  Q.  Okay.  Was it through her that you came to
6      find out that this wasn't something where,
7      you know, your insurance had just been
8      canceled; it was a deal where everybody's
9      insurance had been moved over there?
10 A.  Yes.
11 Q.  Tell me then when you called Taylor Benefit
12     Resource that day, who -- do you remember
13     who you talked to over there?
14 A.  I don't.
15 Q.  Do you remember if it was a male or a
16     female?
17 A.  I don't.
18 Q.  Tell me what they told you.
19 A.  That my insurance had to -- the premium had
20     to be paid that day or the next day for me
21     to have coverage from January and February.
22 Q.  Okay.  You know, again, you can't think of
23     any reason why anybody from Taylor Benefit

Page 60

1      Resource would want to see to it that you
2      didn't have any insurance, can you?
3  A.  No, sir.
4  Q.  Are you sure that they didn't tell you that
5      you could wait until you got your refund
6      payment from BlueCross BlueShield and then
7      submit that payment to them before -- you
8      know, without you losing any insurance?
9      Are you sure that isn't what happened in
10     that conversation?
11 A.  Right.  I was told it was -- either that
12     day or the next day it had to be paid.
13 Q.  If someone from Taylor Benefit Resource
14     were to testify that you were given the
15     option of waiting until your money had been
16     refunded from BlueCross BlueShield and then
17     submitting your premium payment and being
18     able to maintain your coverage, would you
19     disagree with that testimony?
20 A.  Yes, sir.
21 Q.  That letter that we've marked as Exhibit 8,
22     where did -- have you kept up with that
23     letter this whole time?

Page 61

1    A.  I've had it, yes, sir.
2    Q.  I mean, have you kept up with it; hadn't
3        thrown it away or anything and had to go
4        back to BlueCross BlueShield and get
5        another copy of it?
6    A.  Right.  I've had it the whole time.
7            MR. KIMBLE:  We don't keep
8               copies.  We just have the
9               computer generate a facsimile.
10   Q.  What about what's marked as Exhibit 1?  Did
11       you maintain a copy of this September 25,
12       2004 letter for your file?
13   A.  Yes, sir.
14   Q.  All right.  When you talked to the person
15       at Taylor Benefit Resource and they said,
16       you know, you've got to get us the payment
17       today or tomorrow, did you call anybody at
18       Ambassador?
19   A.  No, sir.
20   Q.  Why didn't you call somebody from
21       Ambassador and tell them that you thought
22       they had messed this up?
23   A.  Because I didn't deal with Ambassador.  I

Page 62

1        dealt with BlueCross.
2    Q.  Okay.  What was your understanding as --
3        Correct me if I'm wrong, though, but you
4        understood what had happened here, that the
5        plan had changed.  This time you understood
6        the plan had changed and that you were no
7        longer covered under that plan; right?
8    A.  Yes, sir.
9    Q.  I mean, Leslie told you that; right?
10   A.  Yes, sir.
11   Q.  And so at that point, did you -- was it
12       your belief that someone at Ambassador had
13       caused this problem?
14   A.  I mean, I understood that they make the
15       decisions to change insurance companies.
16   Q.  Right.  Right.
17           I mean, what was your understanding as
18       far as who was responsible for causing this
19       problem that you were in?
20   A.  The corporate office, Cone Financial.
21   Q.  Okay.  So who at the corporate office at
22       Cone Financial did you call when you found
23       this out to tell them about this mistake

Page 63

1        that they had made or this problem that
2        they had caused?
3    A.  No one.
4    Q.  Why didn't you call somebody over there?
5    A.  I don't know.
6    Q.  You had already retained a lawyer at that
7        time; is that correct?
8    A.  Yes, sir.
9    Q.  All right.  Had you already decided you
10       were going to sue Cone Financial at that
11       time or Ambassador at that time?
12   A.  I don't remember.
13   Q.  We went through all the relatives you've
14       got in Chambers County.  Did you call any
15       of them and ask them if you could borrow
16       $264 to pay this so that you wouldn't be
17       stuck with a $6,000 hospital bill?
18           MS. HAYNES:  Object to the form.
19   A.  I don't remember.
20           MS. HAYNES:  Where does it say
21              anything that the new plan was
22              206?
23   Q.  Did you know what the new plan was?

Page 64

1    A.  I don't remember.
2    Q.  Well, did you ask them -- You didn't call
3        them -- Whatever the amount was -- Did you
4        even find out what the amount was?
5    A.  She did tell me that day, but I don't
6        remember.
7    Q.  You didn't write it down or anything?
8    A.  I don't remember.
9    Q.  But you didn't call any of your family
10       members to see if you could borrow that
11       money to avoid paying the five, six, $7,000
12       hospital bill?
13   A.  I don't remember.
14   Q.  And sitting here today if you had made that
15       call, don't you think you would remember
16       that?
17   A.  That was three years ago.  I don't
18       remember.
19   Q.  Did you ever have to borrow -- I mean, have
20       you ever had to borrow money from your
21       parents or family members?
22   A.  Parents, yes.
23   Q.  And, I mean, since the birth of your son,

Page 65

1  have you ever had to borrow any money from
2  them?
3  A.  Yes.
4  Q.  And do you pay them back?
5  A.  Yes.
6  Q.  As best you can?
7  A.  Right.
8  Q.  I mean, it's not like borrowing from a
9  bank; they're --
10  A.  Right.
11  Q.  -- a little more forgiving; right?
12      Can you think of any reason why they
13  wouldn't have helped you out in this
14  situation if you had called them and asked
15  them to borrow some money?
16  A.  No.  I'm not sure what their financial
17  situation was at that time, so no.
18  Q.  Okay.  Have they helped you out in paying
19  these hospital bills?
20  A.  No.
21  Q.  They haven't helped out at all to help you
22  pay for the hospital bills connected with
23  the birth of your son?

Page 66

1  A.  No, sir.
2  Q.  You've been paying those on your own?
3  A.  Right.
4  Q.  And do you have some kind of payment plan
5  with the hospital?
6  A.  No, sir.
7  Q.  How do you go about paying them?
8  A.  I haven't paid them in a while.
9  Q.  Have they filed any kind of collection
10  action or anything like that?
11  A.  No, sir.
12  Q.  As far as -- Have you gotten any collection
13  letters?
14  A.  No, sir.
15  Q.  No lawsuits have been filed against you?
16  A.  No, sir.
17  Q.  What are some of the things that you would
18  borrow money from your parents for since
19  the birth of your son?
20  A.  Small amounts.  I don't really remember
21  what for but just small amount.
22  Q.  And small is relative.  I mean, what --
23  when you say small, what do you mean?

Page 67

1  A.  Less than a hundred.
2  Q.  Have we gone over any and all conversations
3  that you would have had with anyone from
4  Ambassador between the day of your
5  termination in September of '04 and the day
6  you found out in February '05 that you
7  didn't have insurance?
8  A.  Yes, sir.
9  Q.  Have we gone over everything that you've
10  talked to them about as far as your
11  insurance is concerned?
12  A.  Yes, sir, I believe so.
13  Q.  I'm going to ask you the same question with
14  respect to anybody at BlueCross
15  BlueShield.  Have we gone over every
16  conversation that you had with anybody at
17  BlueCross BlueShield between the date of
18  your termination in September of '04 and
19  the date that you received this letter
20  which we believe to be February 15, '05?
21  A.  Yes, sir.
22  Q.  Okay.  Same thing with Taylor Benefit
23  Resource.  Were there any other

Page 68

1  conversations for that time period other
2  than what we've talked about?
3  A.  I believe we covered all the conversations.
4  Q.  Okay.  Now, after the day that you found
5  out on February 15th, do you recall having
6  any other conversations with anybody at
7  Taylor Benefit Resource regarding your
8  insurance?
9  A.  I don't remember.
10  Q.  And the same with BlueCross BlueShield.
11  Have you had any conversations with anybody
12  over there about that?
13  A.  I don't remember.
14  Q.  You don't remember any conversations?
15  A.  Correct.  I don't remember any
16  conversations.
17      MS. HAYNES:  Except the one you've
18      told us about when you called
19      them?
20      MR. BRITTAIN:  Right.
21      THE WITNESS:  Right.
22  Q.  Other than what we've talked about and the
23  one that took place on February 15th or

Page 69

1      whenever it was you received this letter.
2  A.  Right.
3  Q.  What about anybody at Ambassador? And when
4      I say Ambassador, I'm talking about
5      Ambassador or their corporate office, or
6      whatever. Have you had any conversations
7      with anybody from Ambassador about
8      insurance after this February 15th or
9      whenever it was conversation that you had
10     with Leslie?
11 A.  I don't remember any other conversations.
12 Q.  Have you ever heard anything about -- You
13     know who Ken Cone is?
14 A.  Yes, sir.
15 Q.  Have you ever heard anything that he said
16     anything to the effect that you should have
17     been covered by insurance at the time that
18     you had your son?
19 A.  No, sir.
20 Q.  And, again, I'm not entitled to know
21     anything that your lawyer might have told
22     you, but you've never heard anybody tell
23     you that other than maybe your lawyer?

Page 70

1      You've never heard anybody tell you that he
2      said you should have been covered or
3      anything like that?
4  A.  No, sir.
5  Q.  Do you know what Ken Cone's role was
6      with -- or is with Ambassador?
7  A.  President.
8  Q.  Do you know what, if anything, he knows
9      about the administration of health
10     insurance programs or anything about health
11     insurance?
12 A.  No, sir.
13 Q.  I mean, did you ever have any conversations
14     with him about insurance?
15 A.  I don't believe so.
16 Q.  Did you ever have any conversations with
17     him at all?
18 A.  Yes, sir.
19 Q.  Any conversations with him after the
20     original trial?
21 A.  No.
22         (Off-the-Record discussion.)
23         (Brief recess was taken.)

Page 71

1  Q.  Let me ask you this. This letter that
2      we've marked as Exhibit 6 -- And I
3      understand that it's your position you
4      never received this. Would you agree with
5      me that if you had received this letter
6      that you would not be covered under the
7      health insurance plan that's administered
8      through Taylor Benefit Resource because you
9      didn't provide the notice to them and you
10     didn't provide the premiums?
11 A.  If I would have received that, yes, sir.
12 Q.  Okay. And just so we're clear, as far as
13     your coverage with BlueCross BlueShield --
14     your COBRA coverage with BlueCross
15     BlueShield, you never had any problem with
16     them from the time you went on it in
17     September of '04 through December 31, '04;
18     is that correct?
19 A.  Correct.
20 Q.  I mean, you got all the necessary
21     paperwork. The proper paperwork was sent
22     to you to allow you to continue under the
23     COBRA program during that time period; is

Page 72

1      that correct?
2  A.  Yes, sir.
3  Q.  Let me ask you this. Assuming that -- I
4      want you to assume that this is true. I
5      want you to assume that Ambassador turned
6      your name over to Taylor Benefit Resource
7      as somebody that was receiving benefits
8      under the BlueCross BlueShield COBRA plan
9      and told them they needed to get out the
10     notification to you and the other people.
11     Assuming that Ambassador did that, can you
12     think of anything else they could have done
13     to have ensured that you continued to
14     receive COBRA coverage?
15         MS. HAYNES: Object to the form.
16 A.  No, sir.
17 Q.  I mean, you agree with me it wouldn't be
18     Ambassador's fault if somebody at Taylor
19     Benefit Resource failed to send that to
20     you?
21         MS. HAYNES: Object to the form.
22         Also calls for a legal
23         conclusion. She's not

Page 73

1    qualified to answer.
2  Q.  Subject to that objection, would you agree
3    with me that if -- it wouldn't be
4    Ambassador's fault if they properly gave
5    your name to Taylor Benefit Resource and
6    that was not properly passed on?
7  A.  Correct.
8  Q.  Along those lines, it wouldn't be
9    Ambassador's fault if the letter was not
10   sent?
11         MS. HAYNES: Object to the form.
12             Also calls for a legal
13             conclusion.
14  A.  Right.
15  Q.  You knew as of February -- we think
16    February 15th -- but early part of February
17    of 2005 that you were being denied any
18    health insurance; is that right?
19  A.  Correct.
20  Q.  And I want you to just tell me in your own
21    words what it is you claim that Ambassador
22    did or failed to do that's caused you to
23    file this lawsuit against them?

Page 74

1  A.  They did not provide me with the proper
2    paperwork for the new insurance company,
3    enrollment forms.
4  Q.  Is there anything else?
5  A.  No, sir.
6  Q.  As far as any damages that you've incurred,
7    you've got obviously the hospital bill; is
8    that right?
9  A.  Correct.
10  Q.  And that was, I believe, 5,180 something
11    dollars; is that correct?
12  A.  I don't remember the exact amount.
13  Q.  Any other out-of-pocket expenses?
14  A.  Not that I remember.
15  Q.  There's a reference in the complaint to
16    this having damaged your credit. Are you
17    aware of this having damaged your credit in
18    any way?
19  A.  If it has went to a credit agency by now it
20    would, but ...
21  Q.  It was your previous testimony that to your
22    knowledge it has not gone to a credit
23    agency.

Page 75

1  A.  I haven't received anything.
2  Q.  Right. So, to your knowledge, I mean, as
3    far as sitting here right now, you're not
4    aware of any credit company having this
5    information, are you?
6  A.  Correct.
7  Q.  And you have not seen any kind of credit
8    report from any of the credit reporting
9    agencies that would reflect that your
10    credit has been damaged; is that true?
11  A.  Correct.
12  Q.  The house that you live in now, are -- do
13    you own or rent that?
14  A.  I just rent.
15  Q.  Have you applied for any loans, tried to
16    borrow any money or do anything like that
17    and they said, no, we're not going to do it
18    because you've got bad credit?
19  A.  No, sir, not that I remember.
20  Q.  Let me ask you this. Y'all had a trial
21    back in -- a year and a half or two years
22    ago with -- between you and Ambassador; is
23    that right? Or a year ago. Sometime in --

Page 76

1  A.  Yes, sir.
2  Q.  And in that case do you remember telling
3    the jury that -- talking to them about the
4    fact that Ambassador didn't properly send
5    you the notification?
6  A.  Yes, sir.
7  Q.  And in that case you asked the jury to give
8    you the same medical bills you're asking
9    for in this case; is that right?
10  A.  Yes, sir.
11        (Defendant's Exhibit 9 was marked
12            for identification.)
13  Q.  Let me show you what I'm going to mark
14    Exhibit 9. This has been produced by
15    BlueCross BlueShield. It's Bates number
16    71. Let me ask you if you recognize that.
17        MR. KIMBLE: I think that's a two
18            page.
19        MR. BRITTAIN: Is this the second
20            page?
21  Q.  Here you go. This will be a two page. It
22    will be Bates numbers 71 and 72.
23        MS. HAYNES: Is that 7?

Page 77

1          MR. BRITTAIN: This is 9.
2    Q.   Do you know what that is?
3    A.   An application for enrollment.
4    Q.   And do you know when that was filled out?
5          MS. HAYNES: Well, look at both
6               pages and make sure.
7    Q.   Look at both of them.
8          MS. HAYNES: Yeah. The second
9               page I don't know what it is.
10              It could be part of the
11              application. Is it? Do you
12              know?
13         MR. KIMBLE: I think it is her
14              application, initial
15              application.
16         THE WITNESS: This isn't.
17         MS. HAYNES: The second page.
18         THE WITNESS: Huh-uh (negative
19              response).
20   Q.   Do you remember when you initially applied
21        for insurance through BlueCross BlueShield?
22   A.   June, July of '04.
23   Q.   And that second page, that's dated June

Page 78

1         '06; is that right? Down at the bottom
2         right-hand corner.
3          MS. HAYNES: June '06. It's June
4               '04.
5    Q.   Oh, excuse me. June '04.
6    A.   Uh-huh (positive response).
7          MS. HAYNES: Is that a yes?
8               You'll have to say.
9    A.   Oh, yes. I'm sorry.
10   Q.   Do you know what that -- why that was
11        generated? Was that part of the
12        application?
13   A.   I don't remember.
14   Q.   One more thing. What we've marked as
15        Exhibit 5, do you see on here it says
16        schedule of premiums? See right here?
17   A.   Yes, sir.
18   Q.   And it says you have to pay them 141.27 if
19        you paid before September 30, '04; right?
20   A.   Yes, sir.
21   Q.   And you have to pay them 406.14 if you paid
22        before October 31st; right?
23   A.   Correct.

Page 79

1    Q.   And that's what you did; right?
2    A.   Yes, sir.
3    Q.   And then you have to pay this -- an
4         additional amount of $671 if paid by
5         November 30, '04; is a right?
6    A.   Yes, sir.
7    Q.   And then they even gave you there through
8         December 31, '04, which you'd have to pay
9         $935 at that time; is that right?
10   A.   Correct.
11   Q.   I mean, did anybody at Taylor Benefit
12        Resource tell you along those same lines
13        that if -- you know, it wasn't two days; it
14        was just if you make the payment within two
15        days it will be this rate but if you make
16        the payment after that or 30 days after
17        that it will be a different rate, 30 days
18        after that it will be a different rate?
19   A.   No, sir.
20   Q.   And if anybody testified that that's what
21        they told you, you would disagree with that
22        testimony?
23   A.   Yes, sir.

Page 80

1    Q.   One more thing. This September 25, 2004
2         letter was sent to you by BlueCross
3         BlueShield, and that would have been about
4         two weeks after you were terminated; is
5         that correct?
6    A.   Yes, sir.
7    Q.   And --
8          MS. HAYNES: You're talking about
9               Defendant's Exhibit 1?
10         MR. BRITTAIN: Correct.
11   Q.   And they were going to -- On here it -- I
12        don't know whether you call it
13        retroactively, but they were going to
14        backdate your coverage through September
15        15, '04; is that right?
16   A.   Yes, sir.
17   Q.   Which would have been ten days before you
18        received this letter; right?
19   A.   Yes, sir.
20   Q.   All right. Thank you. That's all I've
21        got.
22         (Off-the-Record discussion.)
23

Page 81

1    EXAMINATION
2  BY MR. KIMBLE:
3    Q.  Ms. Cooper, my name is Chris Kimble.  I
4        represent BlueCross BlueShield of Georgia.
5        I don't have a whole lot of questions for
6        you because you've answered a lot of them,
7        but I need to fill in a few things.  If I
8        ask you a question that you don't
9        understand, will you please tell me that
10       you don't understand it before you try to
11       answer it?
12   A.  Yes, sir.
13   Q.  If I ask you a question and you answer it,
14       am I entitled to assume that you understood
15       my question?
16   A.  Yes, sir.
17   Q.  And I'm going to ask you -- start off with
18       the same question that Evans asked you with
19       regard to BlueCross, and that is what, if
20       anything, do you contend that BlueCross did
21       wrong knowing what you know now about the
22       case?
23   A.  What BlueCross did wrong?

Page 82

1    Q.  Yes, ma'am.
2    A.  Nothing.
3    Q.  Is it your understanding that BlueCross
4        only canceled your coverage because Cone
5        canceled the entire contract that BlueCross
6        had issued to Cone?
7    A.  Yes, sir.
8    Q.  And you don't contend that there was
9        anything wrong with what BlueCross did in
10       following Cone's directive to cancel its
11       insurance policy, do you?
12   A.  Right.
13   Q.  You were talking about some discussions
14       that you had with various people after you
15       learned that the coverage was canceled.
16       And I think we've already identified the
17       letter dated February 11th from BlueCross
18       that you produced; is that right?
19   A.  Yes, sir.
20   Q.  And that was the first knowledge you had
21       that your insurance was not in effect --
22   A.  Correct.
23   Q.  -- as of January 1?

Page 83

1    A.  Correct.
2    Q.  Now, prior to that time -- I really need to
3        say prior -- up to January 1, 2005, had all
4        the claims BlueCross -- Strike that.
5            Had BlueCross paid everything they were
6        supposed to pay for any services you had
7        prior to January 1, 2005?
8    A.  Yes, sir, as far as I know.
9    Q.  So the only thing that's in dispute in the
10       lawsuit is the payments of any claims that
11       might be due to be paid by somebody as a
12       result of the birth of your son?
13   A.  Yes, sir.
14           MS. HAYNES:  Well, I don't know
15           about that Wheeler Pharmacy.
16           If that's only for the birth
17           of her son or --
18   Q.  That's a good point.  Let me give you a
19       better question.
20           MS. HAYNES:  -- something else.
21   A.  Okay.
22   Q.  The only thing that would be in dispute as
23       far as claims go would be services you

Page 84

1        received after January -- on or after
2        January 1, 2005?
3    A.  Yes, sir.
4    Q.  You mentioned in response to Evans'
5        question, when you got the letter from
6        BlueCross the first thing you did was call
7        BlueCross?
8    A.  Yes, sir.
9    Q.  Okay.  And as we sit here today, is that
10       the one and only conversation you've had
11       with BlueCross since you received that
12       letter?
13   A.  I believe I might have spoke with them one
14       other time on getting my payment back, but
15       an in-depth conversation, that's all I do
16       remember.
17   Q.  And I know you gave Evans the two minute
18       short -- not even that -- the three or four
19       second short version of the conversation.
20       But would you please tell me now about the
21       conversation that you had with BlueCross
22       after you received the February 11 letter.
23       Which I believe you said February 15th --

Page 85

1   A.   Yes, sir.
2   Q.   -- '05; is that right?
3        Tell me as best you can remember
4        everything that was said during that
5        conversation.
6   A.   I really don't remember other than my
7        coverage was terminated and I could receive
8        my payment -- my January payment -- they
9        would mail that back to me.
10  Q.   Okay.
11  A.   I believe it might -- they might have told
12       me it was a 30-day processing to return
13       that payment.
14  Q.   You ultimately got that back?
15  A.   Yes, sir, I did.
16  Q.   And you think you might have had one more
17       conversation with regard to, like, where's
18       the refund or when can I expect it,
19       something to that effect?
20  A.   Right.  If I called them a second time.
21  Q.   Back to the first conversation.  Do you
22       recall -- And I'm not -- I'm just trying to
23       jog your memory here.  Do you recall if

Page 86

1        they told you why your coverage had been
2        canceled?
3   A.   I believe they just told me that it had --
4        They might have said Cone terminated it.
5        I'm not sure exactly how they told me.  All
6        I know is it was terminated.
7   Q.   And was the reason for calling to find out
8        why?
9   A.   Right.  And I believe that's the only
10       information she knew.
11  Q.   Was the whole group had been canceled?
12  A.   Right.
13  Q.   Now, did you ask her if there was anything
14       you could do to get coverage after that
15       date?
16  A.   I don't remember.
17  Q.   Did you understand from the letter that the
18       coverage had been canceled as of January
19       1st --
20  A.   Yes, sir.
21  Q.   -- so that you were hanging out there with
22       no insurance for the birth of your baby?
23  A.   Yes, sir.

Page 87

1   Q.   Did you ask anybody -- I understood you
2        didn't ask BlueCross.  But did you ask
3        anybody else about I've got to have some
4        insurance to cover this period of time;
5        what can I do?
6   A.   Other than calling my friend Leslie that
7        had worked at Workstaff and finding out
8        what the insurance policy was or if they
9        had gone with someone else, that's it.
10  Q.   In the past --
11       MS. HAYNES:  Hold on.  Are you
12          asking what -- how she got
13          other insurance, though, or
14          are you asking just about her
15          conversations with Cone and
16          BlueCross?
17  Q.   I was asking, I think, specifically about
18       whether you had asked BlueCross about if
19       you could continue the insurance or not.
20  A.   Right.  And I don't remember.
21  Q.   Okay.  Let me ask -- give you a better
22       question.
23       MS. HAYNES:  That's a good point

Page 88

1        you raise, Alicia.
2   Q.   Did you make any efforts with BlueCross to
3        continue the coverage at all or to convert
4        it or to do anything other than -- to have
5        some sort of coverage after January 1,
6        2005?
7   A.   I don't remember.
8   Q.   Do you think if you had had that
9        conversation you would remember it?
10  A.   Probably so.
11  Q.   Now, same question with Cone Financial or
12       the third party administrator, Taylor
13       Benefit, or anybody else.  Do you recall
14       having any conversations other than the one
15       phone call you made to Taylor that you told
16       us about of making an effort to try to get
17       some continuing insurance coverage of some
18       sort to cover these particular dates we're
19       here about today?
20  A.   No, sir, I don't remember.
21  Q.   Stepping back now.  You became -- I think
22       we established that you became effective on
23       Cone's BlueCross insurance in -- Was it

Page 89

1 July 2004?
2 A. I believe so.
3 Q. Had you had insurance -- health insurance
4 through Cone prior to that date?
5 A. Yes, sir.
6 Q. Was it with a different carrier?
7 A. I believe it was the Taylor Benefit -- He
8 was with Taylor Benefit first and then went
9 to BlueCross.
10 Q. When you -- And you started with Cone when
11 again? Remind me.
12 A. I believe February 2003.
13 Q. So when you started with Cone in February
14 2003, were you eligible to participate in
15 whatever insurance they had?
16 A. I believe if I waited my 90 days or
17 whatever their policy was --
18 Q. You had a waiting period --
19 A. Yes, sir.
20 Q. -- probationary period? But after that you
21 were able to participate in their health
22 insurance?
23 A. Yes, sir.

Page 90

1 Q. And that was something administered by
2 Taylor?
3 A. I do believe it was.
4 Q. Do you know if that was a self-funded
5 arrangement or an insured arrangement?
6 A. I don't understand.
7 Q. Do you know the difference between the two?
8 A. No, sir.
9 Q. Whatever it is. We'll just call it
10 whatever Taylor did. Okay.
11 So then as I understand correctly,
12 roughly 90 days after you started with Cone
13 you enrolled in whatever coverage they had,
14 which you understood was being administered
15 by Taylor Benefit --
16 A. Correct.
17 Q. -- is that correct?
18 Okay. And I assume you filled out
19 forms to enroll in that coverage?
20 A. Right.
21 Q. Okay. Did you -- You had -- Did you have
22 individual coverage or family coverage? Do
23 you recall?

Page 91

1 A. Individual at that time.
2 Q. Okay. Did they pay 100 percent of the cost
3 or did you have to share in the cost of
4 that?
5 A. I don't remember.
6 Q. Okay. And then at some point in time it
7 looks like -- sounds like Cone changed from
8 whatever Taylor was doing to a BlueCross
9 insurance policy. Is that your
10 understanding?
11 A. Yes, sir.
12 Q. And I think we identified Exhibit 9 as the
13 application that you would have filled out
14 to enroll in the BlueCross coverage; is
15 that right?
16 A. Yes, sir.
17 Q. Now, did I understand you -- while we're
18 talking about Exhibit 9 -- to say that page
19 two did not look like it was a part of the
20 application or did I misunderstand?
21 A. It -- I don't remember. I mean, I don't
22 remember filling it out. It might be part
23 of the application, but I don't remember.

Page 92

1 Q. But as far as you know, that is a true and
2 correct copy of your application for the
3 BlueCross coverage through Cone?
4 A. Yes, sir.
5 MS. HAYNES: Object to the form.
6 Other than there's redactions.
7 Q. Yeah. And the redactions, frankly, are
8 your yes and no answers to health
9 questions, which is why I redacted that.
10 A. Oh, okay.
11 Q. If you look at the original and hold it to
12 the light, you see there's some checkmark
13 boxes.
14 MS. HAYNES: Well, how about at
15 the top and the bottom of the
16 page?
17 MR. KIMBLE: I'm sorry?
18 MS. HAYNES: The top and bottom of
19 page two there's redactions on
20 Exhibit 9.
21 MR. KIMBLE: I think that's going
22 to be contract number or
23 social security number. One

Page 93

1           of the two.
2                MS. HAYNES:  Okay.
3     Q.   Okay.  So you filed that application and
4           then you had the BlueCross coverage for
5           some period of time and then your
6           employment ended; is that right?
7     A.   Yes, sir.
8     Q.   And I think we've established and I don't
9           think you dispute that BlueCross sent you
10          the COBRA notice that you were supposed to
11          get so you could continue on these benefits
12          under COBRA.
13    A.   Yes, sir.
14    Q.   And you understood that you were entitled
15          up to 18 months of COBRA coverage if you
16          wanted to go that long?
17    A.   Yes, sir.
18    Q.   But by my calculation you would have been
19          done with COBRA at least under that
20          arrangement through March of '06?  Is that
21          your understanding?
22    A.   I thought it was March '05.
23    Q.   '5.  I'm sorry.  I meant '05.  You're

Page 94

1           right.  I'm wrong.  But through March?
2     A.   Yes, sir.
3                (Defendant's Exhibit 10 was marked
4                 for identification.)
5     Q.   I'm going to show you Defendant's Exhibit
6           10.  Is that the booklet that you got when
7           you -- after you sent in your application
8           for enrollment to BlueCross?
9     A.   Yes, sir, I do believe it is.
10    Q.   When you got that, do you recall if you
11          ever looked at it and read it?
12    A.   I don't remember.
13    Q.   As you sit here today, do you ever remember
14          going through it?
15    A.   Yes, sir, I always go through the
16          booklets.  But I don't remember going
17          through -- I mean, it's been a long time.
18          I don't remember going through this one.
19    Q.   So your practice -- I think what you're
20          telling me is your practice when you get
21          some new insurance booklet is to take a
22          look through it.
23    A.   Yes, sir.

Page 95

1     Q.   But as you sit here today, you can't
2           specifically remember doing it with this
3           one?
4     A.   Correct.
5     Q.   After you got a letter from BlueCross
6           saying that your coverage had canceled, did
7           you pull the book out and read it?
8     A.   I don't believe so.
9     Q.   Are there any notices that you think you
10          are entitled to that BlueCross did not
11          provide to you?
12               MS. HAYNES:  Object to the form.
13    A.   No, sir.
14    Q.   Well, are you aware from any source that
15          there is something that BlueCross should
16          have given you notice of that they didn't
17          give you notice of?
18    A.   No, sir.
19    Q.   Well, I think we've established that
20          BlueCross gave you notice of your coverage
21          rights once your employment terminated --
22    A.   Right.
23    Q.   -- is that right?

Page 96

1           And then they sent you the application,
2           which you filled out and sent in so you can
3           continue your COBRA coverage.
4     A.   Yes, sir.
5     Q.   And then when Cone canceled the policy,
6           they gave you notice that Cone had done
7           that?
8     A.   Yes, sir.
9     Q.   Can you think of any other notice that
10          BlueCross could have given you that would
11          have been helpful to you?
12    A.   No, sir.
13               MS. HAYNES:  And I want to make
14               the distinction here because
15               y'all talked about the date
16               March '05 or March '06.  She
17               was entitled to 18 months of
18               coverage under the policy, was
19               she not?
20               MR. KIMBLE:  Yes.  Would that be
21               March '06?
22               MS. HAYNES:  Okay.
23               MR. KIMBLE:  No.  Would that be?

Page 97

1       MS. HAYNES: Uh-huh (positive
2           response).
3       MR. KIMBLE: Then I was right.
4           Righter than I thought I was.
5   Q.  Bear with me. Evans has already asked a
6       lot of this stuff that I was going to ask.
7           In the complaint there's an allegation
8       that you were not able to convert your
9       coverage to individual coverage or to do
10      some other kind of coverage. Are you
11      familiar with that allegation and what it
12      speaks to?
13          MS. HAYNES: Object to the form.
14  A.  I don't understand.
15  Q.  Sure.
16          If you would look at paragraph 26 of
17      the amended complaint.
18  A.  Twenty ...
19  Q.  Twenty-six.
20          It says -- I'm reading from that and
21      tell me if yours reads any differently -- a
22      proximate result of the facts above,
23      Ms. Cooper was unable to convert what would

Page 98

1       have been her COBRA coverage to individual
2       coverage so that her pregnancy would not
3       have been treated as a preexisting
4       condition for purpose of any other medical
5       insurance that she would have otherwise
6       have been able to obtain. Do you see that?
7           MS. HAYNES: It's paragraph 25.
8           Is it 26 on yours?
9           MR. KIMBLE: Yeah.
10          MS. HAYNES: Are you talking about
11          the amended complaint?
12          MR. KIMBLE: That's why I was kind
13          of puzzled when I couldn't
14          find what y'all were reading
15          before in response to that.
16          MS. HAYNES: Well, isn't that
17          odd?
18          MR. KIMBLE: And that's the one
19          that got filed.
20          MR. BRITTAIN: Well, this one is
21          filed too. Maybe I'm --
22          MS. HAYNES: You know, they made
23          us redo it because of the

Page 99

1       child, but I can't imagine it
2       would have --
3       MR. KIMBLE: It changed --
4       MS. HAYNES: What's your document
5       number?
6       MR. KIMBLE: -- paragraphs.
7           Let me see.
8       MS. HAYNES: Yeah. This is
9       document 20, and this one is
10      21-2 that you're looking at.
11      MR. KIMBLE: Okay.
12      MS. HAYNES: I remember there was
13      an issue because of how we
14      identified the child or --
15      They wanted another paragraph
16      in there.
17      MR. KIMBLE: We'll go with your
18      version, then.
19          What paragraph was
20      I reading from?
21      MS. HAYNES: On document 20 it is
22      paragraph 25.
23  Q.  Okay. On paragraph 25, that's exhibit --

Page 100

1       an exhibit to your deposition. We just
2       read that. Did you try to convert your
3       coverage or somehow get individual coverage
4       after your baby was born?
5   A.  I don't remember.
6   Q.  Did anybody ever tell you -- Well, let me
7       ask you this. Have you been denied
8       insurance coverage for your baby's birth
9       because your pregnancy was a preexisting
10      condition?
11  A.  I didn't try to enroll him --
12  Q.  Okay. What about as far as your --
13          MS. HAYNES: She's not finished
14          with her answer.
15  Q.  I beg your pardon?
16  A.  I didn't try to enroll him for his birth.
17      I just enrolled him -- The time that my
18      husband put him on his insurance was just
19      from that date forward.
20  Q.  Now, were you on your husband's insurance
21      also?
22  A.  No.
23  Q.  You were just on your own?

Page 101

1 A. Yes.
2 Q. As far as your expenses related to
3 delivering your son, were you ever denied
4 coverage for any of those expenses by
5 anybody on the basis of your pregnancy for
6 a preexisting condition?
7         MS. HAYNES: Other than BlueCross
8             BlueShield.
9         MR. KIMBLE: BlueCross didn't deny
10             for it being a preexisting
11             condition.
12         MS. HAYNES: Okay.
13         MR. KIMBLE: They denied it for
14             the coverage --
15         MS. HAYNES: No payment.
16         MR. KIMBLE: -- had been canceled.
17 Q. And I'm just going here from paragraph 25.
18 A. Right.
19 Q. I'm just trying to find out if anybody had
20 told you that you couldn't have coverage
21 because your pregnancy was being treated as
22 a preexisting condition?
23 A. No, sir.

Page 102

1 Q. You're telling me other than calling Taylor
2 to try to get on the new coverage with
3 Cone, you had not made any effort to get
4 additional coverage from BlueCross
5 BlueShield of Georgia or anybody else; is
6 that right?
7 A. Correct.
8 Q. And just so I'm clear. You had mentioned
9 that you're under BlueCross coverage now.
10 Is that BlueCross BlueShield of Alabama or
11 BlueCross BlueShield of Georgia, or do you
12 know?
13 A. I don't think it's either one. I think it
14 might be Illinois.
15 Q. You had given some testimony about a
16 hospital bill and you told me you
17 weren't -- or told Evans you weren't sure
18 whether you got that before or after the
19 February 11th notice from BlueCross. Do
20 you remember that testimony?
21 A. Yes.
22 Q. What was significant about that hospital
23 bill to you?

Page 103

1 A. I just remember the amount being around
2 five or 6,000.
3 Q. Well, did it say anything, though, about
4 whether you had coverage or not?
5 A. No, I don't remember that.
6 Q. But when you had gotten bills in the past,
7 has it been the case typically that the
8 provider will say here's the bill but we
9 bill your insurance company for it?
10 A. I don't remember.
11 Q. Did that hospital bill ask you to pay that
12 amount?
13 A. I don't remember.
14 Q. At some point in time, did you learn that
15 the bills that you had related to your son's
16 delivery had been submitted to BlueCross
17 and that they had been denied because the
18 coverage was not in effect, it had been
19 terminated back to January 1?
20 A. I didn't know that they had been submitted
21 to BlueCross.
22 Q. Had you ever received anything from any
23 healthcare provider saying BlueCross had

Page 104

1 denied coverage for these?
2 A. I don't believe so.
3 Q. Did you ever talk to any healthcare
4 providers about getting BlueCross to pay
5 any of them?
6 A. I don't believe so.
7 Q. Have you made any efforts with Taylor
8 Benefit or Cone or anyone to retroactively
9 have you added to finish up your COBRA
10 eligibility?
11 A. No, sir.
12 Q. Did you ever get an invoice -- Strike that.
13     I think the practice of BlueCross
14 told me was for them to send an invoice
15 each month.
16 A. Yes, sir.
17 Q. Is that your recollection?
18     Did they send you -- And I think you
19 told me that you had paid for January and
20 that you had a refund --
21 A. Yes, sir.
22 Q. -- for the January premium.
23     And that was in response to an invoice

Deposition of Lauren Cooper

April 2, 2008

Page 105

1    they sent you?
2    A.   Correct.
3    Q.   And do you recall if you got an invoice for
4        February of '05?
5    A.   When it -- When it was sent out, it would
6        be -- it would say more than one month
7        sometimes.  One of the exhibits has it on
8        there.
9    Q.   But you typically would only -- While they
10        may give you an option to pay for more than
11        one month at a time --
12    A.   Right.
13    Q.   -- was it your practice to pay for one
14        month at a time or just pay each month?
15    A.   My first payment I paid for two months, and
16        then I believe after that I was paying each
17        individual month.
18    Q.   Okay.  And was the amount of the refund
19        check that you got back from BlueCross the
20        amount that it was supposed to be for
21        January '05?
22        MS. HAYNES:  Object to the form.
23    A.   Correct.

Page 106

1    Q.   I guess what I'm asking is, you got
2        everything back you're supposed to get --
3    A.   Yes.
4    Q.   -- is what I'm driving at there.
5        There's an allegation in the complaint
6        also that your hospital delivery had been
7        precertified by BlueCross.  Do you have any
8        knowledge of that?  Does that ring a bell
9        to you?
10    A.   The only thing I remember is my very first
11        visit to the hospital.  They did go ahead
12        and verify insurance and all before I was
13        seen.
14    Q.   When was your very first visit?
15    A.   I meant to say doctor.  I'm sorry.
16    Q.   When was your very first visit to the
17        doctor?
18    A.   June.  June '04.
19    Q.   June '04.
20        Did they ask you to bring a
21        verification of your insurance benefits?
22        Does that ring a bell to you?
23    A.   I don't remember.

Page 107

1        (Defendant's Exhibit 11 was marked
2        for identification.)
3    Q.   I want to show you what I'm going to mark
4        as Exhibit 11.  This came from, I think,
5        your doctor's records.  I don't expect you
6        to identify it, but see if it jogs your
7        memory.  This is a BlueCross document, and
8        BlueCross didn't produce this.  It came
9        from your doctors.  Obviously, it came from
10        BlueCross, but they're not the ones that
11        turned it over in this lawsuit.
12        There's a note at the bottom that says
13        per patient no pre-ex.  Do you know what
14        that means?  Do you recall having a
15        discussion with the doctor about there not
16        being a preexisting condition exclusion?
17    A.   I don't remember.
18    Q.   And it says, will bring coverage
19        verification on next visit.  Does that jog
20        your memory at all about whether you
21        brought insurance benefit verification?
22    A.   I don't remember.
23

Page 108

1        (Defendant's Exhibit 12 was marked
2        for identification.)
3    Q.   Let me show you Exhibit 12, which is
4        another document that came from the
5        doctor's file.  This one is dated July
6        2004.  And I'll ask if you have seen that
7        before?
8    A.   No, sir.
9    Q.   Does that ring a bell to you?
10        Okay.  I don't think that's a BlueCross
11        document.  And the reason I say that is it
12        says the date the coverage ended was July
13        30, 2004.  That would have been the prior
14        coverage --
15    A.   Correct.
16    Q.   -- for Taylor Benefit; is that right?
17    A.   Yes, sir.
18    Q.   Do you recall now -- When you first went to
19        the doctor -- Strike that.
20        When you first learned you were
21        pregnant, were you under BlueCross coverage
22        at that time or Taylor Benefit coverage or
23        do you recall?

Page 109

1  A.  I do remember being under Taylor, because I
2      was going to have to pay for each doctor
3      visit.
4  Q.  Okay.
5  A.  And then when I changed to BlueCross, they
6      refunded me my money that I had been
7      paying.
8  Q.  The doctor did?
9  A.  Yes.
10 Q.  So the best you recall it sounds to me like
11     in mid pregnancy and in mid OB treatment
12     your coverage changed and you got some of
13     the money back from the doctor, because
14     BlueCross -- assuming -- I'm assuming
15     BlueCross paid some of the other --
16         MS. HAYNES:  Object to the form.
17 A.  Right.
18 Q.  Is that correct, though?
19 A.  Well, BlueCross was going to pay 100
20     percent, I believe, where Taylor Benefit
21     did not.  I remember that.
22 Q.  Do you know as you sit here today what the
23     premium differences would have been between

Page 110

1      the coverage that BlueCross -- the COBRA
2      coverage with BlueCross and the COBRA
3      coverage that Taylor had had you gotten
4      it?
5  A.  I don't remember.
6  Q.  Have you ever known?
7  A.  I mean, they gave me prices that day, but I
8      don't remember.
9  Q.  Do you recall if it was more or less than
10     the BlueCross coverage?
11 A.  I want to say it was around BlueCross.
12 Q.  Close to the same price?
13 A.  Yes, sir.
14 Q.  Same -- Slightly different question.  Do
15     you recall whether you ever knew what the
16     coverage aspects of the Taylor Benefit
17     coverage were; that is, the deductibles,
18     copays and so forth?
19 A.  I don't believe I knew that.
20 Q.  I'm talking about the Taylor coverage after
21     the BlueCross.
22 A.  Right.  I knew for BlueCross, but I don't
23     know for Taylor.

Page 111

1  Q.  Okay.  Do you recall there being a
2      discussion with your friend or anybody at
3      Taylor as to whether the coverage under the
4      Taylor Benefits program after the COBRA
5      coverage with BlueCross ended would be the
6      same as the Taylor Benefit coverage you had
7      before y'all ever went on BlueCross in the
8      first place?
9  A.  I don't remember.
10 Q.  Do you recall there being any discussion
11     whether your admission to the hospital to
12     deliver your son had to be precertified?
13 A.  I really don't remember.
14 Q.  Do you know what I'm talking about?  Do you
15     know what precertification is?
16 A.  Where they had to verify my insurance.
17 Q.  Well, that would be a little bit
18     different.  Verification of benefits is
19     where you find out what the coverage is.
20     Typically, precertification means you've
21     got to get notice to the insured within so
22     many hours or days of going into the
23     hospital or before going into the hospital

Page 112

1      for certain kinds of procedures.  Are you
2      familiar with that concept?
3  A.  Right.
4  Q.  Was your pregnancy -- I'm sorry.  Was your
5      delivery -- Your admission to the hospital
6      to have the delivery, was that something as
7      far as you knew that had to be precertified
8      with BlueCross?
9  A.  I don't know.
10 Q.  Do you recall that ever being a topic of
11     discussion around the time that you went in
12     to deliver your baby?
13 A.  No, sir.
14 Q.  Other than the hospital bill that Evans
15     mentioned, are there any other unpaid bills
16     as a result of the gap in coverage?
17 A.  I don't believe so.
18 Q.  So the doctor is taken care of as far as
19     you know?
20 A.  I far as I know.  I'm not sure.
21 Q.  They're not sending you any bills?
22 A.  No.
23 Q.  Do you know who paid the doctor?

Page 113

1   A.  No, sir.
2   Q.  It sounds like BlueCross paid some of it,
3       because you got a refund as I recall from
4       the doctor; is that right?
5   A.  Right.
6   Q.  In any event, I think your -- Am I correct
7       that you're certain that no one has paid
8       your hospital bill?
9   A.  Correct.
10  Q.  To your knowledge, did you or anyone on
11      your behalf -- and that would include your
12      lawyer -- ever make a request to BlueCross
13      BlueShield of Georgia for documents that
14      ERISA would require you to provided?
15  A.  No, sir.
16  Q.  Will you agree with me that you did get a
17      timely and accurate notice of your right to
18      continue your COBRA coverage from BlueCross
19      after you initially had your employment
20      terminated --
21  A.  Yes, sir.
22  Q.  -- correct?
23      And do you agree with me that you got

Page 114

1       timely notice -- as timely notice as they
2       could from BlueCross of the termination of
3       your insurance under the current plan?
4   A.  I wouldn't say it was timely notice.
5   Q.  What was untimely about it?
6   A.  It was a month and a half later.
7   Q.  Do you know when BlueCross found out --
8   A.  No, I don't.
9   Q.  -- it was going to be terminated?
10      If BlueCross didn't find out until
11      roughly around the time that your baby was
12      born that it was being terminated back to
13      the 1st of January, would it still be your
14      belief that the February 11 notice was
15      untimely?
16  A.  In that situation, that was -- could have
17      been a timely manner, yes.
18  Q.  And I think the February 11 notice you
19      produced today; is that right --
20  A.  Correct.
21  Q.  -- February 11 letter from BlueCross?
22  A.  Yes, sir.
23  Q.  And that was also addressed to your Morgan

Page 115

1       Street address?
2   A.  Yes, sir.
3   Q.  And you received it at that address in the
4       mail?
5   A.  Yes, sir.
6   Q.  During the time that you were in the
7       hospital and then -- Well, let me ask you
8       this first.  How long were you in the
9       hospital for your delivery?
10  A.  Two days.
11  Q.  And after that you went home --
12  A.  Yes, sir.
13  Q.  -- or did you go somewhere else to
14      recuperate?
15  A.  Home.
16  Q.  And during the period of time after you
17      came home for, say, the next week or ten
18      days, was somebody else handling going
19      through the mail and paying the bills or
20      were you able to do that?
21  A.  I did that.
22  Q.  Did you have any -- And I don't mean to be
23      nosey here.

Page 116

1   A.  Right.
2   Q.  But did you have any medical complications
3       or did your baby have any problems that
4       would have interfered with your ability to
5       go through the mail, pay pills, that kind
6       of thing?
7   A.  No, sir.
8   Q.  So mentally you were with it when you got
9       home from the hospital and you could
10      conduct all of your affairs and business?
11  A.  Yes, sir.
12  Q.  Have we talked now about all of the
13      communications whether written or oral that
14      you recall with BlueCross from the time you
15      went on COBRA until today?
16  A.  Yes, sir.
17  Q.  I believe that's all I have for you.  Thank
18      you.
19  A.  Thank you.
20              EXAMINATION
21  BY MR. BRITTAIN:
22  Q.  The check -- I assume you got a check back
23      from BlueCross BlueShield to refund you the

Page 117

1    premiums? It was in a check form?
2    A.  Yes, sir.
3    Q.  And did you cash that check?
4    A.  Yes, sir.
5    Q.  Did you -- Do you know if you cashed it or
6        deposited it or what you did with it?
7    A.  I don't remember.
8    Q.  Do you remember when it was you got that?
9    A.  I don't.
10   Q.  All right.  The -- Do you remember what
11       month it was?
12   A.  I'm sorry.  I don't remember.
13   Q.  They told you they'd be able to get it to
14       you within about 30 days.  That would have
15       been in that February 15th conversation;
16       right?
17   A.  Right.
18   Q.  Do you think it was give or take within
19       that 30-day period?
20   A.  I believe it was.
21   Q.  What was your intention as far as staying
22       in the COBRA plan be it through BlueCross
23       BlueShield or Taylor Benefit Resource?

Page 118

1    Were you intending to stay on there
2    through, I guess, March of '06?
3    A.  My intentions were to stay on the COBRA
4        until I got a job and got me and my son
5        back on insurance.
6    Q.  And you ended up getting a job about how
7        long after he --
8    A.  He was two months old.
9    Q.  He was two months old?
10   A.  Yes, sir.
11   Q.  Okay.  Did anybody come stay with you when
12       your baby was born like your mama coming
13       over there to help you or anything like
14       that?
15   A.  No, sir.
16   Q.  In your -- In the initial disclosures,
17       you've listed some people that know about
18       this.  I want to run through these with you
19       real quick.  Dr. Michael Grossman, what did
20       he treat you for?
21   A.  The heart palpitations, shortness of
22       breath.
23   Q.  Tell me -- Now, do you relate that -- You

Page 119

1    believe that you had heart palpitations and
2    shortness of breath because of the
3    insurance issue?
4    A.  Stress, yes.
5    Q.  Okay.  Any doctor ever told you that heart
6        palpitations and shortness of breath happen
7        when you're pregnant?
8    A.  No.
9    Q.  Did you ever ask any doctor whether or not
10       the heart palpations and shortness of
11       breath would have been related to your
12       pregnancy as opposed to insurance issues?
13   A.  No, sir.
14   Q.  When did you see Dr. Grossman?
15   A.  I don't remember.
16   Q.  Was it before or after your son was born?
17   A.  After.
18   Q.  Mr. Fennel -- That's Neal Fennel.  Did you
19       ever have any conversations with him?
20   A.  I don't recall who that is.
21   Q.  Okay.  He's with Ambassador.
22   A.  Oh, okay.
23   Q.  Do you recall having -- talking to him

Page 120

1    about anything?
2    A.  I don't remember him.
3    Q.  East Alabama Cardiovascular Associates, is
4        that the same thing as far as the heart
5        palpitations?
6    A.  I went to them during my pregnancy.
7    Q.  Tell me what -- I mean, does their
8        treatment have anything to do with the
9        insurance issue we're dealing about?
10   A.  No.  Because the insurance issue wasn't
11       occurring at that time I went to see them.
12   Q.  Okay.  They treated you for heart
13       palpitations at that time?
14   A.  It -- Yes.
15   Q.  So the heart palpitations were occurring
16       both before and after the insurance thing
17       came up?
18   A.  Correct.
19   Q.  Dr. Larry Thorne with Pediatric Clinic.
20       What kind of treatment did he provide?
21   A.  I think he just saw Ben in the hospital.
22       Maybe his first -- one month visit but that
23       was about it.

**Page 121**

1  Q.  Dr. Gwen Cooper, what kind of treatment did
2      she provide?
3  A.  She is my OB-GYN.
4  Q.  So as far as anything she'd know it would
5      be in connection with your pregnancy?
6  A.  Correct.
7  Q.  East Alabama Medical Center, that's where
8      you gave birth to your son?
9  A.  Yes, sir.
10         (Off-the-Record discussion.)
11  Q.  One of the allegations in your complaint is
12      that as a result -- Number 24, if you want
13      to look along on that one or this one.  It
14      says, a proximate result of the above
15      facts, Lauren Cooper's credit has been
16      severely damaged and the payment of the
17      bills has caused a severe financial problem
18      for Ms. Cooper.
19         We've talked about the credit issue.
20      But as far as the severe financial
21      problems, did you claim in the first
22      lawsuit that you were having severe
23      financial problems due to no longer being

**Page 122**

1      employed with Ambassador?
2         MS. HAYNES:  Object to the form.
3  A.  I don't remember.
4  Q.  You don't recall whether you testified in
5      the original trial that you were having
6      financial issues because you were no longer
7      working?
8  A.  I mean, that's been over a year.  I don't
9      remember.
10  Q.  Well, do you remember as we sit here right
11      now -- did the fact that you were
12      terminated from Cone cause you to have
13      financial problems?
14  A.  Yes.
15         MS. HAYNES:  And I think a
16             distinction needs to be made
17             here, Evans, that there's
18             financial problems related to
19             her termination and there's
20             financial problems related to
21             having medical bills that are
22             not covered.
23         MR. BRITTAIN:  Okay.

**Page 123**

1         MS. HAYNES:  And this allegation
2             is different.
3         MR. BRITTAIN:  All right.
4         MS. HAYNES:  It doesn't say
5             anything about termination.
6  Q.  Let me -- What -- Give me an example of a
7      financial problem that you have because of
8      the medical bills as opposed to a financial
9      problem that you had because you were no
10      longer getting a paycheck?
11  A.  Well, I wasn't receiving a paycheck and
12      then trying to send some money to the
13      hospital to have -- so I wouldn't be turned
14      over to collection.
15  Q.  All that went hand in hand together?  I
16      mean, you had financial problems both
17      because of the lack of a job and because of
18      the medical bills; right?
19  A.  Correct.
20         MS. HAYNES:  Object to the form.
21  Q.  And that was one of the claims you
22      presented in that first trial; is that
23      correct?

**Page 124**

1         MS. HAYNES:  Object to the form.
2  A.  I believe so.
3  Q.  That's all I've got.  Thank you.
4  A.  Thank you.
5         MR. KIMBLE:  I just have one
6             follow up.
7         MS. HAYNES:  Just to make sure, we
8             are referring to document 20
9             on that complaint?
10         MR. KIMBLE:  Yes.  The court's
11             document number 20, which I
12             need to get for my file from
13             somebody.
14         MS. HAYNES:  Sure.
15             EXAMINATION
16  BY MR. KIMBLE:
17  Q.  I want to take you back to February 15 just
18      to clear up something I'm not clear on.  If
19      I understood how -- This is the date I
20      think you testified you received your
21      BlueCross letter.
22  A.  Yes, sir.
23  Q.  It was the letter dated February 11

Page 125

1  notifying you that your coverage had been
2  canceled; is that right?
3  A.  Correct.
4  Q.  And I understood you to tell me that you
5  called BlueCross, and then y'all had a
6  discussion.  And then I wasn't clear on
7  whether you requested a refund of the
8  premium or they told you that a refund
9  would be generate of the premium that you
10  paid for January.
11  A.  I believe I asked about it, and then they
12  explained to me how -- I think they said it
13  took up to 30 days to generate the refund.
14  Q.  Now, there was sometime after that
15  conversation then that you called your
16  friend who still worked at Ambassador --
17  A.  Correct.
18  Q.  -- that same day?
19  A.  (Witness nods head.)
20  Q.  And was that right after --
21          MS. HAYNES:  You'll have to answer
22          out.  I mean, I understand you
23          and Mr. Kimble are

Page 126

1          communicating with a nod of
2          the head, but for the
3          Record --
4          THE WITNESS:  Sorry.
5          MR. KIMBLE:  I thought she said
6          correct.
7          Did you --
8          COURT REPORTER:  She nodded her
9          head the second time.
10          MS. HAYNES:  Yeah.  The second
11          time she nodded her head.
12          MR. KIMBLE:  Okay.
13  Q.  So just so the Record is clear, because I
14  can't keep up with -- Right after you
15  called BlueCross, you then called your
16  friend at Ambassador; is that right?
17  A.  Yes.
18  Q.  And that was just immediately after that --
19  you hung up?
20  A.  Yes, sir.
21  Q.  And that's -- During that call you learned
22  that they had changed -- they being
23  Ambassador, Cone -- had changed over from

Page 127

1  health benefits through BlueCross to health
2  benefits through Taylor Benefit?
3  A.  Yes, sir.
4  Q.  Did you -- And then I think, if I
5  understood you correctly, the next thing
6  you did was call Taylor; is that right?
7  A.  Yes, sir.
8  Q.  And that was right after you hung up the
9  phone with your friend?
10  A.  Yes, sir.
11  Q.  And that's when they told you, I believe
12  you testified, that you would have to pay a
13  premium within a day or two --
14  A.  Correct.
15  Q.  -- in order to continue your coverage; is
16  that correct?
17  A.  Correct.
18  Q.  Did you ever consider calling BlueCross
19  back and asking them to send the premium
20  over to Taylor?  Did that come up at all?
21  A.  No, sir.
22  Q.  Okay.  Did you make any efforts to try
23  to -- And I know you and Evans talked about

Page 128

1  this a little bit.  I may have missed some
2  of it.  Did you make any efforts to try to
3  get the premium to Taylor within a day or
4  two?
5  A.  No, sir, because I knew I didn't have it.
6  Q.  So just -- It wasn't something that you
7  could do?
8  A.  Right.
9  Q.  I think that's all I have.  Thank you.
10  A.  Thank you.
11          MS. HAYNES:  I'm -- I'm sorry,
12          Evans.  Go ahead.
13          MR. BRITTAIN:  One more thing.
14          EXAMINATION
15  BY MR. BRITTAIN:
16  Q.  I mean, did you ask BlueCross BlueShield --
17  did you explain your situation to them and
18  call them back and say, look, I've got to
19  have this premium in a day or two; I need
20  this -- I need y'all to put a rush job on
21  this; get this premium payment over to
22  these folks in a day or two or else I'm not
23  going to have health insurance for myself

Page 129

1    or my son?  Did you tell anybody that?
2    A.  No, sir.
3    Q.  Thank you.
4         MS. HAYNES:  I may have a few
5              questions, but I need to meet
6              with her real quick.
7         MR. BRITTAIN:  Okay.
8         (Brief recess was taken.)
9         MS. HAYNES:  No questions.
10
11        * * * * * * * * * * * *
12        FURTHER DEPONENT SAITH NOT
13        * * * * * * * * * * * *
14
15
16
17
18
19
20
21
22
23

Page 131

1         Eastern Division
2         Case Number 3:07-CV-00615-MEF-WC
3    on Wednesday, April 2, 2008.
4         The foregoing 130 computer-printed pages
5    contain a true and correct transcript of the
6    examination of said witness by counsel for the
7    parties set out herein.  The reading and signing of
8    same is hereby not waived.
9         I further certify that I am neither of kin
10   nor of counsel to the parties to said cause nor in
11   any manner interested in the results thereof.
12        This 7th day of April 2008.
13
14
15
16        _____
16        Haley A. Phillips, ACCR #151
          Expiration Date:  9/30/08
17        Certified Court Reporter and
          Commissioner for the State
18        of Alabama at Large
19
20
21
22
23

Page 130

1         REPORTER'S CERTIFICATE
2    STATE OF ALABAMA:
3    ELMORE COUNTY:
4         I, Haley A. Phillips, Certified Court
5    Reporter, ACCR # 151, and Commissioner for the
6    State of Alabama at Large, do hereby certify that I
7    reported the deposition of:
8              LAUREN COOPER
9    who was first duly sworn by me to speak the truth,
10   the whole truth and nothing but the truth, in the
11   matter of:
12        LAUREN COOPER, et al.,
13        Plaintiffs,
14        vs.
15        AMBASSADOR PERSONNEL, INC.;
16        BLUECROSS and BLUESHIELD of
17        GEORGIA, self insurance plan of
18        AMBASSADOR PERSONNEL and CONE
19        FINANCIAL GROUP as third party
20        administrator.
21        Defendants.
22        In The U.S. District Court
23        For the Middle District of Alabama

**A**

ability 116:4
able 33:21 60:18 89:21
  97:8 98:6 115:20
  117:13
about 9:4 12:19 13:2
  13:23 14:8 15:3,7
  16:8,11 19:17 20:3,5
  20:19 30:2,8,9 31:14
  31:20 33:10 36:6
  37:3,18 44:4 52:1
  54:8 56:5,8 57:3
  58:11 59:3 61:10
  62:23 66:7 67:10
  68:2,12,18,22 69:3,4
  69:7,12 70:9,10,14
  76:3 80:3,8 81:21
  82:13 83:15 84:20
  87:3,14,17,18 88:16
  88:19 91:18 92:14
  96:15 98:10 100:12
  102:15,22 103:3
  104:4 107:15,20
  110:20 111:14 114:5
  116:12 117:14 118:6
  118:17 120:1,9,23
  121:19 123:5 125:11
  127:23
above 97:22 121:14
account 36:23 37:5,7
  38:7 40:7,7 55:12
ACCR 1:17 4:7 130:5
  131:16
accurate 113:17
action 1:7 66:10
actually 20:20
added 104:9
additional 18:20 79:4
  102:4
address 6:19 8:14,19
  8:23 9:3,12,19 21:11
  33:18 43:12 46:16
  48:9 115:1,3
addressed 43:5,8
  114:23
administered 71:7 90:1
  90:14
administration 70:9
administrator 1:10
  88:12 130:20
Administrator's 3:4
admission 111:11
  112:5
affairs 116:10
after 5:6 11:6 25:22
  26:14,15,18 33:5
  35:9 40:3 41:1,8 50:3
  50:6,9,13 52:14,20

53:12,18,22 54:3
55:3 68:4 69:8 70:19
79:16,16,18 80:4
82:14 84:1,1,22
86:14 88:5 89:20
90:12 94:7 95:5
100:4 102:18 105:16
110:20 111:4 113:19
115:11,16 118:7
119:16,17 120:16
125:14,20 126:14,18
127:8
again 10:2 28:7 36:15
  47:13 59:22 69:20
  89:11
against 5:18 47:8 66:15
  73:23
age 11:12,14,15 13:15
  14:3 15:1
agencies 75:9
agency 74:19,23
agent 23:15
ago 7:15 8:2 32:6 64:17
  75:22,23
agree 44:13 45:13 71:4
  72:17 73:2 113:16,23
agreed 4:2,16,23
agreeing 46:19
agreement 1:16
ahead 30:3 106:11
  128:12
al 1:5 130:12
Alabama 1:2,18,20 2:6
  2:10,13 4:8 6:18,21
  43:16 102:10 120:3
  121:7 130:2,6,23
  131:18
Alicia 2:4 29:12 88:1
Alissa 13:10
allegation 97:7,11
  106:5 123:1
allegations 121:11
allow 71:22
along 35:16,23 36:12
  38:20 45:3 73:8
  79:12 121:13
already 63:6,9 82:16
  97:5
always 10:14 48:16
  94:15
Ambassador 1:8,9 3:2
  3:3 5:18 20:2,6,10
  22:9 24:14 26:1
  30:19 33:6 47:23
  50:18 51:10 61:18,21
  61:23 62:12 63:11
  67:4 69:3,4,5,7 70:6
  72:5,11 73:21 75:22
  76:4 119:21 122:17

125:16 126:16,23
130:15,18
Ambassador's 72:18
  73:4,9
amended 3:11 48:22
  49:7 97:17 98:11
amount 28:21 64:3,4
  66:21 74:12 79:4
  103:1,12 105:18,20
amounts 66:20
Anna 14:5
another 43:10 61:5
  99:15 108:4
answer 42:12 54:22
  73:1 81:11,13 100:14
  125:21
answered 81:6
answers 92:8
anybody 10:11 13:21
  20:22 30:17 46:22
  47:4,19,21 48:5
  51:19,22 53:12 54:15
  56:4 59:23 61:17
  67:14,16 68:6,11
  69:3,7,22 70:1 79:11
  79:20 87:1,3 88:13
  100:6 101:5,19 102:5
  111:2 118:11 129:1
anyone 53:19 67:3
  104:8 113:10
anything 8:7,10 11:5
  11:10 18:19,20 19:23
  20:3,5,7 22:19 25:13
  40:12 47:8 51:23
  52:3 56:1 59:2,4 61:3
  63:21 64:7 66:19
  69:12,15,16,21 70:3
  70:8,10 72:12 74:4
  75:1,16 81:20 82:9
  86:13 88:4 103:3,22
  118:13 120:1,8 121:4
  123:5
apologize 31:6
APPEARANCES 2:1
application 3:13 77:3
  77:11,14,15 78:12
  91:13,20,23 92:2
  93:3 94:7 96:1
applied 75:15 77:20
approximately 1:21
April 1:20 6:11 9:13,14
  10:3 131:3,12
area 10:15,17
around 10:6 35:15
  103:1 110:11 112:11
  114:11
arrangement 90:5,5
  93:20
aside 27:19 45:11

47:13
asked 17:4 27:10 28:12
  30:9 31:7 65:14 76:7
  81:18 87:18 97:5
  125:11
asking 25:20 38:23
  76:8 87:12,14,17
  106:1 127:19
aspects 110:16
associated 6:4
Associates 17:1,8,23
  18:16 19:15 120:3
assume 72:4,5 81:14
  90:18 116:22
assuming 72:3,11
  109:14,14
Atlanta 22:7
attorney 26:13
Attorneys 2:5,9
audio 16:19
aunt 14:2,10
aunts 13:5,23
automobile 22:18,22
  23:7,19
Avenue 2:13
avoid 64:11
aware 32:15 48:3 74:17
  75:4 95:14
away 61:3
a.m 1:21

**B**

baby 86:22 100:4
  112:12 114:11 116:3
  118:12
baby's 100:8
back 9:17 55:14 61:4
  65:4 75:21 84:14
  85:9,14,21 88:21
  103:19 105:19 106:2
  109:13 114:12
  116:22 118:5 124:17
  127:19 128:18
backdate 80:14
bad 75:18
balance 38:1,6
balanced 37:3
Balch 2:12
Ball 2:8,8
bank 31:2,10 32:4 37:5
  37:18 40:8 65:9
basis 101:5
Bates 32:14 76:15,22
Bear 97:5
became 88:21,22
become 24:8
before 1:16 4:6 5:13
  8:18 9:8 16:22 19:15
  21:23 22:8,12,16,23

47:13
26:6,13,18,20 27:4
43:21 49:14 50:5,14
52:19 53:22 54:3
60:7 78:19,22 80:17
81:10 98:15 102:18
106:12 108:7 111:7
111:23 119:16
120:16
beg 100:15
behalf 28:6,13 113:11
behind 41:4
being 20:1 44:15 60:17
  73:17 90:14 101:10
  101:21 103:1 107:16
  109:1 111:1,10
  112:10 114:12
  121:23 126:22
belief 50:17 62:12
  114:14
believe 19:8 23:4 24:11
  25:6 33:8 46:4,8,14
  50:15,15 52:13 53:16
  56:15,18,20 57:14
  58:3 67:12,20 68:3
  70:15 74:10 84:13,23
  85:11 86:3,9 89:2,7
  89:12,16 90:3 94:9
  95:8 104:2,6 105:16
  109:20 110:19
  112:17 116:17
  117:20 119:1 124:2
  125:11 127:11
bell 106:8,22 108:9
Ben 9:23 10:4,8 120:21
benefit 30:17 43:5
  46:23 56:6,8,17 57:5
  58:14,17,18 59:11,23
  60:13 61:15 67:22
  68:7 71:8 72:6,19
  73:5 79:11 88:13
  89:7,8 90:15 104:8
  107:21 108:16,22
  109:20 110:16 111:6
  117:23 127:2
benefits 3:6,15 17:20
  17:22 26:10 49:18
  72:7 93:11 106:21
  111:4,18 127:1,2
Benjamin 7:2 9:22
  26:20
best 7:20 65:6 85:3
  109:10
better 17:19 31:18
  83:19 87:21
between 4:3,17 5:1
  67:4,17 75:22 90:7
  109:23
big 32:7
bill 40:12 52:18,20,23

53:13,23 54:2,7,11
54:12,16 55:3 63:17
64:12 74:7 102:16,23
103:8,9,11 112:14
113:8
**bills** 20:15,17,20 21:4,7
21:10,19 23:13 51:18
65:19,22 76:8 103:6
103:15 112:15,21
115:19 121:17
122:21 123:8,18
**Bingham** 2:12
**Birmingham** 1:20 2:6
2:13
**birth** 6:15 42:4 49:15
50:5,6 64:23 65:23
66:19 83:12,16 86:22
100:8,16 121:8
**bit** 111:17 128:1
**BlueChoice** 3:14
**BlueCross** 1:8 2:22
3:12 15:22 19:12
24:12,18 25:8 27:18
28:19 30:13,16 32:16
33:1,5,14 34:16 35:1
36:1,9 39:6,13 40:10
41:4,8 44:14,20 45:3
47:23 53:2,5,18
54:19 55:7,11 56:13
60:6,16 61:4 62:1
67:14,17 68:10 71:13
71:14 72:8 76:15
77:21 80:2 81:4,19
81:20,23 82:3,5,9,17
83:4,5 84:6,7,11,21
87:2,16,18 88:2,23
89:9 91:8,14 92:3
93:4,9 94:8 95:5,10
95:15,20 96:10 101:7
101:9 102:4,9,10,11
102:19 103:16,21,23
104:4,13 105:19
106:7 107:7,8,10
108:10,21 109:5,14
109:15,19 110:1,2,10
110:11,21,22 111:5,7
112:8 113:2,12,18
114:2,7,10,21 116:14
116:23 117:22
124:21 125:5 126:15
127:1,18 128:16
130:16
**BlueShield** 1:8 2:22
3:12 19:12 24:12,18
25:8 27:18 30:14,16
32:16 33:1,5,14
34:16 35:2 36:1,10
39:6,14 40:11 41:5,8
44:15,20 45:4 48:1

53:3 55:11 56:13
60:6,16 61:4 67:15
67:17 68:10 71:13,15
72:8 76:15 77:21
80:3 81:4 101:8
102:5,10,11 113:13
116:23 117:23
128:16 130:16
**book** 95:7
**booklet** 3:14 94:6,21
**booklets** 94:16
**born** 7:3 9:22,23 10:4,9
26:3,7,19,20 100:4
114:12 118:12
119:16
**borrow** 63:15 64:10,19
64:20 65:1,15 66:18
75:16
**borrowing** 65:8
**both** 17:21 20:16 27:18
36:22 38:3 77:5,7
120:16 123:16
**bottom** 36:20 45:23
50:1 78:1 92:15,18
107:12
**boxes** 92:13
**Bradley** 13:20
**breath** 118:22 119:2,6
119:11
**Brief** 70:23 129:8
**bring** 43:10 106:20
107:18
**Brittain** 2:8,17,18,19
5:10 29:12,18,23
31:7,12 42:8,14 43:1
49:6,21,23 57:9,23
58:23 68:20 76:19
77:1 80:10 98:20
116:21 122:23 123:3
128:13,15 129:7
**brought** 107:21
**bunch** 11:17
**business** 116:10
**buy** 23:16

─────── **C** ───────

**C** 2:11
**calculation** 93:18
**call** 23:16 24:15 25:23
37:22 53:4,5,12,19
54:17 55:9 56:4
58:17 61:17,20 62:22
63:4,14 64:2,9,15
80:12 84:6 88:15
90:9 126:21 127:6
128:18
**called** 53:2,18 54:13,18
55:2,7 56:11,12 57:2
57:15,21 58:10,18

59:11 65:14 68:18
85:20 125:5,15
126:15,15
**calling** 54:15 86:7 87:6
102:1 127:18
**calls** 72:22 73:12
**came** 39:12 51:2 52:16
59:5 107:4,8,9 108:4
115:17 120:17
**cancel** 82:10
**canceled** 50:18,22
51:10 58:9 59:8 82:4
82:5,15 86:2,11,18
95:6 96:5 101:16
125:2
**card** 34:23 35:11,12
**Cardiovascular** 120:3
**care** 8:5 112:18
**carrier** 89:6
**Casarona** 17:9,11
**Casarona's** 17:14,17
**case** 4:18,20 25:7 76:2
76:7,9 81:22 103:7
131:2
**cash** 117:3
**cashed** 117:5
**cause** 122:12 131:10
**caused** 62:13 63:2
73:22 121:17
**causing** 62:18
**Cavender** 2:11
**Center** 121:7
**certain** 33:21 44:22
112:1 113:7
**Certificate** 3:14,16
130:1
**certificates** 11:9
**Certified** 1:17 4:7
130:4 131:17
**certify** 130:6 131:9
**Chambers** 10:17 11:13
12:12 13:6,16 14:6
14:16,23 63:14
**chance** 48:11,17
**change** 3:10 47:2 55:22
62:15
**changed** 19:23 44:15
51:3 62:5,6 91:7 99:3
109:5,12 126:22,23
**changing** 20:6
**charge** 33:8
**charged** 53:14
**Charter** 40:7
**check** 3:5 16:3,6 20:20
21:1 25:5,6 28:20,20
29:7,9 30:13 36:12
36:19 37:12 38:1
39:8 40:10,21 41:1
41:17 105:19 116:22

116:22 117:1,3
**checkbook** 37:3
**checking** 36:23 38:7
**checkmark** 92:12
**checks** 21:5 28:13,22
29:14 30:9,15 31:12
31:13 36:22 37:6,13
40:6 41:7,11,21,23
42:2,10
**child** 49:15 50:6,7 99:1
99:14
**children** 14:3,12
**Chris** 12:11 29:10,17
29:19 42:8 81:3
**circumstances** 6:3
**Civil** 1:7 4:5
**claim** 73:21 121:21
**claims** 25:11 28:15
83:4,10,23 123:21
**classes** 11:7
**clear** 71:12 102:8
124:18,18 125:6
126:13
**Clinic** 120:19
**Close** 110:12
**Club** 8:20 9:3
**COBRA** 71:14,23 72:8
72:14 93:10,12,15,19
96:3 98:1 104:9
110:1,2 111:4 113:18
116:15 117:22 118:3
**COBRA/Continuation**
3:9
**code** 43:19
**collection** 66:9,12
123:14
**college** 11:4,8
**come** 21:10 52:5
118:11 127:20
**comes** 20:23
**coming** 118:12
**commencing** 1:21
**commission** 4:9
**Commissioner** 1:18 4:8
130:5 131:17
**communicating** 126:1
**communications**
116:13
**community** 11:7
**companies** 62:15
**company** 19:5 24:1
74:2 75:4 103:9
**compensation** 26:9
**complaint** 3:11 48:22
48:22 49:7,9 74:15
97:7,17 98:11 106:5
121:11 124:9
**complete** 34:3
**completed** 36:6

116:22 117:1,3
**complications** 116:2
**Computation** 3:8 38:12
**computer** 61:9
**computer-printed**
131:4
**concept** 112:2
**concerned** 67:11
**conclusion** 72:23 73:13
**condition** 98:4 100:10
101:6,11,22 107:16
**conduct** 116:10
**Cone** 1:9 3:3,7 19:18
19:22 20:2,12 22:1,2
22:9 23:1,7,21 24:2,6
24:7,14,19 25:1,17
25:23 30:19 49:19
50:17 51:9 62:20,22
63:10 69:13 82:4,6
86:4 87:15 88:11
89:4,10,13 90:12
91:7 92:3 96:5,6
102:3 104:8 122:12
126:23 130:18
**Cone's** 70:5 82:10
88:23
**connected** 65:22
**connection** 121:5
**consider** 121:17
**contact** 25:22
**contacted** 26:6,12
**contain** 131:5
**contend** 81:20 82:8
**contention** 8:9
**Continuation** 3:6
**continue** 33:22 44:23
45:6 71:22 87:19
88:3 93:11 96:3
113:18 127:15
**continued** 72:13
**continuing** 47:10 88:17
**contract** 82:5 92:22
**cont'd** 3:1
**conversation** 56:21,22
60:10 67:16 69:9
84:10,15,19,21 85:5
85:17,21 88:9 117:15
125:15
**conversations** 67:2
68:1,3,6,11,14,16
69:6,11 70:13,16,19
87:15 88:14 119:19
**convert** 88:3 97:8,23
100:2
**Cooper** 1:5,15 4:4 5:5
5:12 6:12 7:2,7 81:3
97:23 121:1,18 130:8
130:12
**Cooper's** 121:15
**copay** 16:12

**copays** 110:18
**copies** 31:1 42:21,21
  61:8
**copy** 3:5 27:10 28:2,12
  29:6,8 30:12 34:23
  35:11 43:11 52:11
  61:5,11 92:2
**corner** 78:2
**corporate** 25:2 62:20
  62:21 69:5
**correct** 6:7 8:16 22:14
  26:4 33:15,18 34:1
  34:17,18 36:7,8,11
  36:14 38:4 39:10,20
  40:2,4 41:19,20 43:8
  43:19 45:6,7,9,10,21
  46:19,20 47:11,12
  48:10 49:21 50:19
  57:16 58:16 62:3
  63:7 68:15 71:18,19
  72:1 73:7,19 74:9,11
  75:6,11 78:23 79:10
  80:5,10 82:22 83:1
  90:16,17 92:2 95:4
  102:7 105:2,23
  108:15 109:18 113:6
  113:9,22 114:20
  120:18 121:6 123:19
  123:23 125:3,17
  126:6 127:14,16,17
  131:5
**correctly** 90:11 127:5
**correspondence** 27:11
  28:3
**cost** 18:23 91:2,3
**costly** 31:16
**counsel** 4:3,17 131:6,10
**County** 10:17 11:13
  12:13 13:6,17 14:6
  14:16,23 15:4,4,5,7
  63:14 130:3
**court** 1:1,17 4:7 6:2
  126:8 130:4,22
  131:17
**court's** 124:10
**cousins** 13:15
**cover** 18:20 87:4 88:18
**coverage** 3:9,16 19:1
  45:1 47:10 51:10
  52:17 53:2 59:21
  60:18 71:13,14 72:14
  80:14 82:4,15 85:7
  86:1,14,18 88:3,5,17
  90:13,19,22,22 91:14
  92:3 93:4,15 95:6,20
  96:3,18 97:9,9,10
  98:1,2 100:3,3,8
  101:4,14,20 102:2,4
  102:9 103:4,18 104:1

107:18 108:12,14,21
  108:22 109:12 110:1
  110:2,3,10,16,17,20
  111:3,5,6,19 112:16
  113:18 125:1 127:15
**covered** 15:23 18:22
  24:12 45:17 47:23
  50:8 51:8 52:6 62:7
  68:3 69:17 70:2 71:6
  122:22
**credit** 74:16,17,19,22
  75:4,7,8,10,18
  121:15,19
**Crest** 8:20 9:2
**CSX** 19:7
**current** 114:3

      **D**

**dad** 12:16
**daddy** 11:21,22
**damaged** 74:16,17
  75:10 121:16
**damages** 74:6
**date** 6:15 32:18 33:9
  38:16 47:15 67:17,19
  86:15 89:4 96:15
  100:19 108:12
  124:19 131:16
**dated** 33:2,13 44:21
  52:7 57:20 77:23
  82:17 108:5 124:23
**dates** 88:18
**day** 42:6 44:9 52:19,20
  54:3,3 56:4,12 57:2,3
  57:4,15,22 58:3,6,8
  58:17,19,22 59:12,20
  59:20 60:12,12 64:5
  67:4,5 68:4 110:7
  125:18 127:13 128:3
  128:19,22 131:12
**days** 55:14 79:13,15,16
  79:17 80:17 89:16
  90:12 111:22 115:10
  115:18 117:14
  125:13
**deal** 59:8 61:23
**dealing** 120:9
**dealings** 22:17 24:17
**dealt** 62:1
**December** 8:15 9:5,6
  9:14 10:1,6,6 18:14
  19:23 41:18 71:17
  79:8
**decided** 63:9
**decisions** 62:15
**deductible** 16:12
**deductibles** 110:17
**defendant** 2:7 27:14,22
  28:16

**defendants** 1:11 3:2
  28:7 130:21
**Defendant's** 2:20 3:1
  27:1,4,7 30:5 35:19
  38:9 42:15 49:1 52:8
  53:8 57:11,13 76:11
  80:9 94:3,5 107:1
  108:1
**degrees** 11:9
**deliver** 111:12 112:12
**delivering** 101:3
**delivery** 103:16 106:6
  112:5,6 115:9
**denied** 73:17 100:7
  101:3,13 103:17
  104:1
**Denise** 12:11
**deny** 101:9
**department** 19:11 22:7
**DEPONENT** 129:12
**deposited** 117:6
**deposition** 1:15 4:4,6
  4:13,18 5:2,13,22
  100:1 130:7
**desire** 45:14
**difference** 90:7
**differences** 109:23
**different** 20:11 79:17
  79:18 89:6 110:14
  111:18 123:2
**differently** 97:21
**directive** 82:10
**disability** 12:22
**disagree** 60:19 79:21
**disclosures** 118:16
**discussion** 29:11 30:7
  32:10 34:20 35:21
  43:2 70:22 80:22
  107:15 111:2,10
  112:11 121:10 125:6
**discussions** 82:13
**disposed** 48:13,19
**dispute** 83:9,22 93:9
**distinction** 96:14
  122:16
**District** 1:1,2 130:22
  130:23
**Division** 1:3 131:1
**divorce** 7:10,12,19 8:1
  8:3,9
**divorced** 7:13
**doctor** 17:7 106:15,17
  107:15 108:19 109:2
  109:8,13 112:18,23
  113:4 119:5,9
**doctors** 107:9
**doctor's** 107:5 108:5
**document** 3:15 99:4,9
  99:21 107:7 108:4,11

124:8,11
**documents** 3:4 27:12
  27:15,17,20 28:4,18
  32:13,15 113:13
**doing** 15:13 91:8 95:2
**dollars** 16:8 74:11
**done** 51:23 72:12 93:19
  96:6
**Donna** 45:22 46:21
**doubt** 47:15
**down** 33:9 34:2 49:13
  64:7 78:1
**Dr** 17:9,11,14,17
  118:19 119:14
  120:19 121:1
**Drive** 1:20 2:5,10 8:20
  9:3
**driving** 106:4
**due** 83:11 121:23
**duly** 5:6 130:9
**during** 71:23 85:4
  115:6,16 120:6
  126:21

      **E**

**each** 104:15 105:14,16
  109:2
**early** 73:16
**East** 120:3 121:7
**Eastern** 1:3 131:1
**educational** 11:5
**EEOC** 33:8
**effect** 34:9 69:16 82:21
  85:19 103:18
**effective** 88:22
**effort** 31:22 88:16
  102:3
**efforts** 88:2 104:7
  127:22 128:2
**eight** 28:2
**either** 4:14,20 20:14
  27:21 30:16 60:11
  102:13
**eligibility** 104:10
**eligible** 89:14
**ELMORE** 130:3
**Emma** 14:5
**employed** 30:18 122:1
**employment** 93:6
  95:21 113:19
**end** 7:9 41:13,15
**ended** 48:2 93:6 108:12
  111:5 118:6
**Ennis** 12:1
**Ennises** 13:23 14:6
**enroll** 90:19 91:14
  100:11,16
**enrolled** 90:13 100:17
**enrollment** 3:7,13 34:4

35:17 39:1 74:3 77:3
  94:8
**ensured** 72:13
**entire** 10:7 18:15 82:5
**entitled** 49:18 69:20
  81:14 93:14 95:10
  96:17
**ERISA** 113:14
**Esq** 2:4,8,11
**established** 88:22 93:8
  95:19
**et** 1:5 130:12
**Evans** 2:8 81:18 84:4
  84:17 97:5 102:17
  112:14 122:17
  127:23 128:12
**even** 42:21 64:4 79:7
  84:18
**event** 113:6
**ever** 5:19,22 6:2 18:4
  25:12 37:6,21,23
  40:6,12 41:3 43:21
  64:19,20 65:1 69:12
  69:15 70:13,16 94:11
  94:13 100:6 101:3
  103:22 104:3,12
  110:6,15 111:7
  112:10 113:12 119:5
  119:9,19 127:18
**every** 16:10 39:5 40:16
  42:5 67:15
**everybody** 14:22 51:4
**everybody's** 59:8
**everything** 28:8 32:4
  48:16 67:9 83:5 85:4
  106:2
**evidence** 4:13
**exact** 55:16 74:12
**exactly** 26:2 86:5
**examination** 2:16 5:9
  81:1 116:20 124:15
  128:14 131:6
**example** 20:23 21:19
  123:6
**Except** 68:17
**exclusion** 107:16
**excuse** 6:10 32:17 57:9
  78:5
**exhibit** 2:20 3:1 27:1,4
  27:6,7 30:4,5,12
  32:11 34:21 35:18,19
  35:22 36:13,19 38:9
  38:11,21 40:8,17,17
  41:9 42:15,18,19
  43:3,22 48:23 49:1
  52:8,10 53:8 54:5
  57:12,13 60:21 61:10
  71:2 76:11,14 78:15
  80:9 91:12,18 92:20

Deposition of Lauren Cooper

April 2, 2008

Page 4

94:3,5 99:23 100:1
107:1,4 108:1,3
exhibits 105:7
expect 65:18 107:5
expenses 74:13 101:2,4
Expiration 131:16
explain 128:17
explained 125:12
ex-husband 48:8
E-N-N 12:2

**F**

facsimile 61:9
fact 45:11 46:2,11,17
47:13 76:4 122:11
facts 8:10 97:22 121:15
fail 47:1
failed 72:19 73:22
familiar 19:4 97:11
112:2
family 64:9,21 90:22
far 19:21 20:1 26:17
62:18 66:12 67:10
71:12 74:6 75:3 83:8
83:23 92:1 100:12
101:2 112:7,18,20
117:21 120:4 121:4
121:20
fault 72:18 73:4,9
February 52:7,14
57:20 58:3,11 59:21
67:6,20 68:5,23 69:8
73:15,16,16 82:17
84:22,23 89:12,13
102:19 105:4 114:14
114:18,21 117:15
124:17,23
Federal 4:5
fee 32:2,3,7
feel 51:13
female 59:16
Fennel 119:18,18
Fetner 12:5 14:8
few 11:7 20:11 44:4
81:7 129:4
fifth 49:3,8
figure 40:4 55:1
file 26:9 42:9 61:12
73:23 108:5 124:12
filed 8:1 66:9,15 93:3
98:19,21
filing 4:18,22 26:13
fill 24:22 81:7
filled 77:4 90:18 91:13
96:2
filling 91:22
financial 1:10 3:3,7
19:18,22 20:2,12
22:1,2,9 24:2,6,7

25:17 26:1 30:19
31:22 49:19 62:20,22
63:10 65:16 88:11
121:17,20,23 122:6
122:13,18,20 123:7,8
123:16 130:19
financials 31:11
Financial's 25:1
find 42:13 51:2 52:5,16
54:22 59:6 64:4 86:7
98:14 101:19 111:19
114:10
finding 87:7
fine 32:9
finish 104:9
finished 100:13
first 3:11 5:6 13:15
22:4 25:20,22 30:8
39:17 43:7 44:9,12
49:6,16 50:21 51:7
52:16 54:12 57:23
82:20 84:6 85:21
89:8 105:15 106:10
106:14,16 108:18,20
111:8 115:8 120:22
121:21 123:22 130:9
five 49:20 64:11 103:2
flat 50:18
flip 27:9 49:3,8
folks 55:10 128:22
follow 124:6
following 82:10
follows 5:8
foregoing 131:4
forgiving 65:11
form 3:8 4:11 22:21
24:20 34:4 35:17
38:12 39:1 44:17
46:6 57:7 63:18
72:15,21 73:11 92:5
95:12 97:13 105:22
109:16 117:1 122:2
123:20 124:1
formality 4:9
forms 74:3 90:19
forth 110:18
forward 100:19
found 51:7 56:5 58:8
62:22 67:6 68:4
114:7
four 84:18
frame 9:19
frankly 92:7
frequently 37:10
friend 56:6,9 87:6
111:2 125:16 126:16
127:9
from 2:21 3:7,12 10:3,8
10:23 12:17 17:14

20:6 25:17,23 27:19
27:22 31:1,10 32:16
32:16 33:1,5,6,14
35:1,12 36:1 39:12
39:22 42:3,20 43:4
47:10,13 49:23 50:15
53:13 54:9 55:18
56:19 59:21,23 60:6
60:13,16 61:20 64:20
65:1,8 66:18 67:3
69:7 71:16 75:8
82:17 84:5 86:17
91:7 95:5,14 97:20
99:20 100:19 101:17
102:4,19 103:22
105:19 107:4,9,9
108:4 109:13 113:3
113:18 114:2,21
116:9,14,23 122:12
124:12 126:23
front 32:20
full 5:11
further 4:16,23 129:12
131:9
F-E-T-N-E-R 12:7

**G**

gap 112:16
gave 48:16 73:4 79:7
84:17 95:20 96:6
110:7 121:8
generate 61:9 125:9,13
generated 53:3 54:23
55:2 78:11
Georgia 1:9 2:22 3:12
81:4 102:5,11 113:13
130:17
gets 20:20 21:1
getting 40:15 53:14
54:16 84:14 104:4
118:6 123:10
give 76:7 83:18 87:21
95:17 105:10 117:18
123:6
given 5:13,22 37:17
60:14 95:16 96:10
102:15
go 9:17 10:19,21 17:13
17:18 23:15 27:5
30:3 31:16 32:2 37:2
61:3 66:7 76:21
83:23 93:16 94:15
99:17 106:11 115:13
116:5 128:12
going 5:14 16:22 21:23
22:16 27:3 31:15,18
35:18 42:17 48:21
56:16 63:10 67:13
75:17 76:13 80:11,13

81:17 92:21 94:5,14
94:16,18 97:6 101:17
107:3 109:2,19
111:22,23 114:9
115:18 128:23
gone 6:12 67:2,9,15
74:22 87:9
good 37:17 83:18 87:23
gotten 39:12 48:12
52:23 54:12 66:12
103:6 110:3
graduate 10:23
grandparents 14:14
Grossman 118:19
119:14
group 1:10 3:3,7 49:19
86:11 130:19
guess 22:12 35:15
106:1 118:2
Gwen 121:1

**H**

Haley 1:16 4:6 130:4
131:16
half 75:21 114:6
hand 37:13 123:15,15
handled 23:4
handling 57:6 58:15
115:18
handwriting 36:3
hanging 86:21
happen 119:6
happened 60:9 62:4
having 5:6 68:5 74:16
74:17 75:4 88:14
107:14 119:23
121:22 122:5,21
Haynes 1:19,19 2:4,4,4
7:21 21:14 22:21
24:20 29:1,8,15,21
30:1 31:3,11,14 32:9
44:17 46:6 50:2,12
53:8 57:7,11,18 58:2
58:22 59:1 63:18,20
68:17 72:15,21 73:11
76:23 77:5,8,17 78:3
78:7 80:8 83:14,20
87:11,23 92:5,14,18
93:2 95:12 96:13,22
97:1,13 98:7,10,16
98:22 99:4,8,12,21
100:13 101:7,12,15
105:22 109:16 122:2
122:15 123:1,4,20
124:1,7,14 125:21
126:10 128:11 129:4
129:9
head 125:19 126:2,9,11
health 3:6,16 15:18

17:22 22:18 23:22
24:5 28:15 30:18
33:22 34:8,15 36:17
44:23 45:17 49:18
70:9,10 71:7 73:18
89:3,21 92:8 127:1,1
128:23
healthcare 18:3 19:9
103:23 104:3
hear 31:4
heard 69:12,15,22 70:1
heart 118:21 119:1,5
119:10 120:4,12,15
help 26:17 65:21
118:13
helped 65:13,18,21
helpful 96:11
her 27:13 29:21 31:7,8
31:14,16,22 49:6,15
49:16 56:12 57:2
59:5 77:13 83:17
86:13 87:14 98:1,2
100:14 122:19 126:8
126:11 129:6
hereto 4:15 5:1
high 10:19,21,22,23
11:6 22:4
higher 17:19
him 49:12 70:14,17,19
100:11,16,17,18
119:19,23 120:2
hold 47:8 87:11 92:11
home 42:5 115:11,15
115:17 116:9
Honestly 26:8
hospital 53:13,14 54:9
54:18 55:3,4,9 63:17
64:12 65:19,22 66:5
74:7 102:16,22
103:11 106:6,11
111:11,23,23 112:5
112:14 113:8 115:7,9
116:9 120:21 123:13
hours 111:22
house 20:22 30:23 31:8
75:12
Huh-uh 77:18
hundred 67:1
hung 126:19 127:8
husband 21:7 36:22
42:1 100:18
husband's 18:4,17
100:20

**I**

idea 37:17 55:6
identification 27:2,8
30:6 35:20 38:10
42:16 49:2 52:9

76:12 94:4 107:2 108:2
**identified** 32:11,19 82:16 91:12 99:14
**identify** 107:6
**Illinois** 102:14
**imagine** 99:1
**immediately** 22:8 53:20 54:18 58:18 126:18
**Inc** 1:8 3:2,7 130:15
**include** 113:11
**incorrect** 50:4,10
**incurred** 74:6
**INDEX** 2:16,20 3:1
**individual** 90:22 91:1 97:9 98:1 100:3 105:17
**information** 75:5 86:10
**initial** 50:16 56:22 77:14 118:16
**initially** 77:20 113:19
**initiated** 7:19 8:3
**initiating** 8:1
**instead** 50:13
**insurance** 1:9 15:18 16:14 18:10,13,22 19:1,6 22:17,18,18 22:19,23 23:8,15,17 23:19,20,22 24:5,18 25:12 28:15 30:18 33:22 34:8,15,23 35:13 36:17 39:5,22 40:11 45:1,17 48:3 49:16,18,19 51:15 53:15 57:6 58:9,15 59:7,9,19 60:2,8 62:15 67:7,11 68:8 69:8,17 70:10,11,14 71:7 73:18 74:2 77:21 82:11,21 86:22 87:4,8,13,19 88:17 88:23 89:3,3,15,22 91:9 94:21 98:5 100:8,18,20 103:9 106:12,21 107:21 111:16 114:3 118:5 119:3,12 120:9,10,16 128:23 130:17
**insured** 90:5 111:21
**intending** 118:1
**intention** 117:21
**intentionally** 47:1,9 51:23
**intentions** 118:3
**Intercall** 15:10,14 16:17,18,23 17:5,14 17:18
**interested** 131:11

**interfered** 116:4
**Interstate** 2:10
**introduced** 4:19
**invoice** 104:12,14,23 105:3
**involved** 5:19
**in-depth** 84:15
**issue** 99:13 119:3 120:9 120:10 121:19
**issued** 82:6
**issues** 119:12 122:6
**I-N-T-E-R-C-A-L-L** 15:12
**I-S** 12:3

**J**

**January** 6:10 7:4 9:23 10:4 26:4 41:10,13 41:14,15,18 42:19 43:4 47:16 55:19,20 59:21 82:23 83:3,7 84:1,2 85:8 86:18 88:5 103:19 104:19 104:22 105:21 114:13 125:10
**Jerry** 14:19
**Jessica** 14:13
**job** 22:4 118:4,6 123:17 128:20
**jog** 26:17 85:23 107:19
**jogs** 107:6
**July** 35:15 77:22 89:1 108:5,12
**June** 77:22,23 78:3,3,5 106:18,18,19
**junk** 48:16
**jury** 76:3,7
**just** 7:5,13 16:14 19:5 29:3,15 30:3 31:23 40:13 44:3 50:18,22 51:3,10,14,17 52:1 52:22 54:10 57:18 58:8 59:7 61:8 66:21 71:12 73:20 75:14 79:14 85:22 86:3 87:14 90:9 100:1,17 100:18,23 101:17,19 102:8 103:1 105:14 120:21 124:5,7,17 126:13,18 128:6

**K**

**K** 2:4
**Karen** 14:9
**keep** 37:14 38:6 61:7 126:14
**keeping** 37:3,4
**Ken** 50:17 51:9 69:13 70:5

**kept** 60:22 61:2
**Kevin** 8:4 9:22 10:3,7 48:8,11
**Kimble** 2:11,18,19 29:5 42:11,23 49:4,20,22 53:21 54:7 61:7 76:17 77:13 81:2,3 92:17,21 96:20,23 97:3 98:9,12,18 99:3 99:6,11,17 101:9,13 101:16 124:5,10,16 125:23 126:5,12
**kin** 131:9
**kind** 5:14 44:19 52:2 66:4,9 75:7 97:10 98:12 116:5 120:20 121:1
**kinds** 112:1
**knew** 36:16 51:17 73:15 86:10 110:15 110:19,22 112:7 128:5
**know** 5:14 16:3,6,13 17:4 18:23 19:13,20 19:21 20:1,5,3,9 25:14 38:19 41:10,23 42:8,11 44:2 45:22 47:4,9,19,21 48:5,18 52:22 53:1,18 54:21 54:23 55:5,7,8 59:7 59:22 60:8 61:16 63:5,23 69:13,20 70:5,8 77:2,4,9,12 78:10 79:13 80:12 81:21 83:8,14 84:17 86:6 90:4,7 92:1 98:22 102:12 103:20 107:13 109:22 110:23 111:14,15 112:9,19,20,23 114:7 117:5 118:17 121:4 127:23
**knowing** 53:1 81:21
**knowledge** 74:22 75:2 82:20 106:8 113:10
**known** 48:12 110:6
**knows** 70:8

**L**

**lack** 123:17
**Large** 1:18 4:8 130:6 131:18
**Larry** 120:19
**last** 6:13 11:19 13:16 34:21 49:13
**later** 51:2 114:6
**Lauren** 1:5,15 2:21 3:12 4:4 5:5,12 43:8 121:15 130:8,12

**Law** 1:19 2:5,9
**lawsuit** 5:17,18 6:4 8:7 8:11 27:14,23 28:7 28:17 73:23 83:10 107:11 121:22
**lawsuits** 5:20 66:15
**lawyer** 12:23 13:3 25:21,22 26:6 63:6 69:21,23 113:12
**learn** 103:14
**learned** 49:15 50:7,21 82:15 108:20 126:21
**least** 93:19
**leaving** 17:16
**ledger** 37:13
**Lee** 15:4
**legal** 7:23 72:22 73:12
**Legally** 7:13
**Leslie** 56:10,15,15 57:15 58:11 59:3 62:9 69:10 87:6
**less** 67:1 110:9
**let** 8:5 21:23 23:6 26:3 27:3 30:3,8 35:7 38:11 42:17 43:3 48:21 50:4 52:10,21 53:11 57:13 71:1 72:3 75:20 76:13,16 83:18 87:21 99:7 100:6 108:3 115:7 123:6
**letter** 2:21 3:12 32:23 33:13,20 34:12 35:9 35:10,17 36:1,4 38:20 42:20 43:4 44:12,19,20 45:4,13 45:23 46:4,5 47:14 47:15 48:7,12,18 52:7,11 53:3,6,19 54:23 55:8 57:4,8,19 58:4 60:21,23 61:12 67:19 69:1 71:1,5 73:9 80:2,18 82:17 84:5,12,22 86:17 95:5 114:21 124:21 124:23
**letters** 27:11 28:4 66:13
**life** 22:19
**light** 92:12
**like** 11:5 18:21 20:7 21:21 22:19 25:14 31:17 32:7,8 35:7,16 37:12 39:11,13 40:15 43:10 44:19 48:5 52:3 53:13 54:2,21 55:14 65:8 66:10 70:3 75:16 85:17 91:7,7,19 109:10

113:2 118:12,13
**lines** 45:3 73:8 79:12
**listed** 118:17
**little** 65:11 111:17 128:1
**live** 6:17 8:18 9:2,8,11 10:11 75:12
**lived** 8:13,23 9:18 10:1 10:3,5,14 21:15,16 22:7
**lives** 6:22 14:23
**living** 14:14 43:13 48:9
**loans** 75:15
**long** 8:13 9:2,11 15:16 17:10,10 18:12 32:6 44:2 93:16 94:17 115:8 118:7
**longer** 45:16 49:17 51:15 62:7 121:23 122:6 123:10
**look** 32:11 34:2,19,21 37:23 44:1,3,3 49:13 77:5,7 91:19 92:11 94:22 97:16 121:13 128:18
**looked** 94:11
**looking** 9:5 29:13 32:23 39:19 49:4 99:10
**looks** 35:16 39:11,13 91:7
**losing** 60:8
**lot** 81:5,6 97:6
**lots** 51:18

**M**

**Macon** 15:4
**mad** 51:11,19
**made** 4:11 25:11 35:11 63:1 64:14 88:15 98:22 102:3 104:7 122:16
**maiden** 6:6
**mail** 7:14 20:23 36:9 46:5 48:16 85:9 115:4,19 116:5
**mailbox** 46:15
**mailed** 33:17
**mailing** 58:2
**mails** 21:1
**maintain** 39:5 60:18 61:11
**make** 25:3 31:21 34:14 42:20,21 51:12 62:14 77:6 79:14,15 88:2 96:13 113:12 124:7 127:22 128:2
**making** 88:16
**male** 59:15

mama 11:21,22 118:12
manner 4:20 114:17
 131:11
many 41:7,11 111:22
March 17:12 18:8
 93:20,22 94:1 96:16
 96:16,21 118:2
mark 13:9 27:4,6 30:3
 35:18 38:11 42:17
 48:23 52:10 76:13
 107:3
marked 27:1,7 30:5,12
 35:19,22 36:13,19
 38:9,21 40:8 41:9
 42:15 49:1 52:8
 60:21 61:10 71:2
 76:11 78:14 94:3
 107:1 108:1
marriage 7:9
married 6:9,10 7:7
 20:13
matter 130:11
Matthew 13:20
Matthews 2:8
may 4:6,12,13,19 18:9
 18:11 19:20,20 39:20
 54:21,21 105:10
 128:1 129:4
maybe 7:13 8:2 18:9
 29:9 69:23 98:21
 120:22
ma'am 9:21 53:10 82:1
mean 6:10 18:19 20:5
 20:21 24:21 30:22
 31:1 36:15 37:6,21
 41:13 43:11 47:4,19
 51:12,19 54:11 57:19
 58:6 61:2 62:9,14,17
 64:19,23 65:8 66:22
 66:23 70:13 71:20
 72:17 75:2 79:11
 91:21 94:17 110:7
 115:22 120:7 122:8
 123:16 125:22
 128:16
meaning 58:22
means 107:14 111:20
meant 93:23 106:15
medical 29:3 51:18
 76:8 98:4 116:2
 121:7 122:21 123:8
 123:18
meet 129:5
Mel 14:9
Melissa 13:9,10,11,11
Member 3:13
members 64:10,21
memory 26:17 85:23
 107:7,20

mentally 116:8
mentioned 84:4 102:8
 112:15
messed 61:22
method 38:5
Michael 118:19
mid 109:11,11
Middle 1:2 130:23
might 56:7 69:21 83:11
 84:13 85:11,11,16
 86:4 91:22 102:14
mine 56:6
minute 84:17
missed 128:1
mistake 62:23
misunderstand 91:20
money 60:15 64:11,20
 65:1,15 66:18 75:16
 109:6,13 123:12
Montgomery 2:10
month 39:5 40:16
 55:20 104:15 105:6
 105:11,14,14,17
 114:6 117:11 120:22
monthly 25:3 32:3 39:2
months 8:2 15:17
 19:17 93:15 96:17
 105:15 118:8,9
more 32:13 65:11
 78:14 80:1 85:16
 105:6,10 110:9
 128:13
Morgan 9:9,15,20
 21:11 33:17 43:12
 114:23
mother 12:19
move 7:21
moved 10:9 59:9
much 16:6 42:5
myself 9:22 10:3 42:22
 51:14 128:23

**N**

name 5:11 6:6 7:1 13:5
 13:16 19:5 23:10
 24:1 29:21 45:23
 72:6 73:5 81:3
names 6:13 11:19
 12:10 13:8,19 14:18
 20:6,11
Neal 119:18
necessary 71:20
need 4:11 44:2 81:7
 83:2 124:12 128:19
 128:20 129:5
needed 72:9
needs 122:16
negative 77:18
neither 131:9

never 45:19 69:22 70:1
 71:4,15
new 63:21,23 74:2
 94:21 102:2
next 40:23 59:20 60:12
 107:19 115:17 127:5
nine 28:12
nod 126:1
nodded 126:8,11
nods 125:19
None 21:19
North 2:13
nosey 115:23
note 107:12
notes 27:11 28:3
nothing 5:8 21:13,21
 82:2 130:10
notice 3:9 45:5,14 71:9
 93:10 95:16,17,20
 96:6,9 102:19 111:21
 113:17 114:1,1,4,14
 114:18
notices 95:9
notification 44:14
 72:10 76:5
notify 33:20 34:12 47:1
notifying 125:1
Novak 2:8
November 34:5 41:17
 79:5
number 27:9 28:2,12
 49:14 54:6 76:15
 92:22,23 99:5 121:12
 124:11 131:2
numbered 32:14 49:13
numbers 76:22

**O**

OB 109:11
Object 22:21 24:20
 44:17 46:6 57:7
 63:18 72:15,21 73:11
 92:5 95:12 97:13
 105:22 109:16 122:2
 123:20 124:1
objection 73:2
objections 4:10,10
obtain 98:6
obviously 74:7 107:9
OB-GYN 121:3
occasion 5:23 6:4 37:9
 58:14
occurring 120:11,15
October 36:6 39:23
 40:1 41:1 78:22
odd 98:17
off 20:21 21:2,5,8
 81:17
offered 4:13

office 17:14,17 21:20
 25:2 62:20,21 69:5
officer 18:8
offices 1:19 20:10
Off-the-Record 29:11
 30:7 32:10 34:20
 35:21 43:2 70:22
 80:22 121:10
Oh 49:10 78:5,9 92:10
 119:22
okay 12:19 16:20 20:17
 25:7 27:3 37:12 42:3
 43:6 44:5 51:16 53:7
 53:17 55:17 56:11,20
 58:10 59:1,5,22 62:2
 62:21 65:18 67:22
 68:4 71:12 83:21
 84:9 85:10 87:21
 90:10,18,21 91:2,6
 92:10 93:2,3 96:22
 99:11,23 100:12
 101:12 105:18
 108:10 109:4 111:1
 118:11 119:5,21,22
 120:12 122:23
 126:12 127:22 129:7
old 118:8,9
once 95:21
one 20:14 21:4 29:16
 29:18 34:2 41:8 63:3
 68:17,23 78:14 80:1
 84:10,13 85:16 88:14
 92:23 94:18 95:3
 98:18,20 99:9 102:13
 105:6,7,11,13 108:5
 113:7 120:22 121:11
 121:13,13 123:21
 124:5 128:13
ones 107:10
online 37:23
only 51:3 56:18 82:4
 83:9,16,22 84:10
 86:9 105:9 106:10
opposed 119:12 123:8
option 60:15 105:10
oral 116:13
order 33:21 127:15
original 28:20 39:8
 70:20 92:11 122:5
originally 22:13
other 4:10,14,20 5:17
 5:19,22 6:3,3,12,13
 10:12 11:4 14:6
 20:11 23:19,20 27:12
 28:4,21 29:14 30:15
 32:15,18 37:21 40:7
 42:10 46:2,11,16
 67:23 68:1,6,22
 69:11,23 72:10 74:13

84:14 85:6 87:6,13
 88:4,14 92:6 96:9
 97:10 98:4 101:7
 102:1 109:15 112:14
 112:15
otherwise 98:5
out 7:21 16:2,7 18:19
 22:4 23:3 24:17,22
 25:4,6 36:23 37:6
 40:6 42:13 50:18
 51:2,7 52:5,16 54:22
 55:1,5 56:5 58:8 59:6
 62:23 64:4 65:13,18
 65:21 67:6 68:5 72:9
 77:4 86:7,21 87:7
 90:18 91:13,22 95:7
 96:2 101:19 105:5
 111:19 114:7,10
 125:22 131:7
out-of-pocket 74:13
over 7:17 9:19 10:11
 11:12,15 12:12 13:6
 13:15 14:3,23 15:13
 15:18 16:16 17:7,22
 22:13,16,23 23:21
 24:13 27:9,20 28:8
 43:11 44:21 46:22
 47:4 48:1 49:3,8 50:1
 51:9,19,22 59:9,13
 63:4 67:2,9,15 68:12
 72:6 107:11 118:13
 122:8 123:14 126:23
 127:20 128:21
owed 37:14 39:14
own 66:2 73:20 75:13
 100:23

**P**

page 34:21 42:23 44:6
 44:10,13 49:3,8,20
 50:1 76:18,20,21
 77:9,17,23 91:18
 92:16,19
pages 77:6 131:4
paid 37:15 41:10,12,13
 41:15 59:20 60:12
 66:8 78:19,21 79:4
 83:5,11 104:19
 105:15 109:15
 112:23 113:2,7
 125:10
palpations 119:10
palpitations 118:21
 119:1,6 120:5,13,15
papers 7:14,23
paperwork 24:23
 71:21,21 74:2
paragraph 49:13,22
 50:10 97:16 98:7

99:15,19,22,23
101:17
paragraphs 99:6
pardon 100:15
parents 12:10 23:4
64:21,22 66:18
Park 2:10
part 73:16 77:10 78:11
91:19,22
participate 89:14,21
particular 88:18
parties 4:3,17 5:1
131:7,10
party 1:10 3:4 4:14,20
88:12 130:19
passed 73:6
past 87:10 103:6
Pat 14:19
patient 107:13
Patricia 12:20,21 13:2
13:3
pay 16:2,5,7,8,9 17:19
21:8 32:2 34:7 39:5
39:21 63:16 65:4,22
78:18,21 79:3,8 83:6
91:2 103:11 104:4
105:10,13,14 109:2
109:19 116:5 127:12
payback 52:3
paycheck 123:10,11
paying 20:14,18 23:12
64:11 65:18 66:2,7
105:16 109:7 115:19
payment 28:14 39:17
40:3 45:9,16 55:14
55:17 60:6,7,17
61:16 66:4 79:14,16
84:14 85:8,8,13
101:15 105:15
121:16 128:21
payments 19:13 25:4
34:14 39:2 41:4
83:10
Pediatric 17:1,7,23
18:16 19:15 120:19
people 72:10 82:14
118:17
per 107:13
percent 91:2 109:20
period 10:12 16:8
21:14 68:1 71:23
87:4 89:18,20 93:5
115:16 117:19
periods 16:9
person 45:22 56:2,16
56:19 61:14
Personnel 1:8,9 3:2,3
19:19 20:2,8,9,10
22:3 130:15,18

Pharmacy 83:15
Phillips 1:17 4:6 130:4
131:16
phone 26:13 53:4 54:13
54:15 88:15 127:9
physical 6:19
pick 58:6
picked 54:13
picking 54:14
pills 116:5
place 7:12 68:23 111:8
plaintiff 2:3 27:13,15
28:5,14,15,17 49:15
Plaintiffs 1:6 130:13
Plaintiff's 3:2
plan 1:9 3:3,6,16 18:5,7
25:9 44:14,16 45:15
48:2 49:16,19 62:5,6
62:7 63:21,23 66:4
71:7 72:8 114:3
117:22 130:17
plans 51:3
please 81:9 84:20
point 24:8,11 62:11
83:18 87:23 91:6
103:14
police 18:8 19:10 21:20
21:20
policy 24:13 50:19
82:11 87:8 89:17
91:9 96:5,18
position 71:3
positive 78:6 97:1
possession 27:21 30:11
30:15
postage 46:9
practice 94:19,20
104:13 105:13
precertification 111:15
111:20
precertified 106:7
111:12 112:7
preexisting 98:3 100:9
101:6,10,22 107:16
preferred 38:5
pregnancy 98:2 100:9
101:5,21 109:11
112:4 119:12 120:6
121:5
pregnant 108:21 119:7
premium 3:8 34:14
38:12 41:3 45:9,16
59:19 60:17 104:22
109:23 125:8,9
127:13,19 128:3,19
128:21
premiums 28:14 34:8
71:10 78:16 117:1
present 8:16 32:1

presented 123:22
President 70:7
pretty 31:16 37:17 42:2
42:5
prevent 47:9
previous 5:17 50:16
74:21
previously 36:13
pre-ex 107:13
price 110:12
prices 110:7
prior 83:2,3,7 89:4
108:13
probably 30:1 41:16
88:10
probationary 89:20
problem 62:13,19 63:1
71:15 121:17 123:7,9
problems 116:3 121:21
121:23 122:13,18,20
123:16
Procedure 4:5
procedures 112:1
proceeding 7:19
process 55:15
processing 85:12
produce 27:10 107:8
produced 27:17 28:20
29:17,19 30:13 32:13
32:20 76:14 82:18
114:19
production 3:4 27:6
program 18:17 19:2
45:6 71:23 111:4
programs 70:10
proper 46:9 71:21 74:1
properly 73:4,6 76:4
provide 45:5,8,14,15
71:9,10 74:1 95:11
120:20 121:2
provided 4:15,21 24:4
25:1 39:22 113:14
provider 103:8,23
providers 104:4
proximate 97:22
121:14
pull 95:7
purpose 4:14 98:4
pursuant 1:15 4:4
put 33:8 46:9,15
100:18 128:20
putting 45:1
puzzled 98:13

Q
qualified 73:1
question 4:11 31:5
42:12 43:7 58:1
67:13 81:8,13,15,18

83:19 84:5 87:22
88:11 110:14
questions 4:10 44:4
81:5 92:9 129:5,9
quick 118:19 129:6

R
railroad 18:10,13,22
19:1,6,7
raise 88:1
rare 37:9,11
rate 3:10 79:15,17,18
read 94:11 95:7 100:2
reading 97:20 98:14
99:20 131:7
reads 97:21
real 118:19 129:6
really 16:21 66:20 83:2
85:6 111:13
reason 17:16 38:23
46:4,8,14,21 47:7,14
58:5 59:23 65:12
86:7 108:11
recall 68:5 85:22,23
88:13 90:23 94:10
105:3 107:14 108:18
108:23 109:10 110:9
110:15 111:1,10
112:10 113:3 116:14
119:20,23 122:4
receipts 25:13
receive 28:16 34:15
35:23 46:3,12,17
47:14 55:13 72:14
85:7
received 7:14 16:14
27:22 32:16 33:4,13
34:11 35:1,5,8,9,17
38:19 45:12,20 48:18
52:13,18,19 53:6
54:2,5 55:8 57:4,14
58:4 67:19 69:1 71:4
71:5,11 75:1 80:18
84:1,11,22 103:22
115:3 124:20
receiving 72:7 123:11
recess 70:23 129:8
recognize 76:16
recollection 104:17
Record 57:19 126:3,13
records 29:4 107:5
recreation 22:6
recuperate 115:14
redacted 92:9
redactions 92:6,7,19
redo 98:23
refer 48:21
reference 74:15
referring 124:8

reflect 75:9
refund 60:5 85:18
104:20 105:18 113:3
116:23 125:7,8,13
refunded 60:16 109:6
regard 81:19 85:17
regarding 68:7
regardless 4:21
Regina 13:12
reimbursed 25:13
relate 118:23
related 5:1 101:2
103:15 119:11
122:18,20
relative 66:22
relatives 11:12 15:3
63:13
remember 19:14 20:4
26:2,8,12,21 29:15
35:4 40:13,15,23
41:2,7,11 52:18 54:1
54:14 55:15 56:1,5
58:6,8 59:2,4,12,15
63:12,19 64:1,6,8,13
64:15,18 66:20 68:9
68:13,14,15 69:11
74:12,14 75:19 76:2
77:20 78:13 84:16
85:3,6 86:16 87:20
88:7,9,20 91:5,21,22
91:23 94:12,13,16,18
95:2 99:12 100:5
102:20 103:1,5,10,13
106:10,23 107:17,22
109:1,21 110:5,8
111:9,13 117:7,8,10
117:12 119:15 120:2
122:3,9,10
Remind 89:11
rent 75:13,14
report 75:8
reported 130:7
Reporter 1:17 4:7
126:8 130:5 131:17
REPORTER'S 130:1
reporting 75:8
represent 81:4
representative 27:13
28:6
represented 47:16
representing 4:3,17
request 3:4 27:16
28:10,19,23 113:12
requested 125:7
requests 27:5
require 113:14
required 25:3 34:13
research 32:7
reserved 4:12

**Resource** 30:17 43:5
46:23 57:5 59:12
60:1,13 61:15 67:23
68:7 71:8 72:6,19
73:5 79:12 117:23
**respect** 67:14
**response** 28:17 53:4
77:19 78:6 84:4 97:2
98:15 104:23
**Responses** 3:2
**responsible** 20:14,18
20:19,22 23:12 62:18
**responsive** 27:15 28:9
28:18,22
**result** 83:12 97:22
112:16 121:12,14
**results** 131:11
**retained** 63:6
**retired** 12:16,17
**retroactively** 80:13
104:8
**return** 34:4 85:12
**Reynolds** 12:20,21
13:2,3
**right** 7:16 8:8 9:7 11:23
12:4,8 13:13,21 15:2
15:5 16:11,16 17:10
18:4 19:20 21:16
22:22 24:3,10 25:18
28:2 29:23 31:23
32:12,19 33:11,23
34:7,9 36:3 37:19
39:2,3,13,16,18,20
42:14 43:1,17 45:1
46:18 47:5 49:11
50:23 51:5 54:4
57:17,23 58:5 60:11
61:6,14 62:7,9,16,16
63:9 65:7,10,11 66:3
68:20,21 69:2 73:14
73:18 74:8 75:2,3,23
76:9 78:1,16,19,22
79:1,5,9 80:15,18,20
82:12,18 85:2,20
86:9,12 87:20 90:20
91:15 93:6 94:1
95:22,23 97:3 101:18
102:6 105:12 108:16
109:17 110:22 112:3
113:4,5,17 114:19
116:1 117:10,16,17
122:10 123:3,18
125:2,20 126:14,16
127:6,8 128:8
**Righter** 97:4
**rights** 95:21
**right-hand** 78:2
**ring** 106:8,22 108:9
**Road** 21:11

**role** 70:5
**roughly** 9:6,14 90:12
114:11
**Rules** 4:5
**ruling** 4:12
**run** 118:18
**runs** 49:23
**rush** 128:20
**Russell** 15:7
**Rusty** 14:2

_____ S _____
**SAITH** 129:12
**same** 4:22 45:3 47:21
56:12,21,22 57:3
67:13,22 68:10 76:8
79:12 81:18 88:11
110:12,14 111:6
120:4 125:18 131:8
**saw** 120:21
**saying** 53:9 54:15 95:6
103:23
**says** 27:14 28:2,17 34:2
34:7 38:12 45:13
49:14 78:15,18 97:20
107:12,18 108:12
121:14
**schedule** 78:16
**school** 10:19,21 11:6
22:5
**search** 32:2
**second** 9:18 44:6,10
76:19 77:8,17,23
84:19 85:20 126:9,10
**security** 12:22 92:23
**see** 29:13 33:1 38:15,17
43:3 44:6,12 60:1
64:10 78:15,16 92:12
98:6 99:7 107:6
119:14 120:11
**seeing** 29:16
**seemed** 31:17
**seen** 29:6,8 43:21 44:9
75:7 106:13 108:6
**self** 1:9 130:17
**self-administered**
44:16 48:2
**self-funded** 25:9 90:4
**Self-Insurance** 3:3
**self-insured** 24:9
**send** 21:5,8 36:12
40:12,20 72:19 76:4
104:14,18 123:12
127:19
**sending** 112:21
**sends** 20:21
**sent** 27:13 28:5 29:1,4
29:10 40:23 46:16
47:15 48:7 55:5

71:21 73:10 80:2
93:9 94:7 96:1,2
105:1,5
**September** 6:16 17:12
25:17 32:17,17,23
33:10,13 35:8,10,16
35:23 38:16 39:22,23
42:4 44:21 61:11
67:5,18 71:17 78:19
80:1,14
**service** 16:18
**services** 83:6,23
**set** 131:7
**seven** 27:9
**severe** 121:17,20,22
**severely** 121:16
**share** 91:3
**Sheila** 14:2
**she'd** 121:4
**short** 84:18,19
**shortly** 49:14 52:14
**shortness** 118:21 119:2
119:6,10
**show** 27:3 30:11 38:11
42:17 43:3 52:10
76:13 94:5 107:3
108:3
**side** 16:19
**signature** 5:2 36:20
**signed** 35:12
**significant** 102:22
**signing** 131:7
**signs** 20:20
**similarly** 51:4
**since** 8:15 9:13 64:23
66:18 84:11
**sir** 5:16,21 6:1,5,14 7:6
7:8,18 8:12,17 9:16
10:10,13,16,18,20
11:1,11 12:14 13:1
14:7,17 15:6,8,20
16:1 17:6,15 18:1,6
18:18 19:3 21:6,18
21:22 22:6,11,15,20
23:9,11,14,18 24:16
25:10,15,19 26:5,11
26:16,20 28:1,11
30:20 31:1 32:22
33:3,7,12,16,19 34:6
34:10 35:3,6 36:2,5
36:18,21 37:1,16,20
38:2,8,14,18 39:7
40:5,9,19,22 41:6,22
42:7 43:15,18 44:8
44:11,18 46:1,7,10
46:13 47:3,18 48:6
48:14,20 50:9,11,20
51:1,6 52:1,4,12,15
55:21,23 56:14 58:12

58:20 60:3,20 61:1
61:13,19 62:8,10
63:8 66:1,6,11,14,16
67:8,12,21 69:14,19
70:4,12,18 71:11
72:2,16 74:5 75:19
76:1,6,10 78:17,20
79:2,6,19,23 80:6,16
80:19 81:12,16 82:7
82:19 83:8,13 84:3,8
85:1,15 86:20,23
88:20 89:5,19,23
90:8 91:11,16 92:4
93:7,13,17 94:2,9,15
94:23 95:13,18 96:4
96:8,12 101:23
104:11,16,21 108:8
108:17 110:13
112:13 113:1,15,21
114:22 115:2,5,12
116:7,11,16 117:2,4
118:10,15 119:13
121:9 124:22 126:20
127:3,7,10,21 128:5
129:2
**sit** 84:9 94:13 95:1
109:22 122:10
**sitting** 64:14 75:3
**situated** 51:5
**situation** 31:23 47:22
65:14,17 114:16
128:17
**six** 15:17 19:17 50:1
64:11
**Slightly** 110:14
**small** 66:20,21,22,23
**Smith** 2:21 3:12 5:12
6:6,12 11:20 12:11
13:6,9,12,16 14:19
43:8
**social** 12:22 92:23
**some** 20:10 24:8,11
27:17 52:2 58:2
65:15 66:4,17 82:13
87:3 88:5,17,17 91:6
92:12 93:5 94:21
97:10 102:15 103:14
109:12,15 113:2
118:17 123:12 128:1
**somebody** 19:11 50:17
51:9 54:14 61:20
63:4 72:7,18 83:11
115:18 124:13
**somehow** 100:3
**someone** 60:13 62:12
87:9
**something** 29:2 33:4
40:15 55:15 59:6
74:10 83:20 85:19

90:1 95:15 112:6
124:18 128:6
**sometime** 75:23 125:14
**sometimes** 105:7
**somewhere** 29:7 54:4
115:13
**son** 6:23 9:1 15:23
18:20 26:3,18 42:5
51:14,17 64:23 65:23
66:19 69:18 83:12,17
101:3 111:12 118:4
119:16 121:8 129:1
**son's** 103:15
**sorry** 6:20 10:2 31:3
42:20 48:4 49:10
57:1,10 78:9 92:17
93:23 106:15 112:4
117:12 126:4 128:11
**sort** 88:5,18
**sound** 33:10
**sounds** 91:7 109:10
113:2
**source** 95:14
**speak** 5:7 130:9
**speaks** 97:12
**specifically** 87:17 95:2
**specifics** 9:18
**spell** 12:6 15:11
**spoke** 84:13
**stand** 43:11
**start** 81:17
**started** 89:10,13 90:12
**state** 1:18 4:8 5:11
130:2,6 131:17
**STATES** 1:1
**station** 21:20
**Statute** 4:15,21
**stay** 45:15 118:1,3,11
**staying** 117:21
**Stepping** 88:21
**Stevens** 12:18
**stick** 15:5
**still** 7:7 11:22 14:14
56:6 114:13 125:16
**stipulated** 4:2,16,23
**stipulation** 1:16 4:1
**straight** 17:13
**Street** 6:20 8:13,19 9:9
9:15,20 33:18 43:13
115:1
**Stress** 119:4
**Strike** 83:4 104:12
108:19
**structure** 19:22
**stuck** 63:17
**stuff** 32:8 97:6
**Subject** 73:2
**submit** 25:12 60:7
**submitted** 55:4 103:16

103:20
submitting 60:17
subpoena 31:19
sue 63:10
Suite 2:9,12
support 16:21
supposed 83:6 93:10
105:20 106:2
sure 42:2 54:17 60:4,9
65:16 77:6 86:5
97:15 102:17 112:20
124:7,14
surrounding 8:11
swapped 48:1
sworn 5:7 130:9

**T**

take 7:12 18:19 23:3
44:1,2 94:21 117:18
124:17
taken 1:15 4:4,6 16:6
25:4,6 70:23 112:18
129:8
taking 24:17
talk 104:3
talked 56:13,19 59:13
61:14 67:10 68:2,22
96:15 116:12 121:19
127:23
talking 13:2 20:19
49:12 54:8 59:3 69:4
76:3 80:8 82:13
91:18 98:10 110:20
111:14 119:23
Tallapoosa 15:4
Taylor 30:17 43:4
46:22 56:6,8,17 57:5
58:14,17,18 59:11,23
60:13 61:15 67:22
68:7 71:8 72:6,18
73:5 79:11 88:12,15
89:7,8 90:2,10,15
91:8 102:1 104:7
108:16,22 109:1,20
110:3,16,20,23 111:3
111:4,6 117:23 127:2
127:6,20 128:3
tech 16:21
technician 15:15
teleconferencing 16:18
tell 7:20 9:17 10:2 13:8
16:11 25:5 28:19
31:20 34:22 39:19
47:20 48:15 51:7,12
52:22 54:10 55:11
59:11,18 60:4 61:21
62:23 64:5 69:22
70:1 73:20 79:12
81:9 84:20 85:3

97:21 100:6 118:23
120:7 125:4 129:1
telling 50:23 51:11
76:2 94:20 102:1
tells 44:22 45:4,8
temp 22:13,16
temporary 22:2
ten 80:17 115:17
terminated 25:17,23
33:6 49:17 55:13
80:4 85:7 86:4,6
95:21 103:19 113:20
114:9,12 122:12
termination 33:9 67:5
67:18 114:2 122:19
123:5
testified 5:8 57:14
79:20 122:4 124:20
127:12
testify 6:2 60:14
testimony 45:19 46:3
50:16 60:19 74:21
79:22 102:15,20
Thank 80:20 116:17,19
124:3,4 128:9,10
129:3
their 11:19 13:8,19
14:18 65:16 69:5
89:17,21 120:7
thereof 131:11
they'd 117:13
thing 67:22 78:14 80:1
83:9,22 84:6 106:10
116:6 120:4,16 127:5
128:13
things 27:12 28:4 33:21
34:3 44:22 66:17
81:7
think 14:22 37:22
38:22 46:21 47:7
48:11,17 51:22 52:2
52:21,23 53:11 56:11
57:21 59:22 64:15
65:12 72:12 73:15
76:17 77:13 82:16
85:16 87:17 88:8,21
91:12 92:21 93:8,9
94:19 95:9,19 96:9
102:13,13 104:13,18
107:4 108:10 113:6
114:18 117:18
120:21 122:15
124:20 125:12 127:4
128:9
thinking 30:2
third 1:10 3:4 88:12
130:19
Thorne 120:19
though 51:7 62:3 87:13

103:3 109:18
thought 29:1 49:12
50:22 51:8 61:21
93:22 97:4 126:5
three 10:12 41:21
64:17 84:18
through 9:5,14 15:21
18:2 19:10 23:23
24:1 27:5 28:16
32:12,18 34:16 39:6
39:23 40:1 41:10,12
41:13,14,15 42:4
56:16 59:5 63:13
71:8,17 77:21 79:7
80:14 89:4 92:3
93:20 94:1,14,15,17
94:18,22 115:19
116:5 117:22 118:2
118:18 127:1,2
thrown 61:3
till 17:12 18:9
time 4:12,12 9:19 10:7
10:8,9,11 18:15
21:15,16 23:5 34:13
37:18 40:23 42:3
43:14 48:7 49:16
58:2 60:23 61:6 62:5
63:7,11,11 65:17
68:1 69:17 71:16,23
79:9 83:2 84:14
85:20 87:4 91:1,6
93:5 94:17 100:17
103:14 105:11,14
108:22 112:11
114:11 115:6,16
116:14 120:11,13
126:9,11
timely 113:17 114:1,1,4
114:17
today 5:15 30:20,21
32:13,21 43:23 44:9
61:17 64:14 84:9
88:19 94:13 95:1
109:22 114:19
116:15
today's 32:18
together 123:15
told 39:14 55:16 56:2,8
56:16,21 57:5 58:13
59:18 60:11 62:9
68:18 69:21 72:9
79:21 85:11 86:1,3,5
88:15 101:20 102:16
102:17 104:14,19
117:13 119:5 125:8
127:11
tomorrow 61:17
top 29:22 33:2 38:13
92:15,18

topic 112:10
total 39:1
training 11:5
transcript 131:5
treat 118:20
treated 98:3 101:21
120:12
treatment 109:11
120:8,20 121:1
trial 4:19 70:20 75:20
122:5 123:22
tried 75:15
true 72:4 75:10 92:1
131:5
truth 5:7,7,8 130:9,10
130:10
try 31:21 47:9 81:10
88:16 100:2,11,16
102:2 127:22 128:2
trying 54:10,20,22 55:1
85:22 101:19 123:12
turned 27:20 28:8 72:5
107:11 123:13
Twenty 97:18
Twenty-six 97:19
two 7:5,13,15 8:2 9:4
16:10 32:13 42:23
75:21 76:17,21 79:13
79:14 80:4 84:17
90:7 91:19 92:19
93:1 105:15 115:10
118:8,9 127:13 128:4
128:19,22
two-page 42:18
typically 103:7 105:9
111:20
typing 31:5
typo 50:2

**U**

Uh-huh 78:6 97:1
ultimately 85:14
unable 97:23
uncle 14:2,10
uncles 13:5 14:1
under 6:3 11:14 15:23
19:1 20:12 22:9
24:12 25:11 39:15
45:17 47:23 49:18
62:7 71:6,22 72:8
93:12,19 96:18 102:9
108:21 109:1 111:3
114:3
understand 24:8 53:21
57:1 71:3 81:9,10
86:17 90:6,11 91:17
97:14 125:22
understanding 24:4
25:16 62:2,17 82:3

91:10 93:21
understood 34:11 39:4
62:4,5,14 81:14 87:1
90:14 93:14 124:19
125:4 127:5
unemployed 19:17
unemployment 26:9
United 1:1 18:3 19:8
unpaid 112:15
until 9:22,23 10:5,9
18:14 43:23 53:5
60:5,15 114:10
116:15 118:4
untimely 114:5,15
upset 51:11,14 52:1
used 4:14,20
usually 21:9
U.S 130:22

**V**

Valley 6:18,20 8:22 9:9
9:11,12 10:14,15,22
10:23 17:3,5 43:16
various 82:14
verification 3:15
106:21 107:19,21
111:18
verify 106:12 111:16
version 84:19 99:18
very 106:10,14,16
video 15:15 17:13
visit 106:11,14,16
107:19 109:3 120:22
vs 1:7 130:14

**W**

W 2:8
wait 60:5
waited 89:16
waiting 60:15 89:18
waived 4:19 5:3 131:8
waiving 4:22
want 24:1,14 27:5 44:1
44:4 60:1 72:4,5
73:20 96:13 107:3
110:11 118:18
121:12 124:17
wanted 93:16 99:15
wasn't 46:15 59:6
79:13 120:10 123:11
125:6 128:6
way 38:1 74:18
ways 37:22 38:3
web 15:15 16:19,19
Wednesday 1:20 131:3
week 115:17
weeks 7:13,15 16:10
80:4
Well 24:22 27:19 31:13

42:3 50:12 53:12
64:2 77:5 83:14
92:14 95:14,19 98:16
98:20 100:6 103:3
109:19 111:17 115:7
122:10 123:11
**went** 18:10 21:19 22:12
22:23 44:21 63:13
71:16 74:19 89:8
108:18 111:7 112:11
115:11 116:15 120:6
120:11 123:15
**were** 6:9 7:23,23 9:15
10:7 18:4,7,12,15,16
19:13 20:10,11,13,13
20:17,17 21:4,7
22:13 23:6,12,20
24:11,12,13 25:3,16
25:22 28:5 30:15,18
33:5 41:3,23 42:5
43:13,16 47:23 48:8
49:12 50:7 51:11,19
52:5 60:14,14 62:6
62:19 63:10 67:23
73:17 80:4,11,13
82:13 83:5 86:21
89:14,21 93:10,14
97:8 98:14 100:20,23
101:3 108:20,21
110:17 115:6,8,20
116:8 118:1,3 120:15
121:22 122:5,6,11
123:9
**weren't** 51:8 102:17,17
**WestPoint** 12:18
**we'll** 9:17 15:5 90:9
99:17
**we're** 5:14 9:5 56:16
71:12 75:17 88:18
91:17 120:9
**we've** 29:4 32:12 40:8
41:9 60:21 68:2,22
71:2 78:14 82:16
93:8 95:19 121:19
**Wheeler** 83:15
**whichever** 22:10
**Whiddon** 45:22 46:22
**while** 23:6,20 24:13
30:18 66:8 91:17
105:9
**whole** 5:7 60:23 61:6
81:5 86:11 130:10
**wife** 20:23
**wish** 45:5
**witness** 5:1,2,6 29:6
32:5 53:10 54:1,9
68:21 77:16,18
125:19 126:4 131:6
**wondering** 39:11

**Woodmere** 1:19 2:5
**word** 50:12
**words** 73:21
**work** 12:12,15 16:19
16:22 17:11 18:10
19:16 21:20 22:1,1,2
22:12,23 40:14
**worked** 19:7,18 22:6,8
25:5 47:22 87:7
125:16
**Workforce** 20:8 22:3
22:10
**working** 15:9,16 22:9
23:7,21 24:13 56:7
122:7
**works** 12:20 16:4
**Workstaff** 5:18 19:18
20:6,9 56:7,19 87:7
**wouldn't** 36:17 63:16
65:13 72:17 73:3,8
114:4 123:13
**write** 21:5 37:6,9,13
40:6,10 64:7
**writes** 21:1
**written** 28:13 30:10,16
39:8,9 41:17 42:1
116:13
**wrong** 39:20 62:3
81:21,23 82:9 94:1
**wrote** 27:21 36:22 41:7
41:11 42:2

**Y**

**Yancey** 56:10
**yeah** 31:13 77:8 92:7
98:9 99:8 126:10
**year** 11:2 75:21,23
122:8
**years** 9:4 64:17 75:21
**y'all** 7:5,9 10:9,12
20:14 21:16 27:18
29:12,13,14 32:12,20
37:2,2 42:9 56:23
75:20 96:15 98:14
111:7 125:5 128:20
**y'all's** 21:10,10

**Z**

**ZIP** 43:19

**$**

**$264** 55:22 63:16
**$264.87** 39:2 40:4
**$406** 28:21
**$406.14** 39:9
**$6,000** 63:17
**$671** 79:4
**$7,000** 64:11
**$935** 79:9

**#**

**#151** 131:16

**0**

**03** 9:13,14 32:17
**04** 20:1 32:18 36:7
38:17 41:1,17,18
44:21 67:5,18 71:17
71:17 77:22 78:4,5
78:19 79:5,8 80:15
106:18,19
**05** 9:5,15,23 26:4 41:14
41:18 47:17 67:6,20
85:2 93:22,23 96:16
105:4,21
**06** 78:1,3 93:20 96:16
96:21 118:2
**07** 9:6

**1**

**1** 2:21 6:16 27:1,4
32:11 34:22 35:15
38:21 39:23 41:14
61:10 80:9 82:23
83:3,7 84:2 88:5
103:19
**1st** 8:15 86:19 114:13
**10** 3:14 94:3,6
**10th** 33:10 42:4
**10:15** 1:21
**100** 91:2 109:19
**107** 3:15
**108** 3:16
**11** 3:15 52:7 84:22
107:1,4 114:14,18,21
124:23
**11th** 52:14 57:20 82:17
102:19
**114** 9:9,15,20 21:11
33:17 43:12
**116** 2:18
**12** 3:16 108:1,3
**12/1/07** 8:16
**120** 16:8
**124** 2:19
**128** 2:19
**13** 7:4 26:4
**130** 131:4
**141.27** 78:18
**15** 39:23 42:19 43:4
47:17 67:20 80:15
124:17
**15th** 58:3,11,23 68:5,23
69:8 73:16 84:23
117:15
**151** 1:17 4:7 130:5
**1600** 1:19 2:5
**18** 49:14,23 50:10

93:15 96:17
**19** 11:13,14,15 13:16
14:4 15:1
**1901** 2:13
**1903** 6:20

**2**

**2** 1:20 3:2 27:6,7 131:3
**20** 99:9,21 124:8,11
**2000** 2:10
**2003** 6:11 10:4 89:12
89:14
**2004** 25:18 26:21,23
32:23 33:14 34:5
35:15 61:12 80:1
89:1 108:6,13
**2005** 7:4 10:4,6 17:12
18:8,9,11 26:22
41:10,14,15 42:19
43:4 73:17 83:3,7
84:2 88:6
**2007** 17:12 18:14
**2008** 1:21 131:3,12
**204** 2:9
**206** 63:22
**21-2** 99:10
**22** 36:7 41:1
**23** 34:5
**232** 32:14,21
**233** 32:14,21
**24** 121:12
**25** 6:11 32:23 33:14
35:8,10,16,23 38:16
61:11 80:1 98:7
99:22,23 101:17
**26** 97:16 98:8
**2600** 2:12
**27** 2:21 3:2

**3**

**3** 3:5 30:4,5,12 36:13
36:19 40:8 41:9
**3:07-CV-00615-ME...**
1:7 131:2
**30** 3:5 16:8 39:23 55:14
78:19 79:5,16,17
108:13 117:14
125:13
**30-day** 85:12 117:19
**31** 20:1 71:17 79:8
**31st** 40:1 78:22
**35** 3:6
**35203** 2:13
**35226** 2:6
**36109** 2:10
**36854** 43:20
**38** 3:8

**4**

**4** 3:6 35:18,19,22
**406** 39:21
**406.14** 78:21
**42** 3:9
**49** 3:11

**5**

**5** 2:17 3:8 38:9,12
40:18 78:15 93:23
**5,180** 74:10
**51st** 6:20 8:13,18
**52** 3:12

**6**

**6** 3:9 42:15,18 43:3,22
71:2
**6th** 2:13
**6,000** 103:2

**7**

**7** 3:11 48:23 49:1 76:23
**7th** 131:12
**702** 8:20
**71** 76:16,22
**72** 76:22
**76** 3:13
**79** 6:16

**8**

**8** 3:12 52:8,11 53:9
54:6 57:12,13 60:21
**81** 2:18

**9**

**9** 3:13 76:11,14 77:1
91:12,18 92:20
**9/30/08** 131:16
**90** 89:16 90:12
**94** 3:14
**97** 11:3



September 25, 2004

MS LAUREN SMITH
114 MORGAN ST
VALLEY AL 36854-

Dear Ms. SMITH:

This notice contains important information about your right to continue your health care coverage in the CONE FINANCIAL GROUP, INC. Group Health Plan (the Plan).

Please read the information contained in this notice very carefully. This notice provides important information concerning your rights and what you have to do to continue your health care coverage under the Plan for you and your covered dependents, if any, as defined on the enclosed Family Member Enrollment Form. If you have any questions concerning the information in this notice or your rights to coverage, you should contact

BLUE CROSS BLUE SHIELD
COBRA SOLUTIONS
PO BOX 404145
ATLANTA, GA  30384
800-292-5615
If you do not elect to continue your health care coverage by completing the enclosed "Enrollment Form" and returning it to us, your coverage under the Plan will end on 09/15/2004 due to:

Termination

Each of the following qualified beneficiaries is being offered continuation under the Plan:
Ms. LAUREN SMITH

Because of the above event that will end your coverage under the Plan, you are entitled to continue your health care coverage for up to 18 months. If you elect to continue your coverage under the Plan, your continuation coverage will begin on 09/15/2004 and can last until 03/15/2006.

**IMPORTANT – To elect continuation coverage, you MUST complete the enclosed "Enrollment Form" and return it to us. You may mail it to the address shown on the Enrollment Form.  The completed Enrollment Form must be post-marked by 11/23/2004. If you do not submit a completed Enrollment Form by this date, you will lose your right to elect continuation coverage.**

Also, since each covered dependents has the equal right to accept or decline the coverage being offered them, if not all members of your family who are eligible for the coverage offered wish to continue coverage, please indicate that as well on the Dependent/Family Member Enrollment Form, if enclosed.  Should some but not all of your dependents wish to continue coverage, you are welcome to call the telephone number shown to obtain information about specific premium amounts due.

The total premiums due each month is shown on the Enrollment Form and on the Premium Computation Form. You should pay the total premium due at the time you send in the Enrollment Form, in order to complete your enrollment and continue your coverage. However, you are allowed to delay the premium payment for up to forty-five days after you have signed, dated and submitted your Enrollment Form.  Any claims submitted for expenses incurred following the date of the Qualifying Event may be held in suspense until all premiums which are



Cooper v. Ambassador

due have been paid.

Future premiums are due on the first of each month thereafter, and should be mailed on or before the due date. Failure to pay premiums by premium due dates may terminate your participation in the Health Benefits Continuation Plan.

If you have any questions about the coverage, its length or the premiums due, please call COBRA SOLUTIONS at 800-292-5615 during regular business hours.

Sincerely,


COBRA SOLUTIONS

Other Insurance for Lauren S. Cooper





**Member Name** *LAUREN E SMITH*
**Member ID** *XKC807A65253-01*
**Group Number** *1011190000*
**Group Name** *CONE FINANCIAL GROUP, INC*

**Benefits Effective as of** *07/01/2004*
**Co-Pays** *15 OV          15 SP OV          100 ER*
*15 G-RX          25 B-RX          40 NON PREF*

**Coinsurance** *80%IN   60%OUT     M&S   80%IN   60%OUT*
**Deductibles**    *500 CAL YR*

**Customer Service** *1-800-441-2273*
**BlueChoice On-Call** *1-888-724-BLUE*

BlueChoice· PPO

**PROVIDERS FILE ALL CLAIMS DIRECTLY WITH YOUR LOCAL BLUE CROSS BLUE SHIELD PLAN. PLEASE SUBMIT ALL CLAIMS WITH THE 3-DIGIT ALPHA PREFIX THAT PRECEDES THE MEMBER ID LISTED ON THE FRONT OF THE CARD.**
Georgia providers should submit all claims to: **Blue Cross and Blue Shield of Georgia,**
**P.O. Box 9907, Columbus, GA 31908-6007**
**NOTICE TO MEMBERS:** Present this identification card when receiving health care services. If your plan contains a copay feature, the copay is due at the time services are rendered. Your portion of coinsurance may also be due at that time. To locate PPO providers outside the state of Georgia, call Network Access at 1-800-810-2583, or you may visit us at:

**www.bcbs.com     www.bcbsga.com**

**NOTICE TO PHARMACY:** Please submit to Wellpoint Pharmacy Management using the following data: **Plan Code: 100 BIN number: 610053. For assistance call 1-800-962-7378.**
**PRE-CERTIFICATION PROCEDURES:** Pre-certification is required for ALL hospital admissions and certain outpatient procedures. For services outside the state of Georgia, YOU are responsible for obtaining pre-certification under this plan. For pre-certification, you or your physician or hospital may call 1-800-722-6614. Failure to pre-certify may result in the denial of a claim.
**DENTAL CLAIMS PROCEDURES:** If Dental benefits are contracted in your plan design and administered by Blue Cross and Blue Shield of Georgia, claims must be filed to: Blue Cross Dental Customer Service, P.O. Box 9066, Oxnard, CA 93031-9066. Reference Payor Number: SB601. Customer Service Telephone Number 1-888-209-7852.
This product underwritten by Blue Cross and Blue Shield of Georgia, an independent licensee of the Blue Cross Blue Shield Association.
This card is for identification only, does not automatically guarantee eligibility for benefits and is non-transferable.
030395670 BCUD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER et al, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:07-cv-00615-MEF-WC** |
| AMBASSADOR PERSONNEL, INC., | ) | |
| BLUE CROSS AND BLUE SHIELD | ) | |
| OF GEORGIA, SELF INSURANCE | ) | |
| PLAN OF AMBASSADOR | ) | |
| PERSONNEL AND CONE FINANCIAL | ) | |
| GROUP AS THIRD PARTY | ) | |
| ADMINISTRATOR, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S RESPONSES TO DEFENDANTS' AMBASSADOR PERSONNEL, INC., SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR'S REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW, the Plaintiff, Lauren Cooper, by and through her attorney, and hereby objects and responds to Defendant's Request for Production as follows:

### GENERAL OBJECTIONS

Plaintiff objects to each and every discovery request on each of the following grounds:

1.    Plaintiff's objections to Defendant's First Request for Production of

Documents are made without waiver of, or prejudice to, any additional objections Plaintiff may make.

2.    All objections are hereby expressly preserved, as is the right to move for a protective order.

3.    Plaintiff reserves all objections as to admissibility at trial of any information provided.

4.    Plaintiff objects to each and every Request to the extent that the information called for, if any, was obtained and prepared in anticipation of litigation or for trial and Defendant has made no showing that it has substantial need for the materials in the preparation of his case and that it is without undo hardship, to obtain the substantial equivalent of materials by other means. Plaintiff further objects to each and every Request to the extent that the information called for, if any, is privileged and is not discoverable under Rule 26(b)(3), Federal Rules of Civil Procedure.

5.    Plaintiff objects to each and every Request to the extent that the information called for, if any, is protected from discovery by the attorney-client privilege.

6.    Plaintiff reserves the right to supplement its responses to Defendant's First Request for Production to Plaintiff upon completion of discovery.

# REQUESTS

1.      A copy of any and all documents that you receive pursuant to any third-party subpoena that you issue at any time during the pendency of the above litigation.

**RESPONSE:** Plaintiff has no documents responsive to this request at this time.

2.      A copy of any and all health insurance policies for any health insurance company that made any payment toward any of the medical expenses incurred by Lauren Cooper while she was pregnant with her minor child, BCC.

**RESPONSE:** Plaintiff has no documents responsive to this request.

3.      A copy of any and all documents which substantiate any claim for damages/injuries allegedly sustained as a result of the accident that serves the basis of this lawsuit.

**RESPONSE:** See attached documents Bates No. 0229-0231.

4.      A copy of any document or thing that you intend to introduce as an exhibit in the trial of this matter.

**RESPONSE:** Plaintiff will produce this information pursuant to the court's scheduling order.

5.      In the event you intend on calling an expert witness at the trial of this matter, please produce the following:

(a)      Any and all test data, test document, test papers, photographs, filing, video tapes, memoranda or other writings prepared by the expert pursuant to the

expert's employment in this case.

(b)     All photographs viewed and/or taken by or for the expert in connection with this case.

(c)     Copies of all statements, written or recorded, which the expert has examined, reviewed, referred to or relied upon in connection with this case.

(d)     All published standards or other recognized authority used, examined, relied upon or referred to by the expert in the formulating of his or her opinion in connection with this case.

(e)     A list of all published articles of the expert or others, on which the expert has relied, referred to, reviewed or examined relating to any of her or her opinions in this case.

(f)     Copies of any reports prepared by the expert and furnished to you or your attorney.

(g)     Copies of any and all notes, calculations or other data prepared by the expert in formulating his or her opinions, or which he or she contend support his or her opinions in connection with this case.

(h)     Office records indicating time spend on the expert's undertaking and hourly charges therefore in connection with this case.

(i)     Reports of other experts, which the expert has read, reviewed, referred to or has been provided relating to this case.

(j)    Copies of any correspondence between the expert or your office and any

other person or entity, which pertains to this case.

(k)    Copies of any correspondence written by the expert or received from

others with whom the expert has consulted in connection with this case.

(l)    Any memoranda reviewed that was prepared by the attorney engaging

the expert, an investigator, a paralegal, or an adjuster in connection with this case.

(m)    A copy of the expert's current Curriculum Vitae.

**RESPONSE:** Plaintiff has no documents responsive to this request.

6.    A copy of any statement given by this Defendant.

**RESPONSE:** Plaintiff has no expert witness at this time.

7.    A copy of any all notes, correspondence, letters, documents or other

things that the Plaintiff or her representative sent to any Defendant to this lawsuit.

**RESPONSE:** Plaintiff has no documents responsive to this request.

8.    A copy of any and all notes, correspondence, letters, documents or other

things that were sent to the Plaintiff or her representative by or on behalf of any of the

defendants to this lawsuit.

**RESPONSE:** Plaintiff has no documents responsive to this request.

9.    A copy of any and all checks written by or on behalf of the plaintiff as

payment for the premiums for the health insurance that the plaintiff claims she was

to receive through any Defendant of this lawsuit.

**RESPONSE:** Plaintiff has no documents responsive to this request.

10.    A copy of any and all paperwork that the plaintiff completed to obtain health insurance from any Defendant to this lawsuit or to continue any health insurance through any Defendant to this lawsuit.

**RESPONSE:** Plaintiff has no documents responsive to this request.

11.    A copy of any and all letters, notes, memoranda, correspondence, documents or other things that the plaintiff or anyone on her behalf has sent to or received from the Secretary of Treasury and/or Secretary of Labor.

**ANSWER:** Plaintiff has no documents responsive to this request.

Respectfully submitted,

_____
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served upon the following, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid on this the ____11th____ day of ____February____, 2008.

W. Evans Brittain
Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148

Cavender C. Kimble
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2014

_____
OF COUNSEL

nas0d: /usr/env1/data/3/404145/rd/2004 1027/outputs/p0.1769-CTRL/ATL-404145-p0-wf.g1 WU: D-1769 on 10/27/2004  Page C-47
BCBSGA, Cobra                                ATL-404145            Ledger Date  10/27/2004



| | Check Amount | $406.14 |
| | Batch Total | $21,037.70 |
| | Trans Source | Check |

TR#  261170876    Acct#              Ser#        1012
TID  Y-1097162    Batch        3    Item          45

# REDACTED



DEFENDANT'S
EXHIBIT

BCBS-081

## HEALTH BENEFITS CONTINUATION PLAN ENROLLMENT FORM
### CONE FINANCIAL GROUP, INC.

PQB NAME:        MS LAUREN SMITH
ADDRESS:         114 MORGAN ST
                 VALLEY, AL 36854-

**REDACTED**

MEMBER NO.
EMPLOYEE:        LAUREN SMITH
BRANCH:
BILLING DATE:    09/15/2004
QUALIFYING EVENT:        Termination        COVERAGE EFFECTIVE DATE: 09/15/2004

LIST ELIGIBLE PERSONS TO BE COVERED: (PERSONS PREVIOUSLY COVERED ONLY)

| NAME LAST FIRST MIDDLE | BIRTH DATE | SEX | SOC. SEC. # |
|---|---|---|---|
| Cooper Lauren Smith | **79 | F | ***-**-*658 |

| Plan Description | Coverage Level | Premium |
|---|---|---|
| 1011190-051 PPO/RX | EMPLOYEE ONLY | $264.87 |
| Total Monthly Premium: | | $264.87 |

I HEREBY REQUEST ENROLLMENT IN THE HEALTH BENEFITS CONTINUATION PLAN FOR MYSELF AND ELIGIBLE QUALIFIED DEPENDENTS LISTED ON THIS FORM AND AGREE TO PAY THE PREMIUM AS REQUIRED. I UNDERSTAND THAT CONTINUATION COVERAGE WILL TERMINATE UNDER SEVERAL CIRCUMSTANCES, INCLUDING: THE DATE I OR A CONTINUED DEPENDENT BECOME COVERED UNDER MEDICARE OR ANOTHER GROUP HEALTH/DENTAL PLAN, OR ON THE DATE ON WHICH THE GROUP HEALTH/DENTAL PLAN ENDS. I ALSO UNDERSTAND THAT IF I WAS DISABLED AT THE TIME OF MY QUALIFYING EVENT, I MAY BE ELIGIBLE FOR EXTENDED CONTINUATION COVERAGE AND THAT ANY BREAK IN CONTINUED COVERAGE OF MORE THAN SIXTY-THREE DAYS MAY CAUSE LOSS OF COVERAGE "PORTABILITY". I ALSO UNDERSTAND THIS COBRA CONTINUATION IS NOT EXTENDED FOR LIFE INSURANCE COVERAGE I MAY HAVE HAD THROUGH MY EMPLOYER GROUP I ALSO UNDERSTAND THAT I MUST PAY RETROACTIVELY TO THE CANCELLATION OF MY REGULAR GROUP COVERAGE AND NO COVERAGE IS IN FORCE UNTIL I SEND THE APPROPRIATE PREMIUMS.

UNDER THE COBRA RULES YOU ARE ALLOWED TO CHOOSE COVERAGE FOR YOURSELF OR ANY COMBINATION OF OTHER FAMILY MEMBERS COVERED AT THE TIME OF THE QUALIFYING EVENT. IF YOU WISH TO COVER ANY INDIVIDUAL OR GROUP OF THESE FAMILY MEMBERS INCLUDING OR EXCLUDING YOURSELF, PLEASE CONTACT OUR OFFICE TO DISCUSS THE RATES THAT WOULD APPLY.

_Lauren Smith Cooper_   DATE: 10.22.04
Signature of MS LAUREN SMITH

NOTE: In order to be enrolled in the Health Benefits Continuation Plan this ENROLLMENT FORM must be received no later than 11/23/2004.

Please send completed form and check to:
        BLUE CROSS BLUE SHIELD
        PO BOX 404145
        ATLANTA, GA   30384



DEFENDANT'S
EXHIBIT

PREMIUM COMPUTATION FORM

September 25, 2004

CONE FINANCIAL GROUP, INC.
406 S. BROAD STREET
PO BOX 2057
THOMASVILLE, GA 31792
EMPLOYER CODE 1011190

Principal Qualified Beneficiary:
MS LAUREN SMITH

The Health Benefits Continuation Plan requires you to pay premiums according to the schedule shown below. The premium for the first partial month, if applicable, may be calculated for the remaining number of days in the month the Qualifying Event occurs. Subsequent premiums are due each month, as shown. You must pay all initial premiums due within forty-five days of the day you sign and date the Enrollment Form. Coverage will be retroactive to your employer group's cancellation date.

Your Qualifying Event Date: 09/14/2004
Your Last Enrollment Date:  11/23/2004

| Plan Description | Coverage Level | Premium |
|---|---|---|
| 1011190-051 PPO/RX | EMPLOYEE ONLY | $264.87 |
| Total Monthly Premium: | | $264.87 |

| Schedule Of First Payment | Premium |
|---|---|
| Amount Due if Enrollment Form Signed And Received In Our Office: 09/30/2004 | $141.27 |
| Amount Due if Enrollment Form Signed And Received In Our Office: 10/31/2004 | $406.14 |
| Amount Due if Premium Paid By..................: 11/30/2004 | $671.01 |
| Amount Due if Premium Paid By..................: 12/31/2004 | $935.88 |

Premiums must be paid by check or money order. PLEASE DO NOT SEND CASH.
                     Payable to: Blue Cross Blue Shield
Any increases or decreases in rates that are approved by the group will be sent to you when they are processed by our office.

COBRA coverage is an extension of your regular group coverage. If the employer group should cancel coverage for any reason all COBRA benefits would cease on that date. A refund for any unused premium should be sent back to the payor. Under the COBRA rules you are allowed to choose coverage for yourself or any combination of other family members covered at the time of the qualifying event. If you wish to cover any individual or group of these family members including or excluding yourself, please contact our office to discuss the rates that would apply.


DEFENDANT'S
EXHIBIT

```
************************************************
* NOTICE OF COBRA/CONTINUATION COVERAGE RATE CHANGE *
************************************************
```

Mailed on:  01/15/2005

Group  #        : 1125   WORKSTAFF PERSONNEL SERVICE
COBRA Location : GCBR
                 GROUP COBRA

LAUREN E SMITH
114   MORGAN ST

VALLEY, AL  36854


Effective January 1, 2005, Workstaff, Ambassador, Tempo and Thomas
Staffing will no long carry Blue Cross Blue Shield and Employer's
Life Health Plans.

Participants, including Cobra Participants, will roll over into the
new Platinum Plans administered by Taylor Benefit Resource, Inc.

If you are currently enrolled in BCBS or Employer's Life,
you will need to complete a new medical enrollment form.  Your
coverage will automatically roll over to the new Platinum Plan at
the current level of Deductible Coverage you have.  However, the
administration records need to be updated.  You may notice a change
in premium (please see the enclosed invoice).

The benefits for the Platinum Plans are very similar to the benefits
for BCBS and Employer's Life but there are some changes.  We have
enclosed a summary of the new benefits.  If you would like to continue
your Cobra Coverage, mail your completed medical enrollment form and
January payment to Taylor Benefit Resource, Inc.

Upon receipt of your January payment a new ID Card and booklet will be
mailed to your.

If you have any questions, please contact
Donna Whiddon
Taylor Benefit Resource, Inc.
229-225-9943 or 1-888-352-5246



DEFENDANT'S
EXHIBIT

**REQUEST FOR CHANGE**

KH

 **TBR**

Phone (229) 225-9943
Fax (229) 225-9945
Call (888) 35 CLAIM

*Taylor Benefit Resource*

164 Commercial Drive
P.O. Box 6580
Thomasville, GA 31758

COMPANY NAME     *Workstaff*
LOCATION         *Auburn, AL*

EMPLOYEE NAME    *Lauren Smith*

SOCIAL SECURITY #   ▮▮ ▮▮ 6558          **REDACTED**

Under the terms of our policy, I hereby request TBR to do the following:

| COVERAGE CHANGE | Change From: | | Change To: | | Effective Date Of Change |
|---|---|---|---|---|---|
| Medical | ☐ Single ☐ Child ☐ Other | ☐ Spouse ☐ Family ☐ Plan | ☐ Single ☐ Child ☐ Other | ☐ Spouse ☐ Family ☐ Plan | |
| Dental | ☐ Single ☐ Emp+1 ☐ Other | ☐ Spouse ☐ Family | ☐ Single ☐ Emp+1 ☐ Other | ☐ Spouse ☐ Family | 9-15-04 |
| Reason for Change | ☐ Terminated ☑ Voluntary ☐ Reduced Hours | | ☐ Other _____ | | |
| Name Change | | | | | |
| Beneficiary Change | | | ☐ Active Copy ☐ To Eligibility ☐ Entered 9/15/04 | | |
| Address Change | | | | | |

| Name | Relationship | Sex | Birthdate | Social Security | Add | Drop |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Employee Signature _____

Authorized Signature & Title _____

Date ____9-15-04____

Date _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07-cv-615-MEF |
| AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL, CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR, and KENNETH CONE, individually, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## FIRST AMENDED COMPLAINT

## I.    PRELIMINARY STATEMENT

1.    The plaintiff, Lauren Cooper, a former employee of Ambassador

Personnel, brings this action to redress the legal and equitable wrongs she suffered

when Defendant, Ambassador Personnel retaliated against her for filing a charge of

discrimination and cancelled her health insurance in violation of the Consolidated

Omnibus Budget Reconciliation Act of 1986, 29 U.S.C. § 1161 *et*



*seq.*, ("COBRA") and the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* (ERISA) causing them to lose medical coverage and incur unreimbursed medical expenses.

2.    Plaintiff, Lauren Cooper, individually and as next friend of her child, also bring this action to redress the legal and equitable wrong she and her child suffered when Defendant cancelled their medical insurance coverage in violation and as required under the Consolidated Omnibus Budget Reconciliation Act of 1986, 29 U.S.C. § 1161 *et seq.*, ("COBRA") and the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* (ERISA) causing them to lose medical coverage and incur unreimbursed medical expenses.

## II.    JURISDICTION AND VENUE

3.    This action arises under COBRA and ERISA for denial of information and for denial of benefits.

4.    Jurisdiction over plaintiff's claims is conferred on this Court pursuant to 29 U.S.C. § 1132, 28 U.S.C. § 1331 and 28 U.S.C. § 1343 and 28 U.S.C. §§ 2201 and 2202.

## III.    PARTIES

5.    Plaintiff, Lauren Cooper, [hereinafter "Plaintiff"], is a female and a resident citizen of Chambers County, Alabama.  Plaintiff was previously

employed by Defendant and resided in Chambers County, Alabama when the actions of which she complains took place and voluntarily avails herself of the jurisdiction of this Court. Plaintiff, B.C.C., is the minor child of Lauren Cooper (born January 13, 2005), and brings this action by and through Lauren Cooper as parent and next friend.

6.     Defendant, Ambassador Personnel is a corporation existing pursuant to and by virtue of the Constitution and Laws of the State of Georgia. Ambassador Personnel is a subsidiary wholly owned by Kenneth Cone and Cone Financial Corporation.

7.     Cone Financial Group is a corporation existing pursuant to and by virtue of the Constitution and Laws of the State of Georgia and doing business in the State of Alabama.

8.     Blue Cross and Blue Shield of Georgia is a Georgia corporation doing business as an insurance company in the State of Alabama. At all times relevant, Defendant was qualified to do business within Chambers County, Alabama and is subject to the jurisdiction of this Court.

9.     Kenneth Cone is a Georgia resident and the owner of Cone Financial Group and a plan sponsor and fiduciary. Kenneth Cone had fiduciary obligations to the Plaintiff to administer the plan so as not to injure the Plaintiff.

3

## IV.    STATEMENT OF FACTS

10.    Plaintiff, Lauren Cooper, became employed with Ambassador Personnel on June 6, 2002, and progressed through the company until she was a manager of the Opelika office of Ambassador Personnel in March 2003.  As a result of Plaintiff's employment with Ambassador Personnel, Plaintiff and her then unborn child were participants in or qualified beneficiaries of the Cone Financial Group Health Insurance Plan as those terms are defined by COBRA, 29 U.S.C. §§ 1167(2) and (3)(B).  At all times relevant to this action, Kenneth Cone and The Cone Financial Group Plan was an employee welfare benefit plan as the term is defined by ERISA, 29 U.S.C. § 1002(1).

11.    At all times relevant to this action Defendants, Kenneth Cone and Cone Financial Group, were the plan sponsors of the health insurance plan, knew that Plaintiff had elected to continue her health insurance and with this knowledge the defendants and their agents had an obligation to keep the Plaintiff informed of any changes to said plan.

12.    Some or all of the defendants, Kenneth Cone, Cone Financial Group, Ambassador Personnel or Blue Cross and Blue Shield of Georgia were the plan administrators of the Cone Financial Group Health Insurance Plan and administered benefit claims by the participants and beneficiaries under this plan

and otherwise had fiduciary duties under COBRA and ERISA toward plan

participants and beneficiaries.

13.    In or around June 30, 2004, Plaintiff announced she was pregnant and

expecting her first child.

14.    On or about September 10, 2004, Defendant terminated the Plaintiff

based on her gender, specifically her pregnancy.

15.    In September 2004, Plaintiff completed the necessary paperwork to

continue her health insurance plan for her and her unborn child pursuant to

COBRA and ERISA.

16.    Plaintiff thereafter paid all the necessary monthly premiums to

continue the health insurance benefits for her and her unborn child.

17.    In or about December 2004 or January 2005, Defendant without

notice or provocation cancelled Plaintiff's insurance plan despite Plaintiff having

made all the payments in a timely fashion.  At that time, Lauren Cooper reasonably

relied on the insurance coverage under the Cone Financial Health Insurance Plan

based on:  her prior medical bills having been paid by the plan and the hospital

having been pre-certified with the plan's insurance company for the delivery and

birth of plaintiff's child.

18.    Shortly before the birth of her child, Plaintiff learned for the first time

that her insurance plan had been terminated and she was no longer entitled to

health insurance benefits under the Cone Financial Group Insurance plan.

19.    Under COBRA, 29 U.S.C. § 1166, some or all of the defendants were

obligated to provide Lauren Cooper and her unborn child with notice within the

time set forth by the statute that her rights to a continuation of coverage under that

statute had been terminated.

20.    Notwithstanding these duties imposed by COBRA, Defendant's failed

to give Lauren Cooper and her unborn child the required COBRA notice.  Plaintiff

found out on her own after she had already paid her premiums and incurred

medical bills that her health insurance had been unilaterally cancelled by

Defendant.

21.    Defendant failed to comply with the statutory requirements in

continuing the Plaintiff's coverage and failed to inform the Plaintiff of the

cancellation of said COBRA coverage so as not to prevent harm and injury to the

Plaintiff.

22.    As a proximate result of the facts, Plaintiff and her unborn child have

been uninsured and Plaintiff has been personally liable for substantial medical bills

for the delivery and birth of her child which should have been covered by the Cone

Financial Group Insurance Plan.

23.    As a proximate result of the above facts, Lauren Cooper is currently on payment plans for the medical bills for the birth and delivery of her child for which demand has been made to the defendant and refused.

24.    As a proximate result of the above facts, Lauren Cooper's credit has been severely damaged and the payment of the bills has caused a severe financial problem for Ms. Cooper.

25.    As a proximate result of the facts above, Ms. Cooper was unable to convert what would have been her COBRA coverage to individual coverage so that her pregnancy would not have been treated as a preexisting condition for purposes of any other medical insurance that she would otherwise have been able to obtain.

26.    Plaintiff, Lauren Cooper, has been forced to retain an attorney to represent her in this matter.

27.    Plaintiff has served by certified mail copies of this complaint on the Secretary of Treasury and the Secretary of Labor in accordance with 29 U.S.C. § 1132(h).

28.    Plaintiff has satisfied all conditions precedent and exhausted all administrative remedies known to her in bringing these claims.

7

## COUNT ONE

## COBRA AND ERISA VIOLATIONS

29.     Plaintiff adopts paragraphs 1-28, above, as if set out in full herein.

There existed an employer-employee relationship between Plaintiff and Defendant.

30.     Defendants are liable to Lauren Cooper for an amount calculated

pursuant to ERISA, § 502(c)(1) on a daily basis from the date they should have

provided COBRA notice to her to the date, if any, that they cancelled her COBRA

notice.

31.     Defendant was Plaintiff's employer and a plan sponsor of a group

health insurance plan and employed more than 20 employees at all relevant times.

32.     Plaintiff participated in Defendant's group health insurance plan.

33.     Upon Plaintiff's termination, Plaintiff made known her intent to

exercise her rights pursuant to the Consolidated Omnibus Budget Reconciliation

Act (COBRA) 29 U.S.C. § 1162 et seq.

34.     Plaintiff was pregnant at the time of her termination and sought to

continue her insurance benefits to protect the health of her unborn child and

herself.

35.     Plaintiff dutifully made all payments to insure her health benefits to

the provider as required.

8

36.    The Defendant cancelled Plaintiff's insurance with said provider and gave no notice to Plaintiff of the cancellation despite Plaintiff's payments to said insurance provider.

37.    As a result of Defendant's unlawful actions, Plaintiff was caused to be without insurance and subsequent treatment for the delivery of Plaintiff's child was unpaid by the insurance provider.

38.    Plaintiff's termination from employment was not for gross misconduct but rather it was because of discrimination due to her pregnancy as found by a jury in the case of Cooper v. Ambassador Personnel, CV-00138-MHT-DRB.

39.    As a result of defendants' wrongful actions in cancelling her insurance coverage, Plaintiff was caused to pay the health provider for the medical services provided to Plaintiff and her child that should have been paid by the insurance company.

40.    Defendant failed to give proper written notice to Plaintiff of her COBRA rights and the cancellation of her insurance coverage.

41.    Plaintiff seeks legal penalties, costs and taxes up to the maximum allowed by law, including, but not limited to, prejudgement interest, attorney fees, costs and any and all such other relief this Court or the trier of fact may assess.

WHEREFORE, Plaintiff, Lauren Cooper, prays for judgment in her favor

9

and against Defendants:

(a)     for a daily amount calculated pursuant to ERISA, § 502(c)(1) [29

U.S.C. § 1132(c)(1)] for the date Defendants failed to provide

COBRA notice to that date allowed by the statute.

(b)     for a daily amount calculated pursuant to ERISA, § 502(c)(1) [29

U.S.C. § 1132(c)(1)] from the date Defendants failed to provide the

requested ERISA documents.

(c)     for payment of Plaintiff's medical bills in accordance with the benefits

provisions of the Cone Financial Group health insurance plan.

(d)     for restoration to covered status under the Cone Financial Group

health insurance plan for the remainder of the applicable COBRA

continuation period including the right to purchase individual

conversion coverage to the end of the applicable COBRA continuation

period.

(e)     for reasonable attorney fees and costs of this action, for such other

legal and equitable relief as this court deems just and necessary.

## COUNT TWO

## **BREACH OF FIDUCIARY DUTY**

42.     Plaintiff adopts paragraphs 1-41, above, as if set out in full herein.

There existed an employer-employee relationship between Plaintiff and Defendant that was severed by the employer. Plaintiff elected to continue her health insurance as provided by law.

43.    Defendants breached their fiduciary duty to Lauren Cooper by failing to timely and accurately notify her of her right to continue COBRA continuation coverage under a different plan and to timely notify Lauren Cooper of the cancellation of her previous COBRA plan.

44.    Defendants are liable to Lauren Cooper pursuant to 29 U.S.C. §§ 1132(c)(1) and 1132(g)(1) for reasonable attorney fees and costs.

WHEREFORE, Plaintiff, Lauren Cooper, prays for judgment in her favor and against Defendants:

(a)    for payment by Defendants of medical bills in accordance with the benefit provisions of the Cone Financial Group Health Insurance Plan;

(b)    for restoration to covered status under the Cone Financial Group Health Insurance Plan for the remainder of the applicable COBRA continuation period(s) including the right to purchase individual conversion coverage at the end of the applicable COBRA continuation period(s);

(c)    for the reasonable attorney's fees and costs of this action;

11

(d)     for such other legal and equitable relief as this Court deems just and

appropriate.

<div style="margin-left: 50%;">

Respectfully submitted,


/s/ Alicia K. Haynes
Alicia K. Haynes
Alabama State Bar No.: 8327-E23A
Attorney for Plaintiff

</div>

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
(205) 879-0377

**PLEASE SERVE DEFENDANT KENNETH CONE BY CERTIFIED MAIL:**

**DEFENDANT'S ADDRESS:**

Kenneth Cone
P.O. Box 2057
Thomasville, Georgia  31799

**PLAINTIFF'S ADDRESS:**

Ms. Lauren Cooper
c/o Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama 35226

Respectfully submitted,


/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

13

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Evans Brittain
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2418

Cavender C. Kimble
Balch & Bingham, LLP
1710 Sixth Avenue North
P.O. Box 306
Birmingham, Alabama 35203-2014


/s/ Alicia K. Haynes
OF COUNSEL



February 11, 2005

MS LAUREN SMITH
114 MORGAN ST
VALLEY AL 36854-

807A65253

Dear Ms. SMITH:

You are hereby notified that your participation and that of your eligible qualified dependents, if any, in the Health Benefits Continuation Plan, will/has terminate(d) on 01/01/2005.

Reason:    GROUP CANCELL COVERAGE WITH BCBS. REFUND OF
           OVERPAYMENTS IF ANY WILL BE REQUESTED

Under the Federal HIPAA law, if you have (1) exhausted your group health continuation coverage period, (2) most recently have at least eighteen months of continuous group health coverage without a 63-day gap in coverage and (3) are currently not eligible for Medicare, you may qualify for and be able to obtain an individual health insurance policy from an insurance carrier licensed in your state. (800-718-8831)

If you incurred any eligible expenses for which you are due reimbursement, you should file your claim in the usual manner within the next ninety days.

Sincerely,

COBRA Solutions



06/14/2004  16:36   3347495943                    WORKSTAFF  

MEMBER ENROLLMENT APPLICATION (1)

PLEASE PRINT CLEARLY • USE BLACK INK ONLY

GROUP NUMBER: **1011190 000**   SUB    COMPANY NAME: *Cone Financial*

BCBSHP
  BlueChoice Healthcare Plan (HMO)
  BlueChoice Option (POS)

EMPLOYEE HOME ADDRESS: **114 MORGAN STREET**

BCBSGA
  X  BlueChoice PPO     Dental Only
     Traditional Health Plan

CITY: **VALLEY**     STATE: **AL** ZIP **36854**

Consumer Choice Option
  HMO (BCBSHP)     PPO (BCBSGA)
  POS (BCBSHP)

COUNTY: **CHAMBERS** HOME PHONE **334 756 0328** BUSINESS PHONE **334 319 3221**

GGL
  Life Only

After coverage begins, will you or any dependents have any other medical insurance including Medicare? (check one)  ☐ YES  ☒ NO
After coverage begins, will you or any dependents have any other dental insurance? (check one)  ☐ YES  ☒ NO

EMPLOYMENT STATUS
  Retired  Disabled  Active  COBRA

Insurance Co.
Name:

Insurance Eff. Date:
Policyholder
Name

DATE OF EMPLOYMENT: **07 01 2004**

Policy No
Insurance Co.
Address

Policyholder
Date of Birth
Who is covered    Self    Spouse    Family

EFFECTIVE DATE OF COVERAGE: **07 01 2004**

Are you eligible for Medicare?
  Part A / Effective Date
  Part B /
  Effective Date

Is your spouse eligible for Medicare?
  Part A / Effective Date
  Part B /
  Effective Date

COMPANY DIVISION/LOCATION      Hourly
                               Salary

Is Medicare coverage related to end stage renal disease?  YES  NO

**REDACTED**     MEDICARE HIC #

Is anyone listed on this application currently covered by
Blue Cross and Blue Shield of Georgia ?    YES    NO

REFUSED COVERAGE FOR: ☐ Medical ☐ Dental ☐ Life

LAST NAME: **SMITH**          **LAUREN**        PHYSICIAN I.D. NO. **E 0901 1979**

SOCIAL SECURITY NO. ▓▓▓**6558**     PRIMARY CARE PHYSICIAN NAME          PHYSICIAN I.D. NO.

SEX   MALE **X** FEMALE   ARE YOU APPLYING FOR DENTAL INS.? **X** YES   NO   MARITAL STATUS **X** MARRIED   SINGLE   WIDOWED   DIVORCED   DATE OF BIRTH

LAST NAME

SOCIAL SECURITY NO.     PRIMARY CARE PHYSICIAN NAME     PHYSICIAN I.D. NO.
  ☐ If you are an existing patient

SEX   MALE   FEMALE   ARE YOU APPLYING FOR DENTAL INS.?   YES   NO
Are the dependent children the biological children of either the applicant, spouse or both? [ ] Yes   ☐ No   If no, please complete a Certification of Dependency form.   DATE OF BIRTH

LAST NAME

SOCIAL SECURITY NO.     PRIMARY CARE PHYSICIAN NAME     PHYSICIAN I.D. NO.
  ☐ If you are an existing patient

SEX   MALE   FEMALE   ARE YOU APPLYING FOR DENTAL INS.?   YES   NO   COLLEGE STUDENT?   YES   NO   HANDICAPPED?   YES   NO   DATE OF BIRTH

LAST NAME

SOCIAL SECURITY NO.     PRIMARY CARE PHYSICIAN NAME     PHYSICIAN I.D. NO.
  ☐ If you are an existing patient

SEX   MALE   FEMALE   ARE YOU APPLYING FOR DENTAL INS.?   YES   NO   COLLEGE STUDENT?   YES   NO   HANDICAPPED?   YES   NO   DATE OF BIRTH

LAST NAME

SOCIAL SECURITY NO.     PRIMARY CARE PHYSICIAN NAME     PHYSICIAN I.D. NO.
  ☐ If you are an existing patient

SEX   MALE   FEMALE   ARE YOU APPLYING FOR DENTAL INS.?   YES   NO   COLLEGE STUDENT?   YES   NO   HANDICAPPED?   YES   NO
STUDENT'S FIRST NAME                DATE FIRST   NO   YR   ANTICIPATED   NAME OF COLLEGE
                                    ATTENDED          GRADUATION
                                    COLLEGE           DATE

LIFE COVERAGE NO.     EVIDLOC     EFFECTIVE DATE     BASIC LIFE/AD&D  $     %   SUPP LIFE/AD&D  $     %

EMPLOYEE JOB TITLE                CLASS     DEP LIFE SPOUSE  YES  NO    DEP LIFE CHILD  YES  NO

SALARY/EARNINGS OF APPLICABLE  $     WEEKLY   MONTHLY   ANNUAL   OTHER  $     %   TYPE   LTD MONTHLY  $     %

Primary Beneficiary Last Name, First, MI          Relationship          Contingent Beneficiary Last Name, First, MI          Relationship
1. Cooper, Kevin R.                              Husband   1.
2. Smith, Denise A.                              Mother    2.

Fax:2292721141          RONEJWENELLE



BCBS-071

EDACTED

BCBS-072

06/14/2004  16:36    3347495943    WORKSTAFF    PAGE  03

## Medical Information

**COMPLETE THIS SECTION FOR 2-19 EMPLOYEES AND FOR ALL LATE ENTRANTS.**

Has anyone listed on this application ever been covered by Blue Cross and Blue Shield of Georgia? ☐ Yes ☐ No    Member #

HEALTH QUESTIONS: All of the following questions must be answered with respect to each person for whom you are applying for coverage. (A) Has anyone listed on this application EVER had medical advice, treatment or do you know or have reasons to know of health problems in regard to the following? CHECK YES or NO. This information will be used to evaluate medical risk, not eligibility for coverage.

Yes  No

a. NERVOUS-Brain disease: stroke, epilepsy-seizures, fainting or dizzy spells; cerebral palsy; other nervous system disorders.

b. PSYCHIATRIC-Psychiatric counseling; marriage counseling; family therapy; addiction to narcotics, barbiturates, amphetamines, or other drug dependency; nervous or mental disorders; alcoholism.

c. GENITOURINARY SYSTEM-Kidney, prostate, bladder, menstrual or other female disorders.

d. MUSCULOSKELETAL-Arthritis; rheumatism, bodily deformity; congenital abnormality; ruptured disc; or any muscle disorders.

e. CARDIOPULMONARY-High blood pressure; heart disease; circulatory disorders; disease; tuberculosis.

f. DIGESTIVE SYSTEM-Mouth; ulcers; disease of stomach; gall bladder; colon or intestines; hernia; rectal disorders.

g. EYE, EAR, NOSE, THROAT-Asthma; sinus; allergies; disease of nose or ears; disease of throat or tonsils; impairment of sight or hearing.

h. INCAPACITATION-Physical handicaps; mental retardation; disabled or incapacitated as defined by Medicare.

i. Acquired Immune Deficiency Syndrome (AIDS), AIDS-Related Complex (ARC), Kaposi Sarcoma, Pneumocystis Carinii Pneumonia, or Antibodies to Human T-Lymphotrophic Virus Type III (HTLV-III).

j. Sexually transmitted diseases such as syphilis, gonorrhea, herpes, genital warts.

k. Tumor or mass, cancer/liver disorders; hepatitis; thyroid disorders; blood disease; hemophilia; diabetes; skin disorders; infections or any other medical advice, examination, not disclosed above?

l. Is anyone listed on this application pregnant? If yes, when is the expected due date? 1/2005

m. Been advised to undergo a surgical operation or procedure within the next 6 months?

n. Are you currently taking prescription drugs? If yes, please list on separate sheet and attach.

I have answered all questions correctly for every person listed on application.

Applicant's Signature  _Lauren Smith_

**SECTION B**

NAME AND COMPLETE ADDRESS OF DOCTOR(S) SEEN BY YOU WITHIN LAST 2 YEARS:
Dr. Gwen Cooper 502 E Thomason Cir. Opelika
Dr. Nadia Cameron 14 Medical Pk. Valley, AL

NAME AND COMPLETE ADDRESS OF DOCTOR(S) SEEN BY SPOUSE WITHIN LAST 2 YEARS:

**COMPLETE SECTION C FOR 20-99 EMPLOYEES.**

1. Has anyone applying for coverage been treated for a serious illness (For Example: Cancer, Diabetes, Heart Disease, Cardiovascular Disease, AIDS or AIDS-related disease, Pregnancy, Mental/Nervous Disorder, Substance Abuse, or any illnesses related to a major body organ), been hospitalized, had surgery, OR incurred health-care claims in excess of $7,500 in any of the last 12 months?  ☒ Yes  ☐ No

**COMPLETE THIS SECTION IF ANY QUESTIONS WERE ANSWERED "YES" IN SECTION A OR C.**

| Person Treated | Name of Illness or Disorder | Type of Treatment Received | Treatment Dates From | To | Name and Address of Attending Physician |
|---|---|---|---|---|---|
| Lauren Smith | ███ | | 6/14/04 | | Dr. Cooper 502 E Thomason Cir Opelika, Pk. |

IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH A SEPARATE SHEET.

PLEASE READ REVERSE SIDE BEFORE SIGNING FOR CONDITIONAL RECEIPT AND PRIVACY INFORMATION.

I declare that all statements and information made hereon are complete and true to the best of my knowledge. I understand that any misstatements or omissions may void all coverage applied for on any member on this application on a retroactive basis for up to two (2) years from the contract effective date.

By signing this line, I understand that a pre-existing condition exclusion may apply (except for BlueChoice Healthcare Plan (HMO) and in-network BlueChoice Option (POS)) up to twelve (12) months under the BCBSHP/BCBSGA contract, as defined in the benefit booklet.

I hereby acknowledge that Blue Cross and Blue Shield of Georgia/Blue Cross Blue Shield Healthcare Plan of Georgia (BCBSGA/BCBSHP) (as applicable) has informed me of the following prior to my enrollment in their health care coverage plan.

a. number, mix and location of participating/network health care providers
b. limitations on choices of participating/network health care providers
c. disclosure of contractual relationship between participating/network provider and BCBSGA/BCBSHP.

**REDACTED**

APPLICANT'S SIGNATURE  _Lauren Smith_    DATE SIGNED  10/16/04

RON&MYNELLE.

# BlueChoice®
## *PPO*

# *Certificate Booklet*

## PPO 101

Cone Financial Group, Inc.

**Except for Accidental Injury or Medical Emergency treatment, Out-of-Pocket expenses are up to 30% higher when you receive care from a Non-Preferred Provider.**



BlueCross
BlueShield
of Georgia



DEFENDANT'S
EXHIBIT
10

**NOTICE: YOUR OUT-OF-POCKET EXPENSES ARE HIGHER WHEN
YOU RECEIVE CARE FROM NON-PREFERRED PROVIDERS**

**CERTIFICATE OF COVERAGE**

**BLUE CHOICE PPO**
**(herein called BCBSGA)**

**An Independent Licensee of the
Blue Cross and Blue Shield Association
having issued a
Group Master Contract
To**

**PPO 101**
**hereby certifies that**

1.  The persons and their eligible family members (if any) whose names are on file at the office of the Plan Administrator as being eligible for coverage have had the required application for coverage accepted and subscription charge received by BCBSGA. These persons are covered under and subject to all the exceptions, limitations, and provisions of said Group Master Contract for the benefits described herein;

2.  Benefits will be paid in accordance with the provisions and limitations of the Group Master Contract; and

3.  BCBSGA has delivered to the Plan Administrator the Group Master Contract covering certain persons and their eligible family members (if any) as Members of this Group program.

The Group Master Contract (which includes this Certificate Booklet, and any riders and amendments) constitutes the entire Contract. All rights which may exist, arise from and are governed by the Group Master Contract and this Certificate Booklet does not constitute a waiver of any of the terms. The Group Master Contract may be inspected at the office of the Plan Administrator.

Coverage under this Certificate will be effective and will continue in effect in accordance with the terms, provisions and conditions of the Group Master Contract. This Certificate of Coverage replaces and supersedes all contracts and/or certificates which may have been issued previously by BCBSGA through the Plan Administrator.

John Watts
Senior Vice President
Large Group Services

David Fields
General Manager
Consumer Services

F-1681.792 07/02

BCBS-002

## Table of Contents

Summary of Benefits .................................................................................................................. ii

Important Phone Numbers .......................................................................................................... ix

Eligibility ......................................................................................................................................... 1

How Your Benefits Work For You .............................................................................................. 4

Pre-Admission Certification (PAC) ............................................................................................ 5

Benefits ........................................................................................................................................... 6

Mental Health Care and Substance Abuse Treatment .......................................................... 17

Prescription Drug Program ........................................................................................................ 17

Limitations and Exclusions ......................................................................................................... 19

Coordination of Benefits (COB) ................................................................................................. 23

Right of Recovery .......................................................................................................................... 25

Claims and General Information ................................................................................................ 25

When Your Coverage Terminates .............................................................................................. 30

Definitions ...................................................................................................................................... 34

Statement of ERISA Rights ......................................................................................................... 43

BCBS-003

## Summary of Benefits                                                                    In-Network

All In-Network care must be received from a Preferred Provider.

**Lifetime Maximum Benefits**
All benefits combined: In-Network and Out-of-Network ..................................................................$5,000,000

**Lifetime Maximum Benefits for TMJ (included in total maximum)**
In-Network and Out-of-Network Combined ...................................................................................$15,000

**Lifetime Maximum Benefits for Hospice Care (included in total maximum)**
In-Network and Out-of-Network Combined ...................................................................................$10,000

**Calendar Year Deductible (In-Network and Out-of-Network Combined)**
One per Employee; One per spouse; One for all eligible children combined..........................................$500

> **All Eligible Charges are subject to the Deductible, except those with Copayments, unless otherwise specified in this booklet. All surgical procedures are subject to Deductible and Coinsurance.**

**Percentage Payable (Unless Otherwise Specified)**
All payments are based on Eligible Charges and negotiated fees.
The program pays ....................................................................................................................80%
The Member pays .....................................................................................................................20%
The percentage payable after the Out-of-Pocket Limit is met ...........................................................100%

**Out-of-Pocket Limit Per Calendar Year (in addition to the Deductible and Copayment)**
One per Employee; One per spouse; One for all eligible children combined......................................$1,000

> Amounts satisfied toward the Out-of-Network Out-of-Pocket Limit will also be applied toward the In-Network Out-of-Pocket Limit. Amounts satisfied toward the In-Network Out-of-Pocket will **not** be applied toward the Out-of-Network Out-of-Pocket Limit.

**Accidental Injury or Medical Emergency**
Emergency Room Copayment.......................................................................................................$100
Percentage payable after Copayment............................................................................................100%

> Initial services rendered for the onset of symptoms for a life-threatening medical condition or serious Accidental Injury which requires immediate medical care. A Medical Emergency is a condition of recent onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson, possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or Injury is of such a nature that failure to obtain immediate medical care could place his or her life in danger or cause serious harm. The emergency room Copayment is waived if admitted to the Hospital.

**Non-Accidental Injury or Non-Medical Emergency**
Emergency Room Copayment.......................................................................................................$100
Percentage payable after Copayment and calendar year Deductible ...................................................80%

**Inpatient Mental Health Care and Substance Abuse Treatment**
Days/Visits maximum per calendar year...........................................................................................30
Hospital/Physician Services .........................................................................................................80%

**Outpatient Mental Health Care and Substance Abuse Treatment**
Maximum visits per calendar year...................................................................................................20
Copayment per visit.....................................................................................................................$25

BCBS-004

## Summary of Benefits                                                    In-Network

**Copayment**
Unless specifically stated, all services obtained as an outpatient at a Hospital (e.g., lab tests, x-rays, etc.) are covered subject to your Deductible and Coinsurance.  Surgical procedures performed in the office are covered subject to your Deductible and Coinsurance.

The following procedures may be performed by a Preferred Physician or Specialist Preferred Physician.
Preferred Physician – per office visit.................................................................................................$15
Specialist Preferred Physician – per office visit ..................................................................................$15

        Immunizations
        Periodic Health Assessment
        Flu Injections
        Diagnostic X-ray and Lab
        Annual Gynecological Exam
        Mammograms, Pap Smears, and Prostate Screening
        Second Surgical Opinion
        Treatment of Accidental Injury
        Injections for the Treatment of a Specific, Non-Chronic Medical Condition

**Home Health Care Services**
Visits per calendar year ......................................................................................................... 120
Copayment per visit.................................................................................................................$20

**Maternity Services** (includes pre- and post-natal and delivery) .........................................$100
Eligible Charges for Hospital maternity services are subject to the Deductible and Coinsurance.

**Verification of Benefits**
Verification of Benefits is available for Members or authorized healthcare providers on behalf of Members.  You may call Customer Service with a **benefits inquiry** or **Verification of Benefits** during normal business hours (7a.m. to 7p.m.).  Please remember that a **benefits inquiry** or **Verification of Benefits** is **Not** a Verification of Coverage of a specific medical procedure.

- **Verification of Benefits is Not a guarantee of payment.**
- **If the verified service requires pre-certification, please call 1-800-722-6614.**

**Pre-Admission Certification (PAC)** .................................................................... Required
- Required for ALL Hospital admissions except emergency or maternity delivery admissions.  Please notify us within 48 hours of an emergency or maternity admission.
- Pre-Admission Certification (PAC) determinations are available by phone through BCBSGA's pre-certification staff 24 hours a day, seven days a week for urgent/non-elective care that must be performed within 24 hours after the PAC request, without which a significant threat to the patient's health or well-being will be posed.
- Non-urgent/elective pre-certifications can be requested during normal business hours (7a.m.–7p.m.).
- The phone number for pre-certification is **1-800-722-6614.**
- Emergency services do **NOT** require pre-certification.

**PAC is a guarantee of payment as described in this section** (and BCBSGA will pay up to the reimbursement level of this Contract when the Covered Services are performed within the time limits assigned by PAC) **except for the following situations:**
- The Member is no longer covered under this Contract at the time the services are received;
- The benefits under this Contract have been exhausted (examples of this include day limits or maximum amounts);
- No benefits will be paid in cases of fraud.

F-1681.792  07/02

BCBS-005

## Summary of Benefits _____ In-Network

Pre-certification approvals apply only to services which have been approved in the pre-certification process and only as described in the approval. Such approval does not apply to any other services. Payment or authorization of such a service does not require or apply to payment of claims at a later date regardless of whether such later claims have the same, similar or related diagnoses.

**Special Features:**
- **Allergy Testing, Shots and Serum** .................................................................................................. 80%
- **Hospice Care Services:** (not subject to the Deductible) ............................................................ 100%
- **Physical Therapy, Occupational Therapy, Chiropractic Care and Services of Athletic Trainers**
  (as set out in the "Benefits" section): 20 visits per calendar year.......................................... 80%
- **Private Duty Nursing (RN or LPN):** $2,500 maximum benefit per calendar year ..................... 80%
- **Respiratory Therapy:** 30 visits per calendar year................................................................... 80%
- **Skilled Nursing Facility:** 30 days per calendar year................................................................. 80%
- **Speech Therapy:** 20 visits per calendar year........................................................................... 80%

**Prescription Drug Copayment (Participating Pharmacies) 30-day supply**
Prescription Drug Copayment (Preferred Generic), per prescription ........................................................$15
Prescription Drug Copayment (Preferred Brand Name), per prescription...............................................$25
Prescription Drug Copayment (Non-Preferred), per prescription...........................................................$40

A limited number of Prescription Drugs require pre-authorization for Medical Necessity. If pre-authorization is not approved, then the designated drug will not be eligible for coverage. To determine if a Prescription Drug requires pre-authorization, please call Customer Service.

**Calendar Year Benefit Maximums**
The In-Network calendar year benefit maximums are **combined** with the Out-of-Network calendar year benefit maximums. They are **not** separate benefit maximums.

All services and all calendar year maximums--whether for a number of days or visits, treatments or a yearly dollar limit--are subject to the Lifetime Maximum Benefit.

F-1681.792 07/02

BCBS-006

## Summary of Benefits                                    Out-of-Network

**Lifetime Maximum Benefits**
All benefits combined: In-Network and Out-of-Network.................................................$5,000,000

**Lifetime Maximum Benefits for TMJ (included in total maximum)**
In-Network and Out-of-Network Combined ..................................................................$15,000

**Lifetime Maximum Benefits for Hospice Care (included in total maximum)**
In-Network and Out-of-Network Combined ..................................................................$10,000

**Calendar Year Deductible (In-Network and Out-of-Network Combined)**
One per Employee; One per spouse; One for all eligible children combined.......................$500

> All Eligible Charges are subject to the Deductible, except those with Copayments, unless otherwise
> specified in this booklet.  This includes all surgical procedures.

**Percentage Payable (Unless Otherwise Specified)**
All payments are based on Eligible Charges.
The program pays........................................................................................................ 60%
The Member pays........................................................................................................ 40%
The percentage payable after Out-of-Pocket Limit is met ............................................ 100%

**Out-of-Pocket Limit Per Calendar Year (in addition to the Deductible and Copayment)**
One per Employee; One per spouse; One for all eligible children combined....................$2,000

> Amounts satisfied toward the Out-of-Network Out-of-Pocket Limit will also be applied toward the In-
> Network Out-of-Pocket Limit.  Amounts satisfied toward the In-Network Out-of-Pocket Limit will not be
> applied toward the Out-of-Network Out-of-Pocket Limit.

**Accidental Injury or Medical Emergency**
Emergency Room Copayment.........................................................................................$100
Percentage payable after Copayment...........................................................................100%
> Initial services rendered for the onset of symptoms for a life-threatening medical condition or serious
> Accidental Injury which requires immediate medical care.  A Medical Emergency is a condition of recent
> onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson,
> possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or
> Injury is of such a nature that failure to obtain immediate medical care could place his or her life in danger
> or cause serious harm.  The emergency room Copayment is waived if admitted to the Hospital.

**Non-Accidental Injury or Non-Medical Emergency**
Emergency Room Copayment.........................................................................................$100
Percentage payable after Copayment and calendar year Deductible ...............................60%

**Inpatient Mental Health Care and Substance Abuse Treatment**
Days/Visits maximum per calendar year ...........................................................................30
Hospital/Physician Services .............................................................................................60%

**Outpatient Mental Health Care and Substance Abuse Treatment**
Maximum visits per calendar year.....................................................................................20
Percentage payable per visit ...........................................................................................60%

v

BCBS-007

## Summary of Benefits                                                    Out-of-Network

**Verification of Benefits**
Verification of Benefits is available for Members or authorized healthcare providers on behalf of Members.  You may call Customer Service with a **benefits inquiry** or **Verification of Benefits** during normal business hours (7a.m. to 7p.m.).  Please remember that a **benefits inquiry or Verification of Benefits is Not** a Verification of Coverage of a specific medical procedure.

- **Verification of Benefits is Not a guarantee of payment.**
- **If the verified service requires pre-certification, please call 1-800-722-6614.**

**Pre-Admission Certification (PAC)** ................................................................................... Required
- Required for **ALL** Hospital admissions except emergency or maternity delivery admissions.  Please notify us within 48 hours of an emergency or maternity admission.
- Pre-Admission Certification (PAC) determinations are available by phone through BCBSGA's pre-certification staff 24 hours a day, seven days a week for urgent/non-elective care that must be performed within 24 hours after the PAC request, without which a significant threat to the patient's health or well-being will be posed.
- Non-urgent/elective pre-certifications can be requested during normal business hours (7a.m.-7p.m.).
- The phone number for pre-certification is **1-800-722-6614.**
- Emergency services do **NOT** require pre-certification.

**PAC is a guarantee of payment as described in this section** (and BCBSGA will pay up to the reimbursement level of this Contract when the Covered Services are performed within the time limits assigned by PAC) **except for the following situations:**
- The Member is no longer covered under this Contract at the time the services are received;
- The benefits under this Contract have been exhausted (examples of this include day limits or maximum amounts);
- No benefits will be paid in cases of fraud.

Pre-certification approvals apply only to services which have been approved in the pre-certification process and only as described in the approval.  Such approval does not apply to any other services.  Payment or authorization of such a service does not require or apply to payment of claims at a later date regardless of whether such later claims have the same, similar or related diagnoses.

**Special Features:**
- **Allergy office visits, shots, serum, testing** ............................................................... 60%
- **Home Health Care Services:** 120 visits per calendar year .......................................... 60%
- **Hospice Care Services:** (not subject to the Deductible) ............................................. 100%
- **Physical Therapy, Occupational Therapy, Chiropractic Care and Services of Athletic Trainers** (as set out in the "Benefits" section): 20 visits per calendar year ............................... 60%
- **Private Duty Nursing (RN or LPN):** $2,500 maximum benefit per calendar year ......................... 60%
- **Respiratory Therapy:** 30 visits per calendar year ..................................................... 60%
- **Skilled Nursing Facility:** 30 days per calendar year ................................................... 60%
- **Speech Therapy:** 20 visits per calendar year .......................................................... 60%

**Prescription Drug Copayment  (30-day supply)**
Prescription Drug Copayment (Preferred Generic), per prescription ...........................................$15
Prescription Drug Copayment (Preferred Brand Name), per prescription......................................$25
Prescription Drug Copayment (Non-Preferred), per prescription..............................................$40

A limited number of Prescription Drugs require pre-authorization for Medical Necessity.  If pre-authorization is not approved, then the designated drug will not be eligible for coverage.  To determine if a Prescription Drug requires pre-authorization, please call Customer Service.

If a non-participating pharmacy is used, the Member must file a claim for reimbursement; the Member may be responsible for the difference between the BCBSGA negotiated rate and the pharmacy's actual charge.

F-1681.792  07/02

BCBS-008

## Summary of Benefits                                    ## Out-of-Network

**Calendar Year Benefit Maximums**

The In-Network calendar year benefit maximums are **combined** with the Out-of-Network calendar year benefit maximums. They are **not** separate benefit maximums.

All services and all calendar year maximums—whether for a number of days or visits, treatments or a yearly dollar limit—are subject to the Lifetime Maximum Benefit.

F-1681.792  07/02

BCBS-009

# BlueChoice PPO

**Types of Coverage**

Your type of coverage is determined by your selection at the time of enrollment through the Group.

**Note: These benefits are valid for your Group's current Contract period.  You will receive a revised Summary of Benefits if there is a change in your Group benefits.**

F-1681.792  07/02

BCBS-010

# BlueChoice PPO

## Summary Notice and Important Phone Numbers

This Certificate Booklet summarizes your employer's health care benefit program. This Certificate Booklet is written in an easy-to-read language to help you and your Dependents understand your health care benefits. It is issued as part of your employer's Group Master Contract and governs your Group's coverage.

A thorough understanding of your coverage will enable you to use your benefits wisely. Please read this Certificate Booklet carefully. If you have any questions about your benefits as presented in this Certificate Booklet, please contact your employer's Employee benefit specialist or call the BCBSGA Customer Service Department.

This Certificate Booklet is an integral part of your employer's Group Master Contract. Its purpose is to help you understand your coverage and to provide an explanation of certain other benefits that your employer may offer. Certain administrative details and legal rights provisions are included in a separate document which is held by your employer.

**Pre-Admission Certification (PAC)**
The Hospital, your Physician, or you should call:
        1-800-722-6614

**Customer Service**
If you have a customer-service question, please call one of these numbers:
        Atlanta Calling Area (404) 233-1649
        All Other Areas 1-800-441-CARE (2273)

**Mental Health Care and Substance Abuse Treatment**
You may access the mental health network in complete confidence by calling:
        1 -800-292-2879

**BlueCard PPO**
If you are out of state and need service, simply dial this number:
        1-800-810-BLUE (2583)

## Special Phone Numbers

**Please check your ID Card for telephone numbers unique to your Group coverage.**

**NOTICE:**
**The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.**

F-1681.792  07/02

BCBS-011

# BlueChoice PPO

## Eligibility

This health program contains a 12-month pre-existing condition waiting period except for maternity benefits.  If a Member enrolls within 31 days of being eligible and has 12 months of prior Creditable Coverage with no significant break in coverage, the pre-existing condition waiting period will not apply. Members who do not enroll within 31 days of being eligible are considered Late Enrollees. Please refer to the "Late Enrollees" provision in this section.

## Coverage for You

This booklet describes the benefits you may receive under your health care program. You are called the Subscriber or Member.

## Coverage for Your Dependents

If you're covered by this program, you may enroll your eligible Dependents.  Your Covered Dependents are also called Members.

If the wrong birthdate of a child is entered on an application, the child has no coverage for the period for which he or she is not legally eligible. Any overpayments made for coverage for any child under these conditions will be refunded by either you or BCBSGA.

## Your Eligible Dependents Include:

- Your wife or husband;
- Your unmarried dependent children until attaining age 19, legally adopted children from the date you assume legal responsibility, children for whom you assume legal guardianship and stepchildren. Also included are your children (or children of your spouse) for whom you have legal responsibility resulting from a valid court decree.   Children may be covered until attaining age 26 provided they remain your Dependents and, in each calendar year since reaching age 19, are enrolled as full-time students in a post-secondary institution of higher learning for five calendar months or more; or, if not enrolled, would have been eligible to enroll, but were prevented due to illness or Injury;
- Unmarried children who are mentally or physically handicapped and totally dependent on you for support, regardless of age with the exception of incapacitated children age 19 or older.  To be eligible for

coverage as an incapacitated Dependent, the Dependent must have been covered under this Contract or prior Creditable Coverage prior to reaching age 19.  Certification of the handicap is required within 31 days of attainment of age 19.  A certification form is available from your employer or from BCBSGA and may be required periodically but not more frequently than annually after the two year period following the child's attainment of the limiting age.

## Initial Enrollees

Initial Enrollees and eligible Dependents who were previously enrolled under group coverage which this Contract replaces are eligible for coverage on the Effective Date of this coverage. Any employer or pre-existing exclusion waiting periods which were not satisfied under previous Creditable Coverage must be satisfied under this Contract.  However, credit will be given for the length of time already served.

## New Hires

Applications for enrollment must be submitted within 31 days from the date you are eligible to enroll as set by the employer.  Applications for membership may be obtained from your employer.  Your coverage will be effective based on the waiting period chosen by your employer. If you or your Dependents do not enroll when first eligible, you will be treated as a Late Enrollee.  Please refer to the " Late Enrollees" provision listed below.

## Late Enrollees

If you or your Dependents do not enroll when first eligible, it will be necessary to wait for the next open enrollment period.  However, you may be eligible for special enrollment as set out below.

## Special Enrollment Periods

There are special enrollment periods for Employees or Dependents who:
1. Originally declined coverage because of other coverage, and
2. Who exhausted COBRA benefits, lost eligibility for prior coverage, or employer contributions toward coverage were terminated.
3. An individual who declined coverage must have certified in writing that they are covered by another health program when they initially declined coverage under this

BCBS-012

# BlueChoice PPO

Group in order to later qualify under this special enrollment. Persons declining coverage will be given notice of the consequences when they originally decline coverage.

In addition, there are also special enrollment periods for new Dependents resulting from marriages, births or adoptions. If a birth or adoption occurs and the new Dependent is enrolled within 31 days of the birth or adoption, then no twelve (12) month pre-existing condition waiting period will apply. An unenrolled Member may enroll within 31 days of such a special qualifying event.

## Important Notes:
1. Individuals enrolled during special enrollment periods are **not** Late Enrollees and are subject to the normal 12 month pre-existing condition requirements unless enrolled under prior Creditable Coverage (excluding newborns, adoptions and pregnancies).
2. Individuals or Dependents must request coverage within 31 days of a qualifying event (i.e., marriage, exhaustion of COBRA, etc.).
3. Evidence of prior Creditable Coverage is required and must be furnished by you or your prior carrier.

## When Your Coverage Begins
If you apply when first eligible, your coverage will be effective on the date your Group's length-of-service requirement has been met. The Effective Date of coverage is subject to any length-of-service provision your employer requires; however, you will receive credit toward your pre-existing condition waiting period for any employee length-of-service requirement which you must serve.

## Changing Your Coverage
There may be an annual re-enrollment period during which time Members may elect to change their options. Employees and Dependents enrolled in another option may be required to complete an unfulfilled waiting period from prior Creditable Coverage.

## Types of Coverage
The types of coverage available to you are indicated at the time of enrollment through the Group.

For the purpose of this Contract, a spouse is defined as a person of the opposite sex from that of the enrolling Subscriber.

## Changing Your Coverage (Adding a Dependent)
As your family increases, you may add new Dependents by contacting your Plan Administrator. You or the Plan Administrator must notify BCBSGA in writing. The Plan Administrator is the person named by your Employer to manage the program and answer questions about program details.

Coverage is provided only for those Dependents you have reported to BCBSGA and added to your coverage by completing the correct application.

## Marriage and Stepchildren
A Member may add a spouse and eligible stepchildren within 31 days of the date of marriage by submitting a change-of-coverage form. The Effective Date will be the date of marriage. Remember, there will be an additional charge.

If a Member does not apply for coverage to add a spouse and stepchildren within 31 days of the date of marriage, the spouse and stepchildren are considered Late Enrollees. Please refer to the "Late Enrollees" provision in this section.

## Newborn and Adopted Children
A newborn or an adopted child is covered automatically for 31 days from the moment of birth or date of assumption of legal responsibility up to age 19. If additional Premium is required to continue coverage beyond the 31-day period, the Member must notify BCBSGA of the birth or adoption and pay the required Premium within the 31-day period or coverage will terminate. Types of coverage requiring additional Premium include One-Person Coverage and Two-Person Coverage.

If a Member has Family Coverage or Multi-Person Coverage, no additional Premium is required and coverage automatically continues. However, the Member should notify BCBSGA of the birth or adoption within 31 days to ensure accurate records and timely payment of claims.

Extending coverage for a newborn child or an adopted child being added to One-Person or

BCBS-013

# BlueChoice PPO

Two-Person Coverage beyond the 31-day period requires late enrollment. Please refer to the "Late Enrollees" provision in this section.

## Foster Children

Foster children are children of those whose parental rights have been terminated by the state and who have been placed in an alternative living situation by the state. A child does not become a foster child when the parents voluntarily relinquish parental power to a third party.

Foster children for whom a Member assumes legal responsibility are not covered automatically. In order for a foster child to have coverage, a Member must provide confirmation of a valid foster parent relationship to BCBSGA. Such confirmation must be furnished at the Member's expense. When the application is processed, the Effective Date will be the first of the month following your Group's Employee waiting period.

## OBRA 1993 and Qualified Medical Child Support Orders

The Omnibus Budget Reconciliation Act of 1993 (OBRA 1993) provides specific rules for the coverage of adopted children and children subject to a Qualified Medical Child Support Order (QMCSO).

An eligible Dependent child includes:

- An adopted child, regardless of whether or not the adoption has become final. Pre-existing condition limitations will not apply to the child as long as the adoption (or placement for adoption) occurs while the Employee is eligible for coverage.
  - An "adopted child" is any person under the age of 18 as of the date of adoption or placement for adoption. "Placement for adoption" means the assumption and retention by the Employee of the legal obligation for the total or partial support of a child to be adopted. Placement ends whenever the legal support obligation ends.
- A child for whom an Employee has received a MCSO (a "Medical Child Support Order") which has been determined by the employer or Plan Administrator to be a Qualified Medical Child Support Order ("QMCSO").
  - Upon receipt of an MCSO, the employer or Plan Administrator will

inform the Employee and each affected child of its receipt of the order and will explain the procedures for determining if the order is a QMCSO. The employer will subsequently notify the Employee and the child(ren) of the determination.

A QMCSO cannot require the employer to provide any type or form of benefit that it is not already offering.

## Family and Medical Leave

For groups with 50 or more Employees, if a covered Employee ceases active employment due to an employer-approved medical leave of absence, in accordance with the Family and Medical Leave Act of 1993 (FMLA), coverage will be continued for up to 12 weeks under the same terms and conditions which would have applied had the Employee continued in active employment. The Employee must pay his or her contribution share toward the cost of coverage, if any contribution is required.

## Changing Your Coverage or Removing a Dependent

When any of the following events occur, notify your employer and ask for appropriate forms to complete:

- Divorce;
- Death of an enrolled family member (a different type of coverage may be necessary);
- Dependent child reaches age 19 or marries (see "When Your Coverage Terminates");
- Enrolled Dependent child becomes totally or permanently disabled.

## Employee Not Actively at Work

## Initial Enrollees

After a group takeover, if a Member (or a Dependent) had coverage under a prior carrier and is now covered under an extension of benefits provision, the Member (or Dependent) will be enrolled for coverage under this Contract. However, the prior carrier's extension of benefits provision makes the prior carrier responsible for payment of benefits and services relating to disabilities in accordance with the terms of its coverage and state law. To the extent benefits and services are not covered by the prior carrier's extension of benefits provision, payment will be made under this Contract in

BCBS-014

# BlueChoice PPO

accordance with the ordinary Contract rules covering such benefits and services.

## New Hires
Generally, if an Employee is not actively at work on the date his or her coverage is to be effective, the Effective Date will be postponed until the date the Employee returns to active status. If an Employee is not actively at work due to health status, this provision will not apply. An Employee is also a person still employed by the Group but not currently active due to health status.

## Portability Provision
Any newly eligible Employee, Member, Subscriber, enrollee or Dependent who has had similar coverage under another health benefit plan within the previous 90 days is eligible for coverage immediately. The Effective Date of coverage is subject to any length-of-service provision your employer requires; however, any pre-existing condition waiting period will run concurrently. A newly eligible person is an individual who was not previously eligible for coverage under this Group Contract. There is a 12 month pre-existing condition waiting period imposed following the Effective Date of coverage; however, this period is waived to the extent that an individual had prior Creditable Coverage.

# How Your Benefits Work For You

**Note: Capitalized terms such as Covered Services, Medical Necessity, Preferred Provider and Out-of-Pocket Limit are defined in the "Definitions" Section.**

## Introduction
Your Preferred Provider Health Contract is a comprehensive program. The Contract is divided into two set of benefits: In-Network and Out-of-Network. If you choose a Preferred Provider, you will receive In-Network benefits. Utilizing this method means you will not have to pay as much money; your Out-of-Pocket expenses will be higher when you use Non-Preferred Providers.

Providers are compensated using a variety of payment arrangements, including fee for service,

per diem, discounted fees, and global reimbursement.

**All Covered Services must be Medically Necessary, and coverage or certification of services that are not Medically Necessary may be denied.**

## Copayment
Whether you choose In-Network or Out-of-Network benefits, you will be charged a Copayment amount for certain services that may be a flat-dollar amount or a percentage of the total charge.

Copayments are the responsibility of the Member. Any Copayment amounts required are shown in the Summary of Benefits. Preferred Provider's services which are not specifically identified in this Certificate Booklet as being subject to Copayment, are subject to the **calendar year Deductible and payable at the percentage payable in the Summary of Benefits.**

The emergency room Copayment is waived if a Member is admitted to the Hospital through the emergency room.

## Calendar Year Deductible
Before your program begins to pay benefits (except certain benefits which are subject to Copayment instead of Deductible), you must meet any Deductible required. Deductible requirements are stated in the **Summary of Benefits.**

You must satisfy one Deductible for each type of coverage as explained in the **Summary of Benefits.**

**Carry over.** Eligible Charges during the last three months of a calendar year applied to that year's Deductible can carry over and also apply toward the next year's Deductible.

## What Your Program Pays

## Coinsurance and Out-of-Pocket Limit

The percentage payable by BCBSGA is stated in the **Summary of Benefits.** The portion which you must pay (the Coinsurance) is stated in the **Summary of Benefits.** After you reach your **Out-of-Pocket Limit** (plus any required

F-1681.792 07/02                    4

BCBS-015

## BlueChoice PPO

Deductible), your Contract pays 100% of Eligible Charges for the remainder of the calendar year. The Out-of-Pocket Limit benefit does not apply to:

- Any Copayment; or
- Any mental health care and Substance Abuse treatment.

**These services are never paid at 100%.**

### Eligible Charges

Eligible Charges are determined by: (a) BCBSGA's Usual, Customary, and Reasonable (UCR) Fees; (b) a provider's contracted fee schedule; (c) the applicable Reimbursement Rate; or (d) negotiated fees. Reimbursement for Preferred, Participating and Non-Participating Providers is based on Eligible Charges for the type of service a Member receives for example, Hospital or Physician services.

Out-of-Pocket Limits are accumulated for Preferred and Non-Preferred Providers as shown in the **Summary of Benefits.**

### Mental Health Care and Substance Abuse Treatment

There are some exceptions to what your coverage pays. One is for mental health care and Substance Abuse treatment. After the Deductible is met, BCBSGA will pay In-Network or Out-of-Network benefits based on the **percentage payable** stated in the **Summary of Benefits.** Limitations, if any, are stated in the **Summary of Benefits.**

### Lifetime Maximum Benefit

Any eligible Member is covered under the Group Contract to a total Lifetime Maximum Benefit as stated in the **Summary of Benefits.** This total amount of coverage includes certain services which have smaller lifetime maximums that are included within the total Lifetime Maximum Benefit. These maximums are also stated in the **Summary of Benefits.**

The Lifetime Maximum Benefit outlined in the **Summary of Benefits** includes all payments made under this Contract with BCBSGA or its affiliates.

All services and all calendar year maximums—whether for a number of days or visits, treatments or a yearly dollar limit—are subject to the Lifetime Maximum Benefit.

### Pre-Admission Certification (PAC)

#### Hospital Pre-certification

**PAC is a requirement for both In-Network and Out-of-Network benefits.**

### The Pre-Admission Certification Process

- Length-of-Stay Assignment indicates the number of Inpatient days usually Medically Necessary to treat a condition;
- Continued Stay Review/Concurrent Review to determine whether a continued Inpatient stay is Medically Necessary;
- Admission Review to determine whether an unscheduled Inpatient admission or an admission not subject to pre-certification was Medically Necessary;
- Discharge Planning to assess the Member's need for additional treatment after Hospital discharge.

### In-Network Care

- If you are hospitalized other than for an emergency or a maternity delivery admission and Pre-Admission Certification was not obtained, all charges will be denied. You will be held harmless if all network guidelines are followed and you were admitted to a Preferred or Participating Hospital. This means you will not be responsible for any bill in excess of the related Deductible, Coinsurance that applies, and Non-Covered Services.

  If your stay exceeds the number of days assigned under this program, the Hospital's charge for additional days beyond the assigned length of stay will not be paid. If all In-Network guidelines are followed, you will not be responsible for any Eligible Charges except the normal Deductible, Coinsurance and Non-Covered Services.

- Ineligible Charges and Non-Covered Services are always the Member's responsibility.
- PAC is the responsibility of the Preferred Hospital or Preferred Physician.

BCBS-016

## BlueChoice PPO

### Out-of-Network Care

- You, the Physician or the Hospital **must** obtain approval for all Hospital admissions except for an emergency or a maternity delivery admission.
- If you are hospitalized other than for an emergency or a maternity delivery admission and Pre-Admission Certification was not obtained, there will be a $500 penalty applied before payment can be made. You will be responsible for this $500 in addition to any related Deductible, Coinsurance, charges above UCR Fees and Non-Covered Services which may apply.
- If you obtained PAC but exceed the number of days allowed through the PAC process, you will be responsible for all of the charges for those days.

If you are admitted to a Preferred or Non-Preferred Hospital and the admission is determined not to be Medically Necessary, all charges for that admission and related Physician charges will be Ineligible Charges. Out-of-Network Providers are under no obligation to hold you harmless for those charges, so you may be responsible for the full amount of all of those charges.

Ineligible Charges are always the Member's responsibility.

**Pre-Admission Certification is a guarantee of payment.** Admissions are approved only when the appropriateness of the Inpatient setting can be substantiated. Actual payment is based upon eligibility for coverage and the Effective Date for any Member and also will be dependent on, but not limited to, specific Group coverage and the status of the coverage on the date services are rendered. The program will not cover services related to specific Contract exclusions and limitations, including but not limited to, Custodial Care, Experimental and Investigational procedures, pre-existing conditions during the waiting period and services determined not Medically Necessary.

### Benefits

**Payment terms apply to all Covered Services. The following services are applicable to In-Network and Out-of-Network benefits.**

All Covered Services must be Medically Necessary, whether provided through In-Network Providers or Out-of-Network Providers.

### Physician Services

You may receive treatment from a Preferred or Non-Preferred Physician. However, payment is significantly reduced if services are received from a Non-Preferred Physician. Such services are subject to your Deductible and Out-of-Pocket requirements.

### Preventive Care

- Covered Services in the Physician's office include, but are not limited to:
  - Treatment or preventive services including periodic health examinations for adults and Dependent children under the age of 19. Routine physical examinations and employment or insurance-related physicals are not covered;
  - Treatment of Accidental Injury;
  - Well child care for the following:
    - Birth to 1 year: six office visits a year and immunizations for hepatitis b, diphtheria, polio, measles, mumps, red measles, and influenza;
    - One year to age three: two office visits per year and necessary immunizations as stated above;
    - Three years through age 5: one visit a year and necessary immunizations as stated above; and
    - Two blood and urine tests and 3 TB tests are covered during the birth to 5 year period.
  - Immunizations for dependent children under the age of 19;
  - Flu injections;
  - Gynecological tissue examinations and prostate screenings are covered at the same frequency guidelines listed below;
  - One annual Chlamydia screening test for female Members who are not more than 29 years old; or covered females

BCBS-017

## BlueChoice PPO

who are more than 29 years of age, if ordered by a Physician.

**Mammogram**
- Benefits will be provided for mammograms when provided by an eligible provider and performed with the following frequency:
  - Once as a base-line mammogram for any female between 35 and 40 years of age;
  - Once every two years for any female between 40 and 50 years of age;
  - Once every year for any female age 50 or above; and
  - When recommended by a Physician for a female considered at risk. Female at risk means a female:
    - Who has a personal history of breast cancer;
    - Who has a personal history of biopsy-proven benign breast disease;
    - Whose grandmother, mother, sister, or daughter has had breast cancer; or
    - Who has not given birth prior to age 30.

**Pap Smear**
One pap smear tissue examination per year or more often when ordered by a Physician.

**Prostate Antigen Test**
Annual prostate specific antigen tests for covered males who are 45 years of age or older; or covered males who are 40 years of age or older, if ordered by a Physician.

**Child Wellness Services**
Child wellness services from birth through age five. These services are **not subject to the calendar year Deductible.** Covered Services are based on the standards for preventive pediatric health care published by the American Academy of Pediatrics.

Child wellness services include:
- Periodic Health Assessments (includes a medical history and appropriate physical exam);
- Development assessment of the child;
- Age appropriate immunizations;
- Laboratory testing.

## Hospital Services
You may receive treatment at a Preferred or Non-Preferred Hospital. However, payment is significantly reduced if services are received at a Non-Preferred Hospital. Your Contract provides Covered Services when the following services are Medically Necessary.

## Preferred Inpatient Hospital Services
- Inpatient room charges. Covered Services include Semiprivate Room and board, general nursing care and intensive or cardiac care. If you stay in a private room, Eligible Charges are based on the Hospital's prevalent semiprivate rate. If you are admitted to a Hospital that has only private rooms, Eligible Charges are based on the Hospital's prevalent room rate.

**Service and Supplies**
- Services and supplies provided and billed by the Hospital while you're an Inpatient, including the use of operating, recovery and delivery rooms. Laboratory and diagnostic examinations, intravenous solutions, basal metabolism studies, electrocardiograms, electroencephalograms, x-ray examinations, and radiation and speech therapy are also covered.
- Convenience items (such as radios, TV's, record, tape or CD players, telephones, visitor's meals, etc.) will not be covered.

**Length of Stay**
- Determined by Medical Necessity.

## Non-Preferred Hospital Benefits
If you are confined in a Non-Preferred Hospital, your benefits will be significantly reduced, as explained in the **"How Your Benefits Work For You"** section.

## Outpatient Hospital Services

## Outpatient Services
Your Contract provides Covered Services when the following outpatient services are Medically Necessary: pre-admission tests, surgery, diagnostic X-rays and laboratory services. Certain procedures require pre-certification from BCBSGA.

BCBS-018

## BlueChoice PPO

### Emergency Room Care

**Life-threatening Medical Emergency or Serious Accidental Injury**

Coverage is provided for hospital emergency room care for initial services rendered for the onset of symptoms for a life-threatening condition or serious Accidental Injury which requires immediate medical care. A Medical Emergency is a condition of recent onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or Injury is of such a nature that failure to obtain immediate medical care could place his or her life in danger or cause serious harm.

A Copayment is required for In-Network and Out-of-Network care. The Copayment is waived if the patient is admitted to the Hospital through the emergency room. The Copayment and percentage payable are shown in the **Summary of Benefits** and are the same for both In-Network and Out-of-Network care.

### Non-Participating Freestanding Ambulatory Facility

Any services rendered or supplies provided while you are a patient or receive services at or from a Non-Participating Freestanding Ambulatory Facility will be payable at 60% of eligible billed charges.

### Other Covered Services

**Your Contract Provides Covered Services when the following services are Medically Necessary:**

### Medical and Surgical Care

General care and treatment of illness or Injury, and surgical diagnostic procedures including the usual pre- and post-operative care.

### Assistant Surgery

Services rendered by an assistant surgeon are covered based on Medical Necessity.

### Treatment of Accidental Injury in a Physician's Office

All outpatient surgical procedures related to the treatment of an Accidental Injury, when provided in a Physician's office, will be covered under the Member's Physician office Copayment if services are rendered by a Preferred Provider; services rendered by Non-Preferred Providers are subject to Deductible and Coinsurance requirements.

### Registered Nurse First Assistant

Covered Services are provided for eligible registered nurse first assistants. Benefits are payable directly to a registered nurse first assistant if such services are payable to a surgical first assistant and such services are performed at the request of a Physician and within the scope of a registered nurse first assistant's professional license. No benefits are payable to a registered nurse first assistant who is employed by a Physician or Hospital.

### Outpatient CT scans and MRIs

These services will be subject to the Member's Deductible and Coinsurance regardless of the provider setting – Physician's office or Hospital setting.

### Reconstructive Surgery

Pre-certification is required. Reconstructive surgery does not include any service otherwise excluded in this Certificate Booklet. (See "Limitations and Exclusions.")

Reconstructive surgery is covered only to the extent Medically Necessary:

- To restore a function of any body area which has been altered by disease, trauma, congenital/developmental anomalies or previous therapeutic processes;
- To correct congenital defects of a dependent child that lead to functional impairment; and
- To correct medical complications or post-surgical deformity, unless the previous surgery was not a Covered Service.

### Breast Cancer Patient Care

Covered Services are provided for Inpatient care following a mastectomy or lymph node dissection until the completion of an appropriate period of stay as determined by the attending Physician in consultation with the Member. Follow-up visits are also included and may be

BCBS-019

## BlueChoice PPO

conducted at home or at the Physician's office as determined by the attending Physician in consultation with the Member.

### Breast Reconstructive Surgery

Covered Services are provided following a mastectomy for reconstruction of the breast on which the mastectomy was performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, and prostheses and treatment of physical complications, including lymphedemas.

### Ovarian Cancer Surveillance Tests

1. Covered Services are provided for at risk women 35 years of age or older. At risk women are defined as: (a) having a family history (i) with one or more first or second-degree relatives with ovarian cancer, (ii) of clusters of women relatives with breast cancer, (iii) of nonpolysis colorectal cancer; or (b) testing positive for BRCA1 or BRCA2 mutations.
2. Surveillance tests means annual screening using: (a) CA-125 serum tumor marker testing, (b) transvaginal ultrasound, and (c) pelvic examinations.

### Obesity

Covered Services for obesity include up to two nutritional counseling visits when referred by your Physician. Prescription Drugs and any other services or supplies for the treatment of obesity are not covered. Surgical treatment of obesity is only covered for patients meeting Medical Necessity criteria, as defined by BCBSGA. Pre-certification is required, and coverage is only provided for gastric bypass or vertically banded gastroplasty.

### Oral Surgery

Pre-certification is required by BCBSGA and must be obtained by the Member. Covered Services include only the following:

- Fracture of facial bones;
- Lesions of the mouth, lip, or tongue which require a pathological exam;
- Incision of accessory sinuses, mouth salivary glands or ducts;
- Dislocations of the jaw;
- Removal of impacted teeth and associated hospitalization, but only if pre-certified by BCBSGA; Pre-certification must be obtained by the Member;

- Treatment of Temporomandibular Joint Syndrome (TMJ) or myofacial pain including only removable appliances for TMJ repositioning and related surgery and diagnostic services. Covered Services do not include fixed or removable appliances which involve movement or repositioning of the teeth, or operative restoration of teeth (fillings), or prosthetics (crowns, bridges, dentures). TMJ is subject to a Lifetime Maximum Benefit per Member as stated in the **Summary of Benefits**;
- Plastic repair of the mouth or lip necessary to correct traumatic Injuries or congenital defects that will lead to functional impairments; and
- Initial services, supplies or appliances for dental care or treatment required as a result of, and directly related to, accidental bodily Injury to sound natural teeth or structure occurring while a Member is covered by this Contract and performed within 180 days after the accident.

### Private Duty Nursing Services

Pre-certification of Medical Necessity is required from the Physician and must be confirmed by BCBSGA.

**Limitations for both Inpatient and Outpatient RN and LPN**

- Eligible Charges for services of an RN or LPN, whether on an Inpatient or outpatient basis, are limited to the calendar year maximum per Member as shown in the **Summary of Benefits**.
- Inpatient care is covered only when no intensive or cardiac care unit is available, and the care needed is beyond the capabilities of the Hospital's floor nurses. Services may be performed by either a Preferred or Non-Preferred Provider.
- Eligible Charges do not include services when:
  - requested by, or for the convenience of, the patient or the patient's family;
  - services consist primarily of bathing, feeding, exercising, homemaking, moving the patient, giving oral medication, or acting as a companion or sitter;
  - the private duty nurse is a relative by blood or marriage or member of the household of the Member;

BCBS-020

## BlueChoice PPO

- Inpatient services could have been rendered by the Hospital's general nursing staff; or
- outpatient services could be safely rendered by an individual other that a RN or LPN.

### Use of Operating and Treatment Rooms and Equipment

### Medical Treatment of Attention Deficit Disorder

Pre-certification is required from a mental health care provider. Only legend Prescription Drugs will be covered (if the Contract covers Prescription Drugs).

### Diagnostic X-ray and Laboratory Procedures

### Chemotherapy and Radioisotope, Radiation and Nuclear Medicine Therapy

### Oxygen, Blood and Components, and Administration

### Dressings, Splints, Casts When Provided by a Physician

### Pacemakers and Electrodes

### Dialysis Treatment

Dialysis treatment is covered for care when pre-certification approval has been obtained from BCBSGA. BCBSGA will pay secondary to Medicare Part B, even if a Member has not applied for eligible coverage available through Medicare.

### Clinical Trial Programs for Treatment of Children's Cancer

Covered Services include routine patient care costs incurred in connection with the provision of goods, services, and benefits to Members who are dependent children in connection with approved clinical trial programs for the treatment of children's cancer. Routine patient care costs means those Medically Necessary costs as provided in Georgia law (OCGA 33-24-59.1).

### Colorectal Cancer Examinations and Laboratory Tests

Covered Services include colorectal cancer examinations and laboratory tests specified in current American Cancer Society guidelines for colorectal cancer screening. Benefits shall be provided for Members who are 50 years of age or older and less than 50 years of age and at high risk for colorectal cancer according to the current colorectal cancer screening guidelines of the American Cancer Society.

### Diabetes

Equipment, supplies, pharmacological agents, and outpatient self-management training and education, including nutritional therapy for individuals with insulin-dependent diabetes, insulin-using diabetes, gestational diabetes, and non-insulin-using diabetes as prescribed by the Physician. Covered Services for outpatient self-management training and education must be provided by a certified, registered or licensed health care professional with expertise in diabetes.

### Osteoporosis

Benefits will be provided for qualified individuals for reimbursement for scientifically proven bone mass measurement (bone density testing) for the prevention, diagnosis and treatment of osteoporosis for Members meeting BCBSGA criteria.

### Cardiac Rehabilitation

Programs require pre-certification and individual case management.

### Nutritional Counseling

Nutritional counseling related to the medical management of a disease state (subject to pre-certification by BCBSGA).

### Durable Medical Equipment

This program will pay the rental charge up to the purchase price of the equipment. In addition to meeting criteria for Medical Necessity, and applicable pre-certification requirements, the equipment must also be used to improve the functions of a malformed part of the body or to prevent or slow further decline of the patient's medical condition. The equipment must be ordered and/or prescribed by a Physician and be appropriate for in-home use.

BCBS-021

## BlueChoice PPO

The equipment must meet the following criteria:
- It can stand repeated use;
- It is manufactured solely to serve a medical purpose;
- It is not merely for comfort or convenience;
- It is normally not useful to a person not ill or Injured;
- It is ordered by a Physician;
- The Physician certifies in writing the Medical Necessity for the equipment. The Physician also states the length of time the equipment will be required. BCBSGA may require proof at any time of the continuing Medical Necessity of any item;
- It is related to the patient's physical disorder.

### Ambulance Service
Local service to a Hospital in connection with care for a Medical Emergency or if otherwise Medically Necessary. Such service also covers your transfer from one Hospital to another if Medically Necessary. Air ambulance is covered subject to Medical Necessity.

### Prosthetic Appliances
Prosthetic devices to improve or correct conditions resulting from Accidental Injury or illness are covered if Medically Necessary and ordered by a Physician.

Prosthetic devices include: artificial limbs and accessories; artificial eyes, lenses for eyes used after surgical removal of the lens(es) of the eye(s); arm braces, leg braces (and attached shoes); external breast prostheses used after breast removal.

The following items are **excluded:** corrective shoes; dentures; replacing teeth or structures directly supporting teeth, except to correct traumatic Injuries; electrical or magnetic continence aids (either anal or urethral); hearing aids or hearing devices; implants for cosmetic purposes except for reconstruction following a mastectomy.

### Hospital Visits
The Physician's visits to his or her patient in the Hospital. Covered Services are limited to one daily visit for each Physician during the covered period of confinement.

### Consultation Services
Covered when the special skill and knowledge of a consulting Physician is required for the diagnosis or treatment of an illness or Injury. Second surgical opinion consultations are covered and payable at regular Contract benefits.

Staff consultations required by Hospital rules are excluded. Referrals, the transfer of a patient from one Physician to another for treatment, are not consultations under this Contract.

### General Anesthesia Services
Covered when ordered by the attending Physician and administered by another Physician who customarily bills for such services, in connection with a covered procedure.

Such anesthesia service includes the following procedures which are given to cause muscle relaxation, loss of feeling, or loss of consciousness:
- spinal or regional anesthesia;
- injection or inhalation of a drug or other agent (local infiltration is excluded).

Anesthesia services administered by a Certified Registered Nurse Anesthetist (CRNA) are also covered.

### Anesthesia Services for Certain Dental Patients
General anesthesia and associated Hospital or ambulatory surgical facility charges are covered in conjunction with dental care provided to the following:
1. Patients age 7 or younger or developmentally disabled.
2. An individual for whom a successful result cannot be expected by local anesthesia due to neurological disorder.
3. An individual who has sustained extensive facial or dental trauma, except for a Workers' Compensation claim.

Pre-certification is required.

### Optometrist's Services
Services within the lawful scope of practice of and rendered personally by a licensed optometrist (O.D.), for which payment would be made under this Contract to a Physician providing the same services.

BCBS-022

## BlueChoice PPO

### Physical Therapy, Occupational Therapy, Chiropractic Care or Services of Athletic Trainers

Services by a Physician, a registered physical therapist (R.P.T.), a licensed occupational therapist (O.T.), licensed chiropractor (D.C.), or qualified athletic trainers, limited to a combined total maximum visits per calendar year as outlined in the **Summary of Benefits**. All services rendered must be within the lawful scope of practice of, and rendered personally by, the individual provider. No coverage is available when such services are necessitated by Developmental Delay.

### Licensed Speech Therapist Services

The visits must be pre-certified by BCBSGA. Services must be ordered and supervised by a Physician as outlined in the **Summary of Benefits**. Developmental Delay will be covered when it is more than two standard deviations from the norm as defined by standardized, validated developmental screening tests such as the Denver Developmental Screening Test. Services will be covered only to treat or promote recovery of the specific functional deficits identified.

### Outpatient Surgery

Preferred Hospital outpatient department or Preferred Freestanding Ambulatory Facility charges are covered at regular Contract benefits. These benefits are subject to both Deductible and percentage payable requirements. Benefits for treatment by a Non-Preferred Hospital are explained under "Hospital Services".

### Maternity Care

Covered Services are provided for In-Network Maternity Care subject to the Copayment stated in the **Summary of Benefits**. If you choose an Out-of-Network provider, benefits are subject to the Deductible and percentage payable provisions as stated in the **Summary of Benefits**.

Maternity benefits are provided for a female Employee and any eligible female Dependent.

Routine newborn nursery care is part of the mother's maternity benefits. Benefits are provided for well baby pediatrician visits performed in the Hospital.

Should the newborn require other than routine nursery care, the baby will be admitted to the Hospital in his or her own name. (See "Changing Your Coverage" to add a newborn to your coverage.)

Under federal law, the Contract may not restrict the length of stay to less than the 48/96 hour periods or require pre-certification for either length of stay. The length of hospitalization which is Medically Necessary will be determined by the Member's attending Physician in consultation with the mother. Should the mother or infant be discharged before 48 hours following a normal delivery or 96 hours following a cesarean section delivery, the Member will have access to two post-discharge follow-up visits within the 48- or 96-hour period. These visits may be provided either in the Physician's office or in the Member's home by a Home Health Care Agency. The determination of the medically appropriate place of service and the type of provider rendering the service will be made by the Member's attending Physician.

### Complications of Pregnancy

Benefits are provided for Complications of Pregnancy (see "Definitions"), resulting from conditions requiring Hospital confinement when the pregnancy is not terminated. The diagnoses of the complications are distinct from pregnancy but adversely affected or caused by pregnancy. Benefits for a normal or difficult delivery are not covered under this provision. Such benefits are determined solely by the maternity section if maternity is listed as covered in this booklet.

### Skilled Nursing Facility Care

Benefits are provided as outlined in the **Summary of Benefits**. This care must be ordered by the attending Physician. All Skilled Nursing Facility admissions must be pre-certified. Claims will be reviewed to verify that services consist of Skilled Convalescent Care that is medically consistent with the diagnosis.

Skilled Convalescent Care during a period of recovery is characterized by:

- A favorable prognosis;
- A reasonably predictable recovery time; and
- Services and/or facilities less intense than those of the acute general Hospital, but greater than those normally available at the patient's residence.

BCBS-023

## BlueChoice PPO

Covered Services include:

- Semiprivate or ward room charges including general nursing service, meals, and special diets. If a Member stays in a private room, this program pays the amount of the semiprivate room rate toward the charge for the private room;
- Use of special care rooms;
- Pathology and Radiology;
- Physical or speech therapy;
- Oxygen and other gas therapy;
- Drugs and solutions used while a patient;
- Gauze, cotton, fabrics, solutions, plaster and other materials used in dressings, bandages, and casts.

This benefit is available only if the patient requires a Physician's continuous care and 24-hour-a-day nursing care.
Benefits will not be provided when:

- A Member reaches the maximum level of recovery possible and no longer requires other than routine care;
- Care is primarily Custodial Care, not requiring definitive medical or 24-hour-a-day nursing service;
- Care is for mental illness including drug addiction, chronic brain syndromes and alcoholism, and no specific medical conditions exist that require care in a Skilled Nursing Facility;
- A Member is undergoing senile deterioration, mental deficiency or retardation, and has no medical condition requiring care;
- The care rendered is for other than Skilled Convalescent Care.

## Home Health Care Services

Home Health Care provides a program for the Member's care and treatment in the home. Your coverage is outlined in the **Summary of Benefits**. A visit consists of up to 4 hours of care. The program consists of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the Member's attending Physician. Services may be performed by either Preferred or Non-Preferred Providers.

Some special conditions apply:

- The Physician's statement and recommended program must be pre-certified.
- Claims will be reviewed to verify that services consist of skilled care that is medically consistent with the diagnosis.
- A Member must be essentially confined at home.

**Covered Services:**

1. Visits by an RN or LPN. Benefits cannot be provided for services if the nurse is related to the Member.
2. Visits by a qualified physiotherapist or speech therapist and by an inhalation therapist certified by the National Board of Respiratory Therapy.
3. Visits to render services and/or supplies of a licensed Medical Social Services Worker when Medically Necessary to enable the Member to understand the emotional, social, and environmental factors resulting from or affecting the Member's illness.
4. Visits by a Home Health Nursing Aide when rendered under the direct supervision of an RN.
5. Nutritional guidance when Medically Necessary.
6. Administration of prescribed drugs.
7. Oxygen and its administration.

**Covered Services for Home Health Care do not include:**

1. Food, housing, homemaker services, sitters, home-delivered meals;
2. Home Health Care services which are not Medically Necessary or of a non-skilled level of care.
3. Services and/or supplies which are not included in the Home Health Care plan as described.
4. Services of a person who ordinarily resides in the patient's home or is a member of the family of either the patient or patient's spouse.
5. Any services for any period during which the Member is not under the continuing care of a Physician.
6. Convalescent or Custodial Care where the Member has spent a period of time for recovery of an illness or surgery and where skilled care is not required or the services being rendered are only for aid in daily living, i.e., for the convenience of the patient.

BCBS-024

# BlueChoice PPO

7. Any services or supplies not specifically listed as Covered Services.
8. Routine care and/or examination of a newborn child.
9. Dietitian services.
10. Maintenance therapy.
11. Dialysis treatment.
12. Purchase or rental of dialysis equipment.
13. Private duty nursing care.

## Hospice Care Services

Hospice benefits cover Inpatient and outpatient services for patients certified by a Physician as terminally ill with a life expectancy of six months or less.

Your Contract provides Covered Services for Inpatient and outpatient Hospice care as stated in the **Summary of Benefits**. The Hospice treatment program must:

- Be recognized as an approved Hospice program by BCBSGA;
- Include support services to help covered family members deal with the patient's death; and
- Be directed by a Physician and coordinated by an RN with a treatment plan that:
  - provides an organized system of home care;
  - uses a Hospice team; and
  - has around-the-clock care available.

To qualify for Hospice care, the attending Physician must certify that the patient is not expected to live more than six months. Also, the Physician must design and recommend a Hospice Care Program. The Physician's statement and recommended program must be pre-authorized.

## Individual Case Management

The individual case management program is designed to ensure and provide payment of benefits to eligible Members who, with their attending Physician, agree to treatment under an alternative benefit plan intended to provide quality health care under lower cost alternatives. Such benefits will be determined on a case-by-case basis, and payment will be made only as agreed to under a written alternative benefit plan for each program participant.

The program includes:

- the identification of potential program participants through active casefinding and referral mechanisms;
- eligibility screening;
- preparation of alternative benefit plans;
- subsequent to the approval of the parties, transfer to alternative treatment settings in which quality care will be provided.

### Eligibility

A Member receiving benefits under an alternative benefit plan may, at any time, elect to discontinue the plan and revert to regular Contract benefits.

BCBSGA is responsible for determining eligibility for cases to be included in the program.

The Member—or legal guardian or family member, if applicable—and the attending Physician must consent to explore with BCBSGA the possibilities of transfer to an alternative treatment setting and, prior to implementation, agree to the alternative benefit plan.

### Benefits

Benefits will be determined on a case-specific basis, depending on the plan of treatment, and may include Covered Services under the applicable Contract.

Services will be covered and payable as long as the treatment is required as outlined in the alternative benefit plan, and is less expensive than the original treatment plan which otherwise would have been followed. BCBSGA will determine the maximum approved payments allowable under the program.

Benefits under the program are furnished as an alternative to other Contract benefits and are limited to the following:

1. Services, equipment and supplies which are approved as Medically Necessary for the treatment and care of the Member.
2. Non-structural modifications to the home which are required to meet minimum standards for safe operation of equipment.
3. When necessary for the long term care of the Member in the home-setting, Respite Care to relieve family members or other persons caring for the Member at home.

BCBS-025

# BlueChoice PPO

(The Respite Care benefit can be credited at a rate of 24 hours for every month of care rendered in the home setting, and may be reimbursed for up to 6 consecutive days at a time. BCBSGA may approve on an exception basis up to 5 days per month of Respite Care when medical review of the case indicates that such action is appropriate. Payments for Respite Care will be deducted from the Member's remaining available benefits under the program.)

The Member must obtain pre-certification from BCBSGA regarding the treatment plan and proposed setting to be utilized during the Respite Care period.

Potential cases include but are not limited to:
- spinal cord Injury;
- severe head trauma/coma;
- respiratory dependence;
- degenerative muscular/neurological disorders;
- long term IV antibiotics;
- premature birth;
- burns;
- cardiovascular accident;
- cancer;
- accidents;
- terminal illnesses;
- other cases at BCBSGA's discretion.

## Covered Services
- Services covered under individual case management will be determined by BCBSGA, at its sole discretion on a case-by-case basis. Benefits may be provided for the rehabilitation of a Member on an Inpatient, outpatient, or out-of-hospital basis, as long as they are Medically Necessary, support the plan of treatment, and ensure quality of care.
- The program may provide or coordinate any of the types of Covered Services provided pursuant to this Certificate Booklet.
- At its sole discretion, in the context of an individual case management program, BCBSGA may also provide or arrange for alternative services or extra-contractual benefits which are either (i) excluded by this Certificate Booklet; (ii) neither excluded nor defined as Covered Services under this Certificate Booklet; or (iii) exceeding the

maximum for any Covered Service under this Certificate Booklet.

## Utilization
- Benefits will be provided only when and for as long as BCBSGA deems they are Medically Necessary. The approved alternative benefit plan of treatment will establish which benefits will be provided and for how long, and shall be subject to pre-certification and continuing review for Medical Necessity as set forth in such plan for treatment.
- The total benefits paid under this program will not exceed those which the Member would otherwise have received in the absence of individual case management benefits.

## Exclusions
- Rehabilitation or Custodial Care for chronic (recurring) conditions that do not, in BCBSGA's sole discretion, significantly improve in an observable way within a reasonable period of time will not be a covered benefit under the individual case management program.

## Individual Case Management Definitions

### Case Manager
The person designated by BCBSGA to manage and coordinate the Member's medical benefits under the individual case management program. The Case Manager's role is determined by BCBSGA.

### Provider
A Provider may be any facility or practitioner, including but not limited to Ineligible Providers, licensed or certified to give services or supplies consistent with the Plan of Treatment and approved by BCBSGA.

## Termination of Individual Case Management
Services in the alternative benefit plan approved by BCBSGA under individual case management will cease to be Covered Services under this Contract when:
1. Extra-contractual benefits or alternative services are no longer Medically Necessary,

BCBS-026

## BlueChoice PPO

as determined by BCBSGA due to a change in the patient's condition, or

2. The total amount of benefits paid for such services and for all other Covered Services equals the Lifetime Maximum Benefit.

### Organ/Tissue/Bone Marrow Transplant

Covered Services include certain services and supplies not otherwise excluded in this Certificate Booklet and rendered in association with a covered transplant, including pre-transplant procedures such as organ harvesting (Donor Costs), post-operative care (including antirejection drug treatment, if Prescription Drugs are covered under the Contract) and transplant related chemotherapy for cancer limited as follows.

A transplant means a procedure or series of procedures by which an organ or tissue is either:
- removed from the body of one person (called a donor) and implanted in the body of another person (called a recipient); or
- removed from and replaced in the same person's body (called a self-donor).

**A covered transplant means a Medically Appropriate transplant of one of the following organs or tissues only and no others.**
- Human organ or tissue transplants for cornea, lung, heart or heart/lung, liver, kidney, pancreas or kidney and pancreas when transplanted together in the same operative session.
- Autologous (self-donor) bone marrow transplants with high-dose chemotherapy is considered eligible for coverage on a prior approval basis, but only if required in the treatment of:
  - Non-Hodgkin's lymphoma, intermediate or high grade Stage III or IVB;
  - Hodgkin's disease (lymphoma), Stages IIIA, IIIB, IVA, or IVB;
  - Neuroblastoma, Stage III or Stage IV;
  - Acute lymphocytic or nonlymphocytic leukemia patients in first or subsequent remission, who are at high risk for relapse and who do not have an HLA-compatible donor available for allogenic bone marrow support;
  - Germ cell tumors (e.g., testicular, mediastinal, retroperitoneal, ovarian) that are refractory to standard dose

chemotherapy, with FDA-approved platinum compounds;
- Metastatic breast cancer that (a) has not been previously treated with systemic therapy, (b) is currently responsive to primary systemic therapy, or (c) has relapsed following response to first-line treatment;
- Newly diagnosed or responsive multiple myeloma, previously untreated disease, those in a complete or partial remission, or those in a responsive relapse.
- Homogenic/allogenic (other donor) or syngeneic hematopoietic stem cells whether harvested from bone marrow peripheral blood or from any other source, but only if required in the treatment of:
  - aplastic anemia;
  - acute leukemia;
  - severe combined immunodeficiency **exclusive** of acquired immune deficiency syndrome (AIDS);
  - infantile malignant osteoporosis;
  - chronic myelogenous leukemia;
  - lymphoma (Wiscott-Aldrich syndrome);
  - lysosomal storage disorder;
  - myelodysplastic syndrome.

"Donor Costs" means all costs, direct and indirect (including program administration costs), incurred in connection with:
- medical services required to remove the organ or tissue from either the donor's or the self-donor's body;
- preserving it; and
- transporting it to the site where the transplant is performed.

In treatment of cancer, the term "transplant" includes any chemotherapy and related courses of treatment which the transplant supports.

For purposes of this benefit, the term transplant does not include transplant of blood or blood derivatives (except hematopoietic stem cells) which will be considered as nontransplant related under the terms of the Contract.

"Facility Transplant" means all Medically Necessary services and supplies provided by a health care facility in connection with a covered transplant except donor costs and antirejection drugs.

BCBS-027

## BlueChoice PPO

"Medically Appropriate" means the recipient or self-donor meets the criteria for a transplant established by BCBSGA.

"Professional Provider Transplant Services" means all Medically Necessary services and supplies provided by a professional provider in connection with a covered transplant except Donor Costs and antirejection drugs.

**Benefits for Antirejection Drugs**
For antirejection drugs following the covered transplant, BCBSGA will pay according to the benefits for Prescription Drugs, if any, under the Contract.

**Pre-certification Requirement**
All transplant procedures must be pre-certified for type of transplant and be Medically Appropriate according to criteria established by BCBSGA. To pre-certify, call the BCBSGA office using the telephone number on your Identification Card.

The pre-certification requirements are a part of the benefit administration of the Contract and are not a treatment recommendation. The actual course of medical treatment the Member chooses remains strictly a matter between the Member and his or her Physician.

Your Physician must submit a complete medical history, including current diagnosis and name of the surgeon who will perform the transplant. The surgery must be performed at a recognized transplant center. The donor, donor recipient and the transplant surgery must meet required medical selection criteria as defined by BCBSGA.

If the transplant involves a living donor, benefits are as follows:
- If a Member receives a transplant and the donor is also covered under this Contract, payment for the Member and the donor will be made under each individual's coverage.
- If the donor is not covered under this Contract, payment for the Member and the donor will be made under this Contract but will be limited by any payment which might be made under any other hospitalization coverage plan.
- If the Member is the donor and the recipient is not covered under this Contract, payment for the Member will be made under this Contract limited by any payment which

might be made by the recipient's hospitalization coverage with another company. No payment will be made under this Contract for the recipient.

**Please see the "Limitations and Exclusions" section for Non-Covered Services.**

# Mental Health Care and Substance Abuse Treatment

Benefits are **not** credited toward the Out-of-Pocket Limit and are never paid at 100%.

## Hospital Inpatient Care
Benefits for Inpatient Hospital and Physician charges are subject to the Deductible, Coinsurance requirements and may be limited as shown in the **Summary of Benefits**.

## Professional Outpatient Care
Benefits for outpatient charges may be limited as stated in the **Summary of Benefits**. These services are subject to the calendar year Deductible and percentage payable provisions stated in the **Summary of Benefits**. Covered Services include:
- Professional care in the outpatient department of a Hospital;
- Physician's office visits; and
- Services within the lawful scope of practice of a licensed, approved provider.

**Note:** To be reimbursable, care must be given by a psychiatrist or a licensed clinical psychologist.

# Prescription Drug Program

Under this program, you pay the Prescription Drug Copayment shown in the **Summary of Benefits** per prescription or prescription refill and BCBSGA pays the balance.

Your benefit design, as shown in the Summary of Benefits, will determine the Copayment of your Prescription Drug Program for preferred Formulary Drugs and non-formulary drugs.

At the time the prescription is dispensed, present your Identification Card at the participating pharmacy, along with other information needed

BCBS-028

## BlueChoice PPO

to complete the claim form. The participating pharmacist will complete and submit the claim for you. If you do not go to a participating pharmacy, you will need to submit the itemized bill to be processed.

### Benefits
The Prescription Drug Program provides coverage for drugs which, under federal law, may only be dispensed with a prescription written by a Physician. Insulin, which can be obtained over the counter, will only be covered under the Prescription Drug Program when accompanied by a prescription.

Under the Prescription Drug Program, up to a maximum of a 30-day supply may be dispensed at one time. Covered prescription inhalants will not be subject to a day limit.

This program allows for refills of a prescription within one year of the original prescription date, as authorized by your Physician.

A limited number of Prescription Drugs require pre-authorization for Medical Necessity. If pre-authorization is not approved, then the designated drug will not be eligible for coverage. To determine if a drug requires pre-authorization, please call Customer Service.

### Drug Formulary
Retail prescription medications shall, in all cases, be dispensed according to the Preferred Drug Formulary for prescriptions written and filled In- and Out-of-Network. The Preferred Drug Formulary may be amended from time to time by BCBSGA.

A Member or prospective member shall be entitled upon request, to a copy of the Preferred Drug Formulary, available through the Member Guide or the BCBSGA Website.

### The following are not Covered Services under this Contract:
1. Prescription Drug products for any amount dispensed which exceed the FDA clinically recommended dosing schedule.
2. Prescription Drugs received through an Internet pharmacy provider.
3. Non-Legend Vitamins.
4. Smoking cessation products (including the use of Wellbutrin SR for this purpose).
5. Over-the-counter items.
6. Cosmetic Drugs (e.g., Propecia).
7. Appetite Suppressants (Anorexiants).
8. Weight Loss Products.
9. Diet supplements.
10. Syringes (for use other than insulin).
11. Non-contraceptive injectables (except with pre-certification).
12. The administration or injection of any Prescription Drug or any drugs or medicines.
13. Prescription Drugs which are entirely consumed or administered at the time and place where the prescription order is issued.
14. Prescription refills in excess of the number specified by the Physician, or any refill dispensed after one year from the date of the prescription order.
15. Prescription Drugs for which there is no charge.
16. Charges for items such as therapeutic devices, artificial appliances, or similar devices, regardless of their intended use.
17. Prescription Drugs for use as an Inpatient or outpatient in a Hospital and Prescription Drugs provided for use in a convalescent care facility or nursing home which are ordinarily furnished by such facility for the care and treatment of Inpatients.
18. Charges for delivery of any Prescription Drugs.
19. Drugs and medicines which do not require a prescription order and which are not Prescription Drugs.
20. Prescription Drugs provided by a Physician whether or not a charge is made for such Prescription Drugs.
21. Prescription Drugs which are not Medically Necessary or which BCBSGA determines are not consistent with the diagnosis.
22. Prescription Drugs which BCBSGA determines are not provided in accordance with accepted professional medical standards in the United States.
23. Any services or supplies which are not specifically listed as covered under this Prescription Drug program.
24. Prescription Drugs which are Experimental or Investigational in nature as explained in the "Limitations and Exclusions" section.

BCBS-029

## BlueChoice PPO

## Limitations and Exclusions

### Pre-existing Conditions

Until coverage for a Member enrolled under this Contract (or any prior Creditable Coverage) has been in force for twelve consecutive months (except for Maternity Care), benefits for services to be paid by this program shall not be available for any illness, Injury or other condition for which:

- Medical advice, diagnosis, care, or treatment was recommended or received within the previous six months preceding the Effective Date of coverage of an individual Member.
- The Effective Date of coverage is subject to any length-of-service provision your employer requires; however, you will receive credit toward your pre-existing condition waiting period for any employee length-of-service requirement which you must serve.

### Unsatisfied Waiting Period Requirements

- Any remaining portion of pre-existing waiting-period requirements not satisfied under prior Creditable Coverage must be fulfilled.

### What's Not Covered

Your coverage does not provide benefits for:

1. Care, supplies, or equipment not Medically Necessary, as determined by BCBSGA, for the treatment of an Injury or illness.
2. Services rendered or supplies provided before coverage begins, i.e., before a Member's Effective Date, or after coverage ends. Such services and supplies shall include but not be limited to Inpatient Hospital admissions which begin before a Member's Effective Date, continue after the Member's Effective Date, and are covered by a prior carrier.
3. Any services rendered or supplies provided while you are confined in an Ineligible Hospital.
4. Any services rendered or supplies provided while you are a patient or receive services at or from an Ineligible Provider.
5. Any portion of a provider's fee or charge which is ordinarily due from a Member but which has been waived. If a provider routinely waives (does not require the Member to pay) a Deductible or Out-of-Pocket amount, BCBSGA will calculate the actual provider fee or charge by reducing the fee or charge by the amount waived.
6. Care for any condition or Injury recognized or allowed as a compensable loss through any Workers' Compensation, occupational disease or similar law. **Exception:** Benefits are provided for actively employed partners and small business owners not covered under a Workers' Compensation Act or similar law, if elected by the Group and additional Premium is paid.
7. Any disease or Injury resulting from a war, declared or not, or any military duty or any release of nuclear energy. Also excluded are charges for services directly related to military service provided or available from the Veterans' Administration or military medical facilities as required by law.
8. Any item, service, supply or care not specifically listed as a Covered Service in this Certificate Booklet.
9. Care given by a medical department or clinic run by your employer.
10. Admission or continued Hospital or Skilled Nursing Facility stay for medical care or diagnostic studies not medically required on an Inpatient basis.
11. Shoe inserts, orthotics (except for care of the diabetic foot), and orthopedic shoes (except when an orthopedic shoe is joined to a brace).
12. Care of corns, bunions (except capsular or related surgery), callouses, toenail (except surgical removal or care rendered as treatment of the diabetic foot or ingrown toenails), flat feet, fallen arches, weak feet, chronic foot strain, or asymptomatic complaints related to the feet.
13. Daily room charges while the Contract is paying for an Intensive Care, cardiac care, or other special care unit.
14. Vision care services and supplies, including but not limited to eyeglasses, contact lenses, and related examinations and services. Eye Refractions. Analysis of vision or the testing of its acuity. Service or devices to correct vision or for advice on such service.
15. Hearing aids, hearing devices and related or routine examinations and services.
16. Routine physical examinations, screening procedures, and immunizations necessitated by employment, foreign travel or participation in school athletic programs, recreational camps or retreats, which are not

BCBS-030

## BlueChoice PPO

called for by known symptoms, illness or Injury except those which may be specifically listed as covered in this Certificate Booklet.

17. The following items related to Durable Medical Equipment are specifically **excluded:**

    - Air conditioners, humidifiers, dehumidifiers, or purifiers;
    - Arch supports and orthopedic or corrective shoes;
    - Heating pads, hot water bottles, home enema equipment, or rubber gloves;
    - Sterile water;
    - Deluxe equipment, such as motordriven chairs or beds, when standard equipment is adequate;
    - Rental or purchase of equipment if you are in a facility which provides such equipment;
    - Electric stair chairs or elevator chairs;
    - Physical fitness, exercise, or ultraviolet/tanning equipment;
    - Residential structural modification to facilitate the use of equipment;
    - Other items of equipment which BCBSGA feels do not meet the listed criteria.

18. Custodial Care, domiciliary care, rest cures, or travel expenses even if recommended for health reasons by a Physician. Inpatient room and board charges in connection with a Hospital or Skilled Nursing Facility stay primarily for environmental change, Physical Therapy or treatment of chronic pain, except as specifically stated as Covered Services. Transportation to another area for medical care is also excluded except when Medically Necessary for you to be moved by ambulance from one Hospital to another Hospital. Ambulance transportation from the Hospital to the home is not covered.

19. Services provided by a rest home, a home for the aged, a nursing home or any similar facility.

20. Services provided by a Skilled Nursing Facility, except as specifically stated as Covered Services.

21. Care, supplies, or equipment not Medically Necessary for the treatment of an Injury or illness. Non-covered supplies are inclusive of but not limited to band-aids, tape, non-sterile gloves, thermometers, heating pads and bed boards. Other non-covered items

include household supplies, including but not limited to, the purchase or rental of exercise cycles, water purifiers, hypo-allergenic pillows, mattresses, or waterbeds, whirlpool, spa or swimming pools, exercise and massage equipment, air purifiers, central or unit air conditioners, humidifiers, dehumidifiers, escalators, elevators, ramps, stair glides, emergency alert equipment, handrails, heat appliances, improvements made to a Member's house or place of business, and adjustments made to vehicles.

22. Cosmetic Surgery, reconstructive surgery, pharmacological services, nutritional regimens or other services for beautification, or treatment relating to the consequences of, or as a result of, Cosmetic Surgery, unless treatment relating to such consequences is Medically Necessary. This exclusion includes, but is not limited to, surgery to correct gynecomastia and breast augmentation procedures, and otoplasties. Reduction mammoplasty and services for the correction of asymmetry, except when determined to be Medically Necessary by BCBSGA, is not covered.

    - This exclusion does not apply to surgery to restore function if any body area has been altered by disease, trauma, congenital/developmental anomalies, or previous therapeutic processes. This exclusion does not apply to surgery to correct the results of Injuries when performed within 2 years of the event causing the impairment, or as a continuation of a staged reconstruction procedure, or congenital defects necessary to restore normal bodily functions, including but not limited to, cleft lip and cleft palate.
    - This exclusion does not apply to Breast Reconstructive Surgery. Please see the "Benefits" section of this Certificate Booklet.

23. Complications of non-covered procedures are not covered.

24. Dental care and treatment and oral surgery (by Physicians or dentists) including dental surgery; dental appliances; dental prostheses such as crowns, bridges, or dentures; implants; orthodontic care; operative restoration of teeth (fillings); dental extractions (except impacted teeth); endodontic care; apicoectomies; excision of radicular cysts or granuloma; treatment of dental caries, gingivitis, or periodontal

BCBS-031

## BlueChoice PPO

disease by gingivectomies or other periodontal surgery; vestibuloplasties; alveoplasties; dental procedures involving teeth and their bone or tissue supporting structures; frenulectomy; or other dental procedures except those specifically listed as covered in this Certificate Booklet.

25. Care prescribed and supervised by someone other than a Physician unless performed by other licensed health care providers as listed in this Certificate Booklet.

26. Except as provided in the "Benefits" section, any services or supplies for the treatment of obesity, including but not limited to, weight reduction, medical care or Prescription Drugs, or dietary control (except as related to covered nutritional counseling). Nutritional supplements; services, supplies and/or nutritional sustenance products (food) related to enteral feeding except when it's the sole means of nutrition. Food supplements. Services of Inpatient treatment of bulimia, anorexia or other eating disorders which consist primarily of behavior modification, diet and weight monitoring and education. Any services or supplies that involve weight reduction as the main method of treatment, including medical or psychiatric care or counseling. Weight loss programs, nutritional supplements, appetite suppressants, and supplies of a similar nature. Procedures including but not limited to liposuction, gastric balloons, jejunal bypasses, and wiring of the jaw.

27. Surgical or medical treatment or study related to the modification of sex (transsexualism) or medical or surgical services or supplies for treatment of sexual dysfunctions or inadequacies, including treatment for impotency (except male organic erectile dysfunction.)

28. Transportation provided by other than a state licensed professional ambulance service, and ambulance services other than in a Medical Emergency.

29. Hair transplants, hair pieces or wigs (except when necessitated by disease), wig maintenance, or prescriptions or medications related to hair growth.

30. Advice or consultation given by any form of telecommunication.

31. Treatments, procedures, equipment, drugs, devices, or supplies (hereafter called "services") which are, in BCBSGA's judgment, Experimental or Investigational

for the diagnosis for which the Member is being treated. An Experimental or Investigational service is not made eligible for coverage by the fact that other treatment is considered by a Member's Physician to be ineffective or not as effective as the service or that the service is prescribed as the most likely to prolong life.

32. Services and supplies for which you have no legal obligation to pay, or for which no charge has been made or would be made if you had no health insurance coverage.

33. Charges for failure to keep a scheduled visit or for completion of claim forms; for Physician or Hospital's stand-by services; for holiday or overtime rates.

34. Services rendered by a provider who is a close relative or member of your household. Close relative means wife or husband, parent, child, brother or sister, by blood, marriage or adoption.

35. Services for outpatient therapy or rehabilitation other than those specifically listed in this Certificate Booklet. Excluded forms of therapy include, but are not limited to, vestibular rehabilitation, primal therapy, chelation therapy, rolfing, psychodrama, megavitamin therapy, purging, bioenergetic therapy, cognitive therapy, electromagnetic therapy, vision perception training (orthoptics), salabrasion, chemosurgery and other such skin abrasion procedures associated with the removal of scars, tattoos, actinic changes and/or which are performed as a treatment for acne, services and supplies for smoking cessation programs and treatment of nicotine addiction, and carbon dioxide.

36. Radial keratotomy; and surgery, services or supplies for the surgical correction of nearsightedness and/or astigmatism or any other correction of vision due to a refractive problem.

37. Treatment where payment is made by any local, state, or federal government (except Medicaid), or for which payment would be made if the Member had applied for such benefits. Services that can be provided through a government program for which you as a member of the community are eligible for participation. Such programs include, but are not limited to, school speech and reading programs.

38. Services paid under Medicare or which would have been paid if the Member had applied for Medicare and claimed Medicare

BCBS-032

## BlueChoice PPO

benefits. With respect to end-stage renal disease (ESRD), Medicare shall be treated as the primary payor whether or not the Member has enrolled in Medicare Part B.

39. Expenses in excess of Usual, Customary and Reasonable Fees (as determined by BCBSGA).

40. Services related to or performed in conjunction with artificial insemination, in-vitro fertilization, reverse sterilization or a combination thereof.

41. Biofeedback, recreational, educational or sleep therapy or other forms of self-care or self-help training and any related diagnostic testing.

42. Personal comfort items such as those that are furnished primarily for your personal comfort or convenience, including those services and supplies not directly related to medical care, such as guest's meals and accommodations, barber services, telephone charges, radio and television rentals, homemaker services, travel expenses, and take-home supplies.

43. Inpatient Hospital care for mental health conditions when the stay is:
    - determined to be court-ordered, custodial, or solely for the purpose of environmental control;
    - rendered in a home, halfway house, school, or domiciliary institution;
    - associated with the diagnosis(es) of acute stress reaction, childhood or adolescent adjustment reaction, and/or related marital, social, cultural or work situations.

44. Educational services and treatment of behavioral disorders, together with services for remedial education including evaluation or treatment of learning disabilities, minimal brain dysfunction, developmental and learning disorders, behavioral training, and cognitive rehabilitation. This includes services, treatment or educational testing and training related to behavioral (conduct) problems, Developmental Delay (when it is less than two standard deviations from the norm as defined by standardized, validated developmental screening tests, such as the Denver Developmental Screening Test), including but not limited to services for conditions related to autistic disease of childhood (except to the same extent that the Contract provides for neurological disorders), hyperkinetic syndromes, including attention deficit disorder and

attention deficit hyperactivity disorder, learning disabilities, behavioral problems, and mental retardation. Neither physical nor occupational therapy is covered for Developmental Delay. Special education, including lessons in sign language to instruct a Member, whose ability to speak has been lost or impaired, to function without that ability, is not covered.

45. Inpatient rehabilitation in the Hospital or Hospital-based rehabilitation facility, when the Member is medically stable and does not require skilled nursing care or the constant availability of a Physician or:
    - the treatment is for maintenance therapy; or
    - the Member has no restorative potential; or
    - the treatment is for congenital learning or neurological disability/disorder; or
    - the treatment is for communication training, educational training or vocational training.

46. Injuries received while committing a crime.

47. Biomicroscopy, field charting or aniseikonic investigation.

48. Orthoptics (a technique of eye exercises designed to correct the visual axes of eyes not properly coordinated for binocular vision) or visual training.

49. Methadone is excluded for coverage when used (1) for any maintenance program and/or for the treatment of drug addiction or dependency (unless the Contract has mental health outpatient benefits) and (2) for the management of chronic, non-malignant pain and/or any off-label usage which does not meet established off-label coverage guidelines. Such maintenance programs must meet Medical Necessity requirements.

50. Non-emergency treatment of chronic illnesses received outside the United States performed without authorization.

51. Any drug or other item which does not require a prescription.

52. The following services and supplies rendered in connection with organ/tissue/bone marrow transplants:
    - Surgical or medical care related to animal organ transplants, animal tissue transplants, (except for porcine heart valves) artificial organ transplants or mechanical organ transplants;

BCBS-033

## BlueChoice PPO

- Transportation, travel or lodging expenses for non-donor family members;
- Donation related services or supplies, including search, associated with organ acquisition and procurement;
- Chemotherapy with autologous, allogenic or syngenic hematopoietic stem cells transplant for treatment of any type of cancer not specifically named as covered;
- Any transplant not specifically listed as covered.

53. Acupuncture and acupuncture therapy.
54. Private room, except as specified as Covered Services.
55. Care furnished to provide a safe surrounding, including the charges for providing a surrounding free from exposure that can worsen the disease or Injury.
56. Court-ordered services, or those required by court order as a condition of parole or probation.
57. Hypnotherapy.
58. Religious, marital and sex counseling, including services and treatment related to religious counseling, marital/relationship counseling and sex therapy.
59. Specific non-standard allergy services and supplies, including but not limited to, skin titration (Rinkle method), cytotoxicity testing (Bryan's Test), treatment of non-specific candida sensitivity, and urine autoinjections.
60. Specific medical reports, including those not directly related to treatment of the Member, e.g., employment or insurance physicals, and reports prepared in connection with litigation.
61. Thermograms and thermography.

## Coordination of Benefits (COB)

If you, your spouse, or your Dependents have duplicate coverage under another BCBSGA group program, any other group medical expense coverage, or any local, state or governmental program, (except school accident insurance coverage and Medicaid) then benefits payable under this Contract will be coordinated with the benefits payable under the other program. BCBSGA's liability in coordinating will not be more than 100% UCR or the contracted amount.

Allowable Expense means any necessary, reasonable and customary expense at least a portion of which is covered under at least one of the programs covering the person for whom claim is made. The claim determination period is the calendar year.

### Order of Benefit Determination
When you have duplicate coverage, claims will be paid as follows:

- **Automobile Insurance.** Medical benefits available through automobile insurance coverage will be determined before that of any other program if the automobile coverage has either no order of benefit determination rules or it has rules which differ from those permitted under applicable Georgia Insurance Regulations.
- **Non-Dependent/Dependent.** The benefits of the program which covers the person as an Employee (other than as a Dependent) are determined before those of the program which covers the person as a Dependent.
- **Dependent Child/Parents Not Separated or Divorced.** Except as stated below, when this program and another program cover the same child as a Dependent of different persons, called "parents":
  - The benefits of the program of the parent whose birthday falls earlier in a year are determined before those of the program of the parent whose birthday falls later in that year.
  - If both parents have the same birthday, the benefits of the program which covered the parent longer are determined before those of the program which covered the other parent for a shorter period of time.

However, if the other program does not have the rule described above, but instead has a rule based on the gender of the parent, and if, as a result, the

BCBS-034

## BlueChoice PPO

programs do not agree on the order of benefits, the rule in the other program will determine the order of benefits.

- **Dependent Child/Parents Separated or Divorced.** If two or more programs cover a person as a dependent child of divorced or separated parents, benefits for the child are determined in this order:
  - first, the program of the parent with custody of the child;
  - then, the program of the spouse of the parent with the custody of the child; and
  - finally, the program of the parent not having custody of the child.

However, if the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses, and the company obligated to pay or provide the benefits of the program of that parent has actual knowledge of those terms, the benefits of that program are determined first. This paragraph does not apply with respect to any claim determination period or program year during which any benefits are actually paid or provided before the company has that actual knowledge.

- **Joint Custody.** If the specific terms of a court decree state that the parents shall have joint custody, without stating that one of the parents is responsible for the health care expenses of the child, the programs covering the child shall follow the order of benefit determination rules outlined above for "Dependent Child/Parents not Separated or Divorced".
- **Active/Inactive Employee.** The benefits of a program that covers a person as an Employee who is neither laid off nor retired (or as that Employee's Dependent) are determined before those of a program that covers that person as a laid-off or retired Employee (or as that Employee's Dependent). If the other program does not have this rule, and if, as a result, the programs do not agree on the order of benefits, this rule is ignored.
- **Longer/Shorter Length of Coverage.** If none of the above rules determine the order of benefits, the benefits of the program which covered an Employee or Member longer are determined before those of the program that covered that person for the shorter time.

## Effects on the Benefits of This Program

This section applies when, in accordance with the Order of Benefit Determination Rules, this program is a secondary program to one or more other programs. In that event the benefits of this program may be reduced under this section. Such other program or programs are referred to as "the other programs" below.

**Reduction in this program's benefits.** The benefits of this program will be reduced when the sum of:

- the benefits that would be payable for the Allowable Expenses under this program in the absence of this COB provision; and
- the benefits that would be payable for the Allowable Expenses under the other programs, in the absence of provisions with a purpose like that of this COB provision, whether or not claim is made, exceed those Allowable Expenses in a claim determination period. In that case, the benefits of this program will be reduced so that they and the benefits payable under the other programs do not total more than those Allowable Expenses.

When the benefits of this program are reduced as described above, each benefit is reduced in proportion. It is then charged against any applicable benefit limit of this program.

## Miscellaneous Rights

- **Right to Receive and Release Necessary Information.** Certain facts are needed to apply these COB rules. BCBSGA has the right to decide which facts it needs. It may get needed facts from or give them to any other organization or person as necessary to coordinate benefits. BCBSGA need not tell, or get the consent of, any person to do this. Each person claiming benefits under this program must give BCBSGA any facts it needs to pay the claim.
- **Facility of Payment.** A payment made under another program may include an amount which should have been paid under this program. If it does, BCBSGA may pay that amount to the organization which made that payment. That amount will then be treated as though it were a benefit paid under this program. BCBSGA will not have to pay that amount again.
- **Right of Recovery.** If the amount of the payment made by BCBSGA is more than it

BCBS-035

## BlueChoice PPO

should have paid under this COB provision, it may recover the excess from one or more of:

- the persons it has paid or for whom it has paid,
- insurance companies; or
- other organizations.

## Right of Recovery

If you or your Covered Dependents have a claim for damages or a right to reimbursement from a third party or parties for any condition, illness or Injury for which benefits are paid under this program, BCBSGA shall have a right of recovery. BCBSGA's right of recovery shall be limited to the amount of any benefits paid for covered medical expenses under this program, but shall not include non-medical items. Money received for future medical care or pain and suffering may not be recovered. BCBSGA's right of recovery shall include compromise settlements. You or your attorney must inform BCBSGA of any legal action or settlement discussion, ten days prior to settlement or trial. BCBSGA will then notify you of the amount it seeks, and the amount of your legal expenses it will pay.

## Claims and General Information

### Member Rights and Responsibilities

### Your rights as a Blue Cross and Blue Shield of Georgia Member.

As a Member, you have the right to:

- Receive information about the Plan, its services, its providers, and about your Rights and Responsibilities as a Member.
- Choose your personal Physician from BCBSGA's network directory listing Preferred Providers and change your personal Physician.
- Receive considerate and courteous service with respect for personal privacy and human dignity through the Plan in a timely manner.
- Expect the Plan to implement policies and procedures to ensure the confidentiality of all your personal health information.
- Understand where your consent is required and you are unable to give consent,

BCBSGA will seek your designated and/or guardian/representative to provide this consent.

- Participate in full discussion with your provider concerning the diagnosis, appropriate or Medically Necessary treatment options, and the prognosis of your conditions, regardless of whether or not the information represents a covered treatment or benefit.
- Receive and be informed about where, when, and how to obtain all benefits to which your are entitled under your Contract including access to routine services, as well as after-hours and emergency services.
- Be informed of your Premiums, Deductibles, Copayments, Coinsurance and any maximum limits on out-of-pocket expenses for items and services (both In and Out-of-Network).
- Receive Plan rules regarding Copayments, and pre-certification; concurrent review, post service review, or post payment review that could result in your being denied coverage of a specific service.
- Participate with providers in the decision-making process concerning your health care.
- Refuse treatment and be informed by your Physician of the medical consequences.
- Receive specific information, upon your request, from Preferred and Participating Providers including, but not limited to, accreditation status, accessibility of translation or interpretation services, and credentials of providers of direct care (limited to contracted providers). BCBSGA encourages Preferred and Participating Providers to disclose such information upon Member request.
- Receive, upon request, a summary of how Physicians, Hospitals and other providers are compensated using a variety of methodologies, including fee-for-service, per diem, discounted charges and global reimbursement.
- Express your opinions, concerns, or complaints about BCBSGA and the care provided by Preferred and Participating Providers in a constructive manner to the appropriate people within the Plan and be given the right to register your complaints and to appeal BCBSGA's decisions.
- Receive, upon request, a summary of the number, nature and outcome of all formally

BCBS-036

## BlueChoice PPO

filed grievances filed with BCBSGA in the previous three years.

- Receive timely access to medical records and health information maintained by BCBSGA in accordance with applicable federal and state laws.

## Your Responsibilities as a Blue Cross and Blue Shield of Georgia Member

As a Member, you have the responsibility to:

- Maintain your health and participate in the decisions concerning treatment.
- Ask questions and make certain that you understand the explanations and instructions you are given by your Physician, and comply with those conditions.
- Identify yourself as a Member when scheduling appointments or seeking specialty care, and pay any applicable Physician office Copayments at the time of service and Coinsurance or out-of-pocket expenses in a timely manner.
- Keep scheduled appointments or give adequate notice of delay or cancellation.
- Furnish information regarding other health insurance coverage.
- Treat all Preferred and Participating Physicians and personnel respectfully and courteously as partners in good health care.
- Permit BCBSGA to review your medical records as part of quality management initiatives in order to comply with regulatory bodies.
- Provide, to the extent possible, information that BCBSGA and its providers need in order to care for you.
- Follow the plans and instructions for care that you have agreed on with your Physicians.

## How to File Claims

Under normal conditions, BCBSGA should receive the proper claim form within 90 days after the service was provided. This section of your booklet describes when to file a benefits claim and when a Hospital or Physician will file the claim for you.

Each person enrolled through the Group's Contract receives an Identification Card. Remember, in order to receive full benefits, you must receive treatment from a Preferred Provider. When admitted to a BCBSGA Preferred Hospital, present your Identification

Card. Upon discharge, you will be billed only for those charges not covered by your Group program. If you are admitted to a Non-Preferred Hospital that does have a Participating agreement with BCBSGA, inform the admitting personnel of your BCBSGA coverage. The Hospital will bill BCBSGA directly for Covered Services.

When you receive Covered Services from a Preferred Physician or other preferred licensed health care provider, ask him or her to complete a Physician's Service Report form. Payment for Covered Services will be made directly to the provider.

For health care expenses other than those billed by a Preferred Provider, use the Subscriber Health Expense Report (SHER) to report your expenses. You may obtain these from your employer or BCBSGA. Claims should include your name, Contract and Group numbers exactly as they appear on your Identification Card. Attach all bills to the claim form and file directly with BCBSGA. Be sure to keep a photocopy of all forms and bills for your records. The address is on the SHER claim form.

Save all bills and statements related to your illness or Injury. Make certain they are itemized to include dates, places and nature of services or supplies. If you use a network pharmacy, the pharmacy will file the claim for you. If you do not use a network pharmacy, you must file the claim. Prescription Drug receipts must show the prescription number and name of the drug, date of purchase, quantity, charge and the prescribing Physician's name.

## Balance Billing

Preferred and Participating Physicians are prohibited from balance billing. Preferred and Participating Physicians have signed an agreement with BCBSGA, to accept its determination of the Usual, Customary and Reasonable Fee for Covered Services rendered to a Member who is his or her patient. A Member is not liable for any fee in excess of this determination or negotiated fee except what is due under the Contract, e.g., Copayments, Deductibles or Coinsurance.

BCBS-037

## BlueChoice PPO

### Processing Your Claim

You are responsible for submitting your claims for expenses not normally billed by and payable to a Hospital or Physician. Always make certain you have your Identification Card with you. Be sure Hospital or Physician's office personnel copy your name, Group and Member ID numbers accurately when completing forms relating to your coverage.

If you are hospitalized outside Georgia, the claim for Hospital services is usually handled in the same manner as within the state and the Hospital files the claim through its local Blue Cross and Blue Shield office. It may, however, be necessary for you to pay the Physician for his services and then submit an itemized statement to the BCBSGA office when you return home.

### Timeliness of Filing

To receive benefits, a properly completed claim form with any necessary reports and records must be filed within 90 days of the date of service. Payment of claims will be made as soon as possible following receipt of the claim, unless more time is required because of incomplete or missing information. In this case, you will be notified within 15 working days of the reason for the delay and will receive a list of all information needed to continue processing your claim. After this data is received, BCBSGA has 15 working days to complete claims processing. BCBSGA shall pay interest at the rate of 18% per year to you or the assigned provider if it does not meet these requirements.

### Necessary Information

In order to process your claim, BCBSGA may need information from the provider of the service. As a Member, you agree to authorize the Physician, Hospital, or other provider to release necessary information.

BCBSGA will consider such information confidential. However, BCBSGA has the right to use this information to defend or explain a denied claim.

### Unauthorized Use of Identification Card

If you permit a BCBSGA Identification Card to be used by someone else or if you use the card before coverage is in effect or after coverage has ended, you will be liable for payment of any expenses incurred resulting from the unauthorized use. Fraudulent misuse could also result in termination of the coverage.

### Questions About Coverage or Claims

If you have questions about your coverage, contact your Plan Administrator or BCBSGA's Customer Service Department. Be sure to always give your Member ID number. If you wish to get a full copy of the Utilization Review program procedures, contact the Customer Service Department.

### Write

Customer Service Department
Blue Cross and Blue Shield of Georgia, Inc.
P.O. Box 7368
Columbus, Georgia 31908

When asking about a claim, give the following information:

- Member ID number;
- patient name; Subscriber name and address;
- date of service; type of service received; and
- provider name and address (Hospital or Physician).

To find out if a Hospital or Physician is a BCBSGA Preferred Provider, call them directly or call BCBSGA.

### Right to Appeal

For all claims submitted by you or in your behalf, you will receive a notice (Explanation of Benefits) showing the amount charged; the amount paid by the program; and, if payment is partially or wholly denied, the reason.

If your claim is denied, you can appeal as outlined below. Any legal action must be brought within three years after the date the services or supplies were provided.

### We Want You to be Satisfied

BCBSGA hopes that you will always be satisfied with the level of service provided to you and your family. BCBSGA realizes, however, that there may be times when problems arise and miscommunications occur which lead to feelings of dissatisfaction.

### Complaints about BCBSGA Service

As a BlueChoice PPO Member, you have a right to express dissatisfaction and expect unbiased resolution of issues. The following represents the process established to ensure that BCBSGA

BCBS-038

## BlueChoice PPO

gives its fullest attention to your concerns. Please utilize it to tell BCBSGA when you are displeased with any aspect of services rendered.

1. Call the Customer Service Department. The phone number is on your ID Card. Tell the representative your problem and he or she will work to resolve it for you as quickly as possible.

2. If you are not satisfied with the answer, you may file a formal complaint, preferably, but not necessarily, in writing. This request for a further review of your concerns should be addressed to the location provided by the Customer Service Representative at the number on your ID Card.

3. If, depending on the nature of your complaint, you remain dissatisfied after receiving BCBSGA's response, you will be offered the right to appeal the decision. BCBSGA will acknowledge receipt of your appeal request (written appeal preferred), within 5 working days. At the conclusion of this formalized re-review of your specific concerns, a final written response will be generated to you, which will hopefully bring the matter to a satisfactory conclusion for you.

### Summary of Grievances

A summary of the number, nature and outcome results of grievances filed in the previous three years is available for your inspection. You may obtain a copy of any such summary at a reasonable cost from BCBSGA.

### Complaints about Provider Service

If your complaint involves care received from a provider, please call the Customer Service number. Your complaint will be resolved in a timely manner.

### Terms of Your Coverage

BCBSGA provides the benefits described in this booklet only for eligible Members. The health care services are subject to the limitations, exclusions, Copayments, Deductible, and Coinsurance requirements specified in this booklet. Any group BCBSGA contract or certificate which you received previously will be replaced by this Contract.

Benefit payment for Covered Services or supplies will be made directly to Preferred or Participating Providers. A Member may assign benefits to a provider who is not a Preferred or Participating Provider, but it is not required. If a Member does not assign benefits to a Non-Preferred or Non-Participating Provider, any benefit payment will be sent to the Member.

BCBSGA does not supply you with a Hospital or Physician. In addition, BCBSGA is not responsible for any Injuries or damages you may suffer due to actions of any Hospital, Physician or other person.

In order to process your claims, BCBSGA may request additional information about the medical treatment you received and/or other group health insurance you may have. This information will be treated confidentially.

An oral explanation of your benefits by a BCBSGA employee is not legally binding.

Any correspondence mailed to you will be sent to your most current address. You are responsible for notifying BCBSGA of your new address.

### General Information

Fraudulent statements on Subscriber application forms or on electronic submissions will invalidate any payment or claims for services and be grounds for voiding the Subscriber's coverage.

Both parties to this Contract (the employer and BCBSGA) are relieved of their responsibilities without breach, if their duties become impossible to perform by acts of God, war, terrorism, fire, etc.

BCBSGA will adhere to the employer's instructions and allow the employer to meet all of the employer's responsibilities under applicable state and federal law. It is the employer's responsibility to adhere to all applicable state and federal laws and BCBSGA does not assume any responsibility for compliance.

### Small Group Rating

A Member covered under a small group contract (from 2 to 50 employees) is entitled to receive upon request certain rating information which documents the benefit design, demographic factors and Group experience factors since the pool rate utilized in the small Group's previous rating period. BCBSGA will respond to such

## BlueChoice PPO

request within ten (10) business days of the request for information.

### Changes in Coverage

Your employer and BCBSGA may mutually agree to change the benefits described in this booklet. Fees charged for benefits described in this booklet may be changed:

- if the level of benefits changes; or
- if the ratio of benefits to fees exceeds an established level.

### Acts Beyond Reasonable Control (Force Majeure)

Should the performance of any act required by this coverage be prevented or delayed by reason of any act of God, strike, lock-out, labor troubles, restrictive government laws or regulations, or any other cause beyond a party's control, the time for the performance of the act will be extended for a period equivalent to the period of delay, and non-performance of the act during the period of delay will be excused. In such an event, however, all parties shall use reasonable efforts to perform their respective obligations.

### Licensed Controlled Affiliate

The Member hereby expressly acknowledges his/her understanding that this policy constitutes a contract solely between the Member Group and BCBSGA, which is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans (the "Association"), permitting BCBSGA to use the Blue Cross and Blue Shield Service Marks in the state of Georgia, and that BCBSGA is not contracting as the agent of the Association. The Member Group further acknowledges and agrees that it has not entered into this policy based upon representations by any person other than BCBSGA and that no person, entity, or organization other than BCBSGA shall be held accountable or liable to the Member for any of BCBSGA's obligation to the Member created under this policy. This paragraph shall not create any additional obligations whatsoever on the part of BCBSGA other than those obligations created under other provisions of this agreement.

### Blue Card PPO

When you obtain health care services through BlueCard outside the geographic area BCBSGA serves, the amount you pay for Covered Services is usually calculated on the lower of:

- The billed charges for your Covered Services, or
- The negotiated price that the on-site Blue Cross and/or Blue Shield Plan ("Host Blue") passes on to BCBSGA.

Often this "negotiated price" will consist of a simple discount which reflects the actual price paid by the Host Blue. But sometimes it is an estimated price that factors into the actual price expected settlements, withholds, any other contingent payment arrangements and non-claims transactions with your health care provider or with a specific group of providers. The negotiated price may also be billed charges reduced to reflect an average expected savings with your health care provider or with a specified group of providers. The price that reflects average savings may result in greater variation (more or less) from the actual price paid than will the estimated price. The negotiated price may also be adjusted in the future to correct for over- or underestimation of past prices. However, the amount you pay is considered a final price.

Statutes in a small number of states may require the Host Blue to use a basis for calculating Member liability for Covered Services that does not reflect the entire savings realized or expected to be realized on a particular claim or to add a surcharge. Should any state statutes mandate Member liability calculation methods that differ from the usual BlueCard method noted above or require a surcharge, BCBSGA would then calculate your liability for any Covered Services in accordance with the applicable state statute in effect at the time you received your care.

### Accessing Care via the Blue Card PPO Network

When you are out of state and need service, simply dial 1-800-810-BLUE. After you provide your ID number, alpha prefix and zip code in which you are seeking service, you will be given the name of at least three PPO providers in the area. You can decide which one to visit. In case of an emergency, you should seek immediate care from the closest health care provider.

BCBS-040

## BlueChoice PPO

If you have to be admitted to a Hospital when you are out of state, remember you are responsible for receiving pre-certification/prior authorization from your Blue Cross and Blue Shield plan. If the required authorizations are not preformed and penalties are applied to the claim, you will be liable for the penalty amounts.

### Care Received Outside the United States

You will receive Contract benefits for care and treatment received outside the United States. Contract provisions will apply. Any care received must be a Covered Service. Please pay the provider of service at the time you receive treatment and obtain appropriate documentation of services received including bills, receipts, letters and medical narrative. This information should be submitted with your claim. All services will be subject to appropriateness of care. BCBSGA will reimburse you directly. Payment will be based on Eligible Charges and based on the UCR of the Member's legal residence (i. e., local UCR). Assignments of benefits to foreign providers or facilities cannot be honored.

## When Your Coverage Terminates

### Termination of Coverage (Group)

BCBSGA may cancel this Contract on the renewal date in the event of any of the following:
1. The Group fails to pay Premiums in accordance with the terms of this Contract.
2. The Group performs an act or practice that constitutes fraud or intentional misrepresentation of material fact in applying for or procuring coverage.
3. The Group has fallen below BCBSGA's minimum employer contribution or Group participation rules.
4. BCBSGA terminates, cancels or non-renews all coverage under a particular policy form, provided that:
   - BCBSGA provides at least 90 days notice of the termination of the policy form to all Members
   - BCBSGA offers the Group all other small group (employer) or large group (employer) policies, depending on the size of the Group, currently being offered or renewed by BCBSGA for which they are otherwise eligible; and

- BCBSGA acts uniformly without regard to the claims experience or any health status related factor of the individuals insured or eligible to be insured.

### Termination of Coverage (Individual)

Group program membership for you and your enrolled family members may be continued as long as you are employed by the Group and meet eligibility requirements. It ceases if your employment ends, if you no longer meet eligibility requirements, if the Group Contract ceases, or if you fail to make any required contribution toward the cost of your coverage. In any case, your coverage would end at the expiration of the period covered by your last contribution.

Coverage of an enrolled child ceases automatically when the child marries or attains age 19 (except students covered to age 26), whichever occurs first. Coverage of an unmarried handicapped child over age 19 ceases if the child is found to be no longer totally or permanently disabled. Coverage of the spouse of a Member terminates automatically as of the date of divorce or death.

Should you or any family members be receiving covered care in the Hospital at the time your membership terminates for reasons other than your employer's cancellation of this Contract, or failure to pay the required subscription charges, benefits for Hospital Inpatient care will be provided only to the extent available for that Hospital stay.

### Continuation of Coverage (Georgia Law)

Any Employee insured in Georgia under a company welfare benefit plan whose employment is terminated other than for cause, may be entitled to certain continuation benefits. If you have been continuously enrolled for at least six months under this Contract, or this and its immediately preceding health insurance contract, you may elect to continue Group health coverage for yourself and your enrolled family members for the rest of the month of termination and three additional months by paying the appropriate Premium.

BCBS-041

## BlueChoice PPO

This benefit entitles each member of your family who is enrolled in the company's Employee welfare benefit plan to elect continuation independently.

### Cost
These continuation benefits are available without proof of insurability at the same Premium rate charged for similarly insured Employees. To elect this benefit you must notify the company's Group health benefit Plan Administrator within 30 days of the date your coverage would otherwise cease that you wish to continue your coverage and you must pay all the required monthly Premiums in advance.

This continuation benefit is not available if:
- your employment is terminated for cause; or
- your health plan enrollment was terminated for your failure to pay a Premium or Premium contribution; or
- your health plan enrollment is terminated and replaced without interruption by another group contract; or
- health insurance is terminated for the entire class of Employees to which you belong; or
- the Group terminates health insurance for all Employees.

### Termination of Benefits
Continuation coverage terminates if you do not pay the required Premium on time or you enroll for other group insurance or Medicare.

### Conversion
Conversion rights during the continuation period are the same as for insured Employees. If the Group terminates its health insurance Contract during an Employee's continuation period, the Plan Administrator must notify continuing Employees that conversion rights must be exercised within 31 days.

### Continuation of Coverage (Federal Law-COBRA)
If your employer normally employs 20 or more people, and your employment is terminated for any reason other than gross misconduct, instead of the three months continuation benefit described above, you may elect from 18-36 months of continuation benefits, regardless of whether the Group is insured or self-funded.

This benefit entitles each member of your family who is enrolled in the company's Employee welfare benefit plan to elect continuation independently. A child born to, or placed for adoption with, a covered Employee during the period of continuation coverage is also eligible for election of continuation coverage.

If your employment is terminated for any reason except your gross misconduct, or your hours of employment are reduced so that you do not qualify to participate in the company's Employee health care plan, you and your enrolled family members may continue your health care benefits for as long as 18 months.

If you die, your enrolled survivors may continue their Group benefits for as long as 36 months. Your enrolled spouse or Dependents may continue Group benefits for as long as 36 months if coverage would otherwise terminate by divorce or legal separation or because you become entitled to Medicare benefits. Your Dependents may continue Group benefits for as long as 36 months if coverage would otherwise cease because they fail to meet the Contract definition of Dependent (for instance because of age or marriage).

To continue enrollment, you or an eligible family member must make an election within 60 days of the date your coverage would otherwise end, or the date the company's benefit Plan Administrator notifies you or your family member of this right, whichever is later. You must pay the total Premium appropriate for the type of benefit coverage you choose to continue. The Premium you must pay cannot be more than 102% of the Premium charged for Employees with similar coverage, and it must be paid to the company's benefit Plan Administrator within 30 days of the date due, except that the initial Premium payment must be made before 45 days after the initial election for continuation coverage, or your continuation rights will be forfeited.

For Employees who are determined, at the time of the qualifying event, to be disabled under Title II (OASDI) or Title XVI (SSI) of the Social Security Act, and Employees who become disabled during the first 60 days of COBRA continuation coverage, coverage may continue from 18 to 29 months. These Employee's Dependents are also eligible for the 18 to 29-month disability extension. This provision

BCBS-042

# BlueChoice PPO

would only apply if the qualified beneficiary provides notice of disability status within 60 days of the disabling determination. In these cases, the employer can charge 150% of Premium for months 19 through 29. This would allow health coverage to be provided in the period between the end of 18 months and the time that Medicare begins coverage for the disabled at 29 months.

If a continuing beneficiary becomes enrolled for other group health care benefits, coverage may continue under this Contract only if the new group health plan contains pre-existing condition exclusions or limitations, and may continue only until these limitations cease.

Continuation coverage stops before the end of the maximum continuation period if the Member becomes entitled to Medicare benefits. If a continuing beneficiary becomes entitled to Medicare benefits, then a qualified beneficiary – other than the Medicare beneficiary – is entitled to continuation coverage for no more than a total of 36 months.

These benefits are available without proof of insurability and terminate if a continuing beneficiary:
- fails to pay a required Premium on time; or
- the Group terminates all benefits under this Employee welfare benefit plan for all Employees.

In the event of your termination, lay-off, reduction in work hours or Medicare entitlement, your employer must notify the company's benefit Plan Administrator within 30 days. You must notify the company's benefit Plan Administrator within 60 days of your divorce, legal separation or the failure of your enrolled Dependents to meet the program's definition of Dependent. Thereafter, the Plan Administrator will notify qualified beneficiaries of their rights within 14 days.

## Continuation of Coverage (Age 60 and Over)

An Employee (and eligible Dependents), insured in Georgia under a company's welfare benefit plan, who has exhausted the continuation benefits listed above, is eligible for additional continuation rights if that Employee was age 60 or older and covered for continuation benefits under the regular continuation provision.

There are certain requirements which must be met:
- you must have been covered under a group plan which covers 20 or more employees; and
- you must have been continuously enrolled for at least six months under this Contract.

This continuation benefit is not available if:
- your employment is terminated voluntarily for other than health reasons;
- the health plan enrollment was terminated because you failed to pay a Premium or Premium contribution;
- the health plan enrollment is terminated and replaced without interruption by another group contract;
- health insurance is terminated for the entire class of Employees to which you belong;
- the company terminated health insurance for all Employees;
- your employment was terminated due to reasons which would cause a forfeiture of unemployment compensation (Chapter 8 of Title 34 "Employment Security Law").

The following eligibility requirements apply:
- you must have been 60 years of age or older on the date coverage began under the continuation provision;
- your Dependents are eligible for coverage if you meet the above requirements;
- your spouse and any Covered Dependent children whose coverage would otherwise terminate because of divorce, legal separation, or your death may continue if the surviving spouse is 60 years of age or older at the time of divorce, legal separation or death.

The monthly charge (Premium) for this continuation coverage will not be greater than 120% of the amount you would be charged as a normal Group Member. You must pay the first Premium for this continuation of coverage under this provision on the regular due date following the expiration of the period of coverage provided under COBRA or state continuation.

Your continuation rights terminate on the earliest of the following:
- the date you fail to pay any required Premium when due;

BCBS-043

# BlueChoice PPO

- the date the Group Contract is terminated; (If the Group Contract is replaced, coverage will continue under the new group plan.)
- the date you become insured under any other group health plan; or
- the date you or your divorced or surviving spouse becomes eligible for Medicare.

## Extension of Benefits in Case of Total Disability

If the Group Contract is terminated for non-payment of subscription charges, or if the Group terminates the Contract for any reason; or if the Contract is terminated by BCBSGA (with 60 days written notice), then in such event the coverage of a totally disabled Subscriber will be as follows:

> Contract benefits for the care and treatment of the specific illness, disease or condition that caused the total disability will be extended up to twelve (12) months from the date of termination of the Group Contract or to the maximum of the amount payable under this Contract during the extension period.

NOTE: BCBSGA considers total disability a condition resulting from disease or Injury where:

- the Member is not able to perform the major duties of his or her occupation and is not able to work for wages or profit; or
- the Member's Dependent is not able to engage in most of the normal activities of a person of the same age and sex.

## Special Requirements for COBRA and Conversion Rights

- COBRA is the first available option for continuing coverage.
- Any COBRA benefits must be exhausted for the entire COBRA eligibility period before conversion coverage will be provided.
- No conversion rights are available if a Member is enrolled or eligible for other group coverage.

## Extended Benefit

If a Member's coverage ends and he or she is totally disabled, under a Physician's care, and not covered by another plan of group benefits, BCBSGA extends major medical benefits for that Member under this Contract as explained below. This is done at no cost to the Member.

BCBSGA only extends benefits for Eligible Charges due to the disabling condition. The Eligible Charges must be incurred before the extension ends. What BCBSGA pays is based on all the terms of this Contract.

BCBSGA does not pay for charges due to other conditions. BCBSGA does not pay for charges incurred by other covered Dependents.

The extension ends on the earliest of: (a) the date the total disability ends or (b) one year from the date the Member's coverage under this Contract ends. It also ends if the Member has reached the payment limit for his or her disabling condition.

NOTE: BCBSGA considers total disability a condition resulting from disease or Injury where: The Member is not able to perform the major duties of his or her occupation and is not able to work for wages or profit.

## Enhanced Conversion Rights

You and/or your Dependents may be a "qualifying eligible individual" for an enhanced conversion product if:

- your most recent coverage was under a group plan or continuation coverage;
- coverage under this Contract has been terminated for any reason other than fraud or failure to pay a required Premium;
- all continuation (COBRA) coverage has been exhausted;
- there is 18 months of prior Creditable Coverage immediately prior to termination;
- you are not eligible for, nor have declined, any of the following:
  1. Any group health policy (including continuation under COBRA or state continuation);
  2. Medicare;
  3. Medicaid or a similar program;
- you are not covered under any other creditable health insurance coverage, including individual or student health coverage.

You must file a substantially completed application for such enhanced conversion coverage, and pay the first Premium, no later than 63 consecutive days after a qualifying event, or the date of notice of enhanced conversion rights, whichever is later.

BCBS-044

# BlueChoice PPO

If you do not qualify for enhanced conversion rights, you may qualify for standard conversion rights as set out below.

## Conversion Rights

NOTE: This section applies after you have exhausted any applicable continuation rights. A Member must have been covered under this Group Contract for six consecutive months in order to be eligible for conversion.

A direct pay, billed-at-home contract providing Hospital and surgical benefits may be obtained, without medical examination or other evidence of insurability by:

- you, when your employment is terminated (group conversion contract only);
- your surviving spouse, when your coverage is terminated due to your death;
- your child/children no longer eligible under your coverage (group conversion contract only); or
- your spouse, when coverage is lost due to termination of the marriage;

provided BCBSGA is notified within 31 days after termination of insurance. Information as to the coverage available and Premium rates can be obtained from BCBSGA.

Any divorced spouse or widow/widower may apply within 31 days for a direct pay coverage contract most nearly similar to this Contract or any contract providing lesser coverage then being offered by BCBSGA. This new contract will be issued without evidence of insurability and will become effective on payment of the charge for the new coverage. Time you have earned toward waiting periods under this Contract would carry over to the new contract.

## Governmental Health Care Programs

If you are enrolled in a group with fewer than 20 employees, your benefits will be reduced if you are eligible for coverage (even if you did not enroll) under any federal, state (except Medicaid) or local government health care program. Such coverage includes Medicare Part A and B and other similar programs. This reduction in payment will be equal to the amount that was paid or would have been paid (if you had been enrolled) by the other program.

Under federal law, for groups with 20 or more employees, all active employees (regardless of age) can remain on the group's health plan and receive group benefits as primary coverage. Also, spouses (regardless of age) of active employees can remain on the group's health plan and receive group benefits as primary coverage.

Direct questions about Medicare eligibility and enrollment to your local Social Security Administration office.

# Definitions

## Accidental Injury

Bodily Injury sustained by a Member as the result of an unforeseen event and which is the direct cause (independent of disease, bodily infirmity or any other cause) for care which the Member receives. Such care must occur while this Contract is in force. It does not include injuries for which benefits are provided under any Workers' Compensation, employer's liability or similar law.

## Applicant

The corporation, partnership, sole proprietorship, other organization or Group which applied for this Contract.

## Application for Enrollment

The original and any subsequent forms completed and signed by the Subscriber seeking coverage. Such Application may take the form of an electronic submission.

## Benefit Period

One year, January 1 – December 31 (also called year or the calendar year). It does not begin before a Member's Effective Date. It does not continue after a Member's coverage ends.

## Brand Name Drug

A drug item which is under patent by its original innovator or marketer. The patent protects the drug from competition from other drug companies. There are two types of Brand Name Drugs:

- Single Source Brand: those drugs that are produced by only one manufacturer and do not have a generic equivalent available.
- Multi-Source Brand: those drugs that are produced by multiple pharmaceutical manufacturers and do have a generic equivalent available on the market.

BCBS-045

## BlueChoice PPO

### Certificate
A short written statement which defines BCBSGA's legal obligation to the individual Members. It is part of this Certificate Booklet.

### Chemical Dependency (Substance Abuse)
The total psycho-physical state of mind that involves feelings of satisfaction and a drive to periodic or continuous administration of the chemical (drug) to produce pleasure or avoid discomfort.

### Chemical Dependency Treatment Facility
An institution established to care for and treat chemical dependency, on either an Inpatient or outpatient basis, under a prescribed treatment program. The institution must have diagnostic and therapeutic facilities for care and treatment provided by or under the supervision of a licensed Physician. The institution must be licensed, registered or approved by the appropriate authority of the State of Georgia or must be accredited by the Joint Commission on Accreditation of Hospitals.

### Coinsurance
If a Member's coverage is limited to a certain percentage, for example 80%, then the remaining 20% for which the Member is responsible is the Coinsurance amount. The Coinsurance may be capped by the Out-of-Pocket Limit. Compare to Copayment.

### Combined Limit
The maximum total of In-Network and Out-of-Network Benefits available for designated health service in the Summary of Benefits.

### Complications of Pregnancy
Complications of Pregnancy result from conditions requiring Hospital confinement when the pregnancy is not terminated. The diagnoses of the complications are distinct from pregnancy but adversely affected or caused by pregnancy.

Such conditions include acute nephritis, nephrosis, cardiac decompensation, missed or threatened abortion, preeclampsia, intrauterine fetal growth retardation and similar medical and surgical conditions of comparable severity. An ectopic pregnancy which is terminated is also considered a Complication of Pregnancy.

Complications of Pregnancy shall not include false labor, caesarean section, occasional spotting, Physician prescribed rest during the period of pregnancy, morning sickness, hyperemesis gravidarum and similar conditions associated with the management of a difficult pregnancy which are not diagnosed distinctly as Complications of Pregnancy.

### Congenital Anomaly
A condition or conditions that are present at birth regardless of causation. Such conditions may be hereditary or due to some influence during gestation.

### Contract
This Certificate Booklet in conjunction with the Group Master Contract, the Group Master Contract Application, the BCBSGA Formulary, any amendment or rider, your Identification Card and your Application for Enrollment constitutes the entire Contract. If there is any conflict between either this Certificate Booklet or the Group Master Contract and any amendment or rider, the amendment or rider shall control. If there is any conflict between this Certificate Booklet and the Group Master Contract, the Group Master Contract shall control.

### Contract Year
A period of one year commencing on the Effective Date (or renewal date) and ending at 12:00 midnight on the last day of the one year period.

### Coordination of Benefits
A provision that is intended to avoid claims payment delays and duplication of benefits when a person is covered by two or more plans providing benefits or services for medical, dental or other care or treatment. It avoids claims payment delays by establishing an order in which plans pay their claims and providing an authority for the orderly transfer of information needed to pay claims promptly. It may avoid duplication of benefits by permitting a reduction of the benefits of a plan when, by the rules established by this provision, it does not have to pay its benefits first.

### Copayment
A cost-sharing arrangement in which a Member pays a specified charge for a Covered Service, such as $15 for an office visit. The Member is usually responsible for payment of the

BCBS-046

## BlueChoice PPO

Copayment at the time the health care is rendered. Typical Copayments are fixed or variable flat amounts for Physician office visits, Prescription Drugs or Hospital services. Copayments are distinguished from Coinsurance as flat dollar amounts rather than percentages of the charges for services rendered. Copayments may be collected by the provider of service or BCBSGA.

### Cosmetic Surgery

Any non-medically necessary surgery or procedure, the primary purpose of which is to improve or change the appearance of any portion of the body, but which does not restore bodily function, correct a disease state, physical appearance or disfigurement caused by an accident, birth defect, or correct or naturally improve a physiological function. Cosmetic Surgery includes but is not limited to rhinoplasty, lipectomy, surgery for sagging or extra skin, any augmentation or reduction procedures (e.g., mammoplasty, liposuction, keloids, rhinoplasty and associated surgery) or treatment relating to the consequences or as a result of Cosmetic Surgery.

### Covered Dependent

Any Dependent in a Subscriber's family who meets all the requirements of the Eligibility section of this Certificate Booklet, has enrolled in the program, and is subject to Premium requirements set forth in the Group Master Contract.

### Covered Services

Medically Necessary health care services and supplies that are (a) defined as Covered Services in the Member's Contract, (b) not excluded under such Contract, (c) not Experimental or Investigational and (d) provided in accordance with such Contract.

### Creditable Coverage

Coverage under another health benefit program is medical expense coverage with no greater than a 90 day gap in coverage under any of the following: (a) Medicare or Medicaid; (b) an employer-based accident and sickness insurance or health benefit arrangement; (c) an individual accident and sickness insurance policy; (d) a spouse's benefits or coverage under Medicare or Medicaid or an employer-based health insurance benefit arrangement; (e) a conversion policy; or

(f) similar coverage as defined in OCGA 33-30-15.

### Custodial Care

Any type or care, including room and board, that (a) does not require the skills of professional or technical personnel; (b) is not furnished by or under the supervision of such personnel or does not otherwise meet the requirements of post-hospital Skilled Nursing Facility care; (c) is a level such that the Member has reached the maximum level of physical or mental function and is not likely to make further significant improvement. Custodial Care includes, but is not limited to, any type of care the primary purpose of which is to attend to the Member's activities of daily living which do not entail or require the continuing attention of trained medical or paramedical personnel. Examples of Custodial Care include, but are not limited to, assistance in walking, getting in and out of bed, bathing, dressing, feeding, using the toilet, changes of dressings of non-infected, post-operative or chronic conditions, preparation of special diets, supervision of medication that can be self-administered by the Member, general maintenance care of colostomy or ileostomy, routine services to maintain other services which, in the sole determination of BCBSGA, can be safely and adequately self-administered or performed by the average non-medical person without the direct supervision of trained medical and paramedical personnel, regardless of who actually provides the service, residential care and adult day care, protective and supportive care including educational services, rest care and convalescent care.

### Deductible

The portion of the bill you must pay before your medical expenses become Eligible Charges. It usually is applied on a calendar year basis.

### Dependent

The spouse and all unmarried children until attaining age 19. Children include natural children, legally adopted children and stepchildren. Also included are your children (or children of your spouse) for whom you have legal responsibility resulting from a valid court decree. Foster children whom you expect to raise to adulthood and who live with you in a regular parent-child relationship are considered children. However, for the purposes of this Contract, a parent-child relationship does not

BCBS-047

## BlueChoice PPO

exist between you and a foster child if one or both of the child's natural parents also live with you. In addition, BCBSGA does not consider as a Dependent, welfare placement of a foster child, as long as, the welfare agency provides all or part of the child's support.

Children who are full-time students (after high school) in an institution of higher learning at least five months each year (or were prevented from being enrolled due to illness or Injury) remain covered until attaining age 26. Mentally retarded or physically handicapped children remain covered no matter what age. You must give BCBSGA evidence of your child's incapacity within 31 days of attainment of age 19. The certification form may be obtained from BCBSGA or your employer. This proof of incapacity may be required annually by BCBSGA. Such children are not eligible under this Contract if they are already 19 or older at the time coverage is effective.

### Detoxification
The process whereby an alcohol or drug intoxicated or alcohol or drug dependent person is assisted, in a facility licensed by the appropriate regulatory authority, through the period of time necessary to eliminate, by metabolic or other means, the intoxicating alcohol or drug, alcohol or drug dependent factors or alcohol in combination with drugs as determined by a licensed Physician, while keeping the physiological risk to the patient to a minimum.

### Developmental Delay
The statistical variation, as defined by standardized, validated developmental screening tests, such as the Denver Developmental Screening Test, in reaching age appropriate verbal/growth/motor skill developmental milestones when there is no apparent medical or psychological problem. It alone does not constitute an illness or an Injury. Services rendered should be to treat or promote recovery of the specific functional deficits identified.

### Durable Medical Equipment
Equipment, as determined by BCBSGA, which is (a) made to withstand prolonged use; (b) made for and mainly used in the treatment of a disease of Injury; (c) suited for use while not confined as an Inpatient at a Hospital; (d) not normally of use to persons who do not have a disease or Injury; (e) not for exercise or training.

### Effective Date
The date for which BCBSGA approves an individual application for coverage. For individuals who join this Group after the first enrollment period, the Effective Date is the date BCBSGA approves each future Member according to its normal procedures.

### Elective Surgical Procedure
A surgical procedure that is not considered to be an emergency, and may be delayed by the Member to a later point in time.

### Eligible Charges
Those charges for services and supplies (a) defined as Covered Services and not excluded under the Member's Contract; (b) that are Medically Necessary; and (c) that are provided in accordance with the Member's Contract. Eligible Charges are determined by: (a) BCBSGA's Usual, Customary and Reasonable (UCR) Fees; (b) a provider's contracted fee schedule; (c) the applicable Reimbursement Rate; or (d) negotiated fees. All payment determinations for Hospital services are based on the applicable Reimbursement Rate. Reimbursement for Preferred, Participating and Non-Participating Providers is based on Eligible Charges for the type of service a Member receives, for example, Hospital or Physician services.

### Employee
A person who is engaged in active employment with the Group and is eligible for Group coverage with BCBSGA under the employment regulations of the Group.

### Experimental or Investigational
Services which are considered Experimental or Investigational include services which (1) have not been approved by the Federal Food and Drug Administration or (2) for which medical and scientific evidence does not demonstrate that the expected benefits of the proposed treatment would be greater than the benefits of any available standard treatment and that adverse risks of the proposed treatment will not be substantially increased over those standard treatments. Such determination must result from prudent professional practices and be supported by at least two documents of medical and

BCBS-048

## BlueChoice PPO

scientific evidence. Medical and scientific evidence means:

1. Peer-reviewed scientific studies published in or accepted for publication by medical journals that meet nationally recognized requirements for scientific manuscripts and that submit most of their published articles for review by experts who are not part of the editorial staff;

2. Peer-reviewed literature, biomedical compendia, and other medical literature that meet the criteria of the National Institutes of Health's National Library of Medicine for indexing in Index Medicus, Excerpta Medikcus (EMBASE), Medline, and MEDLARS data base or Health Services Technology Assessment Research (HSTAR);

3. Medical journals recognized by the United States Secretary of Health and Human Services, under Section 18961 (t)(2) of the Social Security Act;

4. The following standard reference compendia: the American Hospital Formulary Service-Drug Information, the American Medical Association Drug Evaluation, the American Dental Association Accepted Dental Therapeutics, and the United States Pharmacopoeia-Drug Information;

5. Findings, studies, or research conducted by or under the auspices of federal government agencies and nationally recognized federal research institutes including the Federal Agency for Health Care Policy and Research, National Institutes of Health, National Cancer Institute, National Academy of Sciences, Health Care Financing Administration, and any national board recognized by the National Institutes of Health for the purpose of evaluating the medical value of health services; or

6. It meets the Technology Assessment Criteria as determined by BCBSGA as outlined in the "Definitions" section of this Certificate Booklet.

## Formulary, Preferred Drug List, Preferred Drug Formulary, BCBSGA Formulary or Drug Formulary

A document setting forth certain rules relating to the coverage of pharmaceuticals by BCBSGA, that may include but not be limited to (1) a listing of preferred prescription medications that are covered and/or prioritized in order of preference by BCBSGA, and are dispensed to Members through pharmacies that are Network Providers, and (2) pre-certification rules. This list is subject to periodic review and modification by BCBSGA, at its sole discretion. Charges for medications may be Ineligible Charges, in whole or in part, if a Member selects a medication not included in the Formulary.

## Freestanding Ambulatory Facility (Surgi-Center)

A facility, with a staff of Physicians, at which surgical procedures are performed on an outpatient basis--no patients stay overnight. The facility offers continuous service by both Physicians and Registered Nurses (R.N.s). It must be licensed by the appropriate state agency. A Physician's office does not qualify as a Freestanding Ambulatory Facility.

## Generic Drugs

Prescription Drugs that are not Brand Name Drugs but which are made of equivalent ingredients. Generic Drugs are just as effective as Brand Name Drugs, but are less costly.

## Group

The Subscriber's employer, which has entered the Group Master Contract with BCBSGA. The Group shall act only as an agent of Members who are Subscribers of the Group and their Covered Dependents.

## Home Health Care

Care, by a state-licensed program or provider, for the treatment of a patient in the patient's home, consisting of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the patient's attending Physician.

## Home Health Care Agency

A provider who renders care through a program for the treatment of a patient in the patient's home, consisting of required intermittent skilled care, which may include observation, evaluation, teaching and nursing services consistent with the diagnosis, established and approved in writing by the patient's attending Physician. It must be licensed by the appropriate state agency.

BCBS-049

## BlueChoice PPO

**Hospice**
A provider which provides care for terminally ill patients and their families, either directly or on a consulting basis with the patient's Physician. It must be licensed by the appropriate state agency.

**Hospice Care Program**
A coordinated, interdisciplinary program designed to meet the special physical, psychological, spiritual and social needs of the terminally ill Member and his or her covered family members, by providing palliative and supportive medical, nursing and other services through at-home or Inpatient care. The Hospice must be licensed by the appropriate state agency and must be funded as a Hospice as defined by those laws. It must provide a program of treatment for at least two unrelated individuals who have been medically diagnosed as having no reasonable prospect of cure for their illnesses.

**Hospital**
An institution licensed by the appropriate state agency, which is primarily engaged in providing diagnostic and therapeutic facilities on an Inpatient basis for the surgical and medical diagnosis, treatment and care of injured and sick persons by or under the supervision of a staff of Physicians duly licensed to practice medicine, and which continuously provides 24-hour-a-day nursing services by registered graduate nurses physically present and on duty. "Hospital" does not mean other than incidentally:

- An extended care facility; nursing home; place for rest; facility for care of the aged;
- A custodial or domiciliary institution which has as its primary purpose the furnishing of food, shelter, training or non-medical personal services; or
- An institution for exceptional or handicapped children.

**Identification Card**
The latest card given to you showing your member and Group numbers, the type coverage you have and the date coverage became effective.

**Ineligible Charges**
Charges for health care services that are not Eligible Charges because the services are not Medically Necessary or pre-admission certification was not obtained. Such charges are not eligible for payment.

**Ineligible Hospital**
A facility which does not meet the minimum requirements to become a Participating Hospital. Services rendered to a Member by such a Hospital are not eligible for payment.

**Ineligible Provider**
A provider which does not meet the minimum requirements to become a Participating Provider or with which BCBSGA does not directly contract. Services rendered to a Member by such a provider are not eligible for payment.

**Infertile or Infertility**
The condition of a presumably healthy Member who is unable to conceive or produce conception after a period of one year of frequent, unprotected heterosexual vaginal intercourse. This does not include conditions for men when the cause is a vasectomy or orchiectomy or for women when the cause is tubal ligation or hysterectomy.

**Initial Enrollee**
A person actively employed by the Group (or one of that person's Covered Dependents) on the original Effective Date of the Group Master Contract between BCBSGA and the Group or currently enrolled through the Group under a BCBSGA Contract.

**Injury**
Bodily harm from a non-occupational accident.

**Inpatient**
A Member who is treated as a registered bed patient in a Hospital and for whom a room and board charge is made.

**Intensive Care Unit**
A special unit of a Hospital that: (1) treats patients with serious illnesses or Injuries; (2) can provide special life-saving methods and equipment; (3) admits patients without regard to prognosis; and (4) provides constant observation of patients by a specially trained nursing staff.

**Late Enrollees**
Late Enrollees means Employees or Dependents who request enrollment in a health benefit plan after the initial open enrollment period. An individual will not be considered a Late Enrollee if: (a) the person enrolls during his/hers initial enrollment period under the Contract: (b) the

BCBS-050

## BlueChoice PPO

person enrolls during a special enrollment period; or (c) a court orders that coverage be provided for a minor covered Dependent under a Member's Contract, but only as long as the Member requests enrollment for such Dependent within thirty-one (31) days after the court order is so issued. Late Enrollees are those who declined coverage during the initial open enrollment period and did not submit a certification to BCBSGA that coverage was declined because other coverage existed.

### Lifetime Maximum Benefit
The Lifetime Maximum Benefit includes all payments made under this and previous contracts with BCBSGA, its affiliates, successors and assigns, which this Contract replaces, amends, extends, or succeeds. All services and all calendar year maximums- -whether for a number of days or visits, treatments or a yearly dollar limit - - are subject to the Lifetime Maximum Benefit.

### Maternity Care
Obstetrical care received both before and after the delivery of a child or children. It also includes care for miscarriage or abortion. It includes regular nursery care for a newborn infant as long as the mother's Hospital stay is a covered benefit and the newborn infant is an eligible Member under the Contract.

### MCSO-Medical Child Support Order
An MCSO is any court judgment, decree or order (including a court's approval of a domestic relations settlement agreement) that:

- provides for child support payment related to health benefits with respect to the child of a group health plan participant or requires health benefit coverage of such child in such plan, and is ordered under state domestic relations law; or
- enforces a state law relating to medical child support payment with respect to a group health plan.

### Medical Emergency
"Emergency services," "emergency care," or "Medical Emergency" means those health care services that are provided for a condition of recent onset and sufficient severity, including but not limited to severe pain, that would lead a prudent layperson, possessing an average knowledge of medicine and health, to believe that his or her condition, sickness, or Injury is of

such a nature that failure to obtain immediate medical care could result in: (a) placing the patient's health in serious jeopardy; (b) serious impairment to bodily functions; or (c) serious dysfunction of any bodily organ or part. Such conditions include but are NOT limited to, chest pain, stroke, poisoning, serious breathing difficulty, unconsciousness, severe burns or cuts, uncontrolled bleeding, or convulsions and such other acute conditions as may be determined to be Medical Emergencies by BCBSGA.

### Medical Facility
Any Hospital, Freestanding Ambulatory Facility, Chemical Dependency Treatment Facility, Skilled Nursing Facility; Home Health Care Agency or mental health facility, as defined in this Certificate Booklet. The facility must be licensed, registered or approved by the Joint Commission on Accreditation of Hospitals or meet specific requirements established by BCBSGA.

### Medical Necessity or Medically Necessary
BCBSGA reserves the right to determine whether a service or supply is Medically Necessary. The fact that a Physician has prescribed, ordered, recommended or approved a service or supply does not, in itself, make it Medically Necessary. BCBSGA considers a service Medically Necessary if it is:

- appropriate and consistent with the diagnosis and the omission of which could adversely affect or fail to improve the patient's condition;
- compatible with the standards of acceptable medical practice in the United States;
- not provided solely for your convenience or the convenience of the Physician, health care provider or Hospital;
- not primarily Custodial Care; and
- provided in a safe and appropriate setting given the nature of the diagnosis and the severity of the symptoms. For example, a Hospital stay is necessary when treatment cannot be safely provided on an outpatient basis.

### Member
The Subscriber and each Dependent, as defined in this booklet, while such person is covered by this Contract.

BCBS-051

## BlueChoice PPO

### Mental Health Disorders

Includes (whether organic or non-organic, whether of biological, non-biological, genetic, chemical or non-chemical origin, and irrespective of cause, basis or inducement) mental disorders, mental illnesses, psychiatric illnesses, mental conditions, psychiatric conditions and drug, alcohol or chemical dependency. This includes, but is not limited to, psychoses, neurotic disorders, schizophrenic disorders, affective disorders, chemical dependency disorders, personality disorders, and psychological or behavioral abnormalities associated with transient or permanent dysfunction of the brain or related neurohormonal systems. This is intended to include disorders, conditions, and illnesses listed in the Diagnostic and Statistical Manual of Mental Disorders.

### New Hire

A person who is not employed by the Group on the original Effective Date of the Group Master Contract.

### Non-Covered Services

Services that are not benefits specifically provided under the Contract, are excluded by the Contract, are provided by an Ineligible Provider, or are otherwise not eligible to be Covered Services, whether or not they are Medically Necessary.

### Non-Participating Provider

A Hospital, Physician, Freestanding Ambulatory Facility (Surgi-Center), Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services or supplies, that does not have a participating agreement with BCBSGA to provide services to its Members at the time services are rendered.

### Non-Preferred Provider

A Hospital, Freestanding Ambulatory Facility (Surgical Center), Physician, Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services or supplies, that does not have a Preferred Provider Contract with BCBSGA.

Benefit payments and other provisions of this Contract are limited when a Member uses the services of Non-Preferred Providers.

### Out-of-Pocket Limit (May apply to In-Network or Out-of-Network—Refer to Summary of Benefits)

The maximum amount of a Member's Coinsurance payments during a given calendar year. Such amount does not include Deductible and Copayment amounts or charges in excess of providers' reasonable fees. When the Out-of-Pocket Limit is reached, the level of benefits is increased to 100% of Eligible Charges for Covered Services, exclusive of Copayments and other scheduled charges.

### Participating Hospital

A Hospital located in Georgia which is a party to a written agreement with, and in a form approved by, BCBSGA; or a Hospital outside of Georgia which is a party to an agreement with a Blue Cross and Blue Shield in another area; or a Hospital outside Georgia located in an area not served by a Blue Cross and/or Blue Shield plan.

### Participating Provider

A Hospital, Physician, Freestanding Ambulatory Facility (Surgical Center), Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services or supplies that has signed a Participating Agreement with BCBSGA to accept its determination of the Usual, Customary and Reasonable Fee (UCR) or other payment provisions for Covered Services rendered to a Member who is his or her patient.

### Periodic Health Assessment

A medical examination that provides for age-specific preventive services that improve the health and well-being of a patient being examined.

### Physical Therapy

The care of disease or Injury by such methods as massage, hydrotherapy, heat, or similar care.

### Physician

Any licensed Doctor of Medicine (M.D.) legally entitled to practice medicine and perform surgery, any licensed Doctor of Osteopathy (D.O) approved by the Composite State Board of Medical Examiners, any licensed Doctor of Podiatric Medicine (D.P.M.) legally entitled to practice podiatry, and any licensed Doctor of Dental Surgery (D.D.S.) legally entitled to perform oral surgery. Optometrists and Clinical Psychologists are also considered covered

BCBS-052

## BlueChoice PPO

providers when acting within the scope of their licenses, and when rendering services covered under this Contract.

### Plan Administrator
The person named by your employer to manage the program and answer questions about program details.

### Preferred Provider
A Hospital, Physician, Skilled Nursing Facility, Hospice, Home Health Care Agency, other medical practitioner or provider of medical services and supplies that has a Preferred Provider Contract with BCBSGA to provide Covered Services to Members.

### Premium
The amount that the Group or Member is required to pay BCBSGA to continue coverage.

### Prescription Drug
A drug which cannot be purchased except with a prescription from a Physician.

### Professional Ambulance Service
A state-licensed emergency vehicle which carries via the public streets injured or sick persons to a Hospital. Services which offer non-emergency, convalescent or invalid care do not meet this definition.

### QMCSO – Qualified Medical Child Support Order
A QMCSO creates or recognizes the right of a child who is recognized under the order as having a right to be enrolled under the health benefit plan to receive benefits for which the Employee is entitled under the plan; and includes the name and last known address of the Employee and each such child, a reasonable description of the type of coverage to be provided by the plan, the period for which coverage must be provided and each plan to which the order applies.

### Reimbursement Rate
The percentage of Eligible Charges calculated each year by BCBSGA for any Participating Hospital. The payment rate will be applied to all Hospital Inpatient and outpatient claims during the payment period, including Non-Participating Hospitals.

### Respite Care
Care furnished during a period of time when the Member's family or usual caretaker cannot, or will not, attend to the Member's needs.

### Semiprivate Room
A Hospital room which contains two or more beds.

### Skilled Convalescent Care
Care required, while recovering from an illness or Injury, which is received in a Skilled Nursing Facility. This care requires a level of care or services less than that in a Hospital, but more than could be given at the patient's home or in a nursing home not certified as a Skilled Nursing Facility.

### Skilled Nursing Facility
An institution operated alone or with a Hospital which gives care after a Member leaves the Hospital for a condition requiring more care than can be rendered at home. It must be licensed by the appropriate state agency and accredited by the Joint Commission on Accreditation of Health Care Organizations or the Bureau of Hospitals of the American Osteopathic Association, or otherwise determined by BCBSGA to meet the reasonable standards applied by any of the aforesaid authorities.

### Subscriber
The individual who signed the Application for Enrollment and in whose name the Identification Card is issued.

### Substance Abuse
Any use of alcohol and/or drugs which produces a pattern of pathological use causing impairment in social or occupational functioning or which produces physiological dependency evidenced by physical tolerance or withdrawal.

### Substance Abuse Rehabilitation
Services, procedures and interventions to eliminate dependence on or abuse of legal and/or illegal chemical substances, according to individual treatment plans.

BCBS-053

## BlueChoice PPO

### Technology Assessment Criteria

Five criteria all investigative procedures must meet in order to be Covered Services under this Contract.

1. The technology must have final approval from the appropriate government regulatory bodies.
2. The scientific evidence must permit conclusions concerning the effect of the technology of health outcomes.
3. The technology must improve the net health outcome.
4. The technology must be as beneficial as any established alternative.
5. The technology must be beneficial in practice.

### Usual-Customary-Reasonable (UCR) Fees (as determined by BCBSGA):

Usual Fee: The fee a Physician most frequently receives as reimbursement for the procedure performed.

Customary Fee: Based on a competitive profile of the usual fees received as reimbursement by similar Physicians in a given geographic area for the procedure performed, according to BCBSGA's records.

Reasonable Fee: The fee different from usual or customary fees because of unusual circumstances involving complications requiring additional time, skill and experience.

If it does not pay at contracted rates, BCBSGA may pay up to the usual fee not to exceed the customary fee, unless special circumstances or complications occur, in which case BCBSGA may consider the reasonable fee.

All payments are based on the UCR applicable to the Member's actual residence (i.e., local UCR).

### Utilization Review

A function performed by BCBSGA or by an organization or entity selected by BCBSGA to review and approve whether the services provided are Medically Necessary, including but not limited to, whether acute hospitalization, length of stay, outpatient care or diagnostic services are appropriate.

## Statement of ERISA Rights

The Employee Retirement Income Security Act of 1974 (ERISA) entitles you, as a Member of the Group under this Contract, to:

1. Examine, without charge, at the Plan Administrator's office and at other specified locations such as worksites and union halls, all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by this plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions;
2. Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for these copies; and
3. Receive a summary of the plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary financial report.

In addition to creating rights for you and other Employees, ERISA imposes duties on the people responsible for the operation of your Employee benefit plan. The people who operate your plan are called plan fiduciaries. They must handle your plan prudently and in the best interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your right under ERISA. If your claim for welfare benefits is denied, in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have your claims reviewed and reconsidered.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide you the materials and pay you up to $110 a day until you receive the materials, unless the materials are not sent because of reasons beyond the control of the Plan Administrator. If your claim for benefits is denied or ignored, in whole or in part, you may file suit in a state or federal court. If plan fiduciaries misuse the plan's

## BlueChoice PPO

money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or may file suit in a federal court. The court will decide who should pay court costs and legal fees. It may order you to pay these expenses, for example, if it finds your claim is frivolous. If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

### Claims Disclosure Notice

This Certificate Booklet contains information on reporting claims, including the time limitations on submitting a claim. Claim forms may be obtained from the Plan Administrator or BCBSGA. In addition to this information, if this *plan* is subject to ERISA, ERISA applies some additional claim procedure rules. The additional rules required by ERISA are set forth below. To the extent that the ERISA claim procedure rules are more beneficial to you, they will apply in place of any similar claim procedure rules included in this Certificate Booklet.

**Urgent Care.** BCBSGA must notify you, within 72-hours after receiving your request for benefits, that the request has been received and what your benefits are determined to be. If your request for benefits does not contain all the necessary information, BCBSGA must notify you within 24-hours after receiving it and tell you what information is missing. Any notice to you by BCBSGA will be orally by telephone or in writing by facsimile or other fast means. You have at least 48-hours to give BCBSGA the additional information needed to process your request for benefits. You may give BCBSGA the additional information needed orally by telephone or in writing by facsimile or other fast means.

If your request for benefits is denied in whole or in part, you will receive a notice of the denial within 72-hours after BCBSGA's receipt of the request for benefits or 48 hours after receipt of all the information needed to process your request for benefits, if the information is

received in a timely manner as stated above. The notice will explain the reason for the denial and the plan provision upon which the decision is based. You have 180-days to appeal the decision. You may appeal the decision orally by telephone or in writing by facsimile or other fast means. Within 72-hours after BCBSGA receives your appeal, if your claim is still considered urgent under the circumstances at the time of the appeal, BCBSGA must notify you of the decision. BCBSGA will notify you orally by telephone or in writing by facsimile or other fast means. If your claim is no longer considered urgent, it will be handled in the same manner as a Non-Urgent Care Pre-Service or Post-Service appeal, depending upon the circumstances.

**Non-Urgent Care Pre-Service (when care has not yet been received).** BCBSGA must notify you, within 15-days after receiving your request for benefits, that the request has been received and what your benefits are determined to be. If BCBSGA needs more than 15-days to determine your benefits, due to reasons beyond BCBSGA's control, BCBSGA must notify you within that 15-days period that more time is needed to determine your benefits. But, in any case, even with an extension, BCBSGA cannot take more than 30-days to determine your benefits. If you do not properly submit all the necessary information for your claim, BCBSGA must notify you, within 5-days after receiving it and tell you what information is missing. You have 45-days to provide BCBSGA with the information needed to process your request for benefits. The time period during which BCBSGA is waiting for receipt of the necessary information is not counted toward the time frame in which BCBSGA must make the benefit determination.

If your claim is denied in whole or in part, you will receive a written notice of the denial within the time frame noted above after BCBSGA has all the information needed to process your request for benefits, if the information is received in a timely manner as stated above. The written notice will explain the reason for the denial and the plan provisions upon which the decision was made. You have 180-days to appeal an adverse benefit determination. Your appeal must be in writing. Within 30-days after an appeal is received, BCBSGA must notify you of the decision. BCBSGA's notice of the decision will be in writing.

BCBS-055

## BlueChoice PPO

**Concurrent Care Decisions.** If, after approving a request for benefits in connection with your illness or Injury, BCBSGA decides to reduce or end the benefits that had been approved for you, in whole or in part:

- BCBSGA must notify you sufficiently in advance of the reduction in benefits, or the end of benefits, to allow you the opportunity to appeal the decision before the reduction in benefits or end of benefits occurs. In the notice to you, BCBSGA must explain the reason for reducing or ending your benefits and the plan provisions upon which the decision was made.

- To keep the benefits you already have approved, you must successfully appeal the decision to reduce or end those benefits. You must make your appeal to BCBSGA at least 24-hours prior to the occurrence of the reduction or ending of benefits. If you appeal the decision to reduce or end your benefits when there is less than 24-hours to the occurrence of the reduction or ending of benefits, your appeal will be treated as if you were appealing an urgent care denial of benefits (see "Urgent Care" above).

- If your appeal for benefits is received at least 24-hours prior to the occurrence of the reduction or ending of benefits, BCBSGA must notify you of the decision regarding your appeal within 24-hours of the receipt of your appeal. If your appeal of the decision to reduce or end your benefits is denied, in whole or in part, BCBSGA must explain the reason for the denial of benefits and the plan provisions upon which the decision was made. You may further appeal the denial of benefits according to the rules for appeal of an urgent care denial of benefits (see "Urgent Care" above).

**Non - Urgent Care Post-Service (reimbursement for cost of medical care).** BCBSGA must notify you, within 30-days after receiving your request for benefits, that the request has been received and what your benefits are determined to be. (In order to comply with Georgia law, BCBSGA will address claims for services already rendered within 15 business days of receipt.) If more than 30-days are needed to determine your benefits, due to reasons beyond BCBSGA's control, BCBSGA must notify you within that 30-day period that

more time is needed to determine your benefits. But, in any case, even with an extension, BCBSGA cannot take more than 45-days to determine your benefits. If you do not submit all the necessary information for your claim, BCBSGA must notify you, within 30-days after receiving it and tell you what information is missing. You have 45-days to provide the information needed to process your claim. The time period during which BCBSGA is waiting for receipt of the necessary information is not counted toward the time frame in which BCBSGA must make the benefit determination.

If your claim is denied in whole or in part, you will receive a written notice of the adverse benefit determination within the time frame stated above after BCBSGA has all the information needed to process your request for benefits, if the information is received within the time frame noted above. The written notice will explain the reason for the adverse benefit determination and the plan provisions upon which the decision was made. You have 180-days to appeal the adverse benefit determination. Your appeal must be in writing. Within 60-days after receiving your appeal, BCBSGA must notify you of the decision. The notice to you of the decision will be in writing.

**Note: You, your beneficiary, or a duly authorized representative may appeal any denial of a claim for benefits with BCBSGA and request a review of the adverse benefit determination.** In connection with such a request, documents pertinent to the administration of the plan may be reviewed free of charge; and issues outlining the basis of the appeal may be submitted. You may have representation throughout the appeal and review procedure.

Medical information BCBSGA has regarding your case will be released to you or an attorney only by written authorization from your provider and/or the Hospital.

BCBS-056

# BlueChoice®
## *PPO*

Underwritten by Blue Cross and Blue Shield
of Georgia, an Independent Licensee of
the Blue Cross and Blue Shield Association

GID: July 2002
PPO101B072002V102002WITOVER50



**SUBJECT: VERIFICATION OF BENEFITS**

**REDACTED**

**MEMBER: SMITH, LAUREN E      6558)**

**BENEFIT TYPE: MATERNITY PHYSICIAN OFFICE VISIT**
**COVERAGE TYPE: PREFERRED PROVIDER ORGANIZATION (PPO)**

**GROUP NUMBER: 1011190000**
**GROUP NAME:**

**THIS PLAN ALLOWS COVERAGE FOR MEDICAL TREATMENT BY A COVERED PROVIDER.**
**BENEFITS ARE SUBJECT TO THIS PLAN BEING IN FORCE AT THE TIME THE SERVICE IS**
**RENDERED.**

**Pre-admission certification or a referral may be required.**
**Member's effective date...................: 07-01-2004**
**Pre-existing wait period.................: 12**

**or IN-NETWORK provider services:**
  **Copay..................................: $15.00**
  **Percent of the covered amount allowed..: 100%**
  **Lifetime maximum.......................: $5,000,000.00**
  **Calendar year out-of-pocket maximum....: $1,000.00**

**For OUT-OF-NETWORK provider services:**
  **Calendar year deductible...............: $500.00**
  **Percent of the covered amount allowed..: 60%**
  **Lifetime maximum.......................: $5,000,000.00**
  **Calendar year out-of-pocket maximum....: $2,000.00**

-22-04 Per Pt. no pre-ex. will bring in coverage verification on next visit /CRM



# Certificate of Health Plan Coverage

**Plan Participant:** ▉▉-6558                    **Date: July 21, 2004**

SMITH, LAUREN, E
114 MORGAN ST

**REDACTED**

Plan Name and Address:
WORKSTAFF PERSONNEL SERVI

VALLEY, AL  36854

| Coverage Type | Date Waiting Period Started | Date Coverage Started | Date Coverage Ended | Is Coverage Continuous to Certificate Date |
|---|---|---|---|---|
| Medical | 09/01/2002 | 05/01/2003 | 06/30/2004 | NO |
| Dental | 09/01/2002 | 10/01/2002 | / / | YES |
| | | | | |
| | | | | |

This certificate applies to the following persons:

| Name | Relationship to Participant | Social Security Number |
|---|---|---|
| LAUREN E. SMITH | Employee | ▉▉-6558 |
| | | |
| | | |
| | | |

**IMPORTANT:**
This Certificate provides evidence of your prior health coverage. You may need to furnish this certificate if you become eligible under a group health plan that excludes coverage for certain conditions that you have before you enroll. This certificate may need to be provided if advice, diagnosis, care or treatment was recommended or received for the condition within the 6-month period prior to your enrollment in the new plan. If you become covered under another group health plan, check with the plan administrator to see if you need to provide this certificate. You may also need this certificate to buy, for yourself or your family, an insurance policy that does not exclude coverage for medical conditions that are present before you enroll.

For further information: Contact the Employer listed above.



DEFENDANTS EXHIBIT