IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., )<br><br>Plaintiff, )<br>v. )<br>)<br>AMBASSADOR PERSONNEL, INC., )<br>*et al.,* )<br>Defendants. ) | CASE NO. 3:07-cv-615-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #40) filed on April 11, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on May 9, 2008.

It is further ORDERED that the plaintiffs file a response which shall include a brief and any evidentiary materials on or before May 2, 2008. The defendant may file a reply brief on or before May 9, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 17th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE