# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LAUREN COOPER, et al.,**           ) | |
|                                ) | |
|    **Plaintiffs,**                                 ) | |
| v.                                                              ) | **CIVIL ACTION NO.** |
|                                ) | **3:07-cv-00615-MEF-WC** |
| **AMBASSADOR PERSONNEL, INC.,**     ) | |
| **et al.,**                                                     ) | |
|                                ) | |
|    **Defendants.**                           ) | |

## NOTICE CONCERNING SETTLEMENT
## CONFERENCE AND MEDIATION

Pursuant to this court's Uniform Scheduling Order dated September 5, 2007, the parties in the above-referenced matter conducted a settlement conference, at which counsel engaged in good faith settlement negotiations. The parties are in the process of discussing settlement and cannot make a decision relative to mediation at this time.

                                                    Respectfully submitted,

                                                    /s/ Alicia K. Haynes
                                                    Alicia K. Haynes
                                                    Attorney for Plaintiffs

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cavender C. Kimble, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL  35201-0306

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

                            /s/Alicia K. Haynes
                            OF COUNSEL