# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07-cv-00615-MEF-WC |
| AMBASSADOR PERSONNEL, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND TIME
## TO RESPOND TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT
## BY SEVEN (7) DAYS

COMES Now the Plaintiff, Lauren Cooper, by and through her attorney, and move this Honorable Court to extend the time for Plaintiff to respond to Defendants' motion for summary judgment by an additional seven (7) days. In support of her motion, Plaintiff states the following:

1.    Defendants, Ambassador Personnel, Inc., Kenneth Cone, Self Insurance Company Plan of Ambassador Personnel and Cone Financial Group as Third Party Administrator, filed their motions for summary judgment on April 11, 2008.

2.    This Court entered an order on April 17, 2008, allowing Plaintiff until May 2, 2008, to file her response in opposition.

3. Plaintiff's counsel has been involved in trial preparation for a case before the Honorable Susan Russ Walker in the Middle District which was scheduled to go to trial on Monday, May 5, 2008. However, the case has now been continued and the parties are scheduled to mediate. As such, Plaintiff's counsel has had no time to formulate a meaningful reason nor to meet with her client on this matter.

4. Plaintiff's counsel has contacted counsel for all Defendants and they does not oppose this extension.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court grant her a seven (7) day extension in which to file her response in opposition to Defendants' Motion for Summary Judgment, or until Friday, May 9, 2008.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiffs

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cavender C. Kimble, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL  35201-0306

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

                          /s/Alicia K. Haynes
                          OF COUNSEL