IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., ) ) ) Plaintiff, ) ) v. ) ) AMBASSADOR PERSONNEL, INC., ) *et al.*, ) Defendants. ) | CASE NO. 3:07-cv-615-MEF |

# **O R D E R**

Upon consideration of the Unopposed Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment (Doc. #45) filed on April 29, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. Plaintiff shall file a response which shall include a brief and any evidentiary materials on or before May 7, 2008. The defendants may file a reply brief on or before May 14, 2008.

DONE this the 30th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE