IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv615-MEF |
| | ) |
| AMBASSADOR PERSONNEL INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER ON MOTION

On May 7, 2008, Plaintiff, Lauren Cooper, moved the Court to compel Defendants to fully respond to Cooper's discovery requests (Doc. #47). Plaintiff's motion fails to certify she conferred with or attempted to confer with Defendants prior to filing the instant motion, as required by the Federal Rules of Civil Procedure. Accordingly, it is

ORDERED that the Motion to Compel (Doc. #47) is DENIED without prejudice.

DONE this 7th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE