# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LAUREN COOPER, individually** ) | |
| **and as next friend of her child,** ) | |
| **BENJAMIN CHRISTOPHER** ) | |
| **COOPER,** ) | |
|  ) | |
| **Plaintiffs,** ) | |
| v. ) | **CIVIL ACTION NO.** |
|  ) | **3:07-cv-00615-MEF-WC** |
| **AMBASSADOR PERSONNEL, INC.,** ) | |
| **BLUE CROSS AND BLUE SHIELD** ) | |
| **OF GEORGIA, SELF INSURANCE** ) | |
| **PLAN OF AMBASSADOR** ) | |
| **PERSONNEL AND CONE FINANCIAL** ) | |
| **GROUP AS THIRD PARTY** ) | |
| **ADMINISTRATOR,** ) | |
|  ) | |
| **Defendants.** ) | |

### MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### UNOPPOSED BY DEFENDANT
### BLUE CROSS BLUE SHIELD OF GEORGIA
### OPPOSED BY REMAINING DEFENDANTS

COMES Now the Plaintiff, Lauren Cooper, by and through her attorney, and moves this Honorable Court for leave to allow her to file an **amended** response to Defendant's motion for summary judgment. In support of her motion, Plaintiff states the following:

1. Defendants filed their motions for summary judgment on April 11, 2008.

2. This Court entered an order on April 17, 2008, allowing Plaintiff until May 2, 2008, to file her response in opposition.

3. Plaintiff filed her unopposed motion to extend time to respond to Defendants' motion for summary judgment on April 29, 2008, and this court granted her motion, in part, allowing Plaintiff until May 7, 2008, to respond to Defendants' motion.

4. On May 7, 2008, Plaintiff filed her response in opposition to Defendant's motion for summary judgment. (Doc. 49).

5. Since the filing of Plaintiff's response in opposition, the Defendant has submitted responsive documents to Plaintiff's outstanding request for production. These newly produced documents are relevant to the case and would aid the court in its consideration of Defendant's motion and Plaintiff's response. Plaintiff indicated in her response to this Court on May 7, 2008, that documents were outstanding and sought leave in that response to amend and supplement if and when documents were produced by Defendant.

6. As such, Plaintiff respectfully requests this court to allow her to supplement her response with the documents she has now received from Defendant.

7. Plaintiff has conferred with counsel for the Defendants in this matter. Counsel for Blue Cross Blue Shield of Georgia does not oppose this motion. However, counsel for Ambassador Personnel, Self Insurance Plan of Ambassador Personnel and Cone Financial Group as Third Party Administrator does oppose Plaintiff's motion to supplement.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court for leave to file an **amended** response to Defendant's motion for summary judgment.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiffs

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cavender C. Kimble, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL  35201-0306

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

                                        /s/Alicia K. Haynes
                                        OF COUNSEL