IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMBASSADOR PERSONNEL, INC., )<br>*et al.,* )<br>Defendants. ) | CASE NO. 3:07-cv-615-MEF |

## **O R D E R**

Upon consideration of the Motion for Leave to File Amended Response to Defendants' Motion for Summary Judgment Unopposed by Defendant Blue Cross Blue Shield of Georgia Opposed by Remaining Defendants (Doc. # 52) filed on May 20, 2008, it is hereby

ORDERED that the motion is GRANTED. It is further ORDERED that Plaintiff shall file her amended response which shall include a brief and any evidentiary materials on or before May 27, 2008. The defendants may file a reply brief on or before May 30, 2008.

The parties are hereby ADVISED that the extensions of time relating to summary judgment submissions which both sides have received in this case may result in the Court being unable to rule on the pending motions for summary judgment prior to the pretrial. The parties are further ADVISED that the Court reserves the right to continue this case to allow it more time to complete its review of the pending motions if it deems it necessary.

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE