IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-615-MEF |
| | ) | |
| AMBASSADOR PERSONNEL, INC., *et al.,* | ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Strike Affidavit (Doc. #51) filed on

May 19, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before May 27, 2008 as

to why the motion should not be granted.

DONE this the 20th day of May, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE