IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., )<br>)<br>Plaintiff, )<br>v.  )<br>)<br>AMBASSADOR PERSONNEL, INC., )<br>*et al.,* )<br>Defendants. ) | CASE NO. 3:07-cv-615-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion in Equity for Protective Order and Motion for Defendant to Cease and Desist (Doc. #56) filed on May 23, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before June 5, 2008 as to why the motion should not be granted.

DONE this 29th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE