IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CASE NO. 3:07-cv-615-MEF ) |
| AMBASSADOR PERSONNEL, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion in Equity for Protective Order and Motion for Defendant to Cease and Desist (Doc. #56) filed on May 23, 2008, and the response of the defendants (Doc. #60) filed on June 5, 2008, it is hereby

ORDERED that the motions are DENIED.

DONE this the 6th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE