# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07-cv-00615-MEF-WC |
| AMBASSADOR PERSONNEL, INC., ) | |
| BLUE CROSS AND BLUE SHIELD ) | |
| OF GEORGIA, SELF INSURANCE ) | |
| PLAN OF AMBASSADOR ) | |
| PERSONNEL AND CONE FINANCIAL ) | |
| GROUP AS THIRD PARTY ) | |
| ADMINISTRATOR, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ADDITIONAL EVIDENCE ATTACHED TO ITS REPLY BRIEF AND PLAINTIFF'S OPPOSITION TO DEFENDANTS' ATTEMPT TO SUPPLEMENT RECORD WITHOUT LEAVE OF COURT**

COMES NOW, the Plaintiff and moves this Honorable Court to STRIKE additional evidence attached to Defendants' Reply Brief.  Further, Plaintiff opposes any attempt by the Defendants to supplement its evidentiary submission without obtaining leave of this Court as a direct violation of this court's uniform scheduling order entered on September 15, 2007.  (Doc. 17).  As grounds therefore, Plaintiff shows unto this Honorable Court the following:

1.	This Court entered a scheduling order on September 5, 2007 which included a summary judgment briefing schedule, stating that, "Section 2. Any dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed no later than April 2, 2008. A brief and **ALL** supporting evidence shall be filed with any such motion."... (Emphasis added).

2.	The Defendants filed, on May 14, 2008, a Reply Brief which contained two additional affidavits, a letter, not under oath nor based on personal knowledge, and numerous pages of documents, including a Chronolog of communications with the Plaintiff that were not submitted during the course of discovery, Rule 26 disclosure nor with the Defendants' first or second motion for summary judgment. These documents were only produced after Plaintiff filed a motion to compel and in Defendant's Reply Brief.

3.	Defendants rely, in its reply brief, on the new evidence to support its second motion for summary judgment. Plaintiff already has pending a motion to strike evidence that was not previously produced during discovery nor during Rule 26 disclosures, but which was used to support Defendants' second motion for summary judgment.

4.	This new bevy of evidence is additional evidence, that once again, was not produced nor referenced in the course of discovery or in Defendants'

original submission. Plaintiff is prejudiced by this newly produced evidence at this late juncture. Further, the late production of new affidavits and evidence violates this Court's scheduling order.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff moves this court to strike Defendants' additional affidavits and evidence attached to Defendants' Reply Brief. Further, Plaintiff opposes any attempt by the Defendants' to supplement the record without leave granted by this Court.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiffs

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

# CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of June 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cavender C. Kimble
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL  35201-0306

Emily Marks
Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL  36102-2148

                /s/Alicia K. Haynes
                OF COUNSEL