IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR,<br><br>Defendants. | CIVIL ACTION NO.<br>3:07cv615-MEF |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) F.R.C.P., the parties stipulate the dismissal with prejudice of all claims against Blue Cross and Blue Shield of Georgia.

Dated this the 12th day of June, 2008.

                                           s/Cavender C. Kimble
                                           Attorney for Defendant
                                           Blue Cross and Blue Shield of Alabama

Cavender C. Kimble
AL Bar No.: ASB-3284-E63C
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

977534.1

                                              s. Alicia K. Haynes
                                              Attorney for Plaintiff

Alicia K. Haynes
Haynes & Haynes
100 Woodmere Drive
Birmingham, AL 35226

                                              s/Evans Brittain
                                              Attorney for Ambassador Personnel, Inc., Self-
                                              Insurance Plan of Ambassador Personnel, Cone
                                              Financial Group as Third-party Administrator
                                              and Kenneth Cone, individually

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

977534.1                                                     2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR PERSONNEL, INC., BLUE CROSS AND BLUE SHIELD OF GEORGIA, SELF INSURANCE PLAN OF AMBASSADOR PERSONNEL AND CONE FINANCIAL GROUP AS THIRD PARTY ADMINISTRATOR,<br><br>Defendants. | CIVIL ACTION NO.<br>3:07cv615-MEF |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) F.R.C.P., the parties stipulate the dismissal with prejudice of all claims against Blue Cross and Blue Shield of Georgia. This stipulation is being filed on behalf of all parties and all parties agree both to the stipulation and to the electronic filing of the document.

Dated this the 12th day of June, 2008.

                                                s/Cavender C. Kimble
                                              Attorney for Defendant
                                              Blue Cross and Blue Shield of Alabama

Cavender C. Kimble
AL Bar No.: ASB-3284-E63C
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

977951.1

                                                  s/ Alicia K. Haynes
                                                  Attorney for Plaintiff

Alicia K. Haynes
Haynes & Haynes
100 Woodmere Drive
Birmingham, AL 35226

                                                  s/Evans Brittain
                                                Attorney for Ambassador Personnel, Inc., Self-Insurance Plan of Ambassador Personnel, Cone Financial Group as Third-party Administrator and Kenneth Cone, individually

Evans Brittain
Ball & Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, Alabama 36102-2148

977951.1

                                                  2