IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN COOPER, individually and as next friend of her child, B.C.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:07-cv-615-MEF |
| AMBASSADOR PERSONNEL, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Strike (Doc. #63) filed on June 11, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before June 20, 2008 as to why the motion should not be granted.

DONE this the 16th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE