**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

June 17, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:**   Cooper v. Ambassador Personnel, Inc. et al

**Case Number:**   3:07-cv-00615-MEF

**This Notice of Correction was filed in the referenced case this date to correct the erroneous PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 64  filed on   June 13, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, ) ) ) Plaintiffs, ) ) v. ) ) AMBASSADOR PERSONNEL, INC., ) BLUE CROSS AND BLUE SHIELD OF ) GEORGIA, SELF INSURANCE PLAN OF ) AMBASSADOR PERSONNEL AND CONE ) FINANCIAL GROUP AS THIRD PARTY ) ADMINISTRATOR, ) ) Defendants. ) | CIVIL ACTION NO. 3:07cv615-MEF |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) F.R.C.P., the parties stipulate the dismissal with prejudice of all claims against Blue Cross and Blue Shield of Georgia. This stipulation is being filed on behalf of all parties and all parties agree both to the stipulation and to the electronic filing of the document.

Dated this the 12th day of June, 2008.

s/Cavender C. Kimble
Attorney for Defendant
Blue Cross and Blue Shield of Alabama

Cavender C. Kimble
AL Bar No.: ASB-3284-E63C
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

977951.1

                                      <u>s/ Alicia K. Haynes</u>  
                                      Attorney for Plaintiff

Alicia K. Haynes  
Haynes & Haynes  
100 Woodmere Drive  
Birmingham, AL 35226

                                      <u>s/Evans Brittain</u>  
                                      Attorney for Ambassador Personnel, Inc., Self-Insurance Plan of Ambassador Personnel, Cone Financial Group as Third-party Administrator and Kenneth Cone, individually

Evans Brittain  
Ball & Ball, Matthews & Novak, P.A.  
P. O. Box 2148  
Montgomery, Alabama 36102-2148

977951.1                                   2