IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, BCC, | ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | ) CASE NO. 3:07cv615-MEF ) |
| AMBASSADOR PERSONNEL, INC., *et al.*, | ) ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Plaintiff's[sic] Motion to Strike Affidavit of Undisclosed Witness in its Entirety and Plaintiff's[sic] Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 37 to Exclude Any Testimony or Reference to the Testimony of Donna Whiddon (Doc. # 51). The Court has carefully considered the arguments and exhibits offered in support of and in opposition to this motion. In light of the applicable law and the circumstances of this case, it is hereby ORDERED that the motion is DENIED. It is further ORDERED that Plaintiffs will be allowed additional time for discovery and an opportunity to thereafter supplement their submissions in opposition to summary judgment. Specifically, it is hereby ORDERED as follows:

1. On or before **September 5, 2008**, Plaintiffs shall file any further argument or evidence in opposition to the Second Motion for Summary Judgment (Doc. # 51) filed on April 11, 2008. This deadline will not be extended absent extraordinary circumstances.

2. On or before **September 12, 2008**, Defendants shall file any further argument or rebuttal evidence in reply to Plaintiffs' further opposition. This deadline will not be extended absent extraordinary circumstances.

3. This Order will obviously cause this Court to change the trial setting and pretrial hearing and various related deadlines for this case. The parties should expect to receive an Amended Uniform Scheduling Order shortly.

DONE this the 23rd day of June, 2008.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE