IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LAUREN COOPER, individually and as next friend of her child, BCC, | ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | ) CASE NO. 3:07cv615-MEF ) |
| AMBASSADOR PERSONNEL, INC., *et al.*, | ) ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Plaintiff's[sic] Motion to Strike Defendants' Additional Evidence Attached to Its Reply Brief and Plaintiff's [sic] Opposition to Defendants' Attempt to Supplement Record Without Leave of Court (Doc. # 63). The Court has carefully considered the arguments and exhibits offered in support of and in opposition to this motion. In light of the applicable law and the circumstances of this case, it is hereby ORDERED that the motion is DENIED.

DONE this the 26th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE