IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

LAUREN COOPER, individually and as )
next friend of her child, B.C.C., )
                                   )
            Plaintiff, )
v.                                 )            CASE NO. 3:07-cv-615-MEF
                                   )
AMBASSADOR PERSONNEL, INC., )
*et al.,* )
            Defendants. )

# **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved.  Accordingly, it is hereby ORDERED:

1.  That the pretrial conference scheduled for December 29, 2008, and the trial set for January 26, 2009 are continued generally.

2.  That the parties file a joint stipulation of dismissal on or before September 19, 2008.

DONE this the 5th day of September, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE